Danny M. Wells

1646 Cabrillo Ave # 17

Torrance california

wellsdannyw@aol.com

Embassy of Italy



FILED
CLERK, U.S. DISTRICT COURT

JUL 2 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

Fee Paid



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

**CV11-06279** -MRP (JCGx)

| | |
|---|---|
| Danny M. Wells | CASE NUMBER# |
| 353565347 | REPORT OF THE ESTATE |
| California Drivers License A6712910 | OF DANNY M. WELLS, |
| Re Estate of Danny M. Wells | COMPLAINT OF FALSTAFF ACT VIOLATION,  MOTION FOR MERGER OF CRIMINAL PROCEEDING Superior Court State of California 1CPO2186 |



RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 2 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

PURSUANT TO THE
AUTHORTIY AT TITLE 15

CHAPTER 34

vs

028435



Court Name: U.S. District Court
Division: 2
Receipt Number: LA022240
Cashier ID: jacash
Transaction Date: 08/02/2011
Payer Name: DANNY M. WELLS
------------------------------------
CIVIL FILING FEE
 For: DANNY M. WELLS
 Case/Party: D-CAC-2-11-CV-006279-001
 Amount:      $350.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 3445
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.

ILLINOIS NATIONAL GUARD

COUNTY OF LOS ANGELES

ROYAL FAMILY OF ENGLAND

HOUSE OF LORDS , ENGLAND

THE WINDSOR FAMILY

GATEWAYS HOSPITAL AND MENTAL HEALTH CENTERS, ET AL

OCEAN PARK COMMUNITY CENTER

THE SALVATION ARMY

VOLUNTEERS OF AMERICA

THE ALLEGED SANTA MONICA GOVERMENT, ET AL

THE ALLEGED SANTA MONICA POLICE DEPARTEMNT

THE ALLEGED PASADENA GOVERMENT, ET AL

THE ALLEGED SAN BERNADINO GOVERMENT, ET AL

THE ALLEGES COSTA MESA GOVERMENT, ET AL

THE SEA CASTLE APARTMENTS 1725 OCEAN FRONT WALK

SANTA MONICA CALIFORNIA, THE WINDSOR FAMILY, ET AL

FIDELITY INVESTMENTS

HUGHES AIRCRAFT

THE NATIONAL AREONATICS AND SPACE ADMINISTRATION

WELLS FARGO BANK

BANK OF AMERICA

THE UNIVERISTY OF SOUTHERN CALIFORNIA

HARVARD UNIVERSITY

THE UNITED STATES FEDERAL BUREAU OF INVESTIGATION

and , BUSINESS Owner by Danny M. Wells in Los Angeles County California

The Bosnians members of the Illinois National Guard

The Pan African Congress members of Tanzania

The Masons

The  Negro Los Angeles County Employees

Negro Law Enforcement in Los Angeles County and Federal Goverment

Negros from other countries in Los Angeles County, and the Negro Embassy persons

The children of the memebers of the House of Lords

and all persons in the areas of Pasadena, Costa Mesa, San Bernadino,  and Santa Monica

without the permission of Danny M. Wells the  Owner and Admnistrator of my Estate and or

Trust, or persons without the Permission of the Royal Embassy of Saudi Arabia Washington D.C.

1.PLAINTIFF NOW alleges a CONTINUED VIOLATION OF THE FALSTAFF ACT,

specific defendants have Continued from 1969 where in palintff obtained a

JUDGEMENT against defendants from the World COURT , ISTANBUL TURKEY

2.Judgement against defendants in the US District COURT 1973 or so, and in

1977, Judgement against the defendants in US APPEALLATE COURT 1973 or so 9th, 7th,

and the Cir in New York, Judgement against the defendants in the US Supreme Court

(twice) 1973 or so, and 1977 to 1981 by a WRIT OF CERT, and JUDGEMENTS against the

defendants in the ILLINOIS, AND CALIFORNIA  Appeallate COURTS, and Supreme

COURTS.

    3. PLAINTIFF notes that the defendants are in COLUSSION WITH THE UNITED

KINGDOM it self. Evidenced by the fact that HOL,, Conspired with the ENGLISH ROYAL

FAMILY to Violated International law, bhy the fact the UNITED KINGDOM created the

WORLD COURT IN LONDON ENGLAND after DANNY M. WELLS obtained a JUDGEMENT

AND AN OPINNION  from the WORLD COURT located in Istanbul Turkey.


    4.IN SUPPORT OF THE ALLEGATION OF A CONTINUED VIOLATION OF THE

FALSTAFF ACT  Plaintiff incorporates all the notes sent to the United States Office of the

Inspector General.

    5.IN SUPPORT OF THE ALLEGATION OF A VIOLAITON OF THE FALSTAFF ACT

PLAINIFF INCORPORATES THE DECLARATION FILED IN THE CRIMINAL COURT

REGARDING THE PITCHES MOTION AND FINDING OF PROBALE CAUSE BY THE SUPERIOR

COURT OF THE COUNTY OF LOS ANGELES


Flourintine

HONORARY

Embassy of Italy

1646 Cabrillo Ave # 17

Torrance California 90501


SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES COMPTON COURT

State of California

CASE No# 1CP02186

Declaration Of

Danny M. Wells

RE ENCAMERA HEARING

Danny M. Wells

AkA Lord Gerker

The King of England

1.Declaration in support of a finding of fact that Officers involved filed a false police report

In support of that allegation Wells declares Law Enforcement personnel accepted a report of an

assualt upon officer allegedly committed by Wells.

2.That said report was relied upon by administration of the Department, and other law

enforcement involved.

3.That said reliance resulted in the service of a Criminal Complaint upon Wells while Wells

reported to the COURT for a citation issues in an unrelated matter some 45 days after the

incident which resulted in the Criminal Complaint.

4.That the service of the criminal Complaint in that mannor was Malicious Prosecution by the

District Attorney, in conspiracy with said officers.

5

5.That as the evidence will show the actions of the offcier, Department, and the District

Attorney is RACE based, as  Wells cites and as fully set fourth his internet documents under

wellsdannyw@aol.com, the IMdb entries, and motions the COURT to read them.

6.That said IMDB documents written by Wells is a history of Negras, and Masons of Illinois, and

California, that said OFFICER,  Administration and District Attorney presonnel involved here in

are from ILLINOIS.

7.That the mannor of service of the Criminal Complaint establishes doubt as to the intent

behind the service.

8.That service of such a Criminal Complaint of that nature is not normally completed that way,

that their are laws prohibiting service in a COURTROOM, That by CUSTOM AND USAGE the

District Attorney serve a COMPLAINT by a letter to the Defendant wherein the Defendant is to

come to the District Attorneys office with a lawyer and pick up the Criminal Complaint.

9.That how was the District Attorney to notify Wells if the other matter were disposed of at

some earlier time before the date Wells came to the COURT, that no evidence exists to justify a

Criminal Complaint to just be laying around the Public Defenders Office.

That the service of the Complaint is a method of EXTORTION.

10.Extortion being the intent that TAINTS the ACTIONS of the personnel themselves.

In support of this Declaration I note for the COURT that the Officers involved stated they saw

Wells make some type of MOVE,  After or Before Wells gave his Check Book and other

documents to Officers,

11.That Wells was not aware of anyone around the area accept the Officer in the patrol vehicle.

That Wells was struck from behind and forced to the ground without any statement that they

6

were Officers.

12.That if Wells Moved to assault why would Wells move into a position where in the Officer

would have the advantage, evidenced by the fact Wells was forced to the ground and not

sucessful in overpowering the Oficers.

13.That if Wells gave the Check Book and other documents to the Officer in the Patrol car why
was

their no investigation into if the documents and check book were stolen, where is the

justification to investigate the ownership beased on the fact officers obtained docuemnts and a

check book form some one not 200 feet away from the Wells Fargo BANK, and ATM machine.

14.That Wells didnot have any warrents, That movement itself in not justification for the Officer

to get out of the Partol vehicle if he already had the documents, other personnel either saw

Wells give the Officer the Documents while the Offifcer was in the partol vehicle or saw Wells

give the documents to the Officer after the Officer got out of the patrol vehicle,  and

OBSERVATION  that no check to determine if the documents were stole had been completed by

the Officer would not justify a battery by the personnel apparently behind Wells just becasue

Wells moved.

15.Wells told the officer his name, had the documents and the check book  safe in a patrol

vehicle and other personnl stratigically positioned, where was the actual expectation of any

harful touching, how close were the other personnel. were they so close Wells could not just

decide to turn and look at a tree , or just move to the grass area while the officer accessed the

computer, how close were they that they just attacked from behind mine you, meaniong is it

reasonable to believe that an officer trained is going to let a suspect see them when the officer

is behind the suspect.

7

16.If intent is not to be seen then who has the advantage and how close should such a position officer be, arms lenght, of seveal feet, as the obvious intent is to see all the aspects of the suspect, to see all aspecks you would have to be at least 10 feet away,

17.At 10 feet away how much movement would justify the belief that the Offcier behind Wells was in danger of receiving a harmful touching,  Wells would have had to have ran at the Officer stratigically positioned behind.

18. Any authorizing movement would have had to be Wells refusing to give over the DOCUMENTS, and in FACT their is no law which states Wells had to give the Officer anything at all. the movement claimed by the officer is in light of Wells handing over the DOCUMENTS; the exact time the Complaint was written, and knowledge of Wells internet writings, and the transfer of money by internet subsequent to the initial proceeding expected by the Masons as Wells has transfered money every time Wells resides in Torrance and the Mason know this evidence by wells US District COURT Civil litigation History cited herein as fully set forth and in light of the allegation that the Officers  the Administration, the District Attorneys Office are Masons and they all know Wells from Illinois and and they know I do not like Masons and I will not give Masons any money, and for 40 years the Masons have been after my money.

19.Wells points out that Wells had his lip laserated, and suffered bruses and contusions, that Wells received stiches to the lip and was taken to the Hospital and released about 4 hours later with any charges filed,  if released how many days does the District Attorney have to serve a complaint after deciding to file it.

9

20.When was the decision made and these circumstance requires an accounting of that

decision, the drafting of the Criminal Complaint as well as any delays.

and states that a PAROLE OF THE EVIDENCE establishes intent on the part of the negeras and

the Masons , England and the House of Lords. That this happens all the time when white people

have to deal with negreas and Masons


I Danny M. Wells swear and affirm under penalty of perjery under the laws of the State of
California that the above is true.


EleCTrONiC SGnatUre

Danny M. Wells


# In support of a Violation of the falstaff act by defendants Plainitiff alleges

Roman Generalium

Flourintine

HONORARY

Embassy of Italy

1646 Cabrillo Ave # 17

Torrance California 90501


SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES COMPTON COURT


State of California                                        CASE No# 1CP02186

9

Declaration Of

Danny M. Wells

RE ENCAMERA HEARING

Danny M. Wells

AkA Lord Gerker

The King of England

## Defendant Motions the COURT for a RESTRAINING ORDER , under a CONCURRENT JURISDICTION of the SUPERIOR COURT OF THE STATE OF CALIFORNIA, with the JURISDICTION of the United States District Court of the Central District of California

1) Under a theroy of supressing a TERRORIST ACT ( Terrorisum upon  the KING of ENGLAND)

2) Under a throery of Supressing a violation of RICO Act ( EVASION OF TAXES)

3) Under a theory CONTINUED VIOLATION OF A COURT ORDER ( PAROLE OF THE EVIDENCE RULE)

4) Under a theory of the MATERIAL VIOLATION OF A STANDING COURT ORDER (

SUBSTANTIAL JUSTICE STANDARD)

3) Under a theroy of a State Court Exercising the Jurisdiction of a US District COURT when the

exercise of Jurisdiction is based upon the ENFORCEMENT of a STATE LAW ( The Laws of

ESTATE in the State of California which the Superior Court of California has jurisdiction over.

And the Jurisdiction the US Dicrtict Court has over the the Estate of Danny M. Wells in the

Entitled civil actions,

PROCEDURAL HISTORY

10

1 .( A Minor)  vs  The United Kingdom, The Royal Family of England, The House of Lords, The Windsor Family CASE NUMBER  ( 93751311) Filed in the World Court of Istanbul Turkey ( 1969 to 1975.  THE WORLD COURT IS NOW KNOWN AS THE SUPREME COURT OF THE REPUBLIC OF ISTANBUL TURKEY

2. Danny M. Wells vs The Sea Castle Apartments , The Management of the Sea Castle Apartments  filed in the

Superior Court of Illinois , Springfield Illinois 1975

## (2a,  Danny M. Wells vs The Sea Castle Apartments ,  The Management of the Sea Castle

## Apartment filed in the US District COURT Northern District of Illinois 1976 to 1977 )

3. Danny M. Wells vs The Sea Castle Apartments, The management of the Sea Castle Apartments  filed in the  US

DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS , Springfield Illinois ( 1979)

4. Danny M. Wells vs The Sea Castle Apartments  The Management of the Sea Castle Apartments  Filed in the

United States 7th Circuit Court of Appeals ( 1979 to 1981)

5. Danny M. Wells vs The Sea Castle apartments The Management of the Sea Castle Apartments Filed in the United

States Supreme Court (1979 to 1981)  Writ of Cert Denied

6. Danny M. Wells vs The Sea Castle Apartments The Management of the Sea Castle Apartments filed in the State

of Illinois 7th Circuit Court of Appeals ( 1979 to 1981)

7. Danny M. Wells vs The Sea Castle Apartmnents The Manangement of the Sea Castle Apartments Filed in the

Supreme Court of the States of Illinois (1979 to 1982)

8. Danny M. Wells vs The Sea Castle Apartments  filed in the  US District Court Central District of California  ( 1989

to 1994)

9. Danny M. Wells vs The Sea Castle Apartments  filed in the US COURT of APPEALS 9th CIRCUIT ( 1992)

10. Danny M. Wells vs The Sea Castle apartments The Management of the Sea Castle Apartments Filed in the

United States Supreme Court (1992 to 1994)  Writ of Cert Denied ( a SECOND TIME)

AS authority on the jurisdiction of the COURT to accept the PROCEDURAL HISTORY  as

evidence to ISSUE  a CRIMINAL COURT ORDER,

and to establish The Jurisdiction of the Superior COURT OF THE STATE OF CALIFORNIA over

the CIVIL COURT ORDERS of the  US Disrtict COURT Central District of Calilfornia, and ORDERS

adopted by the US 9th Circuit  Appeallate COURT from the US DISTRICT Court Central District

of Illinois, US District COURT Northern District of ILLINOIS,


CALIFORNIA ATTORNEYS, ADMINISTRATIVE LAW JUDGES, AND
HEARING OFFICERS IN STATE EMPLOYMENT et al.,
Plaintiffs and Respondents,
v.
EDMUND G. BROWN, JR., as Governor, etc., et al.,
Defendants, Cross-defendants and Appellants;
JAN FRANK,
Defendant, Cross-complainant and Respondent;
JOHN CHIANG, as Controller, etc., Defendant and Respondent.


Allegations

6. The Defendant in this litigation alleges that parties identified in a PAROLE of

the evidence from the PROCEDUAL HISTORY composed of the filings of CIVIL

ACTION OVER THE LAST 40 YEARS, will establish a CRIMINAL

Organization.

7. That said identified parties in a PAROLE of the Evidence will establish that they

know the Officer involved in this Criminal prosecution.

8. That said identified parties in a PAROLE of the Evidence will establish that they

know the La Enforcement Administration involved with the investigation,

Drafting, and delays involved with the service of the Complaint upon the

Defendant.

9. That Said identified Parties in a PAROLE of the EVIDENCE will establish that they are involved in the social group called MASONS and this involves said officers, Administration , The House of Lords England,, and The Windsor family as they currently advertise ownership of the Sea Castle Apartments DESPITE THE FACT IN SAID Parole of the Evidence that I am the SOLE OWNER, that the Sea Castle Apartments is my my Estate and is my Private Property, and in said PAROLE of the Evidence I specifically said I am not a Windsor BLOOD , and they do not own the Sea Castle Apartments, and they never will.

Danny M. Wells

10.PLAINTIFF ALLEGES A FEDERAL TORT CLAIM UPON DEFENDNATS HEREIN IDENTIFIED,

PLAINTIFF ALLEGES

11.That defendants invades the Estate of plainitff, that said defendants were not licensed to do any business with plainitffs property or estate,

12.Plaintiff alleges that defendants and coconspirators accepted money for plaintiffs Real property, and advertized that they owned the property,

13.That defendants and or their coconspirators didnot pay the IRS for the Fair Market value of said real property.

13

14.Plainitff alleges at defendants and their coconspirators did not property list said real property in the Los Angeles County real estate records

15.Plainitff alleges that defendants willed said property to third parties, coconspirators, and didnot pay the fair market value for the real Property, and therefore didnot pay the proper amount of taxes to the IRS for said real property

16.Plainitff alleges that defendnant and or coconspirators lived in and or used real property that was not listed in real property records and therefore didnot pay the fair market value of said real property and therefore didnot pay the IRS the taxes due for said real property,

17.Plainitff alleges that same set of circumstances for any other property in the United states of America,

18.Plainitff alleges a time period of 1969 to present 2011,,

COUNT II OF THE VIOLATION OF THE FEDERAL TORT CLAIM ACT

19.Plaintiff alleges claims under the Federal Tort Claim Act by Reason of The Violation of International laws, by members of the English Roayl family : that didnot casue the the House of Commons to act,  which resulted in substantive violations of CHILD endangerment, and approximate cause of actual financial loss to the Estate, and the loss of the payment of taxes on the fairmarket value of property purchased on the estate

20.Plaintiff alleges claims under the Federal Tort Claim Act by Reason of The Violation

of International laws, by members of the English Roayl family : that didnot casue the the House of Commons to act,  which resulted in substantive violations of United Nations Laws & sanctions imposed upon memebers of the English Royal Family and their coconspirators, and approximate cause of actual financial loss to the Estate, and the loss of the payment of taxes on the fairmarket value of property purchased on the estate.

21.Plaintiff alleges claims under the Federal Tort Claim Act by Reason of The violation of COURT ORDERS of the United States of America and or State Courts of the several states and or the World Court of Istanbul Turkey and or International Laws, by members of the English Roayl family : that didnot casue the the House of Commons to act,  which resulted in substantive violations of United Nations Law & violations of the sanctions imposed upon memebers of the English Royal Family and their coconspirators, and approximate cause of actual financial loss to the Estate, and the loss of the payment of taxes on the fairmarket value of property purchased on the estate.

That said realestae was not properly  taxed by the IRS

Legal Analysis


22.Of the Estate of Danny M. Wells 353565347 California Drivers License A6712910

The Ststte has had thousands of Civil Court filings uopon it. Filings that were in  inferior Jurisdictions Creating a history of Vecasious litigants the Estate is to be recognized by all jurisdictions as beinging Maliciously Prosecuted by Terrorist and

23.Parties that had the intent at the creation of the Estate to ROB Danny M. Wells, Steal from Danny M. Wells, Extort from Danny M, Wells, Defraud Danny M. Wells Embezzell from Danny

M. Wells Conspire against Danny M. Wells, and to Breach the Purchase Contract with Danny M. Wells after the consideration was transfered.


24.Then said parties all identified in all the litigation involving Santa Monica, Pasadena, Costa Mesa, and San Bernadio were to enjoy the Estate of Danny M. Wells without returning all the cost to Danny M. Wells in purchaseing the Estate in the first place.

25.The Vecsasious litigant standard herein is to be DEFINED by 1) the parties that have filed so many civil causes of action that the intent is clear.

    2) The subject of the litigation Defines the intent of the litigation.


    3) The property involved Defines the litigation

as the three topics involve the RIGHTS of the OWNER of the Estate, and the FACT is the Plaintiffs in said civil court filings do not have standing to sue, as the NATURE of the Estate depives the common party from a civil sue BEcasue the common  person has to alledge OWNERSHIP of a FEE SIMPLE.


26.And said parties DO NOT HAVE A FEE SIMPLE OWNERSHIP, or thee right to even be on the Estate, becasue before any party is allowed to be on the Estate they have to be in complyance with all the COURT orders in all the CIVIL COURT records , to include the World COURT ORDERS of Istanbul Turkey,

27.And that persons also protected by COURT ORDERS that were for my Estate effect the ability for said parties to be on the Estate, That is the value of ownership of an Estate that persons and parties whom have have do noting but casue trouble cammont come on to the property. They are forever to be separated from the Owner physically.

28.The who value of an Estate is separatioion from the PUBLIC,,That is the total value of an

Estate, the RIGHT to prevent persons from traveling upon it.

29Civil suits entertained by the COURT, recognized by the public, used for the purpose of COMMERCE, or propaganda, or to control property on the Estate are civil activities which deprive the Estate owner of the VALUE of rendering over the CONSIDERATION for the purchase of the Estate.

30.In this case the RENDERING was to the STATE OF CALIFORNIA. The General Assembly received the CONSIDERATION after a popular vote of persons at least 18 years of age at that time, and the CONSIDERATION was insured by the United States Tresury.

31.That is how I do BUSINESS, I do not had over 50 Trillon DOLLARS JUST for the State of California in about 1971 for nothing, and that is what I paid 50 Trillon Dollars to be trated as documented in my REPORTS TO THE COURT, and my own Civil COURT records.

32.NOW, these people who are identified over the years by civil court filings over here over their and involving the creation of a DEUTSCHE BANK in New York, and who resided in my property without approval from my Real Estate personnel authorized to do business in Real Estate by the Royal Embassy of Saudi Arabia Washington D.C. are the problem,

33.They have been in these properties do all this history of animalistic behavoir and insanity, in life prolific in fact ( and I ask is not life prolific enough for you) that you have to resort to behavior that is as a animal.

**REMIDIES**

17

34.They are the award to Danny M. Wells DAMAGES for the prevention of enjoyment of the

Estate becasue the California Department of Corporations , the California Employment and Fair

Housing, the California General Assembly, the California Deaprtment Adult Protective Services,

the Los Angeles County Goverment, the Los Angels City Goverment

DID NOTHING TO REMOVE THE PARTIES, THE PEOPLE THE BUSNIESS that have Harrassed and

operated to destroy my enjoyment of my Estate,


35.EVERY DAM PERSON WHERE EVER WAS PROTECTED BY various other means, EATHER THEY

HAD FAMILY THAT THEY COULD GO TO when ever their was danger, and they could even get

into the Sea Castle Apartments 1725 OCEAN FRONT WALK Santa Monica, ( for some reason

becasue I valued that property becasue a god dam symbol of victory and I just SO ABIDINGLY

RESENTED people going in the builidng as if they have a SUPREME RIGHT TO EVEN GO IN THE

BUILDINING WHILE I AM LITERALLY BEING PHYSICALLY ATTACKED INTHE STREETS,

The whole concept and the philosophy behind it is so revoling it is preverted,

35.That my dam enemies ,, in fact contend they should be allowed to go to the safety of the Sea

castle in times of serious trouble,, that isd just revolting and then said person want to contend

ownership,,and the public belive it,, becasue I an not in the Sea Castle in the times of trouble,

becasue I am to dam bussy be DEBATURIZED BY THE FUCKING english niggers anglo and negro

in the god dam streets of Los Angeles,,and that has been the god dam revolting dycotomy.

36.NOW, after 45 Years of this I am to just FOR GO demanding that the INSURE which is the

United States Tresury paids me Damages becasue said parties wanted the CONSIDERATION and

then they wanted to Breach the Contract at the off set, Becasue they were thieves in 1971

evidenced by the god dam nonfesance and willingness to just fucking do noting ablout england,

and these anglo and negro Niggers.

37.The COST to the US Tresury in the form of Damages is based upon 50 trillon dollars in possession over a 45 year period, and their is no return of the Estate. The property has been in my name for some 45 years now, So where is the benefit to me after all of this.

38.My benefit is in making the States of California pay it debts, and a easy way to do that is removal of all thse parties and pewrsons who have an interst in destroying the Estate. Now That I rely on the use of it, it is time that they and their Hoarse Shit terrorist asses get out, along with the god dam english two face back stabbing coward english royalty, GET OUT. all english royalty do when they are to close to a English King that has made it on their own is kill the KING, a English King that is poor and relies english to feed them ,cloth them, and house them has nothing to take which is a property gain, it is only when the proeprty is paid for that their is value in taking it, otherwise the property that the english is after is alreasdy owned by englanmd, and their is no value.

39.That is why the english have done all of this debaturey over the last 45 years, Debatury and preversions to impune the integrity of the owner, to degridate the character in public, to use illegal methods to control the behavior, to commit murder of the king of england , to defraud the US District Court in many instances with so many Frauds Upon the Court that the CALIFORNIA BAR ASSOCIATION cannot stand to see them file any more,

40their tactic its so patentic now that said parties should be arrested upon filing, there is no STANDING for them to sue, no bases for no God Dam Adverse possession, Latches, some cocamamie feudal right to conquest all of these god dam civil actions portened to be to test the

19

GOVERMENTS resolve to recognize my rights, is a sham in the higest ored becasue if thye were to win a case they would take to proeprty, theri is no getting out, and these parties do not recognize the Royal Embassy of Saudia Arabia Washington D.C. as my appointed authority to designate who is to do business in real estae, becasue the englishj take it upon them selves to involve them selves in real estate without authorization for the Embassy staff I appointed, and that is the whole crux of the refusal of england to recognize I have the Legal TITLE of ownership of my Estates of THE STATE OF CALIFORNIA, THE STATE OF ILLINOIS, AND THE STATE OF NEW YORK,

41Ownership requires that the Owner Remove parties and persons the owners does not like, these parties and persons are english, you see. Therefore the english interfere with the CONTRACT becasue the english never intended to alllow the purchase as a bystander to the CONTRACT. The english intended to steal the materials after I the purchaser transfered the currency to first the State of california, and then the currency went to the US Tresury , then every one would be happy as all the bills were paid without any one working for the currency, then spome 45 years later if the OWNER was not murdered by the United States Air force, the US Congress, the United Kingdom, the owner was to be so beat up that the king would not be a problem to the FACT that england loaded up the owners property with free loaders for some 40 years,,,

42.Free loaders, how does it feel to YOU that FREELOADERS were in your house , a 3500 to 12,000 square foot house for 40 years with out paying a dam die to you , while you lived in a god dam 1800 or less square foot house ,

43.and all you can do is wait for all the mother fuckers to get out of the way , or make it to safety, or get some dam deal completed so they too can be strong enought to steal from you,

or threaten you dam ownership or life,

44.How would you feel been essentially only able to fuck file reports after reports and knowing

wortless asses where all hiked up in your properties waioting for you to be murdered and that

was all it has been , english waiting foe me to be murderded, and I am suppose to want them in

my house or their children, property I paid for leaglly out of my own wealth, I do not want them

in my houses, or on my Estate, I do not want any body that pryed for my death on my property ,

they can go some where else. I am not stupid, SO now what is going to happened with all these

vecasious litigants now, and Real Estate Issues..

aintff also incorpates e-mails sent to Embassys and other parties, and alleges that

8888888888888888888888888888888888888888888888888888
To the embassy this is not a public documented and it is copywrited, as it is for sale, and I
chose Ann to sell it for me. ( please forward this document to Mary Ann Convertino)
To Mary Ann Convertino
Employed by the City of Los Angles California
Court Services
From Danny M. Wells
1646 Cabrillo Ave #17
Torrance California 90501
353565347
California Drivers License A6712910
Employee of Various Correctional Centers, as Phoenix House, etc 1992 through 1996,
and has an ownership interest in Phoenix house, and Knows Mr. Jamie Callrio ( Of
Community Correctional Center)
Mary Ann Convertino You are to sell this poem, and split the money with me, The
Money is to be deposited in the following Checking account, Wells Fargo Checking
account Routing number 122000247,,,,, Account number 5510653743. You may also
simply pay my share of the money from the sale to the manager of 1646 Cabrillo Ave
Torrance California 90501 , He is in Rm 201,
If you decided to do that I will need a letter stating how much was sent, a amount over 9
months is to be deposited in the Wells Fargo Bank account, as I may want to purchase
some things.
Deadline to make and no thought of a story. So I think about hurt and religion, why try.
why not just die, throw in the towel, and get a job. Then I think about who I helped, and I
write another story. None of them are true , if they were they would break your heart. So I

lie, and lie again, until nothing is true and everything hurts.

Another life arrested by social justice, and revenge complete by the pen. What was witnessed was Sine Fane , what was preserved, a method to die by, or a worthless method to die by compared to the struggle to preserve it, by testimony given from hurt.

Activities so hurtfully written they could not be read in one sitting, and could not be told by word of mouth. The mind in utter shock, state of mind foreign to experience and ghastly at least in character.

What animal did this. what thing allegedly categorized as an existence did that!

Memo after memo producing an out of body experience to verify what the self cognated from the pages. So many knew and so many died and so many survived, to be an affront and insult to God!

A hidden social order thriving from clandestininity. Accepted for gold, sex, and love of degeneration.

Degenerated people strong by a policy and philosophy to live at any cost, what so ever. The range of activity acceptable to practice, so broad the devil resigned!

Lord Gerker

is the pen name I want this released under

proceeds are to recorded under the name Danny M. Wells 353565347, California Drivers License A6712910

88888888888888888888888888888888888888888

This is a PUBLIC Document
To the Embassy of the Republic of Ireland for distribution to all parties previously served
To the USPO Inspector General, see complaints filed by wellsdannyw@aol.com
To Professional Regulation
320 W. Washington
Springfield, IL 62786
Phone: (217) 785-0800
TDD: (217) 524-6735
Fax: (217) 782-7645

From Danny M. Wells
353565347
California Drivers License A6712910
I have up Loaded my e-mail records to a KINGSTON USB storage unit, I am mailing it out to the EMBASSY.
The USB is for Mr. Paul Te Crete, and I promised him he would have it. I am to mail it today and I do not want to be Late. But I am presses for time. I will send it by using your address as the return address.
The documents are to be sold by Te Crete, and the proceed are to be deposited in the CHAM BANK of Damascus Syria File and or Account number ( B599949081)
The file and or account number was developed as agreed to by all parties involved with Capitol Area Vocational Center Springfield Illinois (1978 to 1980) that were involved in the Creation of the CHAM BANK of Damascus Syria File and or Account number ( B599949081) Deutsche Bank Trust Company Americas in favor of Danny M. Wells

22

United States Social Security Number 353565347 California Drivers License A6712910
Further I reside at 1646 Cabrillo Ave #17 Torrance California 90501, I would appreciate
payment ( of my rent) from my Staff involved with the sale of said documents , to be
made to the manager of 1646 Cabrillo Ave # 17 Torrance California 90501. The manager
is in Apartment #201,

The manager is to be told that the documents are to be sold to Paul Te Crete that the
Embassy of Saudi Arabia is involved in order that the Manager is assured of payment. I
Authorize some three months payment be made from my deposit into the B599949081
file or account, that in fact the CHAM BANK be notified that my intent is to expedite
deposits into the FILE and or account, that deposits in the CHAM BANK can also be
used to pay said rent as the Manager is to be paid, and the manager is waiting, and I do
not want the manager to be waiting for his money, and that is why

**I sold the documents to Paul te Crete, and I have also sent a letter to the Illinois
National Bank in Springfield Illinois ( CUSTOMER SERVICE) instructing them to
deposit money into my Wells Fargo Checking account so I may pay my rent in that
manor. I enclosed a deposit slip for Wells Fargo for the INB to send Wells Fargo a
check for deposit into my Wells Fargo Checking account , which I have checks for,
and the Manager of apartment 201 is willing to accept a check from me.**

I do not have a California Identification card, and it has been almost 10 days since the ID
card was to be mailed from the California DMV, and the US Post Office informed me
that the ID was not there at the US Post Office, and I had placed a hold on my mail and
said hold was not in effect, Documents I filed with the USPO in Torrance to change my
address were in the possession of USPO employees id Sylmar California, and I was told
that if the ID Card did arrive it might be sent back to the DMV.

So at this point Between the USPO not wanting to forward my personal mail, not wanting
to recognize that as a Licensed private investigator in the state of California that I might
not want people I do BUSINESS with as a licensed private investigator to know where I
actually reside, refuse to simply distinguish between business mail and personal mail, and
have decided to just SHINE ME ON.

And that is what the dam USPO is doing SHINNING ME ON, I have a PROBLEM
THAT IS EFFECTING ME AND PEOPLE WHO LIKE ME, and I am tired of it all.

I just want my dam ID card to be delivered to where I live. I live at 1646 Cabrillo Ave
#17 Torrance California, and I really do not have time to keep going up to Sylmar to
check, or to end up walking from Torrance to Sylmar as apparently some dam body did in
the past and this is some kind of revenge thing , which is popular with you dam old
people who discovered the the King of England had to do all of this, and you went
through this script to see how you compared , and I am telling you all this was not a dam
game.

This is real life and you actually interfered with NATIONAL SECURITY, you USPO
employees should be ashamed of your selves actually.

I hope that parties understand that and ACTIVITY is a serious procedure and parties that
see the opportunity to resolve their problems should note that the load on the architects
could be to much, This activity was planed 33 years ago, and rehearsed by me at least
three time, this is no rehearsal, and we are 80% completed, and I really do not want
additional parties utilizing me,as there is something inherently wrong with one person

23

doing everything, Individual responsibility for your assignment is required.
Inability to perform means you should not have the benefits of your position and you
should be replaced in fact. I personally have noted at least a 50% performance burden on
my efforts meaning parties are passing their burdens.
*************************************

History Saudi Arabia was in fact the government for America in the 1970, in the 1980 the
Bush family, and Betty Evelyn Campbell Wells Ran the Saudi Arabians out of the entire
country and the result was economic collapse, he Bush family and Betty simply did not
know where the currency that ran America came from. The currency comes from Saudi
Arabia America, and they left us in the dust because they were beaten up physically in the
streets,
by Betty and the Bush nigger gangs, and that is the fact of it. Now we have a chance to
get that currency back, and that currency is what we have to have, so do not mistreat the
Saudi Arabians, they are Anglos and they have currency, do not confuse the Saudi
Arabian with a negro blood, they are not, Saudi Arabia's are like suburb white kids, and
that is who they send their children to America , to play,and when you go somewhere to
play you do not want to be beat up by jealous English who cavort with the Niggers, Saudi
Arabian people do not like Negros at all.
And Saudi Arabian people are fierce but very soft, it is like a very valiant man that
weighs about 140 lbs., and they are about 140 lbs. , because if they were 230 lbs. you
could not withstand their valor.
So understand them America..and keep the Saudi Arabian away from Negras, they really
do not like them, Saudi Arabians learned about Negras thousand of years ago, and
enslaved negras millions at a time, That is how Islam was literally bostrosized by the
negra , putting so much taint on my religion I could barley with stand.
Bush resents so much of his life being exposed, but it was cavorting with Sandra
Elizabeth Bullock, ass fucking, and the nergas , alienating the Middle East, invading the
middle East , the Jealous of the Middle Eastern Culture, the intent to rape middle eastern
women, all the shit play,,etc. that just put him in to so much ill repute his father put hands
on him.
Danny M. Wells
8888888888888888888888888888888888

To the Embassy of Saudi Arabia
Washington D.C.
This is a PUBLIC Document
To the Embassy of the Republic of Ireland for distribution to all parties previously served
To the USPO Inspector General, see complaints filed by wellsdannyw@aol.com
From Danny M. Wells
353565347
California Drivers License A6712910
I have up Loaded my e-mail records to a KINGSTON USB storage unit, I am mailing it
out to the EMBASSY.
The USB is for Mr. Paul Te Crete, and I promised him he would have it. I am to mail it
today and I do not want to be Late. But I am presses for time. I will send it by using your

24

address as the return address.

The documents are to be sold by Te Crete, and the proceed are to be deposited in the CHAM BANK of Damascus Syria File and or Account number ( B599949081)

The file and or account number was developed as agreed to by all parties involved with Capitol Area Vocational Center Springfield Illinois (1978 to 1980) that were involved in the Creation of the CHAM BANK of Damascus Syria File and or Account number ( B599949081) Deutsche Bank Trust Company Americas in favor of Danny M. Wells United States Social Security Number 353565347 California Drivers License A6712910 Further I reside at 1646 Cabrillo Ave #17 Torrance California 90501, I would appreciate payment ( of my rent) from my Staff involved with the sale of said documents , to be made to the manager of 1646 Cabrillo Ave # 17 Torrance California 90501. The manager is in Apartment #201,

The manager is to be told that the documents are to be sold to Paul Te Crete that the Embassy of Saudi Arabia is involved in order that the Manager is assured of payment. I Authorize some three months payment be made from my deposit into the B599949081 file or account, that in fact the CHAM BANK be notified that my intent is to expedite deposits into the FILE and or account, that deposits in the CHAM BANK can also be used to pay said rent as the Manager is to be paid, and the manager is waiting, and I do not want the manager to be waiting for his money, and that is why

I sold the documents to Paul te Crete, and I have also sent a letter to the Illinois National Bank in Springfield Illinois ( CUSTOMER SERVICE) instructing them to deposit money into my Wells Fargo Checking account so I may pay my rent in that manor. I enclosed a deposit slip for Wells Fargo for the INB to send Wells Fargo a check for deposit into my Wells Fargo Checking account , which I have checks for, and the Manager of apartment 201 is willing to accept a check from me.

I do not have a California Identification card, and it has been almost 10 days since the ID card was to be mailed from the California DMV, and the US Post Office informed me that the ID was not there at the US Post Office, and I had placed a hold on my mail and said hold was not in effect, Documents I filed with the USPO in Torrance to change my address were in the possession of USPO employees id Sylmar California, and I was told that if the ID Card did arrive it might be sent back to the DMV.

So at this point Between the USPO not wanting to forward my personal mail, not wanting to recognize that as a Licensed private investigator in the state of California that I might not want people I do BUSINESS with as a licensed private investigator to know where I actually reside, refuse to simply distinguish between business mail and personal mail, and have decided to just SHINE ME ON.

And that is what the dam USPO is doing SHINNING ME ON, I have a PROBLEM THAT IS EFFECTING ME AND PEOPLE WHO LIKE ME, and I am tired of it all.

I just want my dam ID card to be delivered to where I live. I live at 1646 Cabrillo Ave #17 Torrance California, and I really do not have time to keep going up to Sylmar to check, or to end up walking from Torrance to Sylmar as apparently some dam body did in the past and this is some kind of revenge thing , which is popular with you dam old people who discovered the the King of England had to do all of this, and you went through this script to see how you compared , and I am telling you all this was not a dam game.

25

This is real life and you actually interfered with NATIONAL SECURITY, you USPO employees should be ashamed of your selves actually.

I hope that parties understand that and ACTIVITY is a serious procedure and parties that see the opportunity to resolve their problems should note that the load on the architects could be to much, This activity was planed 33 years ago, and rehearsed by me at least three time, this is no rehearsal, and we are 80% completed, and I really do not want additional parties utilizing me,as there is something inherently wrong with one person doing everything, Individual responsibility for your assignment is required.

Inability to perform means you should not have the benefits of your position and you should be replaced in fact. I personally have noted at least a 50% performance burden on my efforts meaning parties are passing their burdens.
***************************************

History Saudi Arabia was in fact the government for America in the 1970, in the 1980 the Bush family, and Betty Evelyn Campbell Wells Ran the Saudi Arabians out of the entire country and the result was economic collapse, he Bush family and Betty simply did not know where the currency that ran America came from. The currency comes from Saudi Arabia America, and they left us in the dust because they were beaten up physically in the streets,

by Betty and the Bush nigger gangs, and that is the fact of it. Now we have a chance to get that currency back, and that currency is what we have to have, so do not mistreat the Saudi Arabians, they are Anglos and they have currency, do not confuse the Saudi Arabian with a negro blood, they are not, Saudi Arabia's are like suburb white kids, and that is who they send their children to America , to play,and when you go somewhere to play you do not want to be beat up by jealous English who cavort with the Niggers, Saudi Arabian people do not like Negros at all.

And Saudi Arabian people are fierce but very soft, it is like a very valiant man that weighs about 140 lbs., and they are about 140 lbs. , because if they were 230 lbs. you could not withstand their valor.

So understand them America..and keep the Saudi Arabian away from Negras, they really do not like them, Saudi Arabians learned about Negras thousand of years ago, and enslaved negras millions at a time, That is how Islam was literally bostrosized by the negra , putting so much taint on my religion I could barley with stand.

Bush resents so much of his life being exposed, but it was cavorting with Sandra Elizabeth Bullock, ass fucking, and the nergas , alienating the Middle East, invading the middle East , the Jealous of the Middle Eastern Culture, the intent to rape middle eastern women, all the shit play,,etc. that just put him in to so much ill repute his father put hands on him.

Danny M. Wells
8888888888888888888888888888888888888888

I would appreciate a message being forwarded to the intelligence community of England, Fo 40 years now I have has to deal with person intent uponstealing my weath to pay the bills and dbets they owed to Niggers, and I do not want to pay the debts that the French, the English or any one else ows to niggers. As I have no contractual contact with them. And there is a reason for that. Based upon my personnal experience. I do not like them,

26

and I have a public record to that effect, and I document it as I do not like trouble , I really do not.

This communication is not for America it is for England, and the reason I am writitng is to give them some advice. That advise is I am the Director understand, and I as the Director am insuted to the core at the way I were treated by people whos activities were known by the intelligence community of England, that such knowledge for the last 40 years did nothing to effect an arrest or anything,and that concludes in the determination that my agency will disrespect you everywhere, until we get tired....

You have just turned your head to many times to be forgiven, and I want you to knoe enfatically that your policy of a blind eye and a deaf ear has so angered the america intelligence communty that you probably should not expect very much of any thing( period). Your hard knocked nonsense was a entertainment for the mentally ill, and a babysitter program at best, causing so much physical injury the obvious intent was theft of my property by extortion,

As the hyears went by your decendants were mor virrlent in bring about my death. What saved me was your cowardes as you always wanted a nigger to kill me ,and you collect the insurance. But the Nigger just got to old to do the job, and your children are not as skilled as the BSS was, so you are pretty much done now with me.

and take what I have said to heart, and think you can breakl the law in the United States with your dam badge and find your self in the Hat!

Is there any more questions, or test to determine how angry I am , or how to get the tain off of you, are their any more plans to put nigger pussy on me , to disrespect me, or to black mail me to undermine my Kingdom, that is what you do Balckmail, to sham people, drug people , use hemicals on people, debatch children and get photos of people under the influece of drugs to sy they did something of their own free will, that is what your do England, that is your calling card. Put a nigger on and insuate froma distace because you want something fform someone, and you project a person death, and establish insursnce proceeds. You use niggers for this and for that. The world knows you England and the World is tierd of you, and your M- 15, M –16 M what the hell ever to impress people like it was a new sports car or something, My agency has not changed it name in over 40 years.

8888888888888888888888888888888888888

To
**Embassy of Syria**
**2215 Wyoming Ave. N.W.**
**Washington, D.C. 20008 USA**
To Visa HQ
From Danny M. Wells
1646 Cabrillo Ave #17
Torrance California
353565347
California Drivers License A6712910
To the Embassy of the Republic of Ireland For distribution to all parties previously served
This is a communication to advise the Syrian Government that I am the child known as

27

Kal El,, for almost 40 years I have had nothing but trouble from the French, and Mel Gibson. Gibson and Sandra Bullock the actor and actress have been the worst. Childish and involved in evil... They set out to steal my wealth, and England helped them as I controlled the House of Lords and the Lords resented this. $0 years of petty theft and deception to convert my wealth to pay their bills and debts. To include putting me through perversions because they were lustful in their hearts. Testing my morality to the point where they told lies, and deceived the entire public. This were the way they put off paying their debts, and a return to nergro Africa.

I submitted a visa application to prompt a search for my real birth certificate, the web site I have used is controlled by Mel Gibson or the hansen Family which have also been nothing but a problem for me, HOL have the tactic of pitting me against BULLOCK< GIBSON, EMMA THOMPSON, Kenneth Brannagh and his gang of spies from some unknown central European country defunked by england, to waste my life away in order to steal my financial records or make them disappear.

I document for you the practice of killing children by england. Every year the English have the Harvest festival. I was exempted from the harvest festival because My food was paid for in advance. I owned the land the framers farmed on.

But the BUSH family, the Hansons, Brannagh, The Thompson family, the French, Frenchene, Frenchen etc , and the Niggers, Burnette Ancrum, Keith Copper, as well as the disgusting ( sex change operation Betty Evelyn Campbell Wells, and Laura Jayne Wells Morrison) all insisted that I be put in the Harvest Festival under the Dam Hansen Family, and the purpose is to count the crops and determine if there is enough food for the children of that year,

When there is not enough food children are shot to death on the spot, and there is negotiations and arguments about who has to many children, I was put in the pool of children to be shot with the NIGGERS and I just cannot fathom the hate I have for these dam animals.

They are so insanely afraid of death that they just put all in front in order to live, and that is the crux of the profound detestability of it. To value a nigger like a KING, and I am suppose to respect a people that endorse or ascribe to that.

It is the english philosophy on communism that I never will ever accept , and I swear I am going to punish england until I die for that!

What I would like is my birth certificate , from Syria to hell with england about it as those communist niggers of niggerdom want to extort me about that to steal from me in order to feed those communist niggers for free and I am tired of the niggers altogether, so pick which nigger I am talking about.

Cham Bank file or account B599949081

The Birth certificate, my real one is what everyone wants in the file, it is not necessary to make an account but is things like the about which is documented that just makes people want england to pay in every way so people block this they block that until all the paper work is in and all the parties pay for what they did, as people do not want to bow to perverts and the perverted. so they want the real Birth Certificate and I am asking Syria the Government of Syria to sent Cham bank the birth Certificate for Kal El which is also me, so the public can know who I am.

Danny M. Wells

28

353565347
88888888888888888888888888888

To Greg Kenner ( NY Times staff to contact Greg Kenner the ACTOR)
To Cham Bank Damascus Syria
To the Embassy of the Republic of Ireland For Distribution to all parties previously served
To Brian Delmer( New York Times staff to contact Brian Delmer,( student of Capitol Area Vocational Center Springfield Illinois 1978 to 1980) student in my drafting class the instructor was Copennbarger, Brian is to be told he is to get the account information for my staff in Batu Mongolia, as I want my money to be deposited in my tresury in Mongolia. ( tahi si what this is about, it is not about putting money in other people pocket, I have done that for years, and now it is time I get my money. All of these people have lived great lives and did very little for what they have to do now, what is it a few days of stress, faingning inablity until a relative of friend gets another house or mansin of job for life moniter noting at all.

I am tired of paying money to protect money I cannot use, because I am used to pay the debts of other people, no more, so you peole do what you have been paid all your lives to do, transfer my money in a manner wherein I can use it, all of you are linked to Chatham Illinois, an hid in that town there from the nergas, and I am not going to protect any of you any more,, so just do your job and understand that when you get your bones broken and you get shot and cut, because of the greed of others,a lazyness you hate people then. ISSUE ARE MY DOCUMENTS HAVE BEEN tampered with , for obvious reasons, staff are to inform The Actor Greg Kenner that I crossed Hawthorne Blvd in Torrance California, and I am using the Starbucks coffee Shop in the **Village Del Amo , that I saw** the poster of the JFK move at the corner of Hawthorne Blvd and Torrance Blvd, Torrance Blvd that runs in front of the Library, a word I have trouble spelling.

You Kenner have caused a lot of trouble, and my staff are to approach you as this is a document for all Embassies previously served, and the FOLLOWING is a SENSITIVE information for my staff only!, You Greg you apparently have some kind of issue with Brian Delmer, now Delmer is the person with all my recordation from my work for the National Aeronautics Space Administration, I cannot use Copenbarger because Copenbarger is compromised, and you and Delmar do not get along, I cause Roth to be contacted to verify my identity with Brian, but you also have to contact Brian, and Brian does not like you.

Why you have to be included with so much dissention between you and Brian is unknown to me, accept for some dam endorsement of some activity , Brittan is forcing on people because some dam brit had to do it.

It is always that some dam popups ass had to do , which was embarrasment, that is pushed on everyone, and I am tired of it,

So either do what you are suppose to do, or forget about it, their aint going to be no transmission of documents to you, not because I cannot do it, all it is , is to create the fie again , but I am not going to do it, I just do not want to waste the time sensationalizing this and dragging emotions out of people!

The attachments you are going to receive are a manipulation of my lap top by obviously

29

the dam FRENCH, and that means they are misleading to hide all the trash they have done, as this document here is explanatory in comprehension, a explanatory to the **Cham bank itself**, all understand who dam convoluted this is to prevent people who just should be done away with refuse to accept their fate.

Danny M. Wells

353565347

CALIFORNIA DRIVERS LICENSE A6712910

PRESIDENT OF THE UNITED STATES OF AMERICA ( By Act of Congress)

President of the United States of America ( Inaugurated)

Yes, Greg you have been dealing with the President, and America has a thing such as me, and it was because of the money and war.

To The New York Times Staff

To the Embassy of Mongolia

To the Embassy of the Hellenistic Republic of Greece ( Los Angeles California)

From Danny M. Wells

For my staff at the New York Times,

this is Lord Gerker, the owner of the New York Times,

353563547 California Drivers License A6712910

You are to locate Mr Timmothy Roth, Mr Roth is to be given a copy of this document. Mr Roth i knew you In Springfield Illinois, and we did a few things for the Government. ( the confirmation film is Reseroir Dogs) http://youtu.be/rJrOCP7_spQ

( Thine eyes have seen the coming of the lord!)

Contact the Cheetoes Snack company as you did own the company, to contact the Frito Lay Potato Chip Company.

in Pittsburgh PA,

and or Springfield Illinois or surrounding area,

as I require BRIAN the son of the owner of the potato chip company to transmit the location of money I have deposited that BRIAN was securing for me,

BRIAN was a student at Capitol area Vacational Center Springfield Illinois (1978 to 1980) we were students at CAVC, and we were in a program with the National Areonatics Space Adninistration , and I invented many things in those years.

That was why I had so many problem in my life.

Brian Knows where the money is deposited,

The Frito Lay potato Chip company in the Pittsburg area may be compromies, and parties may refuse to cooperate with you, I do not know if you were aware of Brian,

Notification of my account was in locationa a PICK LIST ( FRITO LAY PO BOX 643103, PITTSBURGH PA 15264-3103 (310) 224-5602,,,,HH4 PROD.4.47.8.0

You should contact the Embassy of Saudi Arabi in Washington D.C.

or the Embassy of the Hellinistic Republic of Greece 12424 Wilshire Blvd , Suite 1170, Los Angeles California the Cousl General, may have additional information for you and BRIAN.

Brian is to be told to that the money he has for me is to be sent to my tresury in Batu Mongolia By contacting the Embassy of Mongolia in China, or Japan, my staff can be contacted by contacting the mayor of Batu Mongolia,

**The money Brian is to be sent according to the procedures set by my staff of Batu**

30

Mongolia

**I authorize my staff of Batu Mongolia to deposit money from my tresury to my NEWLY created FILE with the CHAM Bank in Damascus Syria the Account is** ACCOUNT NUMBER B599949081,

**the TITLE OF THE ACCOUNT and or file is DEUTSCHE BANK TRUST COMPANY AMERICAS in the favor of DANNY M. WELLS UNITED STATES SOCIAL SECURITY NUMBER 353565347 CALIFORNIA DRIVERS LICENSE A6712910**

this account number B599949081 was obtained by a trip to the California Department of Motor Vehicle this day about 4 hours ago, and it is the number on the form I used to obtain the paper Instruction Permit H7/5001 , in Torrance California.

The B599949081 number was mailed to the Embassy of The Hellinistic Republic of Greece , at a US Post office near 1646 Cabrillo Ave Torrance where I currently reside, the US MAIL is is receipted with the number EB665838231 US

the mail to the Embassy of the Hellinistic Republic of Greece ( Los Angeles) , as it is a Governor Grey Davis HTVR 18 (REV. 8/2000) form which the **Cham Bank staff asked for in 1978 to 1980, to verify I was the opener of the file. and that form was mailed about 1 hour ago.**

Brian is to contact the Embassy of Saudi Arabi ,as the Embassy of Saudi Arabia Washington D.C. was the party I and Brian sold inventions to, Brian was my record keeper and olny knows where the money is, and he is to tell my staff of Batu Mongolia where the money is.

Danny M. Wells

353565347

Mr Roth you know all about me.

8888888888888888888888888888888888

To the U.S Embassy

**Ambassador Louis B. Susman**

United Kingdom

To The COURT of St James England

To the Cham Bank

To the Embassy of Saudi Arabia Washington D.C.

To the Embassy of the Hellenistic Republic of Greece Los Angeles California

From Danny M. Wells

353565347

CALIFORNIA DRIVERS LICENSE

I was a ward with the Court of St James, prior to 1976. At that time I lived at 1714 East Miller street Springfield Illinois. The Court of St James was a Court assigned children as WARDS of that COURT. The St James Palace in England is the Palace for the Royal Family.

I have lived as Danny M. Wells under a false birth certificate ( filed in Sangamon County Illinois, Springfield Illinois, and I do not know the exact day of my birth. I understand that I were born after 1963, possibly 31 December 1964. The Court of St James discontinued supervision of me due to a conviction by the World Court for war crimes in

31

1970 or so.

I was tried by the World Court that was located in Istanbul Turkey, and placed into house arrest, as I organized some activates against the K.G.B.

The World Court was moved to London I believe in 1976 because the Istanbul Court sided with the " THIRD WORLD" on so many things that the English would not recognize the Istanbul Turkey Court and all claims against England, Ireland, Scotland, Wales , France, Germany, practically all of western Europe were not recognized issued from the Istanbul World Court, so courts picked and choose which court to recognize depending on politics.

What I would appreciate is the U.S. Embassy notifying the Palace that I want my real Birth Certificate as issued by the Bishop of the Church of England, as I suspect the church has it, and or other verification of birth. The Court of St James knew me as Danny M. Wells and they came to see me at the 1714 East miller street address. Diane Princess of Wales, and Prince Charles Prince of Wales visited me for the Court of St James, and I believe Prince Charles knows who my Mother and Father are or were. I had been told many things. From (Queen Victoria and Richard the Lion Hearted) themselves were my mother and father as they have ways to hand down GAMETES from long ago , to Richard Burton was my father, and that Diane Prince of Wales was my mother, I was a Ward, and that unsually means an Ophan.

( For years people though Betty was my mother, she was not, the fake birth certificate has her name on it,and Arnold S. Wells on it, and the race is wrong, they have me as a negro on that birth certificate) DOB 14 August 1961, that is such an insult I cannot quantify it. ( the finger nail I sent to the Embassy establishes that.

Prince Charles called me Arthur, and Diane Princes of Wales called me Christian, I took the name Amedus as I liked the music, and I took the name Pendragon as I was a writer, and a North Africa Anglo bloodline.

That document is to be sent to the CHAM Bank, info@chambank.com Under the following File or account number B599949081

**The Embassy of the Hellenistic Republic of Greece**

**Consul General**

**Elisabeth Fotiadou**

**12424 Wilshire Blvd**

**Los Angeles California is to be contacted as the Consul General has my right thumb nail, and therefore my genetic code to attach to the file or account B599949081 ,**

The Embassy of Greece my staff there are to contact the Cham Bank to confirm, a complementary notification to the Embassy of Saudi Arabia Washington D.C. is appreciated as they have the background on this transaction.

Mr Danny M. Wells

888888888888888888888888888888888888

To the Embassy of the Republic of Ireland

For service upon parties previously served

TO: **MTH FIELD INVESTIGATIONS REGION**

32

### AROSE REGION 8 PETERSON AFB CO

250 South Peterson Blvd
Peterson AFB CO 80914-4480

# TO ALL PARTIES THE BLUE BAG REFERED TO HEREIN HAS BEEN LOCATED AT 10:10 PM , 4/26/2011...

This Mr. Danny M. Wells 353563547,

I want to report a theft, I reside at 1646 Cabrillo Ave #17 Torrance California 90501. I am involved in an activity. The activity has been on going for about 6 weeks now and has involved several communities in America.

Aspects of the events involve the intelligence community. The procedures require an individual to have a degree of anxiety. There are various ways to promote anxiety. I have staff and a team I work with that know what I need to function.

In the application of this activity various persons became aware that their social status, the origin of their financial stability were becoming endangered. Therefore, after some 30 years of attempting to extort me, or injure me physically they presented to the intelligence community an intent to assist me in said activity by stealing private property, thus promoting anxiety.

The private property was a small blue bag. That will fit in your hand. The Blue bag had all my debit cards in it , and my Debt card from my Fidelity Investment account , which happened to be the account I am to used to pay my rent.

Further the blue bag had my account verification numbers for a new account I established with a foreign BANK. Now I do not have a written account number to that account.

Now, the point here is psychologies are different I happen to actually be a KING, and the parties that took this item opposed me for 40 years or more. I rejected their women, as they ere sent to steal my whole treasury, and as dishonest and cowardly as you will ever encounter . I cannot be involved with such a blood line.

This theft accrued some 20 years ago, and when it did I clearly separated from these people, they are the Pullam family and or the Sandra Elizabeth Bullock family of actors, and the Mel Gibson family as they just were not to steal from the KING. Nothing is to ever be stolen from a KING , that KING will resent you for ever. As it is an attack upon the Kingdom, Kings are breed to protect the KINGDOM they were given, it is their nature.

I am a Victorian , and a Chamberlin type of King of England, and I have other Crowns on so other subjects to those crowns are also insane with anger at the GAUL these people have, no one is to ever enter the sleeping quarters of a KING, after hours. That is such an insult that , my staff to include the USAF assigned to me never stole things from me. They did other things but never ever stole something. Now , these people were endorsed by England, either the House of Lords, or the Queen herself, as were probably the case the last time , I do not know about now. **THIS WERE THE PARTING OF THE WAY. AS I WILL NOT STAND FOR THIS, AS THIS IS WANT WILL MAKE THE KING ATTACK THE ENGLISH ROYAL FAMILY, NO KING WILL TOLERATE THIS.**

**replacing the cards and information is time consuming.**

It is the French Royal family trying to make everything a joke , or being playful, like a dog or pig or something that is heading for the gulitteen, and that is exactly what it is . The French are on the menu and they know it, among Anglo people. They cased all the trouble and they want every one to SHINE everything on, as if we did not go through a life of hell for the last 40 years to drop the ball when it is time to kill.

33

The ball is not going to be dropped , we are going to complete all. And I want my property back, and I mean that! This were an attempt to make something sexual, as is the tactic of those sensing their death, to be Frank, and that is exactly what is sought, you can see it in the communities eyes, they have the history of these people, and to steal something is a tactic to appear childish or playful, playing with the kings money.

Why would any one come into the room , why would they be allowed? because HOL want these French whores, and HOL is the enemy of America evidenced by their behavior over the last 40 years, the Queen were not a 100% Anglo in the past and was so hated people could not stand for her to visit, she was shunned by Europe, as Europe found out she was a blood line with that adopted Bush child also a negro blood, and they together with the the French just destroyed America with English power and intimidation , confusing the people for years, You never knew what side any one was on in the 1980.

These French were endorsed at high levels of government by a few people in power with ties to the enemies of America the Negros. and that was the fact.

I want my property back,

Mr. Danny M. Wells

*****************************

To the queen every one is waiting for this and I just hate to give it to them because it is obvious that the enemies of America never want anything to work out to the plan of the Anglo. The enemies want all to result in negro Africa, so any plan to live the life of an Anglo is hampered by negro concerns, what concern is to an Anglo the problem of a negro? England Ireland Scotland Wales etc. are Anglo countries, snowflake people.

What happens to snowflake countries they are attacked by Negros , and that is my question, the Prince and his bride , why did I receive the signal ( that they were in Kenya) That is my signal that they have a connection with negro Africa that is a compromise to this prince and or this Princess ascending to the thrown! I order that signal to be sent to me at this time, so what is it? The T.V. said they had a marriage proposal in Kenya, they were not to go their, unless there was some kind of problem!

Christian Amedus Pendragon

King of England

353565347

CALIFORNIA DRIVERS LICENSE A6712910

8888888888888888888888888888888

To CHAM BANK

TO The 7 Up Botteling Company ( Pittsburg Pensylvania)

To the Greek and Saudi Arabian Embassys

TO MICHELLE, and ARMs ( CONFIRM Film selection to CHAM Bank officials) we all went to the movies that day, I choose BLACK SUNDAY,

From Danny M. Wells

353565347

CALIFORNIA DRIVERS LICENSE A6712910

Verification documents of my idenity, if need may be obtaiend from the Embassys identified above,

The 7 Up Bottling Company of Pitsburg was selected as the location to contact Michelle and ARMS, That is the names I know them by. Both should be familiar with the Sea

34

Castle Apartments in Santa Monica California. Both should be aware of Mel Gibson and Sandra Elizabeth Bullock, from the events in Springfield Illinois (1977) and the behavior of the English House of Lords, and the Ducoveny family.

Arms you are know to be a Dane, and a Negro blood line, but you are also deceptive, and never knew for sure if you were setting the MASON up or not. You could have been an Anglo luring Masons as I were. At any rate I have been able to examine your history since we know each other in springfield Illinois and I have decided you are mean as ever, and therefore you are to be interviewed for a job with Deutsche Bank Trust Comapany Americas in favor of Danny M. Wells 353565347 California Drivers License A6712910, That is the name of the trust fund which is in Syria.... The money from the Austrian trust fund has been withdrawn and moved to the CHAM BANK account ( have the account number to be used (B599949081).

That is the verification to the Bank which is to be transmitted to the bank officials, as a verificsation of my identiy as the number corresponds to a vist to the California Department of Motor Vehicles , I made about one hour ago.

I am on camera in the DMV office located in Torrance California, that and the fact the Embassy of Greece has my right thumb fingernail establishes my idenity.

I confirm that we three met and dicussed this some 30 years ago at a resturant. And I chose you to work for me and you are to operate in Africa as I am not sure what exactly are you! So the Syrians will find out what you are. You will or will not receive your travel arraingements, as you have to be checked out . That is the way it has to be, do not bother calling , you will be called, and just follow instruction. The call will be from the CHAM BANK officials if you are to be interviewed, what you do for me is up to them. I pay your salary from the trust fund.

MIchelle , I would like to make you an accountant to pay some of my bills, and you also are to go through the same procedure,

Mr. KOYBIASHI, this message is not a public document , it is legal understanding and KOYBIASHI will have to be told that he will be interviewed for his brothers job, being is brother is deceased , he is to follow the same procedure, and be a purchaseing agent for me, and possibly a curriour for Mary Ann Convertino..

futher notification of this communication are as follows

Raymond Ishi

William Shatner

Lenard Nimoy

Jeff Smothers

Glen Morgan

Timmothy Jay Willis ( attorney for Real Estate disputes regarding West Springfield Illinois, Tim I want that house by the Golf Course)

Nickolas Cage

Linda Carter

Bruce Willis

Demi More

E.G. Marshal

Ann Bancroft

Omar Scharif

Efferm Zimbolas (family)
James Fransicus
Ed Mcman
Elton John
Paul Mac cartney
RESIDENTS OF THE SEA CASTLE APARTMENTS
the above can inform trouble makers of the circumstances of the actions in light of the
information herein.
*************************
c.c. To the International Monetary Fund ( from Vincent)//////copy to be sent to the
Embassy of Saudi Arabia, Washington D.C. for distribution By the Embassy of the
Republic of Ireland to all parties previously served,,To the Embassy of the Hellinistic
Republic of Greece , Los Angeles California, To the Embassy of Mongolia (for my staff
in Batu Mongolia),,,
This Memo tobe forwarded to the United States Senate,, all pertinant committees, and the
the United States Congress all pertinant committees, and **to the Cham Bank ( Of
Damascus Syria)**
**By the U.S. Senate as receipt and understanding that the currency is no longer
available in the Continental United States.**
To The Cham Bank
info@chambank.com
Main Branch - Al Najmeh Square
To the EMBASSY OF THE HELLENISTIC REPUBLIC OF GREECE
TO THE EMBASSY OF MONGOLIA ( for my staff of Batu Mongolia Attorneys)
TO The Embassy or the Republic of Ireland for distribution to all parties previously
served
From Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
I currently reside at
1646 Cabrillo Ave # 17
Torrance California 90501
I want the currency from Deutsche Bank, and I want all the currency from my Trust Fund
to be transferred, ( transferred to THE CHAM BANK) My Attorney staff of Batu
Mongolia may be contacted by contacting the Mayor of Batu Mongolia.
The trust fund is **Deutsche Bank Trust Company America the Master and the
Limited fund**
**( I also want the currency from the BANK it self, as It is all mine).**
I am fed up with people assuming they controlled anything. I sat back for more than 40
years and watched people lie , and steal. Therefore this is the authorization to take the
currency from the BANK and from the Trust Fund, as I want no misunderstanding as to
my right to take all the money, and that I am the owner of all the Currency.
The particulars of the currency itself can be obtained from the person I refer to as my
BURSAR, he is the manager of the A Plus Foreign Currency Exchange. I KNOW THAT
THIS IS A VERY HUGH PHYSICAL TRANSFER OF CURRENCY, BUT THE GOLD

36

THAT SUPPORTS IT HAS ALREADY BEEN MOVED, This is to be notification to
Employees staff, etc. that the currency now has been moved.
My biologic identity is known by the Embassy of the
The following e-mail addresses are references for you to contact
info@saudiembassy.net This is the Embassy of Saudi Arabia, Washington D.C.
Background can be obtained from various persons on the Embassy staff regarding the
attachments, as the circumstances are grave.
*****************************
Elisabeth Fotiadou
Consul General of Greece
The origin of the currency is know by the Consul General, and the Consul General has my
biologic identification,
Embassy of the Hellenistic Republic of Greece
*12424 Wilshire Blv., Suite 1170*
*Los Angeles*
*United States*
*CA 90025*
*Phone:*
*+1-310-8265555*
*Fax:*
*+1-310-8268670*
*Email:lagr@greekembassy.org*
*Website URL:*
******************
**A Plus Foreign Currency Exch**
1454 4th St, Santa Monica, CA 90401
(310) 656-1121
The manager of the EXCHANGE knows the history of the Bank , and the Trust fund,
And the fact is I were very young when they were organized, The Manager of the A Plus
Foreign Currency exchange took my right thumb print when the trust fund was organized.
Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
My staff of Batu Mongolia are authorized to take all the currency from the Bank and the
Trust Fund, ( My attorneys will handle all incidental to this AUTHORIZATION.


*********************************************
**2ND ADDENDUM I want to include the issue of removal of physical attributes from my person, such
as activities which effect the color of eyes, removal of bone and the tissue, removal of skin, activities
that effect hair, activities that effect skin, activities that effect the facial bones, activities that effect
height, and weight, vocal chords, dexterity and muscular frame. Agility, and neural net.**
**And other physical attributes not noted, the objective is to determine what was done, and how it was
done, and were did the material go, and who has it, and how is it to be removed. I have decided that
the material is to be returned. You should be aware that the parties who took whatever attribute will
resent returning the material, and claim inability etc.**
**Therefore extract the material by force, and return it. If the result is a determent to me then
insure that that same determent is passed on to all involved. As I am sure that when it is**

37

all said and done the intent will be clear, that an attempt to impersonate me were the issue. These people are animals at best, and degenerates in definition. They cannot be trusted to do anything of respect. what you find is to become public knowledge as it is appropriate that people know how much of a degenerate these individuals, doctors, military persons, aristocrates, politicians, communtiy leaders are,

Then disclose what social groups they all belong to , and I will bet it is the MASONS.

ADDENDUM,,,,,

FAILURE OF ANY PERSON TO BE INTERROGATED TO REPORT TO THE DESIGNATED LOCATION IN PERSON TO BE INTERROGATED IS TO RESULT IN COMPLETE REMOVAL FROM THE USE OR CONTRACTING RIGHT WITH, AND RIGHT TO PURCHASE ANYTHING THAT I PRODUCE AS A PRIVATE INDIVIDUAL, COMPANY , CORPORATION, OR KING...THIS PUNISHMENT IS TO INCLUDE THE INDIVIDUALS ENTIRE FOLLOWING,,, ALL MEANS ARE TO BE USED TO IMPLEMENT THIS ,,,AS THE PURPOSE IS TO GET RID OF PEOPLE WHO ARE TROUBLE MAKES, AND THIEVES.

their is no advantage to them remaining in America, a the English would do, and the English are not in charge of America. I have the deed to the whole continental United states of America, and it is nothing at all to get rid of as much as 100,000 thousand individuals because they pester me...

Lord Gerker

PUBLIC DOCUMENT,

To the Embassy of Japan

To all parties previously served ( To be completed by the Embassy of The Republic of Ireland)

From Danny M. Wells

353563547

California Drivers License A6712910

RE: Certain of the( URX COURT)

The Court(s) are to be composed of Japanese Lawyers , persons born , raised and reside in JAPAN.

ONE BILLION DOLLARS is to be assigned to this URX court. The purpose is to interrogate individuals, and leaders of Companies involved in physical harm to me , over the years.

Various Films I will list are the bases of identifying the Family or individual responsible. The actual interrogations should not exceed 800 interrogations. The time to complete the interrogations (should not exceed 40 days) once the responsible party is identified.

The interrogated are the decision makers, not their flunkies, Phone records and sources of financial income are to be obtained to determine the pool of persons to be interrogated.

NO counsel is allowed, the identified person to be interrogated is to report to the location designated by the JAPANESE lawyer assigned to the given film, wherever, as the class of person I am seeking is the HEAD of the authority that cause the injury to me. All the other persons are connected by financial support.

They are also to get out of the United States of America.

I would appreciate the Embassy locating some 800 attorneys, and assign them films to identify said persons.

The following actors are to be contacted and to comment on the purpose of the film , to

38

begin the inquiry

The objective is to determine if the goal was ridicules to be precise or an attempt to seek revenge or to steal something..

Once the objective is determined that persons whole fowlling is to be informed not to remain in the United States of America.

The person and the following are to be referred to my security personnel by contacting the Mayor of the Batu Mongolia.

THE FUNDING FOR THIS SERVICE IS TO BE MADE BY MY TREASURY IN MONGOLIA,

THE LOCATION OF THE INTERROGATION IS TO BE IN A EMBASSY OF JAPAN, PREFERABLY IN CHINA, OR LAOS.

The Embassy of japan ( is to understand that this is the will of( Genghis Khan, the Tia Pan ) KNOWN AS DANNY M. WELLS 353563547, CALIFORNIA DRIVERS LICENSE A6712910

My list of films is by actor and some titles

Bruce Willis

John Cusack

Matt Damen

Sylvester Stallone

Tommy Lee Jones

Nick Nolte

Robert Deniro

Tom Hanks

Alec Baldwin

Harrison Ford

Don Johnson

Nicholas Cage

Thomas Jayne

John Travolta

Oliver Gruner

Mark Walberg

Billy Bob Thorton

Michael Madsen

Val Kilmer

Harvey Keitel

Vin Diesel

Dwayne Johnson

Burt Reynolds

Charles Bronson

Dennis Quaid

FILMS**********

Walking Tall

Savior

XXX

Reservoir Dogs

39

Mr. Brooks
The Untouchables
The Getaway
Little Odessa
The Odessa File
Blown Away
THE FUGITIVE
Kill Bill
Face Off
Nemesis
Ladder 49
From Paris with love
Basic
The Generals Daughter
The Recruit
Donnie Brasco
Carlito's Way
Sent of a Women
Serpico
Spartan
BROKEN ARROW
The Saint
Heat
Max Payne
pulp Fiction
The Corrupter
The Replacement Killers
Faster
The Ice Harvest
Bandits
Blood In Blood Out
888888888888888888888888888


To CHAM BANK
TO The 7 Up Botteling Company ( Pittsburg Pensylvania)
To the Greek and Saudi Arabian Embassys
TO MICHELLE, and ARMs
From Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
Verification documents of my idenity, if need may be obtaiend from the Embassys
identified above,
The 7 Up Bottling Company of Pitsburg was selected as the location to contact Michelle

40

and ARMS, That is the names I know them by. Both should be familiar with the Sea
Castle Apartments in Santa Monica California. Both should be aware of Mel Gibson and
Sandra Elizabeth Bullock, from the events in Springfield Illinois (1977) and the behavior
of the English House of Lords, and the Ducoveny family.

Arms you are know to be a Dane, and a Negro blood line, but you are also deceptive, and
never knew for sure if you were setting the MASON up or not. You could have been an
Anglo luring Masons as I were. At any rate I have been able to examine your history since
we know each other in springfield Illinois and I have decided you are mean as ever, and
therefore you are to be interviewed for a job with Deutsche Bank Trust Comapany
Americas in favor of Danny M. Wells 353565347 California Drivers License A6712910,
That is the name of the trust fund which is in Syria.... The money from the Austrian trust
fund has been withdrawn and moved to the CHAM BANK account ( have the account
number to be used (B599949081).

That is the verification to the Bank which is to be transmitted to the bank officials, as a
verificsation of my identiy as the number corresponds to a vist to the California
Department of Motor Vehicles , I made about one hour ago.

I am on camera in the DMV office located in Torrance California, that and the fact the
Embassy of Greece has my right thumb fingernail establishes my idenity.

I confirm that we three met and dicussed this some 30 years ago at a resturant. And I
chose you to work for me and you are to operate in Africa as I am not sure what exactly
are you! So the Syrians will find out what you are. You will or will not receive your travel
arraingements, as you have to be checked out . That is the way it has to be, do not bother
calling , you will be called, and just follow instruction. The call will be from the CHAM
BANK officials if you are to be interviewed, what you do for me is up to them. I pay your
salary from the trust fund.

MIchelle , I would like to make you an accountant to pay some of my bills, and you also
are to go through the same procedure,

Mr. KOYBIASHI, this message is not a public document , it is legal understanding and
KOYBIASHI will have to be told that he will be interviewed for his brothers job, being is
brother is deceased , he is to follow the same procedure, and be a purchaseing agent for
me, and possibly a curriour for Mary Ann Convertino..

futher notification of this communication are as follows
Raymond Ishi
William Shatner
Lenard Nimoy
Jeff Smothers
Glen Morgan
Timmothy Jay Willis ( attorney for Real Estate disputes regarding West Springfield
Illinois, Tim I want that house by the Golf Course)
Nickolas Cage
Linda Carter
Bruce Willis
Demi More
E.G. Marshal
Ann Bancroft

41

Omar Scharif
Efferm Zimbolas (family)
James Fransicus
Ed Mcman
Elton John
Paul Mac cartney
RESIDENTS OF THE SEA CASTLE APARTMENTS
the above can inform trouble makers of the circumstances of the actions in light of the
information herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
c.c. To the International Monetary Fund ( from Vincent)//////copy to be sent to the
Embassy of Saudi Arabia, Washington D.C. for distribution By the Embassy of the
Republic of Ireland to all parties previously served,,To the Embassy of the Hellinistic
Republic of Greece , Los Angeles California, To the Embassy of Mongolia (for my staff
in Batu Mongolia),,,
This Memo tobe forwarded to the United States Senate,, all pertinant committees, and the
the United States Congress all pertinant committees, and **to the Cham Bank ( Of
Damascus Syria)**
**By the U.S. Senate as receipt and understanding that the currency is no longer
available in the Continental United States.**
To The Cham Bank
info@chambank.com
Main Branch - Al Najmeh Square
To the EMBASSY OF THE HELLENISTIC REPUBLIC OF GREECE
TO THE EMBASSY OF MONGOLIA ( for my staff of Batu Mongolia Attorneys)
TO The Embassy or the Republic of Ireland for distribution to all parties previously
served
From Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
I currently reside at
1646 Cabrillo Ave # 17
Torrance California 90501
I want the currency from Deutsche Bank, and I want all the currency from my Trust Fund
to be transferred, ( transferred to THE CHAM BANK) My Attorney staff of Batu
Mongolia may be contacted by contacting the Mayor of Batu Mongolia.
The trust fund is **Deutsche Bank Trust Company America the Master and the
Limited fund**
**( I also want the currency from the BANK it self, as It is all mine).**
I am fed up with people assuming they controlled anything. I sat back for more than 40
years and watched people lie , and steal. Therefore this is the authorization to take the
currency from the BANK and from the Trust Fund, as I want no misunderstanding as to
my right to take all the money, and that I am the owner of all the Currency.
The particulars of the currency itself can be obtained from the person I refer to as my
BURSAR, he is the manager of the A Plus Foreign Currency Exchange. I KNOW THAT

42

THIS IS A VERY HUGH PHYSICAL TRANSFER OF CURRENCY, BUT THE GOLD
THAT SUPPORTS IT HAS ALREADY BEEN MOVED, This is to be notification to
Employees staff, etc. that the currency now has been moved.
My biologic identity is known by the Embassy of the
The following e-mail addresses are references for you to contact
info@saudiembassy.net This is the Embassy of Saudi Arabia, Washington D.C.
Background can be obtained from various persons on the Embassy staff regarding the
attachments, as the circumstances are grave.
**★★★★★★★★★★★★★★★★★★★★★★★★★★★★★**
Elisabeth Fotiadou
Consul General of Greece
The origin of the currency is know by the Consul General, and the Consul General has my
biologic identification,
Embassy of the Hellenistic Republic of Greece
*12424 Wilshire Blv., Suite 1170*
*Los Angeles*
*United States*
*CA 90025*
*Phone:*
*+1-310-8265555*
*Fax:*
*+1-310-8268670*
*Email:lagr@greekembassy.org*
*Website URL:*
**★★★★★★★★★★★★★★★★★★**
**A Plus Foreign Currency Exch**
1454 4th St, Santa Monica, CA 90401
(310) 656-1121
The manager of the EXCHANGE knows the history of the Bank , and the Trust fund,
And the fact is I were very young when they were organized, The Manager of the A Plus
Foreign Currency exchange took my right thumb print when the trust fund was organized.
Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
My staff of Batu Mongolia are authorized to take all the currency from the Bank and the
Trust Fund, ( My attorneys will handle all incidental to this AUTHORIZATION.

**★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★**
**2ND ADDENDUM I want to include the issue of removal of physical attributes from my person, such
as activities which effect the color of eyes, removal of bone and the tissue, removal of skin, activities
that effect hair, activities that effect skin, activities that effect the facial bones, activities that effect
height, and weight, vocal chords, dexterity and muscular frame. Agility, and neural net.
And other physical attributes not noted, the objective is to determine what was done, and how it was
done, and were did the material go, and who has it, and how is it to be removed. I have decided that
the material is to be returned. You should be aware that the parties who took whatever attribute will
resent returning the material, and claim inability etc.
Therefore extract the material by force, and return it. If the result is a determent to me then**

43

**insure that that same determent is passed on to all involved. As I am sure that when it is all said and done the intent will be clear, that an attempt to impersonate me were the issue. These people are animals at best, and degenerates in definition. They cannot be trusted to do anything of respect. what you find is to become public knowledge as it is appropriate that people know how much of a degenerate these individuals, doctors, military persons, aristocrates, politicians, communtiy leaders are,**

**Then disclose what social groups they all belong to , and I will bet it is the MASONS.**

ADDENDUM,,,,,

FAILURE OF ANY PERSON TO BE INTERROGATED TO REPORT TO THE DESIGNATED LOCATION IN PERSON TO BE INTERROGATED IS TO RESULT IN COMPLETE REMOVAL FROM THE USE OR CONTRACTING RIGHT WITH, AND RIGHT TO PURCHASE ANYTHING THAT I PRODUCE AS A PRIVATE INDIVIDUAL, COMPANY , CORPORATION, OR KING...THIS PUNISHMENT IS TO INCLUDE THE INDIVIDUALS ENTIRE FOLLOWING,,, ALL MEANS ARE TO BE USED TO IMPLEMENT THIS ,,,AS THE PURPOSE IS TO GET RID OF PEOPLE WHO ARE TROUBLE MAKES, AND THIEVES.

their is no advantage to them remaining in America, a the English would do, and the English are not in charge of America. I have the deed to the whole continental United states of America, and it is nothing at all to get rid of as much as 100,000 thousand individuals because they pester me...

Lord Gerker

PUBLIC DOCUMENT,

To the Embassy of Japan

To all parties previously served ( To be completed by the Embassy of The Republic of Ireland)

From Danny M. Wells

353563547

California Drivers License A6712910

RE: Certain of the( URX COURT)

The Court(s) are to be composed of Japanese Lawyers , persons born , raised and reside in JAPAN.

ONE BILLION DOLLARS is to be assigned to this URX court. The purpose is to interrogate individuals, and leaders of Companies involved in physical harm to me , over the years.

Various Films I will list are the bases of identifying the Family or individual responsible. The actual interrogations should not exceed 800 interrogations. The time to complete the interrogations (should not exceed 40 days) once the responsible party is identified.

The interrogated are the decision makers, not their flunkies, Phone records and sources of financial income are to be obtained to determine the pool of persons to be interrogated.

NO counsel is allowed, the identified person to be interrogated is to report to the location designated by the JAPANESE lawyer assigned to the given film, wherever, as the class of person I am seeking is the HEAD of the authority that cause the injury to me. All the other persons are connected by financial support.

They are also to get out of the United States of America.

I would appreciate the Embassy locating some 800 attorneys, and assign them films to identify said persons.

44

The following actors are to be contacted and to comment on the purpose of the film , to begin the inquiry

The objective is to determine if the goal was ridicules to be precise or an attempt to seek revenge or to steal something..

Once the objective is determined that persons whole fowlling is to be informed not to remain in the United States of America.

The person and the following are to be referred to my security personnel by contacting the Mayor of the Batu Mongolia.

THE FUNDING FOR THIS SERVICE IS TO BE MADE BY MY TREASURY IN MONGOLIA,

THE LOCATION OF THE INTERROGATION IS TO BE IN A EMBASSY OF JAPAN, PREFERABLY IN CHINA, OR LAOS.

The Embassy of japan ( is to understand that this is the will of( Genghis Khan, the Tia Pan ) KNOWN AS DANNY M. WELLS 353563547, CALIFORNIA DRIVERS LICENSE A6712910

My list of films is by actor and some titles

Bruce Willis
John Cusack
Matt Damen
Sylvester Stallone
Tommy Lee Jones
Nick Nolte
Robert Deniro
Tom Hanks
Alec Baldwin
Harrison Ford
Don Johnson
Nicholas Cage
Thomas Jayne
John Travolta
Oliver Gruner
Mark Walberg
Billy Bob Thorton
Michael Madsen
Val Kilmer
Harvey Keitel
Vin Diesel
Dwayne Johnson
Burt Reynolds
Charles Bronson
Dennis Quaid
FILMS***********
Walking Tall
Savior
XXX

45

46

Reservoir Dogs
Mr. Brooks
The Untouchables
The Getaway
Little Odessa
The Odessa File
Blown Away
THE FUGITIVE
Kill Bill
Face Off
Nemesis
Ladder 49
From Paris with love
Basic
The Generals Daughter
The Recruit
Donnie Brasco
Carlito's Way
Sent of a Women
Serpico
Spartan
BROKEN ARROW
The Saint
Heat
Max Payne
pulp Fiction
The Corrupter
The Replacement Killers
Faster
The Ice Harvest
Bandits
Blood In Blood Out
8888888888888888888888888888888

2ND ADDENDUM I want to include the issue of removal of physical attributes from my person, such
as activities which effect the color of eyes, removal of bone and the tissue, removal of skin, activities
that effect hair, activities that effect skin, activities that effect the facial bones, activities that effect
height, and weight, vocal chords, dexterity and muscular frame. Agility, and neural net.
And other physical attributes not noted, the objective is to determine what was done, and how it was
done, and were did the material go, and who has it, and how is it to be removed. I have decided that
the material is to be returned. You should be aware that the parties who took whatever attribute will
resent returning the material, and claim inability etc.
Therefore extract the material by force, and return it. If the result is a determent to me then
insure that that same determent is passed on to all involved. As I am sure that when it is
all said and done the intent will be clear, that an attempt to impersonate me were the issue. These

47

people are animals at best, and degenerates in definition. They cannot be trusted to do anything of respect. what you find is to become public knowledge as it is appropriate that people know how much of a degenerate these individuals, doctors, military persons, aristocrates, politicians, communtiy leaders are,

Then disclose what social groups they all belong to , and I will bet it is the MASONS.

ADDENDUM,,,,,

FAILURE OF ANY PERSON TO BE INTERROGATED TO REPORT TO THE DESIGNATED LOCATION IN PERSON TO BE INTERROGATED IS TO RESULT IN COMPLETE REMOVAL FROM THE USE OR CONTRACTING RIGHT WITH, AND RIGHT TO PURCHASE ANYTHING THAT I PRODUCE AS A PRIVATE INDIVIDUAL, COMPANY , CORPORATION, OR KING...THIS PUNISHMENT IS TO INCLUDE THE INDIVIDUALS ENTIRE FOLLOWING,,, ALL MEANS ARE TO BE USED TO IMPLEMENT THIS ,,,AS THE PURPOSE IS TO GET RID OF PEOPLE WHO ARE TROUBLE MAKES, AND THIEVES.

their is no advantage to them remaining in America, a the English would do, and the English are not in charge of America. I have the deed to the whole continental United states of America, and it is nothing at all to get rid of as much as 100,000 thousand individuals because they pester me...

Lord Gerker

PUBLIC DOCUMENT,

To the Embassy of Japan

To all parties previously served ( To be completed by the Embassy of The Republic of Ireland)

From Danny M. Wells

353563547

California Drivers License A6712910

RE: Certain of the( URX COURT)

The Court(s) are to be composed of Japanese Lawyers , persons born , raised and reside in JAPAN.

ONE BILLION DOLLARS is to be assigned to this URX court. The purpose is to interrogate individuals, and leaders of Companies involved in physical harm to me , over the years.

Various Films I will list are the bases of identifying the Family or individual responsible. The actual interrogations should not exceed 800 interrogations. The time to complete the interrogations (should not exceed 40 days) once the responsible party is identified.

The interrogated are the decision makers, not their flunkies, Phone records and sources of financial income are to be obtained to determine the pool of persons to be interrogated.

NO counsel is allowed, the identified person to be interrogated is to report to the location designated by the JAPANESE lawyer assigned to the given film, wherever, as the class of person I am seeking is the HEAD of the authority that cause the injury to me. All the other persons are connected by financial support.

They are also to get out of the United States of America.

I would appreciate the Embassy locating some 800 attorneys, and assign them films to identify said persons.

The following actors are to be contacted and to comment on the purpose of the film , to begin the inquiry

48

The objective is to determine if the goal was ridicules to be precise or an attempt to seek revenge or to steal something..

Once the objective is determined that persons whole fowlling is to be informed not to remain in the United States of America.

The person and the following are to be referred to my security personnel by contacting the Mayor of the Batu Mongolia.

THE FUNDING FOR THIS SERVICE IS TO BE MADE BY MY TREASURY IN MONGOLIA,

THE LOCATION OF THE INTERROGATION IS TO BE IN A EMBASSY OF JAPAN, PREFERABLY IN CHINA, OR LAOS.

The Embassy of japan ( is to understand that this is the will of( Genghis Khan, the Tia Pan ) KNOWN AS DANNY M. WELLS 353563547, CALIFORNIA DRIVERS LICENSE A6712910

My list of films is by actor and some titles

Bruce Willis

John Cusack

Matt Damen

Sylvester Stallone

Tommy Lee Jones

Nick Nolte

Robert Deniro

Tom Hanks

Alec Baldwin

Harrison Ford

Don Johnson

Nicholas Cage

Thomas Jayne

John Travolta

Oliver Gruner

Mark Walberg

Billy Bob Thorton

Michael Madsen

Val Kilmer

Harvey Keitel

Vin Diesel

Dwayne Johnson

Burt Reynolds

Charles Bronson

Dennis Quaid

FILMS**********

Walking Tall

Savior

XXX

Reservoir Dogs

Mr. Brooks

The Untouchables
The Getaway
Little Odessa
The Odessa File
Blown Away
THE FUGITIVE
Kill Bill
Face Off
Nemesis
Ladder 49
From Paris with love
Basic
The Generals Daughter
The Recruit
Donnie Brasco
Carlito's Way
Sent of a Women
Serpico
Spartan
BROKEN ARROW
The Saint
Heat
Max Payne
pulp Fiction
The Corrupter
The Replacement Killers
Faster
The Ice Harvest
Bandits
Blood In Blood Out
8888888888888888888888888888888888

2ND ADDENDUM I want to include the issue of removal of physical attributes from my person, such as activities which effect the color of eyes, removal of bone and the tissue, removal of skin, activities that effect hair, activities that effect skin, activities that effect the facial bones, activities that effect height, and weight, vocal chords, dexterity and muscular frame. Agility, and neural net. And other physical attributes not noted, the objective is to determine what was done, and how it was done, and were did the material go, and who has it, and how is it to be removed. I have decided that the material is to be returned. You should be aware that the parties who took whatever attribute will resent returning the material, and claim inability etc.

Therefore extract the material by force, and return it. If the result is a determent to me then insure that that same determent is passed on to all involved. As I am sure that when it is all said and done the intent will be clear, that an attempt to impersonate me were the issue. These people are animals at best, and degenerates in definition. They cannot be trusted to do anything of respect. what you find is to become public knowledge as it is appropriate that people know how much of a degenerate these individuals, doctors, military persons, aristocrates, politicians, communtiy leaders are,

Then disclose what social groups they all belong to , and I will bet it is the MASONS.

50

ADDENDUM,,,,,
FAILURE OF ANY PERSON TO BE INTERROGATED TO REPORT TO THE
DESIGNATED LOCATION IN PERSON TO BE INTERROGATED IS TO RESULT
IN COMPLETE REMOVAL FROM THE USE OR CONTRACTING RIGHT WITH,
AND RIGHT TO PURCHASE ANYTHING THAT I PRODUCE AS A PRIVATE
INDIVIDUAL, COMPANY , CORPORATION, OR KING...THIS PUNISHMENT IS
TO INCLUDE THE INDIVIDUALS ENTIRE FOLLOWING,,, ALL MEANS ARE TO
BE USED TO IMPLEMENT THIS ,,,AS THE PURPOSE IS TO GET RID OF PEOPLE
WHO ARE TROUBLE MAKES, AND THIEVES.
their is no advantage to them remaining in America, a the English would do, and the
English are not in charge of America. I have the deed to the whole continental United
states of America, and it is nothing at all to get rid of as much as 100,000 thousand
individuals because they pester me...
Lord Gerker
PUBLIC DOCUMENT,
To the Embassy of Japan
To all parties previously served ( To be completed by the Embassy of The Republic of
Ireland)
From Danny M. Wells
353563547
California Drivers License A6712910
RE: Certain of the( URX COURT)
The Court(s) are to be composed of Japanese Lawyers , persons born , raised and reside in
JAPAN.
ONE BILLION DOLLARS is to be assigned to this URX court. The purpose is to
interrogate individuals, and leaders of Companies involved in physical harm to me , over
the years.
Various Films I will list are the bases of identifying the Family or individual responsible.
The actual interrogations should not exceed 800 interrogations. The time to complete the
interrogations (should not exceed 40 days) once the responsible party is identified.
The interrogated are the decision makers, not their flunkies, Phone records and sources of
financial income are to be obtained to determine the pool of persons to be interrogated.
NO counsel is allowed, the identified person to be interrogated is to report to the location
designated by the JAPANESE lawyer assigned to the given film, wherever, as the class of
person I am seeking is the HEAD of the authority that cause the injury to me. All the
other persons are connected by financial support.
They are also to get out of the United States of America.
I would appreciate the Embassy locating some 800 attorneys, and assign them films to
identify said persons.
The following actors are to be contacted and to comment on the purpose of the film , to
begin the inquiry
The objective is to determine if the goal was ridicules to be precise or an attempt to seek
revenge or to steal something..
Once the objective is determined that persons whole fowlling is to be informed not to
remain in the United States of America.

51

The person and the following are to be referred to my security personnel by contacting the Mayor of the Batu Mongolia.

THE FUNDING FOR THIS SERVICE IS TO BE MADE BY MY TREASURY IN MONGOLIA,

THE LOCATION OF THE INTERROGATION IS TO BE IN A EMBASSY OF JAPAN, PREFERABLY IN CHINA, OR LAOS.

The Embassy of japan ( is to understand that this is the will of( Genghis Khan, the Tia Pan ) KNOWN AS DANNY M. WELLS 353563547, CALIFORNIA DRIVERS LICENSE A6712910

My list of films is by actor and some titles

Bruce Willis

John Cusack

Matt Damen

Sylvester Stallone

Tommy Lee Jones

Nick Nolte

Robert Deniro

Tom Hanks

Alec Baldwin

Harrison Ford

Don Johnson

Nicholas Cage

Thomas Jayne

John Travolta

Oliver Gruner

Mark Walberg

Billy Bob Thorton

Michael Madsen

Val Kilmer

Harvey Keitel

Vin Diesel

Dwayne Johnson

Burt Reynolds

Charles Bronson

Dennis Quaid

FILMS***********

Walking Tall

Savior

XXX

Reservoir Dogs

Mr. Brooks

The Untouchables

The Getaway

Little Odessa

The Odessa File

52

Blown Away
THE FUGITIVE
Kill Bill
Face Off
Nemesis
Ladder 49
From Paris with love
Basic
The Generals Daughter
The Recruit
Donnie Brasco
Carlito's Way
Sent of a Women
Serpico
Spartan
BROKEN ARROW
The Saint
Heat
Max Payne
pulp Fiction
The Corrupter
The Replacement Killers
Faster
The Ice Harvest
Bandits
Blood In Blood Out
888888888888888888888888888888888

To the Royal Family of Saudi Arabia
To the Torrance Police Department
To my attorney for determination of service on other parties based upon her digression
To the Office of the President of the United States of America ( archive)
To the Office of the President of the United States of America For Life
The Honorable Danny M. Wells 353563547
From Danny M. Wells 353565347
I am a prince in Saudi Arabia and I am to contact my Public Defender on this date
4/7/2011.
The attorney is located in the Public Defenders Office of the City of Compton or
Torrance California. The attorneys name is Carlin Yuen
Case number is (1CP02186)
I have a appearance on 5/19/2011
The charge is Battery on a Police Officer
My attorney instructed me to call, but I do not have a phone,
Would some one from your Embassy be kind enough to inform my attorney , and the
Court that I am still at my residence which is

53

1646 Cabrillo Ave #17
Torrance California 90501
My attorney has the particulars, and I will inform you that in short I was staying at the
Motel 6 because I had become disoriented after I left my current location, my thoughts
were being interfered with by ( I suspect the Syimbonees Liberation Army, or Former
President Bush's Bosnians, or the Masons, or Mensa, or the staff at the University of
Southern California, or the KGB, or the Devil worshiper you name it. I could not get my
bearing I was walking the street trying to recognize where I was, in fact I was a few miles
from my Motel, and I was so tired I just stopped at the Motel 6) and , I was stopped by the
police at night returning from the ATM machine. At which time the Police stopped me,
and asked me what I was doing. I told the police I had just come from the ATM and I
gave the Police my Check book and other documents I had, at which time I felt someone
attack me from behind and I was in a struggle.
I sensed the instruction from the police to go to the ground and I did. I ended up in the
hospital and I was released from jail the next day, without any charges.
I went to the COURT house to respond to a misdemeanor ticket I obtained in another
incident, as I was experiencing a personal event, and I was ticketed for that and again
released within hours. when I went to COURT for the ticket I was presented with a
COMPLAINT of a Battery on a police Officer. I explained to my attorney what had
happened in the incident as I recall, and My attorney informed me that she was going to
file a PITCHES MOTION.
Which is a MOTION to discover the activities of officers involved in an arrest in
California.
I say that I suspect the Masons were involved because I was going to eventually get to my
Trust Fund
Danny M. Wells
353565347
888888888888888888888888888888888

.

To the United States Federal Bureau of Investigation
Long Beach California
THIS IS A PUBLIC DOCUMENT
TO the Embassy of the Republic of Ireland ( for distribution to all parties previously
served)
From Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
It is to be noted by my staff that a new gang , with not apparent specific intent has been
identified , in the western region of the country, due to the execution of the SOCIAL
CHANGE in American society by the implementation of the ACTIVITY being currently
conducted.
The origin of this new gang is the MASONS, apparently the information from the
execution of the implementation of the ACTIVITY has caused all the ANGLO blood

54

members of the MASONS to leave the MASONS and to stop committing acts for the sake of the MASONS, and EVIL.

They are to be referred to and the ANGLO GANG MEMBER from now on.

Mr Danny M. Wells

353565347

CALIFORNIA DRIVERS LICENSE A6712910

OWNER OF THE UNITED STATES FEDERAL BUREAU OF INVESTIGATION DOCUMENT FOR ALL LAW ENFORCEMENT IN THE CONTINENTIAL UNITED STATES OF AMERICA,

AND FBI POLICY (2011)

888888888888888888888888888888888888

To the United States Air Force

TO All parties previously served

From The Honorable Danny M. Wells

President of the United States Of America ( By Act of Congress)

the President of the United States of America

For Life ( Inaugurated)

353563547

A6712910

I have a few things to say to you

The USAF, was purchased by me in the 1960's. Governments were selling depts., and agency's, to private persons. These Depts. and Agency's had to be purchased as a means to pay salaries and other costs.

Since the 1960 the USAF has been nothing but a pain in my ass. And I mean that . The USAF has been a dumping ground for people with all types of agendas. From promotion of Satanic practices and evil practices to promotion of Negra MASONS. ( HOL had these Negras and MASON put in all these pivotal places in the USAF to call themselves evening things out when their was an activity being conducted, or an invention being recored by the USAF, or when money is being made.

When one of these illiterate son of a bitches is communicating with you as an official of the United States Government and they tell you they are a witch or a Mason, or a Nephilite, or a member of HOL, you are just insuted to the point you want to go to the Air Force base. The people who have been subjected to this do not know what the rule s are. The just know that their live has bee turrned upside down and they cannot just follow the rules and more.

( The rule now is to leave the person in the photo alone, and if you appose the person in the picture then it is America that wants you done with, that is the short of it, because I am not carrying out the will of the USAF, the USAF works for me, and their aint no intent to be FAIR, or intent to give a chance to the opposed, or intent to FAIRLY fight it out between opposition, it is the intent to return AMERICA to the society of the 1930 in fact. A calmer to for Anglo people, and no negras, (science is excluded from the social order).

55

Then their is the England's House of Lords , that put their children , and their grand children in USAF MILITARY intelligence. Just to harass me everywhere I went. You electrified my house, tried to effect my muscles and bone structures. Interfered with communications, interfered with my computers over the years, disclosed information to HOL, that I did not want , effected my nervous system, effected my muscles when I was physically fighting some one, causing me uncoordinated movement.

The USAF caused problems between every law enforcement agency and me for years, as well as the local County Sherriff and Police. You Blackmail police after you stimulated their testicals and overies, compromising them.

HOL did that to get Sherriff Deputies, and Police to arrest or to shoot me, and to get the fired from their jobs, get them into the MASONS, get them publically humiliated ,or commit suicide, or to work for HOL.

This was all because HOL was not wanted in America, HOL, and HOL's children wanted to cash out a life of a LORD in America upon the sweat of the KING and the King's money.

HOL want all the Kings bricks, and the Kings HOUSES, literally . They did not own a dam thing, and they could not pay for a dam thing. So the tactic was to just harass the KING and get everything free.

HOL in Illinois, and California were squatters. HOL simply waited for things not to be accounted for, and HOL did not follow the procedures for using my Bricks. HOL had to many children, in order to fight battles with each other, and to steal materials from commanders, that they determined were owed because of some dam concocter ideal they were to collect taxes.

Thus you have Bush BOSNIANS ( commanded by Mel Gibson in fact)

HOL has to be told specifically they cannot be in just any building because their appears not to be any guar. and HOL, as well as the USAF are no the interest that is to be addressing the King, as HOL and the USAF have done enough over the years, with their contradictory operating policy to the intent and the goals of the King.

From The Honorable Danny M. Wells

President of the United States Of America ( By Act of Congress)

the President of the United States of America

For Life ( Inaugurated)

353563547

A6712910

8888888888888888888888888888888

From Danny M. Wells

1646 Cabrillo Ave #17

Torrance California 90501

353565347

CALIFORNIA DRIVERS LICENSE A6712910

To the Counsel General

for deliver to Mary Ann Convertino, Los Angeles California, COURT SERVICES, PROBATION DEPT., Mental Health counseling

Ann Convertino , I like to be called Christian, now or Christian Amedus Pendragon. I

5b

wanted to talk with you about an Estate I purchased from you called Loas. There is a thrown there I named the Byzantine Empire. I want to remind you it is there. I myself have not been there yet. But I do plan to go.

Understand that where I am you are being confuse with several other people, and I am aware of beliefs people have about you and I tell them they are not correct. I know you as a comedian, but some of the conditions in which various comments were made the best tact is not be ready to make a joke about something at this time. later on in the year things may change.

But for now what ever you say to any one is considered. I remember the rules and you remember the type of business I real am in, we are not at Gateways Hospital any more. And there are people who do not have your best interest at heart.

These are people that can be talked with , but they have obligations and debts,

Bruce Willis

Nicholas Cage

Robert Redford

The Cousl General of the Hellenistic Republic of Greece , 12424 Wilshire Blvd, Suite 1170 , Los Angeles California 90405 is endorsing people as I understand.

NO MASONS, at all , NO Mason card signing, no going to Mason Halls, and if they come to your house and say they are a Mason they are to be put out of the house. Take to them through someone willing to deal with them, They are Burnt Ann.

And were are a lot older now. ( My staff of Batu Mongolia are to tell you more about what I have been doing , about a 20% increase, and I am attaching some of my documents to the Polish Embassy. Based upon the Cousl General of the Greek and Polish Embassy will determine what you may read.

THE BEATLES is it, Meaning of Success..

(                                                                    )

Danskaa

**************************************************verification above and

attached**********

**To NASA**

**FROM the Owner ( of The National Space Administration)**

**Mr Danny M. Wells 353565347**

**California DRIVERS LICENSE A6712910**

**We are in an activity, and a DUNE has been called, Brian of Capitol Area Vocational Center SPRINGFIELD ILLINOIS (1978 to 1980) a student in the NASA program is to be contacted.**

**Brian is to contact the Embassy of Saudi Arabia , the Washington D.C. Embassy may be compromised as the ELECTED president is involved in preventing the goals of this activity.**

57

**In that case Riyadh Saudi Arabia is to be contacted, any message to any**
**official building will be detected by electronic device. Preferable Point**
**of Contact is an official office stating**
**THE Dune has been AUTHORIZED.**
**Mr Danny M. Wells**
88888888888888888888888888888888888888

To the Embassy of Saudi Arabia
Washington D.C.
From Mr Danny M. Wells
1646 Cabrillo AVE #17
Torrance California 90501
Regarding the attachements to this e-mail.
I have a Busienss called Wells Investigative Services California Private Investigators License # PI 15717,
My Manager is Mr Glen Morgan , Mr Morgan was an instructor at Lincoln Land Community College Springfield Illinois, in 1980-1982.
I hired Morgan to Manage W.I.S. activities in Illinois, and now I want him to move to California, the LINK attach http://www.californiamoves.com/property/details/1121670/MLS-S650725/2866-Boa-Vista-Dr-Costa-Mesa-CA-92626.aspx?SearchID=8816105&RowNum=4&StateID=9&RegionID=4&IsRegularPS=True is to the house I AUTHORIZE to be purchased with money from my JANUS account,
The JANUS FUND account is accessible by contacting the Embassy of the Hellinistic Republic of Greece, the Cousl General is a person to obtain FUND from that account in my favor. SEE this LINK http://www.greekembassy.org/losangeles/
Elisabeth Fotiadou
Consul General of Greece
12424 Wilshire Blvd
Suite 1170
Los Angeles California 90501
THE PICTURES ARE A AUTHENTICATION TO GLEN MORGAN AND ASSURE HIM THAT IT IS
Danny M. Wells, PIZZA HUT, Stevensen Drive the store is nolonger there.
Send this document to the Lincoln Land Communiy College Alumi Association that the Alumi may contact Morgan. At that time Morgan is to contact the Embassy, and arraingements are to be made.
Danny M. Wells
^
_

-----Original Message-----
From: wellsdannyw <wellsdannyw@aol.com>
To: info <info@saudiembassy.net>
Sent: Thu, Mar 17, 2011 1:11 pm
Subject: Fwd: Injuries to the foot and the heel of the King of England

58

-----Original Message-----
From: wellsdannyw <wellsdannyw@aol.com>
To: press-info <press-info@counslfrance-losangeles.org>
Sent: Sun, Feb 27, 2011 7:27 am
Subject: Fwd: Injuries to the foot and the heel of the King of England

-----Original Message-----
From: wellsdannyw <wellsdannyw@aol.com>
To: press-info <press-info@counslfrance-losangeles.org>
Sent: Sun, Feb 27, 2011 7:13 am
Subject: Injuries to the foot and the heel of the King of England

To the Counselate General
of France
From Christian Amedus Pendragon
known as Danny M. Wells 353565347
I am the King of England, I have been harrassed by Sandra Elizabeth Bullock for 40 plus years.
The actress, I have been under attack by the Persons who have controlled the Illinois National
Bank, and I am filing a complaint with you as it all stems from France and the French Royal
Familys involvment in Africa.
The French Royal Family went to Africa as a rebellion against being defeated in battle against the
English. They were enslaves and they escaped to America,but the Africans chased after the
French royal Family.
The tactic of these French Royal females is to run to white strenght, and they bring with them alll
their trouble , which is negros. Negros are not welcome in America by me the owner of the
continental United States of America, and I am not playing around with you.
Note that the US Congress as I recall have not passed a budget! All of this is to bring to a head all
the debt an individual owes and families, then their are to be investigations into finance of
purchases, then their is to be a margin call on the markets to verify that purchasers are not kiting
checks and other insturments.
Which is to result in massive homelessness , and food shortages for specific persons. This is
2011, and the point is that the French Royal Family have stolen money from every one to pay the
food bill for negros they brought to America, and I for one am not paying ant mpore, the French
Royal Family and their negros are to leave.
They bring down America. In addition to this the French accepted deposit of some 14 Trillion
Dollars from China 2001 or so. and they were to deposit that money, I learned that the Chineese
could not access the money, and I had possession of the land. The French Deposited the money
in the Embassy of Belgium in France. The point were to get back at the fact I hind my money in an
embassy of a country and used another countries city name.
So the concept of Brussles France were created by the French royal Family.
I attach photos of my injuries, and I attach the document signed by a person who has harrassed
me for years, and involved herself in my trust fund. this letter to be sent shortly
Christian Amedus Pendragon
353-565347
I do expect the Embassy to contact tthe following
The Embassy of the United Kingdom, of Great Britian
The Embassy of Mongolia
The Embassy of the Hellinistic Republic of Greece
The Embassy of Austria
The Embassy of Syria Kal El

59

88888888888888888888888888888

To the United States Congress

From The Honorable Danny M. Wells

President of the United States of America ( By Act of Congress)

President of the United States of America For Life ( Inaugurated)

353565347

California Drivers License A6712910

Re e-mail regarding my personal currency, Copy may be sent to Embassy staff, for distribution.

The effect of taking my currency, and I say take to prevent any (legal EASE) on the part of employees of Deutsche Bank to file some type of legal action. The Currency in the Trust Fund, as well as the entire Bank is my private currency. I had to go as far as have my GOLD moved to Mongolia.

The BANK was started because I was an inventor at a very early age. The receipts from the sales grew so fast that persons just took it upon themselves to steal the money. SO the TRUST FUND was created. And then the BANK and the TRUST fund grew, as I had no debts. All I had was people bring me their daughters and problems, as well as their trash. I over the years was separated from obtaining any currency, and the intent grew to just EXTORT the Currency from me by refusing me the physical ability to live in any of the buildings I purchased with currency from the BANK or the TRUST fund.

I was surrounded by people who lied,and embezzled so much money that they came to believe their family owned the currency. I had no means by which to even withdrawal money from either, when I attempted to withdrawal money I was physically attacked, by the French Royal family , as my accounts were being used to( PORTEND) that the currency was of some other character. This pretense was maintained for some 40 years. Sa the French Royal Family were in so much DEBT to the Negras in this country that SEX and FOOD was used to pay the Negras, thus the MASONS developed and destroyed Anglo America.

The Effect of taking my currency to an Islamic Bank is that fewer DOLLARS are available to pay debt from a private source. Other private sources may step in, RATES will control ill advised assumption of investment. ill advised assumption of a debt, credit, expenditure.

The choices we now make revolve around paying debt with currency, because if Debit cards are used because of shortage of DOLLARS we miss the point of the fact we have so few dollars.

We have so few dollars because of the CONDUCT of the average person in America. America was to violent for the rich to even be in public. And the rich move their money to foreign countries. The public is not allowed to beat the rich up when the person can work and get a job, or to support themselves by farming. The people I encountered did not want to work they wanted to steal, it never was that their was a food shortage, it were that they chose to encure debt and to pay that debt by theft.

Now what people are to make up the difference in the availability of currency and goods and services paid to providers of good and services? That is the question, when there is

60

no Currency who is to get the available currency for the things they sell. Should the people who started and contributed to the reason the currency is being taken to another country have currency NOW, or be able to used a DEBIT CARD and get purchasing power!

The DEBIT CARD it self was created because GOODS AND SERVICES were need to pay ill obtained debt, with out the DEBIT CARD having any value at all, because the MAKER or the HOLDER of the DEBIT CARD did not have any of their own MONEY, so what was the receiver of the DEBIT CARD receiving in real purchase power? NOTHING at all, the DEBT from the DEBIT CARD of the (1972) or so was just passed on. That is the point passing on a private debt and hiding it in the economy has to end. The Debit card hid the fact the currency was missing, and it was missing because their was to many people in the United States that was not to be in the United States and that meant to much material was being purchased, to many sales of unpaid for property, when the purchased was not scheduled to purchase. That means some other person has to purchase also, there fore two purchases are made , where does the currency come from, you cannot just print more money. BUT that is what we did, we just printed more money, that was not supported by an assigned value of the production of good for that given time period.

The only currency that can be used is the currency designated , once the designated currency is sent away the whole area is effected. So now that the CONGRESS is being told that OVER 15 TRILLION DOLLARS has been removed from circulation from EUROPE and America. And it had to be done as I am controlling the property by physical rights now, AMERICA has to finally recognize that, the people who should not be in America have to go. They were expecting to deplete me of my private property. Understand that the economy was planned out, and the French Royal family that gambled on being able to pay their debts by stealing my property is over, The British that were involved, and members of the House of Lords are also being notified that their French relationships are not welcome, and the cost of said relationships are not going to be paid for by me! That is the short of it, I am not paying!

When a person is paid they have to be the person scheduled to receive the money, it is just like that . All these electronic transactions are hampered now , because seconds of possession result in a CASH pool that is used to pay people that should not have any Currency. Moving money around instantly was intended for convenience, and it became a way to create money. when it was discovered other just joined in. The practice defeated the purpose of Currency. Currency is massive accountability for am economy, Especially if the economy is a big as ours. If you are due a payment and you cannot get currency, but some other person has currency something is wrong!

Only people who are due a debt and have the legal right to currency should have currency. And every person who wants to have currency for the value of their deposits should be able to get the currency to at least 98% ( for administrative costs of cashing out. That is the check if there is something wrong with the system. BRITAIN for to long used anyone's money to cover the Fact that the Dam French had these Nergas in this country, and it could not be , America was burdened with this and the that. Increasing our lack of Currency. Creating all of this scuffling of electronic money. So Negras would have currency in their pockets. and it was them, the MEXICANS are from this hemisphere, the

Canadians are from Europe and were also a very big problem, this there intent to take over America. so conspirtus were the Canadians I had to go into their mind and control them in (1971) to program them to be America, they are by nature a Dam French spy. So dam traitor that I cannot speak, the are COMMUNIST you see, thinking every dam thing is free, because they were never invaded by the Negra, they were passed over because America had to be controlled before Canada, to kill all of North America, the Canadians are stupid, as stupid as can be. They are not and never ever will be world leaders, they are farmers at best.

And they better keep on farming out I will come up there and kick their ass, and I mean that. So taken in by first Britain then France, or was it France and then Britain, or was it the Negra Boy scout that they so regimentally trained and fooled like the smart white man and stupid negra, that ended up rapeing anything that stood still long enough.

From The Honorable Danny M. Wells
President of the United States of America ( By Act of Congress)
President of the United States of America For Life ( Inaugurated)
353565347
California Drivers License A6712910

8888888888888888888888888888888888

c.c. To the International Monetary Fund ( from Vincent)//////copy to be sent to the Embassy of Saudi Arabia, Washington D.C. for distribution By the Embassy of the Republic of Ireland to all parties previously served,,To the Embassy of the Hellinistic Republic of Greece , Los Angeles California, To the Embassy of Mongolia (for my staff in Batu Mongolia),,,

This Memo tobe forwarded to the United States Senate,, all pertinant committees, and the the United States Congress all pertinant committees, and **to the Cham Bank ( Of Damascus Syria)**

**By the U.S. Senate as receipt and understanding that the currency is no longer available in the Continental United States.**

To The Cham Bank
info@chambank.com
Main Branch - Al Najmeh Square
To the EMBASSY OF THE HELLENISTIC REPUBLIC OF GREECE
TO THE EMBASSY OF MONGOLIA ( for my staff of Batu Mongolia Attorneys)
TO The Embassy or the Republic of Ireland for distribution to all parties previously served

From Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
I currently reside at
1646 Cabrillo Ave # 17
Torrance California 90501
I want the currency from Deutsche Bank, and I want all the currency from my Trust Fund to be transferred, ( transferred to THE CHAM BANK) My Attorney staff of Batu

Mongolia may be contacted by contacting the Mayor of Batu Mongolia.
The trust fund is **Deutsche Bank Trust Company America the Master and the Limited fund**
**( I also want the currency from the BANK it self, as It is all mine).**
I am fed up with people assuming they controlled anything. I sat back for more than 40 years and watched people lie , and steal. Therefore this is the authorization to take the currency from the BANK and from the Trust Fund, as I want no misunderstanding as to my right to take all the money, and that I am the owner of all the Currency.
The particulars of the currency itself can be obtained from the person I refer to as my BURSAR, he is the manager of the A Plus Foreign Currency Exchange. I KNOW THAT THIS IS A VERY HUGH PHYSICAL TRANSFER OF CURRENCY, BUT THE GOLD THAT SUPPORTS IT HAS ALREADY BEEN MOVED, This is to be notification to Employees staff, etc. that the currency now has been moved.
My biologic identity is known by the Embassy of the
The following e-mail addresses are references for you to contact
info@saudiembassy.net This is the Embassy of Saudi Arabia, Washington D.C.
Background can be obtained from various persons on the Embassy staff regarding the attachments, as the circumstances are grave.
*******************************
Elisabeth Fotiadou
Consul General of Greece
The origin of the currency is know by the Consul General, and the Consul General has my biologic identification,
Embassy of the Hellenistic Republic of Greece
*12424 Wilshire Blv., Suite 1170*
*Los Angeles*
*United States*
*CA 90025*
*Phone:*
*+1-310-8265555*
*Fax:*
*+1-310-8268670*
*Email:lagr@greekembassy.org*
*Website URL:*
*******************
**A Plus Foreign Currency Exch**
1454 4th St, Santa Monica, CA 90401
(310) 656-1121
The manager of the EXCHANGE knows the history of the Bank , and the Trust fund, And the fact is I were very young when they were organized, The Manager of the A Plus Foreign Currency exchange took my right thumb print when the trust fund was organized.
Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
My staff of Batu Mongolia are authorized to take all the currency from the Bank and the

Trust Fund, ( My attorneys will handle all incidental to this AUTHORIZATION.

88888888888888888888888888888888888

To The Cham Bank
Main Branch - Al Najmeh Square
To the EMBASSY OF THE HELLENISTIC REPUBLIC OF GREECE
TO THE EMBASSY OF MONGOLIA ( for my staff of Batu Mongolia Attorneys)
TO The Embassy or the Republic of Ireland for distribution to all parties previously
served
From Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
I currently reside at
1646 Cabrillo Ave # 17
Torrance California 90501
I want the currency from Deutsche Bank, and I want all the currency from my Trust Fund
to be transferred, ( transferred to THE CHAM BANK) My Attorney staff of Batu
Mongolia may be contacted by contacting the Mayor of Batu Mongolia.
The trust fund is **Deutsche Bank Trust Company America the Master and the
Limited fund**
**( I also want the currency from the BANK it self, as It is all mine).**
I am fed up with people assuming they controlled anything. I sat back for more than 40
years and watched people lie , and steal. Therefore this is the authorization to take the
currency from the BANK and from the Trust Fund, as I want no misunderstanding as to
my right to take all the money, and that I am the owner of all the Currency.
The particulars of the currency itself can be obtained from the person I refer to as my
BURSAR, he is the manager of the A Plus Foreign Currency Exchange. I KNOW THAT
THIS IS A VERY HUGH PHYSICAL TRANSFER OF CURRENCY, BUT THE GOLD
THAT SUPPORTS IT HAS ALREADY BEEN MOVED, This is to be notification to
Employees staff, etc. that the currency now has been moved.
My biologic identity is known by the Embassy of the
The following e-mail addresses are references for you to contact
info@saudiembassy.net This is the Embassy of Saudi Arabia, Washington D.C.
Background can be obtained from various persons on the Embassy staff regarding the
attachments, as the circumstances are grave.
*******************************
Elisabeth Fotiadou
Consul General of Greece
The origin of the currency is know by the Consul General, and the Consul General has my
biologic identification,
Embassy of the Hellenistic Republic of Greece
*12424 Wilshire Blv., Suite 1170*
*Los Angeles*

64

*United States*
*CA 90025*
*Phone:*
*+1-310-8265555*
*Fax:*
*+1-310-8268670*
*Email:lagr@greekembassy.org*
*Website URL:*
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**A Plus Foreign Currency Exch**

1454 4th St, Santa Monica, CA 90401

(310) 656-1121

The manager of the EXCHANGE knows the history of the Bank , and the Trust fund,
And the fact is I were very young when they were organized, The Manager of the A Plus
Foreign Currency exchange took my right thumb print when the trust fund was organized.

Danny M. Wells

353565347

CALIFORNIA DRIVERS LICENSE A6712910

My staff of Batu Mongolia are authorized to take all the currency from the Bank and the
Trust Fund, ( My attorneys will handle all incidental to this AUTHORIZATION.

8888888888888888888888888888888888

Clients Name , Danny M. Wells

Social Security Number 353565347

Social Security Claim NUMBER ( Possibly 353565347A)

Authorization for PAYEESHIP

I Danny M. Wells Hereby authorize Trust Management Services (TMS) to file an
application for payeeship and to become payee for any SSA/SSA benefits I may be
eligible to receive I understand these benefits will be administered by Trust Management
Services

(FORM IS FULLY SET FORTH)

To Trust Management Services, and the SSA I have the TMS documents for PAYEE
Application , and I were unable to print them and sign them, I would nevertheless want
the AUTHORIZATION to be recognized, as my CURRENT PAYEE is not satisfactory,

**I reside at 1646 CABRILLO Ave #17 TORRANCE CALIFORNIA 90501**

I do not have a phone and prefer contact by MAIL,

Please send the proper documents to change my payee,

Danny M. Wells

California Drivers License A6712910

13770 Sayre street , Sylmar California 91342

Social Security Administration Address is

1318 East Adams Springfield Illinois 62703

(I had to move away from there due to , illness and negative personal relationships)

Danny M. Wells

c.c Embassy of the

Hellenistic Republic of Greece

*65*

Elisabeth Fotiadou
Consul General of Greece
12424 Wilshire Blvd ,
Suite 1170
Los Angeles California
Please contact TMS, **and the on site Manager of the Torrance Motel His office is**
**ROOM 201, my staff of Batu Mongolia are to convey this message in the cordial**
**mannor** regarding my intent to receive my SSA benefits at the 1646 address, that I have a
relationship with the Hellenistic Republic of Greece , the Counsl General is Authorized to
witness the documents and to sign them as I do not have the technical capability to access
the documents.My Batu Mongolia Staff may disclose appropriate information to the no
site manager of the 1646 Cabrillo Ave Motel.
, Counsul General please forward to the Embassy of Mongolia, and other appropriate
persons ,intent is to assure the on site manager that he will be paid, assure him of my
deposited
monies with Fidelity Investments, Deposits with the Illinois National Bank, Deposits with
Janus Fund, and Deposits with Deutshe Bank. That the problem is my ID was stolen to
casue me trouble
88888888888888888888888888888888

To the Embassy of Mongolia in California
For my attorneys of Batu Mongolia, for Lord Greystoke and Lord Cornwall
My attornys are to reveil to said persons this information.
To SSA for follow up with LORD Greystoke, and LORD Cornwall
From Lord Gerker,
Known as Danny M. Wells 353565347
California Drivers License A6712910
I am informing you that I recall things from the 1970. That the events of the 1970 are on
the minds of many people, and apparently people want to be told by me what happened as
if I were a punishment machine. And Want to say the the incidents were known for 30
years or more, that it were not a secret, that parties want me to inform again and again
until some other party that is hated is desrtoyed.
I am saying that their appears to be very little support for what ever the goal is in
informing time and time again. These are affairs of English culture and it is true that the
English are just very indirect to be polite, and I find the being polite among the
uncultured is a waste of time. I have 40 years of experience in that area.
Now, this is about murder of Social Security Disability Receipient , and it is apparent that
hundreds of Receipients did not report to a scheduled family medical procedure and the
deduction is that they were murdered by the SSA PAYEE. It is that simple. English
families have members scheduled to be at a peticular building at a specific time, and
when the person does not report then foul play is suspected. The children could number in
the thousands, so the father will not know all of them.
As a child in Springfield Illinois I resided at 1714 East Miller street, and I were the friend
of the actor Benjamin BRATT ( I also had a friend name BRUCE) the to were always
confused. Bratt became my foster Brother in Los Angeles California, I went to CYA, and

he became a Police Officer, he was shot by a guy I call RUPERIC, see the film ( BLOOD IN BLOOD OUT).

In Springfield Illinois if you received SSA Benefits your vary life were in jeapardy as the Negras would Murder you , impersonate you or try to force you into the MASONS, it was that simple. In 1970 Merry Reager became a foster care giver, and she is afgan, as I am Afgan, and I am stating for the record that Afagns are very loyal to each other, and it is because I LOVE Merry that all the LORDS want to destroy her, so they just dregre up anything they can as far back as they can to prevent my implementation of a FINCIATIALLY SOUND ECONOMY, I my self do not know what a Criminal history of some 40 years ago does to stop the implementation, other than an attempt to cast aspursions upon the person who came up with the ideal, or to cow tow someone at the expences of everyone else, but the ISSUE is the ECONOMY, not petty grudges, and it is all this side tracking to delay making people make their MARGIN CALLS which just exacerbate, it is the money understand the money is what is it.

NOW, Merry was suspected of MURDER of a child, the child was receiveing SSA Benefits, and Merry was CONVICTED of theft of MAIL, (1970) She disappeared and shortly after Ken Holm, who was in love with Merry was arrested with Merry In Phoenix Arizona by the sherrif of the town at that time , who was Steve Martin ( the very extreasmly dangerous Comedian, Comedians are all very dangerous people, frist because they are so intelligenct they know what will make people laugh, and the fact a person wants to make you laught means they wants something from you, Thoses are two facts you should fear.

I lived with Steve martin a few weeks, and I almost went to Hollywood with Steve, and I changed my mind.

In 1970 I was the Judge in Springfield Illinois and I were about 7 years old, which is a Judge in England belive it or not, and I had to sentence Merry , and Holm, and I did. Thatw as why they both went to Federal Prison, Later I discovered their was something about the death of the child that the Lords did not say anything about and that was that. Some children were put in the care of specific types of women that routinely Murder children, and they do it out of instict.

Now Merry was not conviced to Murder, and I do not recall that being the charges, but a child was dead, and we had three women in town that would Murder children, I never thought that their was any issue with Merry, but apparently people think that was w weakness of mine.

Some time later I communted the sentences and I told Holm and Merry that they were to stay together, no matter what. I recall saying that they were to manage a food distribution center for me in Sylmar, but that LONGORIA, My manager at the Cabrillo builiding was in charge, Now Buckingham did not like that, Buckingham wanted the ( BLOND with ALCOHOL COUNCIL) in Lancaster, and that is because of the persons WAR WOUNDS.

But I was not allowing that, so the adults were all apposed to my designe. Because of all this history eveyone thought it was a free for all, it was not a free for all ,it was all for me. To said LORDS you are the the individuals that put your own children in the custody of women that murderd children that were ill in some mannor, and you did that to be the Beneficiary of the MURDERED childs SSA Benefits. As you all thought that after I

67

financed the whole SSA benefits for every one, that you would just pop out thousands of children that had defects, MURDER them by someone elses hand and receive the SSA Survivor BENEFITS, but there are none for SSA Disability, only SSA Retirement.
That is how dispicable you LORDS were, KING Edward reported this to me back in 1971 when so many Dwarf children came up dead, and it was called the SIDS phemonon.
So what is it, is it that you are concerend about a MURDER of a child 40 years ago, or is it a distraction form the issue of the economy, what is it exactly?
I donot have any more information about any child in Merrys care that came up dead. I will tell you that , your Sandra Elizabeth Bullock Murdered a few children, and her sisters or Mother did that, and they received help from Betty Evelyn Campbell Wells, but you a will not do any thing about that because Betty and thoses whore Murder children that were not wanted.
I understand Merry was seen by one of her foster children Murdering a child, but that foster child was the child paid off by the Cabalistic Jew that ended up trying to steal the whole Santa Moncia from me, that Jew bastard that was the friend to Betty, I remember him the origional Carpet Bagger , LORD what ever the fuck, hung around the nigger for years and fuck the hell out of Bullock. Hung out near Inglewood, and Hawthorne area, about 6'4" 180 lbs, sharp car, I ran him out od Santa Monica, he jogged around the Statue at Ocean and Wilshire Blvd. The one with the Implanted femur bone ,
**************************************

Mel Gibson, I am telling you straight write a BOOK about Deamons and Devils, possession etc, They want you out of Hollywood , because the trend is moving away from EVIL people. and you Mel, you are EVIL, you were just like Pacino, and Jack Nicholson. I said that what we do is make movies about what people did, and you invied the devil into your soul back in Sprinfgield Illinois prior to (1970) and when you did the Devil went right on in, that is why you analize people. That is what the Devil does Fuck in the Ass, and YOU KNOW who is telling you this, and I am not fooling around with you Gibson!
*********************************************

TOOL TIME
You hated the fact that your histology was near that of a negroid, and you want to include other people into your category, so you were the person who breed the BEES in Illinois that when they stung Anglos it changed their Histology, and that change in histology cause accusations of Adultry. Law suites about parentage, Law suite about inheratance, business deals canceled, or changed, marragies canceled, and what ever else hindged on blood.
You were to obvios one, First no apparent chemistry accept a class recored by Buckingham palace, second a hatred of being exempted fro all the anglo activites, third you were a carpenter, and not assumed to be capable of such a thing, but it took me a year to finally get you. That is why your life will turn out the way it will. (1978) You could not get the Italian girl and you hated Mal Lac, and I had to get Mal Lac out of Illinois, as that was you ideal target, North Africans that blood is so pure anglo they are 200% european bloods. But they are dark skinned, so you cannot tell how white they are.
Danny M. Wells, to my staff at Batu Mongolia, you are to determine which protions are to be disclosed, and to who.
888888888888888888888888888888

CONFIDENTIAL DIPLOMATIC POUCH
To the Embassy of the Kingdom of Morocco
California,

68

To the Embassy of Mongolia California ( to my Staff of Batu Mongolia)
From Danny M. Wells 353565347
California Drivers License A6712910
Assistance requested
I am a prince in Morocco, and I am a King in places on earth. I have the Estates of
CALIFORNIA, ILLINOIS and NEW YORK, I am the Duke of the State of New York,
and I am Lord Pendragon in California, also known as Lord Gerker, and I am the Earl of
Greystoke.
**I am currently residing in a Motel located at 1646 CABRILLO Ave # 17 , Torrance
California 90501,** it is the case that I do not have my Identification picture ID, this is due
to problems with removal of people from my estate of CALIFORNIA.
My castle is the City of Santa Monica, I also have a castle of the city of Pasadena, San
Bernardino, and Costa Mesa. I have not frequented them as I have to deal with this ID
Issue.
I have decided that I want to purchase an Apartment Building in Ventura County. I have
hired several Moroccans to manage my real estate in Santa Monica, and they were to stay
in contact with me through the Moroccan Embassy in California.
This purchase is for the Person I assigned to Manage 1646 Cabrillo Ave Torrance
California. He was assigned to that building in 1979 or so. It has been that long. his
payment for remaining there was a apartment building I purchased which is located down
the street from where he currently assigned. That building was a decoy for my enemies.
As I knew the building would be hampered with legal action by people who were jealous.
**I knew this Manager as LONGORIA, and I was in fact his PAROLE AGENT** many
years ago, I was in a law enforcement program back in 1980 , from Illinois ,or so and was
in California for a few months, I know his criminal history , he thinks I forgot about him.
I did not, and the last time I was here he was in danger, and that was why I left, that last
time I was here was a dry run. The time before that I really separated from IL SUN. And I
was contacted by Ben Affleck that pointed out to me that my situation could have been
worst as Affleck had to live with something detestable in gross.
So I returned to IL SUN. But this time it is different, This is the JUBILEE, and I as KING
will not be doing this again, this is it, and it is not a dry run.
SO it is time for me to pay the Manager, and I have several requirements the MANGER
put on the purchase. The first is that the property be located in Ventura County, the
Second was that it be in possibly Morro Bay, other ocean side Buildings are also to be
considered.
I would appreciate your staff notifying my real-estate staff of Santa Monica to find out
what colors, type of Apartment Buildings, and cities in Ventura county the Manager likes,
with out any direct statements of a purchase, as their will just be problems. Once the
information is obtained then the Manager is to b e notified that he is in fact the owner of
some specific BUILDING. My staff is to suggest that they should manage it, because
purchases of that nature cause so many social and political problems that he will be over
whelmed. and the ideal is to be known as a man of means.
He is to be the legal owner, and of course he is to be able to live in that apartment
building free of payment, and I have to write my intent down , not to be begrudging, but
to prevent the Manager having problems with people he apparently already knows all to

69

well. The building is to also generate income , for a retirement.

MY bank managed by My staff of Batu Mongolia are to provide the payment for this Apartment building. A cap of 10,000,000.00 ( Ten Million Dollars ) is about where it should be.

Ten Million Dollars is the cap.

PAYMENT AUTHORIZED BY DANNY M. WELLS, Known by the Manager as Kaiser Sosa,, That is the name he knows me by, and I hired him when I was designing things for NASA, the National Aeronautics Space Administration in fact while at Capitol Area Vocational Center Springfield Illinois, This Manager was sent to me by Buckingham Palace . And He is just to know that Kaiser Sosa purchased this Apartment Building from an annuity he had as an manager employee. That the other apartment building was a decoy, and just forget about it, that he would waste his life fighting those people about that building, Mel Gibson, Kenneth Holm and other wore this manager out about the 1646 property, and would not listen to any thing I told the Manager to do with them. This is for my staff the Manager at 1646 was in charge of it all , in fact. The whole thing , all the marbles, the entire enchilada, but now he is older and he is not expected to be sweated by any one, he is a man of means.

My attorneys of Batu Mongolia are to contact this Manager and explain things in an acceptable manor, that makes sense and I do not want what I am currently doing side tracked, This document has to be generated as the tension on the Manager would have been unbearable I am sure, as that is the tactic by others

DISCLOSURE OF THIS DOCUMENT IS TO BE LIMITED AND CONTROLLED BY THE Batu staff in contact with this Manager. They are my attorneys. I do not recommend disclosing my name as it would just cause problems. You can say he has a Uncle name Ka Lee from Egypt, we are both Egyptian, and Austrian. Don't say to him I am a prince in Egypt because people like the Manager are raised a particular way to do things. so leave that alone.

Danny M. Wells

353565347

8888888888888888888888888888

To Person requiring this information

To be forwarded to the the US Congress

To be forwarded to the Embassy of the Republic of Ireland , For distribution to concerned parties

from Danny M. Wells 353563547

CALIFORNIA DRIVERS LICENSE A6712910

President of the United States of America ( By Act of Congress)

President of the United States of America For Life ( Inaugurated)

I am being prompted to just document for the third time what I know about Mr. Obama, I am being sarcastic as I Have already documented this in briefings after briefings, and I am tired of it. I did not elect Mr. Obama, he and I have a history because I disapproved of him, and he were shoved upon the America people, and Now that his history is out there every one wants to know more. the information on Mr. Obama was available since 1975 in fact ,

70

Name changes, Bank Robery under other name with the Sibianees Liberation Army, Sodomy of Kenneth Hicks in a fight for control of Springfield Illinois, Besteality he fucked a dog or a goat people so he could be black mailed him self and he knew it, affiliation with Pan African Movement, Rape of a Queen, Plans to bomb buildings in New York with X president of Egypt Hussein Mubarak, and Assam Bin Laden, and Leo pentinio who was in the car with them at 1318 East Adams Springfield Illinois 1978 or so. I saw all of them their.

MR OBAMA WAS up against it in Illinois, he lost his endorsment by the debaturist HOUSE OF LORDS London England, I do not know the circumstances , it could have been the rape of the queen , but the value for that queen was so low that it was most likely some thing to o with the BUSH family as one side of the BUSH family are negras from africa from way back, and it was probably an african negra fight of some kind.( LOOK THESE ARE VERY BAD PEOPLE ALL OF THEM)

Then we have MRS. Obama making sexual approaches to me prior to 1982 or so, when I was working security or some thing in Springfield Illinois. At that time it was discovered that she was Magic Johnsons wife, and I really do not like to have to spell every word out to people who just do not want to read the documents, and what to argue that I did not specify this or that.

Why is it that the Inter net documentation has to be rewritten every time, I mean there are some 40 documents on this debriefing alone, do I have to tell you every computer I was on, Let us get real here, every thing I ever wrote is on a computer.

You do not want to believe I wrote it because it is a loss to you in some manner, and I will just authorize the United States Bureau of Investigation to authenticate any Internet document I wrote, and I can do that, so just physically take the document to the Long Beach FBI office, and they will tell you if I wrote it, Don't bother me with prompting any more, I am tired of people who do not have the guts to write down the truth.

Danny m. Wells 353563547

Some 30,000 pages of single space writings, and that is so much and you are a Harvard , or Yale graduate or something and you are so smart that it just could not be, because you only wrote maybe 5 ,000 pages.

8888888888888888888888888888888

To the Embassy of the Saudi Arabia
California
To Glen Morgan
To the Embassy Of the republic of Ireland ( For distrubution)
From Danny M. Wells 353563547
California Drivers License A6712910
I would appreciate it if your staff could assist me in a legal matter. I have sent notes to the embassy before, and one regarding this issue . I have a criminal case pending Case 1CP02186
My attorney is Carlin Yuen , Superior Court of California, I need to have her informed that any mail is to be sent to 1646 Cabrillo Ave #17 by any delivery service other that US Mail . As their apparently is some type of problem with my US mail service.
I still reside at the 1646 address ,

71

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL for the Illinois Bureau of Investigation,

This is information regarding a Murder that occurred in or around Springfield Illinois, a witness to it was the Actor Westly Snipes, ( 1970 or earlier) a child in the custody of Jeremy Irons was drowned in the Springfield Lake, or near by lake. Other persons also in the custody of Irons were at the scene of the drowning. When this occurred I as a KING were considered the sheriff of Sangamon County, I actually was at that young age. That was the way they did things then, irreguarless of you chronological age. You as a person under the age of 8 made decisions.

My deputy, or County coroner personnel was a man named Glen Morgan. Morgan eventually became my instruction at Lincoln Land Community College in Springfield Illinois (1980)

My actual age is about 45 years old as My birth certificate is not correct, it is a made up document. I lived at 1714 east Miller Street Springfield Illinois.. The state of Illinois is my Personal ESTATE, my REAL Property.

At the time the child was assumed drowned and the child was a GIRL that was not Irons child by blood the community had a health concern. The Heath concern itself was a pretense. As it were known that the Assumed DROWNED child was eaten. The Child was seen drowsed by Snipes, and the body was discarded near the lake. Then Sean Connery ( or AKA Alvin Galvne)

saw Will Smiths RELATIVE eat the GIRL CHILD.

Will Smiths relative ate the body and he was test by Morgan under a pretense , after Connery eventually reported the act of cannibalism to me. I could not act immediately as I were placed under a doctors care for about 5 days after hearing these people had done that.

When the testing was originally to be done. The actor Brian Denneghy was assigned to the task of conducting the test, I assigned him to do it. He was given ( A BLOW JOB ) by the women that was with Jermy Irons and the children to falsify the test, and if I am not mistaken this same women was at the Starbucks coffee shop today at about 4 pm, when I was there.

She is about 5' 10" Blond hair now, 180 lbs. White , fair thick complexion not muscular. This women gave Brian a blow job, and because I were under 8 years old he falsified the test that would establish cannibalism by Will Smiths relative. When I was told by Michael Madsen the actor that Brian had falsified the test I called in Morgan, Morgan worked for the county of Sangamon and was not in the Feudal family and did not like us at all. He hated kings, queens etc. But he did the test on this RELATIVE of Will Smith and it came out POSITIVE, ( GLEN MOrgan is my manager of Wells Investigative Services PI 15717 and he is to be told that.

I was confronted by the House of Lords London England who questioned the time lapse in conducting the test and that was essentially how this cannibal escaped.

The sister of Kenneth Holm was also missing and we suspected that this sister was eaten by this Will smith relative or Brian, Brian was being black mailed by the Pulliam Family or these women with Irons, and eventually Brian was ran out of Springfield Illinois and eventually blackmailed into Murdering people for the House of Lords London England, HOL was a terrible collection of individuals, they Raped, Robbed, Murdered people,

extorted, and blackmailed, any one as that just were a gang that abused people.
HOL did that to enjoy land and materials they though they owned, but HOL did not own
anything they were bankrupt as a severable identity, and that cause the resentment among
every one HOL members expected free stuff by virtue of an assumption that a LORD had
paid for something, and it were just a fraud, England itself was bankrupt. and every
BEAN meant something 1970 was terrible.
**********************

NOTE to Buckingham Palace,
The concept of me receiving property without actually transferring currency to some
vender is questionable, as you the recorder of the transaction just notify the vender to
transfer and allow me access, and use. As the vendor is assumed indebt to me in some
fashion and you reason that no currency nee be transferred.
Then you dispatch some one to complete some type of paperwork and they go to the
treasury and get currency!
I looked at that and I do not like it, I just do not. I do not see why a third parry has to be
used when I have staff paid to do things for me! How many purchases do I make!
The fact is any such third party recordation what ever is to be done by people already on a
salary, These third parties if they were worth anything should be able to get a job, and if
they could not why are they working for the King of England?
NOTE to the Embassy of Saudi Arabia
Washington D.C.
Could the Embassy send Glen Morgan a copy of my internet documents, as I would have
to locate him.
Danny M. Wells
8888888888888888888888888888888
To the Embassy of Saudi Arabia
California, and Washington D.C.
**To the Embassy of the Republic of Ireland ( For distribution to all parties
previously served)**
To the Savannah Gerogia Police Department ( I would like a list of my properties
delivered to the Embassy od the Hellinistic Republic of Greece Los Angeles California
90504) I have a few houses there.
From Danny M. Wells 353565347
**California Drivers License A6712910**
Matt Damen also raped Helen Mirren, as well as the Angelina Joline I wrote about, and
Matt Damen Raped a negres known as WhiteHead of Hunter Army Airfield Savannah
Georgia 1985, When that happened all the Negras were after him, and it was Betty Evelyn
Campbell Wells( Known as Skirrt ( the Chadennes ) experiment of Denzel Washington
on Denzeles farm that cause the rape to be done. SKIRRT was to be the Jeasus Crist for
the Negras, and Betty chicken out after 25 years of exauted life.
Betty was born a male and had a sex change , moved to Illinois and tried to control the
whole country by black male, Damen is a bastard child, not legitimate birth, and because
of that no support. So he could not marry and resorted to theft and crime.
Now Anthony Hopkins, you have relapse , as I have received the signal by your recent
film that you have revered to perversions, chewing vaginas, Mr. Hopkins , and it is due to

73

what happened to your brain, and you genetics. Now you are old Hopkins and financial powerful, so it is that you are not to make any more films at all. You are very psychiatrically sick and wealthy, that is a bad combination.

Harrison Ford, You also are in trouble, you conducted sex change operations in the 1970 and you were not forgiven by people who knew about it. I am advised by the government, and the studious that you are not welcome, that is the decision from my staff that I rely on. I know of one operation, that you simply did not follow up on. And the fact is doing those operations to be popular in that day were a trap to destroy you today.

The whole activity of sex changes and homosexuality wee a trap to destroy the character and get people out of the running for the aristocratic life, you and other fell for it, now that is it as I do not have the influences to save you. I am being pressed upon to notify people they just are not wanted. ( the political Carrer is ON! Harrison Ford, because you are a HUMANITARIAN and that is what the country needs after the ACTIVITY IS OVER, understand.

HERODIANISUM, is not a art which should be practiced by people who are not HERODIAN, I have received my message about Mr. Hopkins activities and extended perversions of the aristocratic community, and how his HERODIANISM where a tool to touch my person. I do not care for that Mr. Hopkins, and you are ill now that is the report,and it is through your perversions that you were seeking me, understand!

Betty used Damen to blackmail WHITEHEAD by evidence of sex with a white man. Whitehead is some kind of Queen in Africa, and I did not have anything to do with Damen Raping Whitehead, Married into the Michellen Family,

**Gregg Skaggs, HAAF you are Alvin Galvan a Irish Cannibal and you ate your own children in Ireland and you were sought by Mr Lally of Customs unit in Seoul South Korea** Where I was stationed , coward that ran away at the bay of Pigs, SFC Holman of Ingelwood California knows you Gregg Skaggs, You had children with Laura Jayne Wells Morrison, by the embryos being implanted in Laura, and it is the fact that Laura was born a Male, the brother to Alan Winton of Gateways Hospital CCC Los Angeles California, And were that Winton treated me poorly and that was because he believed anything Laura said, and it is that Laura and Betty all tried to murder me for my trust fund,and that was always the problem, the money.

HOLMAN knows George Clooney, Skaggs wanted to Rape the woman Clooney was with, and that happened when Clooney rented an apt prior to 1978 in Inglewood California. You Skaggs were apparently seen collecting the rent committing a Sexual Assault, and you folled that family to Illinois. You Skaggs also have the serial Killed record in the Illinois and Kentucky areas , you Murdered Martin Larwence sister, and Steve Martins sister, having to do with the name of a commander and preversion.

SFC Holman, you were used by the police to catch serial killers, because you have a sexual preversion.

George Clooney, you film making is also over, as the fact is people and I do not care for you training of a child dear to us. We would rather that a divorce occurred that what you did. You did it you delivered the contract and now you have the outcome or repercussions of who you did that

**Danny M. Wells California P.I. 15717**
Wells Investigative services Springfield Illinois (1976)

74

1714 East Miller Street
Springfield Illinois
**To the California Department of Justice, understand that at a very early age I had thousands of people arrested, that are currently in California, as they seek revenge, and my arrests and involvement is to be disclosed to the STATE ATTORNEY by the United States Federal Bureau of Investigation in conjunction with my attorneys and staff of Batu Mongolia THE STATE ATTORNEY and all the Embassy previously contacted as well as relative law enforcement agencys are to know who I arrested and that said person is not to be involved with any of my affaris , that said person be removed from my Estate which is California,**
their will always be this question of people I appear to like, I defer to the record and I think that they should move on.
The staff that have not been so intangled with confused loyalty are not interested in working with said persons, and I want a quiet life, without having to fight every dam day about people who are not liked, I donot want that life. ( there simply are people who are hated , and they have a criminal record which is used to force them out. Some of the buildings and properties I own and want to use have them in there and they were sent their to be put out after years of work, years of work that was scripted to result in crime if they stayed, and the message was that they were to get out. That is what the message is when the money is not right! But people do not want to belive that they are not wanted. The want to forget the past, and the embarrasement. embarrasement is what motovates anglos to force you out. ( I the KING never saw what you did, but the fact is you were seen).
The State Attorney of California should be contacted by my staff of Batu Mongolia to facilitate removal of all said person, ( one person is exemted that would be the person managing the Torrance Motel, 1646 Cabrillo ave #17 Torrance California, I was his Parole Officer prior to 1990 , it was a long time ago, and our memories are very old.
88888888888888888888888888


To the Embassy of Saudi Arabia
California
To all parties Previously served, and to the Embassy of the Republic of Ireland California for distribution
To all the starbucks coffee shops, you are to have my photo and ID numbers, I do like free coffee(STAFF)
From Danny M. Wells 353565347
California Drivers License A6712910
I am in fact the owner of 95% of the Starbucks Coffee Company. I am contacting you in the hope that you many forward this message to my business partners . In order that they know I have verified my ownership by drinking a cup of Starbucks Coffee this moment. I did not purchase it, I used a complementary or gift handout the staff gave me about 4 hours ago. It took that long for the water to be turned back on.
And it is probably that me having a cup of Starbucks coffee is some ones signal that I am the owner, and they cannot drink any Starbucks coffee, because I own it.
The card I have , but did not use is 6057827678491404, but it is not registered yet, I

75

think. I am just notating it so it can be documented for my staff at Starbucks, and recognized at the owners card. I do not recall where I picked it up at, maybe Castaic California last year. I notified many people I owned Starbucks, and I do not know why a coffee Company became so popular

Danny M. Wells

8888888888888888888888888888888888

To the Embassy of Saudi Arabia
California
From Danny M. Wells
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
California Drivers License A6712910
To the following parties
It has been made an issue the following, The Family Name of Denker , that was the Family name for Matt Damen (the Actor) Denker raped several women. I do not know the location, possibly Illinois. In his younger days prior to 1980, he rapped Angelena Joline, Joline sold her name in 1972, and I do not know if the rape victim is the current actress or the Joline that sold her name.
The Joline that sold her name while living in the alleys of Springfield Illinois ( 1970) was eventually hired by the United States Social Security Administration, and eventually threated by the elected President of the Untied States of America Obama, to reveal the location of SSA Beneficiaries , wherein Obama had them Murdered, see my prior e-mails. Joline of (1970) sold her name to eat. She sold the name to the Current Actress, who was eventually accepted by Hollywood, and she is not really an actress, hse is a women

8888888888888888888888888

To the Embassy of Saudi Arabia
Los Angeles California
I am sure you know the Mary Ann Convetino I am referring to, she was a LCSW at Gateways Hospital and Mental Health Center Los Angeles California 1993-1996
To The Embassy of the Hellenistic Republic of Greece
12424 Wilshire Blvd
Suite 1170
Los Angeles California 90405
To my staff there.
I saw an advertisement for A line of Clothing For Milano,
On channel 1187 LA18.7 on WINTV
I want to purchase the entire store on the shelf. The clothing is to be placed in the control and possession of Mary Ann Convertino,
To give away and to wear, to who ever she wants to.
Purchase the whole shelf stock, Withdraw is authorized from my Janus FUND, or the account. This is Janus King of the BYZANTINE EMPIRE, also Christian Amedus Pendragon
Danny M. Wells
353563547

76

California Drivers License A6712910

88888888888888888888888888

To the Embassy of Saudi Arabia ( appropriate distribution)
California, and Washington D.C
To All Boards of Election and Voter Registration
From Danny M. Wells 353565347
California Drivers License A6712910
The Honorable Danny M. Wells
President of the United States of America ( By Act of Congress)
President of the United States of America For Life ( Inaugurated)
Member of the United Nations
Member of the World Court Istanbul Turkey
Re: The History of Obama
I want to point out to you that I lived in Springfield Illinois prior to 1984 when I joined
the U.S. Army. I had wrote a article in the Illinois State Journal Register about Barak
Obama the current Elected president of the united states of America,
The article was shocking to Illinois and it was suppressed to a degree, Michelle Phifer the
actress and Robert Redford, his brother, and Nicolas Cage were chased all over Illinois
for what Phifer wrote.
My article pointed out that some how Obama got in to the bed room of the actual Queen
of England , and he fucked her on the spot. Michael Caine was blamed for this, but did
not have anything to do with it. The Queens own guards thought that Obama would be a
gentleman , and they let him have access to her bedroom. As the English culture could
not fathom such an attack on the pride of a country.
The English were in just shock at the violation of diplomacy, and did not even know how
to reach. The Queen them was debacgar at that time and I understand this Queen was one
from the Windsor line, which a bread of our newest and thus weakest lines of Queen.
Miriam another Queen of England was suspected to be the raped queen. and England
conducted so many test on her she advocated the crown. Miriam involved with the
Masons was believed to have been paying a debt of some kind, and since them Miriam
has been debouched by the Mason Negras in Hollywood parties and cannot assume the
thrown of England.
Caine knows who the queen was and it turned out that Obama was HIV (positive) and he
had passed HIV on to his wife. We discovered that Michelle Obama was actually Magic
Johnsons wife. That Obama was spreading HIV, as he intentionally infected Oprah
Winfery, and the actress in the Ike and Tina Turner Move, as well as the negress in the
Blade movie, Westly Snipes when insane about that, and it caused Meryl Streep Snipes
wife to become angry out of jealousy.
The Queen whole entourage was being Blackmailed by the following that wanted to get
Obama into the White House, and it was that mother fucker Phil Donahue ( that Carny
Hand mother fucker everyone thinks is so dam on the ball that lead the charge to black
mail the Queen. Donahue is a MISFIT. Late ill-equipped, and just road the Thomas
family into the ground , with the negras, always with the negras, Because he is a low class

77

esoteric white man that just does not know when to stop trying to improve himself, he had a chip on his shoulder, that I suspect was some undiagnosed mental illness. ( like the dam tool time show guy)Another one that just cased white people so much trouble that it is unfathonumbale. At least 1000 white men died behind just stupidity, he could not get the Italian girl.

And he destroyed the Italian girls life. That is why the Italian girl has a dance show, and that is also one of my fellas ( Tooltime show guy) that was the message you did not get you were messing around with KAISER SOSA fella. And a few times I had you rolled up because you were sniffin around my fella to close.

Danny M. Wells
Danny M. Wells 353565347
California Drivers License A6712910
The Honorable Danny M. Wells
President of the United States of America ( By Act of Congress)
President of the United States of America For Life ( Inaugurated)
888888888888888888888888888

To the Embassy of Saudi Arabia ( appropriate distribution)
California, and Washington D.C
To All Boards of Election and Voter Registration
From Danny M. Wells 353565347
California Drivers License A6712910
The Honorable Danny M. Wells
President of the United States of America ( By Act of Congress)
President of the United States of America For Life ( Inaugurated)
Member of the United Nations
Member of the World Court Istanbul Turkey
Re: The History of Obama
I want to point out to you that I lived in Springfield Illinois prior to 1984 when I joined the U.S. Army. I had wrote a article in the Illinois State Journal Register about Barak Obama the current Elected president of the united states of America,
The article was shocking to Illinois and it was suppressed to a degree, Michelle Phifer the actress and Robert Redford, his brother, and Nicolas Cage were chased all over Illinois for what Phifer wrote.

My article pointed out that some how Obama got in to the bed room of the actual Queen of England , and he fucked her on the spot. Michael Caine was blamed for this, but did not have anything to do with it. The Queens own guards thought that Obama would be a gentleman , and they let him have access to her bedroom. As the English culture could not fathom such an attack on the pride of a country.

The English were in just shock at the violation of diplomacy, and did not even know how to reach. The Queen them was debacgar at that time and I understand this Queen was one from the Windsor line, which a bread of our newest and thus weakest lines of Queen. Miriam another Queen of England was suspected to be the raped queen. and England conducted so many test on her she advocated the crown. Miriam involved with the Masons was believed to have been paying a debt of some kind, and since them Miriam

78

has been debouched by the Mason Negras in Hollywood parties and cannot assume the thrown of England.

Caine knows who the queen was and it turned out that Obama was HIV (positive) and he had passed HIV on to his wife. We discovered that Michelle Obama was actually Magic Johnsons wife. That Obama was spreading HIV, as he intentionally infected Oprah Winfery, and the actress in the Ike and Tina Turner Move, as well as the negress in the Blade movie, Westly Snipes when insane about that, and it caused Meryl Streep Snipes wife to become angry out of jealousy.

The Queen whole entourage was being Blackmailed by the following that wanted to get Obama into the White House, and it was that mother fucker Phil Donahue ( that Carny Hand mother fucker everyone thinks is so dam on the ball that lead the charge to black mail the Queen. Donahue is a MISFIT. Late ill-equipped, and just road the Thomas family into the ground , with the negras, always with the negras, Because he is a low class esoteric white man that just does not know when to stop trying to improve himself, he had a chip on his shoulder, that I suspect was some undiagnosed mental illness. ( like the dam tool time show guy)Another one that just cased white people so much trouble that it is unfathonumbale. At least 1000 white men died behind just stupidity, he could not get the Italian girl.

And he destroyed the Italian girls life. That is why the Italian girl has a dance show, and that is also one of my fellas ( Tooltime show guy) that was the message you did not get you were messing around with KAISER SOSA fella. And a few times I had you rolled up because you were sniffin around my fella to close.

Danny M. Wells

Danny M. Wells 353565347

California Drivers License A6712910

The Honorable Danny M. Wells

President of the United States of America ( By Act of Congress)

President of the United States of America For Life ( Inaugurated)

8888888888888888888888888888

To all Parties Previously served

From Danny M. Wells

Christian Amedus Pendragon 353565347

Documents attached regarding my trust fund interfered with by the French Royal family, evidencing intent to loot my trust fund, and Bank to feed the Negras is America.

To pay a debt they encoured, and this is the explainiation why the French , the Negras, and the Hansen do not get along, see the photo of the injury to my heel casued by the French Royal Family.

Mail was placed in the Mail Box near my location and is addresses to the Cousl General Eilsebeth Foutidou , for distrubtion , and for the Department of Defense, as it involves an incident

HANNIBAL, BLACK MOON RISING, incident authorization code.. it is authorized to obtain a copy of the deposited documents immediately,,, Suspect are Christoper Lambert, the bomber, and Steven Tucci the Black widow serial killer, exonerated are Bob Denver, Rapist are Mario Epps, and the other FBI agent he was with they RAPED two people.