CALIFORNIA DRIVERS LICENSE A6712910 verification TRUMAN JENNINGS
To other parties, $10,000.00 dollars is in my possession...
Danny M. Wells
Christian Amedus Pendragon
King of England
88888888888888888888888888888

To The department of the Army
To the Embassy of the Republic of Ireland for services upon all parties previously served
To the Embassy of the Hellinistic Republic of Greece, Cousl please promote the intent of
this communication to the US Miliatry Branchs, I can be contacted by US Mail, or e-mail
From Danny M. Wells 353565347
California Drivers License A6712910
Current address
1646 Cabrillo Ave #17
Torrance California 90501
RE: Process for MILITARY CREDIT FOR MILITARY operations, and or activities with
Military Forces that are not publically claimed by the United States Military.
I am a KING, and I were trained unconventionally by the United States and by the United
Kingdom, and I have attempted to obtain formal military credit, as Financial benefits are
the issue.
My Birth Certificate is not accurate. And other documents cannot be relied upon without
chemical testing to determine authenticity.
I have applied for credit several times , and I submit the following recordation of my
military credit in the form of Eye witnesses, and Biologic evidence.
The first Issue is the following films are recordation of my military record.
SECOND the Film America and Me , is a record of my incarceration in Folsom state
prison in California before I was to be deployed into a military combat mission. I was
portrayed by the ASIAN ACTOR in that film,
The character called SANTANA attempted to recruit me in the the EME , and I was
visited by the character called Little Puppet, in Springfield Illinois , Because Edward
James Olmos wanted to know when I was coming back to California.
Olmos was in prison at that time also, because the actor who portrayed the character with
the wooden leg had informed on Olmos , and Olmos received another prison sentence.
The crime I think was a Murder of Ving Rames ( the Actor) brother. Rames suspected I
had killed his brother and Rames was in Springfield Illinois at that time.
I lived at 1714 East Miller street Springfield Illinois at the time this occurred, and I was
being used by the United States Navy, as a Seal, as well as the United States Army.
I sent a RIGHT THUMB Nail to the ( Consul General Elisabeth Foutidou Embassy of the
Hellinistic Republic of Greece at 12424 Wilshire Blvd , Suit 1170 , Los Angeles
California 90405, for purposes of Identification.
The THUMB NAIL genetics will be that of .
MILITARY Name , ROY BOY, TODD, Winifred Paine, Commander HUNTER,
Douglass Mac Arthur, General Patton, Sin Gin Rambo. All code names I have used.
That THUMB NAIL has to be used to test for where I performed military duty as it has

*80*

been apparent that their is no intent to recognize all my MILITARY CREDIT.

When I was performing these missions, others claimed the credit, and were paid, Parties with the record of my locations to the minute are sworn to silence, or it is not in their financial interest.

Further if it were disclosed that they did not perform the military duty, they face prison, and or deployment into the field, and forfeiture of property.

parties that have my films will not cooperate , because they always want something for themselves,and a kick back, the chief party to this is Buckling Ham Palace which want recognition of all the children of the House of Lords, or a knight before They will release my records, and the duty doe not justify medical benefits for the amount of duty they performed, and the child is always sickly , so sickly they should be hospitalized for like, costing literally millions of dollars, so their intent is to defraud the DoD.

Then it is the issue of formal recognition of me as the KING, despite all the financial support I brought out side of England,they will argue all of the issues accept One was I there or not.

And if a child fro Springfield Illinois was in Asia, or any where else under the age of 15, why were they there? How did they get their, and that is the problem, as dastardly plan to extort from the KING or America money before the dam simple question is answered by the departments which verify such military duty as I performed.

Films like Hamburger Hill, Platoon, Sniper, Charlie Mopc, the Rambo films . They are used to jog memory, as I were under the age of 15. and the fact is My real birthdate is likely 31 December 1964. So how would anyone be able to verify anything at all, unless the parties that have tracked me since my birth provided the evidence, and the parties that were paid and lied are prosecuted. And that is the who problem these parties are the families in America that alleged leaders and they would do that to a child.

Who is strong enough to even withstand investigating. Everyone of you just shine things on , and you wonder why people who had to be literally captured to dive, or fight for America hate you and who you are afraid of, I would not piss on you let alone dive for you again. Any of you dam shysters'.

Danny M. Wells

President of the United States of America ( By Act of Congress)

President of the United States of America For Life ( Inaugurated)

8888888888888888888888888888888

To The department of the Army

To the Embassy of the Republic of Ireland for services upon all parties previously served

From Danny M. Wells 353565347

California Drivers License A6712910

Current address

1646 Cabrillo Ave #17

Torrance California 90501

RE: Process for MILITARY CREDIT FOR MILITARY operations, and or activities with Military Forces that are not publically claimed by the United States Military.

I am a KING, and I were trained unconventionally by the United States and by the United Kingdom, and I have attempted to obtain formal military credit, as Financial benefits are

the issue.

My Birth Certificate is not accurate. And other documents cannot be relied upon without chemical testing to determine authenticity.

I have applied for credit several times , and I submit the following recordation of my military credit in the form of Eye witnesses, and Biologic evidence.

The first Issue is the following films are recordation of my military record.

SECOND the Film America and Me , is a record of my incarceration in Folsom state prison in California before I was to be deployed into a military combat mission. I was portrayed by the ASIAN ACTOR in that film,

The character called SANTANA attempted to recruit me in the the EME , and I was visited by the character called Little Puppet, in Springfield Illinois , Because Edward James Olmos wanted to know when I was coming back to California.

Olmos was in prison at that time also, because the actor who portrayed the character with the wooden leg had informed on Olmos , and Olmos received another prison sentence. The crime I think was a Murder of Ving Rames ( the Actor) brother. Rames suspected I had killed his brother and Rames was in Springfield Illinois at that time.

I lived at 1714 East Miller street Springfield Illinois at the time this occurred, and I was being used by the United States Navy, as a Seal, as well as the United States Army.

I sent a RIGHT THUMB Nail to the ( Counsl General Eilisebeth Foutidou Embassy of the Hellinistic Republic of Greece at 12424 Wilshire Blvd , Suit 1170 , Los Angeles California 90405, for purposes of Identification.

The THUMB NAIL genetics will be that of .

MILITARY Name , ROY BOY, TODD, Winifred Paine, Commander HUNTER, Douglass Mac Arthur, General Patton, Sin Gin Rambo. All code names I have used.

That THUMB NAIL has to be used to test for where I performed military duty as it has been apparent that their is no intent to recognize all my MILITARY CREDIT.

When I was performing these missions, others claimed the credit, and were paid, Parties with the record of my locations to the minute are sworn to silence, or it is not in their financial interest.

Further if it were disclosed that they did not perform the military duty, they face prison, and or deployment into the field, and forfeiture of property.

parties that have my films will not cooperate , because they always want something for themselves,and a kick back, the chief party to this is Buckling Ham Palace which want recognition of all the children of the House of Lords, or a knight before They will release my records, and the duty doe not justify medical benefits for the amount of duty they performed, and the child is always sickly , so sickly they should be hospitalized for like, costing literally millions of dollars, so their intent is to defraud the DoD.

Then it is the issue of formal recognition of me as the KING, despite all the financial support I brought out side of England,they will argue all of the issues accept One was I there or not.

And if a child fro Springfield Illinois was in Asia, or any where else under the age of 15, why were they there? How did they get their, and that is the problem, as dastardly plan to extort from the KING or America money before the dam simple question is answered by the departments which verify such military duty as I performed.

Films like Hamburger Hill, Platoon, Sniper, Charlie Mopc, the Rambo films . They are

82

used to jog memory, as I were under the age of 15. and the fact is My real birthdate is likely 31 December 1964. So how would anyone be able to verify anything at all, unless the parties that have tracked me since my birth provided the evidence, and the parties that were paid and lied are prosecuted. And that is the who problem these parties are the families in America that alleged leaders and they would do that to a child.

Who is strong enough to even withstand investigating. Everyone of you just shine things on , and you wonder why people who had to be literally captured to dive, or fight for America hate you and who you are afraid of, I would not piss on you let alone dive for you again. Any of you dam shysters.

Danny M. Wells
President of the United States of America ( By Act of Congress)
President of the United States of America For Life ( Inaugurated)
IF that THUMB NAIL is properly tested it will be AB POSITIVE Rh FACTOR negative, which ever is the rarest blood, and my blood is on file with the pentagon. I never got my pay, or benefits as an Officer. Or Senior NCO, Nothing just my standared DD 214 as a 11 Bravo, and 95 Delta
888888888888888888888888888888

To the United States Congress
To the Joint Chiefs of Staff
To the Pentagon
To the Embassy of Norway ( **ICE in a valley along side a MOUNTAIN) COMPANY** ( Insert the Norwegian word for that ( **Reference is The STAFF of The** ANTELOPE VALLEY COUNSEL ON ALCOHOLISM AND DRUG DEPENDENCY ON FIG STREET LANCASTER CALIFORNIA, THIS IS JASON BOURNE AN I WANT THAT COMPANY NOTIFIED , IT IS AUTHORIZED TO ACT FROM NORWAY ON THIS AND IT IS A PRIORITY UNTIL THAT BUDGET IS SATISFACTORY TO THE REPUBLICAN PARTY, THEY WILL BE MY OPINION , TO INCLUDE MY MEMO REGARDING taxes upon person with income below the 250,000.00 dollar per year mark. I want both policies in place. to correct the situation America is in, and complete our FISCAL problems

**EXECUTIVE ORDER**
From the Honorable Danny M. Wells 353563547
President of the United States of America ( By Act of Congress)
President of the United States of America For Life ( Inaugurated)
California Drivers License A6712910
This is in effect immediately, all staff of any United States Congress person involved with the Social, or activist group called, or known as the MASONS etc. Are to be assigned a FEDERAL STAFF MEMBER.
Preference is ANGLOS that are not in the MASONS and are( DEPARTMENT OF DEFENSE) CIVILIAN. Said DoD personnel are to be monitored by non MASON affiliated state congress staff.
A report of collusion of United State Congress staff on any person assigned a DoD Staff Member is to be made to the United States ATTORNEY, and the staff of the LIGHTING SWORD Pentagon, ( and the FORCE IN THE AIR, oftpotusoa. To make all material acts

83

of said reports a nullity, to them make all said material acts conform with the Will of the American people.

Which is deployed upon the Authorization by the Joint Chiefs of Staff determination , on the ground that the will of the American people is being defrauded, for the purposes of theft, or ( executed Ethnicicside by a minority group upon the will of the American people) Ethniciscide is suspected by the President of the United States of America For Life. and it is Ethicisicide which the Joint Chiefs of Staff are to focus their recources upon to prevent. It is now apparent what the President of the United States of Americas MISSION IS.

NOW, it is your mission by EXECUTIVE ORDER Joint Chiefs of Staff. Electronic means from the Pentagon AUTHORIZED. SECONDARY is Authorized from Norway, only, it is Director Approved JASON BOURNE program.

The Honorable Danny M. Wells 353563547

President of the United States of America ( By Act of Congress)

President of the United States of America For Life ( Inaugurated)

8888888888888888888888888888888888

To the Pope in Rome Italy

From St Bernard 353565347

Regarding the SINE FANE ( spelling)

PRONOUNCED (SHIN FEIGN)

SINE FANE is a group of people, and the meaning of the group is people who just avenge the definition of SINE FANE.

The definition is

IT is a sin by seeing somthing that is a sin, the act of seeing it is the sin.

THEN the second part of the COMMISSION of the sin is to testify that you saw the sin.

THEN the third part of the sin is that you are telling the truth , and telling the truth was not what you are to do, in the testimony

THEN the fourth part of the commission of the sin is that you told the truth, and you FEGIN complying with the custom of thelling a lie during testimony.

THERFOER you pretend to lie, as expected in custom, and you actually sined by intent to tell the truth.

The harm is that the taker of the statements would be confuced as to the next step to take in the inquiry.

THEN you the witness giving the testimony are free of any charges about doing your duty.

And the statement taker would not be able to correct the sinful site. Becasue it would not be believed.

THAT IS SINE FANE.

Danny M. Wells 353563547

Saint Bernard

It happened in Ireland. The British cut their wrist from witnessing the starvation. The Irish would not fight in Africa. So the English starved them .

I sent them potatoes to eat, raw. There was noting else I could do.

88888888888888888888888

84

To the King of Greece
For the KING OF GREECE ONLY
From Danny M. Wells
353565347
This is the report of a birth and the recognition of a child I have from a relationship.
This occured in Springfield Illinois, in the Summer. My wife is Ann Convertino ,and I
had not seen her for about 4 months at that time.
Her family was teasing me, in fact and George Clooney was extorting me. I had paid
Clooney 1 Billion dollars to at a Anns security and he simply hauled Ann around from apt
to apt. The fact was the MASONS were trying to murder her, or to impregnate her
themselves. She was a child bride.
Clooney was very nervous becasue he had been drafted, and he was going to the front.
Becasue Clooney had debotched the prolific life. He made a pass at Ann , and tried to
soften her up by making her sleep on the floor , while he slept on a bed. I hear all about it.
Clooney claimed to be cocerned about her back or some hip operation.
Her hip was broken by Sandra Elizabeth Bullock, in order to put Ann out of the running
for a crown. Bullock herself was not in line for that crown. Bullock just didnot want Ann
to get the crown.
Clooney was to take Ann swimming, and decided to go to a tavern instead, No one was to
be in the house located at 1714 East Miller street Springfield Illinois, and Clooney just
dropped Ann off at my house.
Clooney had planed to leave Ann with his friend Betty Evelyn Campbell Wells ( or
A.K.A SKIRRT, of the Chadenees) the person who had the sex change operation by
HOPKINS, in Chad. ( previously written about) HISTORIC NOTE BELOW
So Ann came into the house, and it was a very hot day. I am a NORTH AFRICAN, and I
responed to love in the afternnon in the heat. We made love and fucked from 3:00 PM to
7:00 PM that evening.
Ernest Bordininge was performing securtiy on the house and knew about it, James
Colburn was spying on Bordininge and wanted to report this to the authorities as we had
to have a licenses or some kind of permit as I am a King.
The Child is named Ambrosia ( as in the food)We want the child to be a Greek citizen,
and that is what this report is about.
Danny M. Wells
353565347
Janius King of the Byzantine Empire
*********************************
HISTORIC NOTE
But Betty ( Battle Enemy Territory Trial Yemen) was not home. Betty was out of town at
a MASON meeting. ( If Betty had paid her debt for failing to be the JESUS CHRIST
FOR THE NEGRAS, Betty would not have been required to be a suicide attack on the
area where the SUEZ CANNAL IS right now. ( Historic note Betty was to have bomb
tied to her and to blow up some thing in Yemen. Betty cowered out of it, and the
CHADENNESE didnot get the construction contract. The bombing was to justify the
expendutures for constructiong the Suez Cannel.

85

Because of that the CHADENEES didnot have ascript to follow, and Betty owed the CHADENNES, Betty was being prepaired to be the Jesus Christ by the Actor Denzel Washigton. On Denzels FARM in Africa. Denzel bought all the CHADENEES people. and put them to work, Betty was a MALE in thoses days and was exaluted , the support of Betty cost the CHADENEES their lives and the resorted to Cannibalism and a distorted view of the cricifiction.

Since thsat time it has been a fight of revenge between Denzels african tribe, the Chadenees, the Toosie or the Hutos who had a child murdered for the Vagina, the Hopkins family that was the Doctor invoved, a other various english famils also involved in revenge against one africa tribe or another for that african tribe injuring a english child, while in Africa.

I GOT INVOLVED becasue I were stolen from my crib as a baby by One of those BULLOCK women, that went into my mothers bedroom why she was convelessing from giving birth, as I am told.

Then I understand this Bullock took me to Betty ,and I was sprayed with some chemical effecting my skin. In short I do not want anything to do with England and there Negra problems.

AS far as who my mother is I am not sure, the list of Mothers and fathers is so long that it is intended to be a secret, A person should get a letter until that time the intent is not to verify anything.

One minute it is a guy in england, the next minute it is this actor or that actor, to the point the mentally ill come to belive they are a parent of mine, and it is so dam unsult that I cannot stand it, year of telling people I am not related to Betty, and the constant insinuation, or limitations to this or that because the beliefe is some dam advantage to a person controling somehting, that I just go bezerk on people.

Their are states of mind a KING can obtain which are not possible by other, KINGS are breed to obtain them, And the people identifed as my parents do not posses the gene code to obtain that given state of mind, and I just am tired of all of it.. so I ask people to forget my parents.

88888888888888888888888

To Matt Damien
To the Embassy of the Republic of Ireland for service upon all parties previously served
From Danny M. Wells
CALIFORNIA DRIVERS LICENSE A6712910

Mat you are an actor, only. I took you into my acting business to document what I was doing. In order that their would be a record.

I wanted to exposed the House of Lords, and to be frank I wanted the Children of the House of Lords to be utilized to document what I did.

The world had to know that the HOL, are DEBATURIST, and godless, but now at this time they are convinced that god is superior and to be obeyed. And they may all proceed to HELL as their philosophical question of 1970 has been answered, and the lord is not going to give them a break. They can pray on their hands and knees until they fall dead. You Damien are a son of one of the Lords, which one I do not know, and I do not care which one, to be frank. I have received calls that you think you did something,, And that

*86*

is the problem, twice or three times now I have told you that you were and actor.

So what more can I say,

The Bourne films are mine,,, you are the emulate, the person picked to represent me, and like a few others you just do not understand that what had to be done requires a physic, You think you have the muscular structure to survive the movements in theses films, You do not have the physic. nor the bullet holes in your body or where there when it actually happened. It is not classified, many governments have instruments that track the person who did what ever,

Do you want to contact the DoD, the UN, the USAF, and get a report of where you where when it happened, go ahead I do not need one.

Danny M. Wells

353565347

8888888888888888888888888888888

To the United States Congress

To the United States Internal Revenue Service( all tax breaks cut, exemption etc. are to be suspended , and or discontinued, and or other ineffective use pursuant to my office until the effect of application of said tax breaks on the collection of taxes in light of implementing said tax cuts given the lost of revenue based upon this projected loss to revenue to the collection of taxes to person(s) with income under $250,000.00 This is an EXECUTIVE ORDER.

To the G.A.O, you are to expect income from this executive order, and you are authorized to take CIVIL AND CRIMINAL ACTION upon any party Governmental, or Private who does not comply with this EXECUTIVE ORDER effective immediately

YOUR PROSECUTORIAL AUTHORITY IS THE UNITED STATES FEDERAL BUREAU OF INVESTIGATION, Under the United States Code regarding Financial Emergency, Collection of Government Debts, Seizure of personal property by the United States of America to prevent Financial Collapse of the economy, U.S.C regarding reimbursement of dollars owned the government for gold. Payment to the government for the possession of any CHOSE IN ACTION by any party.

To all parties previously served, and herein Identified, and to additional parties to adhear to this E.O. determined by the USFBI

From the Honorable Danny M. Wells 353565347

President of the United States of America ( By Act of Congress)

The 250,000.00 dollar cut off for tax breaks causes a loss of tax collection upon person under that 250,000.00 INCOME BRACKET.

The average income is 30,000.00 DOLLARS per year,

From 250,000.00 per year ( 47 %) of that is collected a tax of some kind during the years. When you get your check you pay state tax which is about 7 % then you pay FEDERAL tax which is 18%, then you may pay a Municipal tax 3%.

That is 30 % .

When you go and buy something you pay States Federal and a local tax) so the tax you pay on a dollar per pay period is about 47%

The tax on 250,000.00 per year is 65,000.00 DOLLARS ( this is without the tax scale in hand) after tax deductions the TAX is 42,000.00 DOLLARS.

additional tax breaks(Then the tax actually collated is about 8% of that figure because of TAX CUTS in place.

Now that is the scenario if the 250,000.00 TAX bracket received that Additional tax breaks

If the persons who's income is below 250,000.00 dollars receive additional tax breaks , which they do. the United States Government collects about one half of what the government could collect of the tax on a 30,000. dollar a year income. which IS ABOUT 2,8730.00 short of what should be collected PER 30,000.00 dollar income.

Using a factor of 10 percent of the population employed, which I put at 3,000,000 MILLION employed , I factored a loss of 861,900,000,000 BILLION DOLLARS, for that bracket alone.

if you break up the income between 30,000.00 DOLLARS to 250,000.00 DOLLARS and have 12 income brackets , based upon the factor of (28,000.00 per year increase)

28 1
56 2
83 3
*************
101 4
129 5
137 6
*************
145 7
153 8
181 9
*************
209 10
217 11
225 12

Multiply each 28,000.00 DOLLAR increase by 861 BILLION you can get a projection of the amount of money that is lost in ADDITIONAL TAX BREAKS that are automatic to persons who receive income under 250,000.00 per years.

The fact is the demographics of America has changed. Before taxes could be COLLECTED from a few persons, and everyone else did not need to pay, as their were few social services any way.

Now the bills are much larger, the number of employed it self is some (300 TIMES) the size it was when the ADDITIONAL TAX BREAKS WERE instituted, and I mean instituted as the fact is Americans expect NOT TO HAVE TO PAY TAXES. Because they think their income is so little that they do not matter.

People who make up to 75,000.00 per year, and have children think their income is so small that they can keep the money.

In short no one can keep the money because every one belongs to some bracket or another and that bracket inherits a responsibility due to the DEMOGRAPHIC of the population we are in.

Ti is not about FAIR SHARE, as FARE SHARE means moral obligation, and morals change with a belief of one kind or another.

88

It is that now, the DEMOGRAPHIC is the sheer number of people in the tax system requires the AGREED UPON TAX PAYMENT assigned to every one based upon what you made that year.

With no cut in taxes, no break , no quarter, no evasion, ( I am laughing now) paying taxes just hurts,and people who do not are in short being childish, and we all know it, you know those taxes are coming due and you want to play with the money. Stop, pay your taxes you are not going to starve. Know what the new car, that house, those children and their education is going to cost you over the 20 year period every time, not just some time , but every time, to the dollar, accountants to the penny, business me to the 1/10 of a penny in many cases.

It is not time to feel scared, it is the time to recognized the true nature of what America is.

Danny M. Wells

President of the United States of America ( By Act of Congress)

President of the United States of America For Life ( Inaugurated)

353565347

88888888888888888888888888888888888888888

To The United States State Department, and

To Department of Public Health

To the United States Federal Bureau of Investigation

To the Embassy of the Republic of Ireland ( for services Upon all parties Previously served)

THIS IS A PUBLIC DOCUMENT, and a STRONG Warning to person who are VICTIMS and PARTICIPANTS, you will be prosecuted, and you are to lose your job if not also be imprisoned.

From Danny M. Wells 353565347

RE: Policy of Blackmail

This is to inform you that I am debriefing various persons, as the average of the government Servant is 30 years of age. Because of that the they are not aware of the the practices of Blackmail, that occurred between 1950 and present. I have debriefed person about this before.

I have instructed the USFBI to conduct an investigation into persons being black mailed due to acts of Bestiality. Now it has come to my attention that viruses passed to person due to sex with person having sex change operations is also the bases for black mail, and it is continuing today.

The government can only function if person in it are deciding things based upon a rational mind. Apparently what we have been enduring is persons who cannot operated with a rational mind because they are being black mailed. And it happens and it continues to happen as the schem is handed down.

Prior to 1977 ( Sandra Elizabeth Bullock , I call her was a prostitute in St Louis Mo. George Bush and Ed Mc Mahan were in town and Bush was not under the control of any government mechanism which persons usually are. Bush was being tested by aristocratic families as he was considered for a DUKEDOM I believe. At that time John Carson lived across the street from Lawrence Welk, Welk , Bing Crosby and I are related by blood. Which is not well known, I think we are all Finn landers, or Swiss.

89

Welk reported Carson and Mc Mahan to the authorities about running a prostitution ring in St Louis. BULLOCK was one of Carsons prostitutes. Carson was eventually ran out of St Louis and ended up in Springfield Illinois, with Betty Evelyn Campbell Wells. Betty now lives at 1318 East Adams Springfield Illinois.

Bush and BULLOCK were sexual, and apparently BULLOCK was born a MALE and had had a sex change operation in perhaps New York, the Doctor was possibly Harrison Ford, or Liam Nieson, or Anthony Hopkins.

When you have sex with a person who has had a sex change operation the organ is NECROTIC, and it transmits dead cell tissue through the penis, which alters the blood forever.

The alteration of the blood is detected by instruments, and theses instruments are used to determine if a person is qualified for FEUDAL TITLE, or even some government jobs.

So the way to make money is to get some one to have sex with a person how has undergone a sex change operation.

And if you want to black mail them you get them into a job and demand pay met every week of even every day, or you have them steal for you, anything . And if they go to prison, or threaten to expose you , you then threaten to kill a family member of theirs.

My understanding is that the MASONS have discovered person who are Black Mail able on this account and or their children as the practice can extend to a second or third generation.

Bush in that same year intended to Murder this BULLOCK, and BUSH learned that his FATHER was aboard a ship at sea and the MASON were threating to MURDER his father, and his father was an OFFICER in the United States Navy.

So the point is that the MASON were able to do anything because people had done wrong, and people would not accept that they could not have some good job. And people would not tell what was happening to them.

The MASON Blackmail and distort the truth.

BULLOCK came to Springfield Illinois to get away from BUSH. When she got to Springfield Illinois FORD did not remember he had operated on BULLOCK, and became BULLOCKS doctor.

In Springfield and at a school near BULLOCK FUCKED 100 men in a 24 hour period, and BUSH came to Springfield and wanted to FUCK BULLOCK again, and their was a big fight involving the whole BUSH family , Westly Snipes, Ford, Hopkins , Kenneth Brannagh, the MASON who BULLOCK owned money to, Hulk Hogan, the GAY and Lesbian Movement involving Pam Bella, the German Army, or Bosnian Army, the French Foreign Legion, which BULLOCK was in as a Man ( see the Film( EUROPE Europa) BULLOCK was a DESERTER from several armies to escape from another.

I knew of 3 BULLOCKS who were MEN at one time , the first is the above BULLOCK, the second is one that ended up in the California Department of Corrections & Rehabilitation. A third one ended up in Hollywood.

These Men were made into women for the sexual pleasure of Englishmen, as it was predicted that their just would not be any women that would FUCK at the drop of a hat, and that was what was wanted, SEX TOYS.

These SEX toys are used as spies, and cannot be chemically tracked if you are looking for a women with electronic devices as they just will not register. so your electronic device

90

can be manipulated, and these SEX TOYS can be used to transmit any disease wanted. They are SIMPLY MEN, and THEY are the most cunning DANGEROUS health wise as well as psychologically speaking as can be.

They do not actually like NECROTIC VAGINAL SEX as their is no stimulation or ejaculate. They like anal sex and that is what they emphasis. They will always avoid actually letting anyone see them go through the normal FEMALE activities. Everything is fake, their is no menstrual discharge, no vaginal nerve net, etc. These ORGANS are surgically sewn in as a 5 year or 7 year old ORGAN, in to a 15 or 20 YEAR old Male, and that technique prevents discovery of a surgical scar, and in the case of a surgery of 60 or more years old you will not be able to distinguish, Chemical testing has to be very sophisticated as the body begins to product similar hormones for that age bracket, and that is the objective to get to the age and time where the person can not be detected. ( as in the case of Betty, and possibly Laura Jayne Wells Morrison, that was what I am informed of) In the case of Betty I actually heard statements by Betty , Ford, and Kenneth Abrams to the effect Betty was a MALE at one time .. Statement were also heard from James Earl Jones ( reported to be Bettys Brother by blood)

and they have to take injections or some other method to feminize, and they hate children, which is expressed in testing and observation by trained psychiatrist. They do not have any natural children or have adopted children for appearances, always lesbian. and always considered the girl with the emotional problems, or relationship problems.

They do not like no man on them,and play this hard to figure out roll, the French mentally ill girl is usually the tactic, salivating , and daughtering at the presence of men, appearing physically disabled, or crippled, and offering glimpses of their crotch or breast, as if they were not aware.

Offering sex for turning you on, or help, usually looking for older men, and so sexually educated or innocent but intelligent in some autistic way, the autistic girl is the hook, as it attracts the lecherous men, intent on a rape of some kind, with is the type most susceptible to participating in debatury discovered on the cuff. accidental and a treat. That is how you get caught, the man sees a treat,and that is what these SEX TOYS want to get. It is about money, and controlling men.

So how much have they destroyed and how much deception has the PUBLIC MIND YOU ENDURED, one of these dam BULLOCK SEX TOYS got into Washington D.C. and destroyed the entire reputation of the Congress one time, 1990 or so, BUSH let the thing in , and England used that to loot America, these SEX TOYS once they are in are CONDUIT for money, and they are protected by NEGRAS and sex starved letures as well as romantics.

Once that testical is stimulated and that creamy feel goes into the brain it is all over for every one else. You cannot be talked to about any thing in rational manor. And that is what the SEX CHANGE SEX TOYS DO TO MEN, get control of their instinct to protect them through the TESTICAL.

FIND THEM and mark them as a terrorist, and black mailer, identify every single person who they made have an ejaculation of any kind, and trace the result, Return the money due to that ejaculation and inform all parties that this mans sperm came out because of this SEX TOY here, and their is no deal ,

That is the format of a public DOCUMENT ,and the instruction from DANNY M.

91

WELLS 353563547 the DIRECTOR OF THE UNITED SATES FEDERAL BUREAU OF INVESTIGATION. And the owner of the USFBI.

Danny M. Wells 353563547

President of the United States of America ( By Act Of Congress)

President of the United States of America For Life( Inaugurated)

88888888888888888888888888888888888888

To The Embassy of Saudi Arabia Washington D.C.

For the Embassy of Egypt

To all parties previously served( to the Embassy of the Republic of Ireland)

From Danny M. Wells 353565347

Prince Ka Le Prince of Egypt

This is a debriefing regarding the film BLADE II

The Family made Sandra Elizabeth Bullock HIV Positive. BULLOCK was a prostitue in St. Louis an she contracted virrelent HIV, a strain different from the standard HIV. This strain of HIV was passed on to ACTORS IN HOLLYWOOD in 1977. The BOSNIANS the BUSH trained prior to 1977 entered the United States infected with HIV. And they were used to infect the Seed corn of families who were to send children to the United States Air Force.

I happen to own the USAF, and it would be my business interestes effected, many families know who owns what and they operate to destory or skim money off of your operations.

The United States Immigration and Naturalization Service had to stop Foregin military personnel from sneaking into the Country in 1977. They came in under ground, before the American GENE CODE was protected, and the old where to people who shot them. Vigilantes shot these military people. The GENE CODES were secured at the last moment.

The United States Goverment was confused about this situation.

The Bullock I have wrote about before that came to Gateways Hospital was HIV positive in 1977, at that time it was 1994. Her health was monitored to insure she could infect people.

Harrison Ford was her doctor in 1977. He and other actors put BULLOCK in school in ILLINOIS and believed BULLOCK was good. BULLOCK is a typical spy WHORE. In 1977 BULLOCK fucked 100 men in a 24 hour period. The pulled a train on BULLOCK. The FBI did not know what I was at that time in 1977. The Nigger in the film worked for the French Royal Family, that had worked for the BUSH FAmily whom had created this HIV Virus. The Centers for Desease Control interviewed all of these actors.

BULLOCK IN 1977 sponsored a ROYAL game, which means roll playing. That was why the actors in this film were involved They thouth they were playing a game of some kind. but it was real! They were being DUPED by BULLOCK.

THE CABANA BOY KNOWS WHICH BULLOCK I AM TALKING ABOUT HERE, becasue BULLOCK drank his blood, and made him into a familiar, which is a person trying to become a vampire.

CABANA BOY broke from her clutches and decided to fight BULLOCK and he was alone in the Springfield Illinois area at that time 1977, and he came to takle to me about

92

vampires in Springfield Illinois. I thought the man was crazy to be frank about it.
The house of lords London England decided to do these vampire activities in some form or another, and it was a suprise how much acting out they wanted in this one year of 1977.
Their was necophillia, zombies, counterfitting, vampires, werewolves, witches, Sexually transmitted deseases, imprisonment, pedophillia, eating fecal matter, smelling cat fecal matter, murder, rape , orgies, just the worst place on earth to live. JUST to much to survive through.
The children of that are and location from 4 years old to 25 in 1977 didnot make it, we all died from shock and emotional distress. we didnot come out ok, we were messed up!
The BLOOD GOD came to town , and the BLOOD GOD does not allow anyone to DEBATURIZE BLOOD. THe blood god came to Springfield Illinois and examined what BUSH was doing to BLOOD.
We beat asses in Springfield illinois becase of waht BULLOCK was doing to teanagers and others. BULLOCK to get psychological control over people would drink their blood, in a cup or whatever and she was know as being so disgusting , a whore and taunted peole so much that you were disgusted with her drinking your blood, right in your face.
She is deceptive, she was trained prior to anyone sending her to school. You think she never been to school , and her grades are terrible, and that is becuse it is a ploy. Her actual eduction is under some other name in a foregin country and in another language, who knows what or where exactly where she is from.
Bush getting a hold of her was probably becase Bush is stupid, and the lead in for her to access everything with an HIV infection. Medical tratment was out of mercy by england and used to extend spying foe some one else,
SPYS REAL spies never expose who they are really working foe, and informstion is passed by the spy being watched, a SPY is not guided, they pass informtion by doing things.
So we beat asses to tell people that they were not a vampire, thatwas why so many people got beat up, to give them a reality check. These people had a tatoo on hteir neck.
Their was a farm in pawnee illinois, that had people farming blood , people were made homeless, and BUSH BOSNIANS THUGS were used. Then BULLOCK made out insurance policys on these people, and BULLOCK, Mel Gibson, Kenneth Hicks, the Kent Family, the Windsor Family, the BUSh family, the Masons were going to farm their ORGANS. They wanted these people to contract to sell their organs, and have the organs removed while they were alive.
Bullock is evil, she wanted to drink the blind girls blood, and eat the child. The BLOOD GOD tied the girl up to lure the party that wanted the child to him.
THIS DEBRIFING AND BULLOCKS HISTORY HAS ALL THE SIGNS OF A RELIGIOUS EMERGENCY. And no one has done anything effectively material .
People were told in 1980, 19995, 2002, 2007 and 2011 how DANGEROUS BULLOCK, BUSH, MASONS, MEL GIBSON, AND THESE NEGROS ARE.
Cromwell was shooting that BOW. Pendragon choose CROMWELL to marry into after 1978. That is who I choses for my children.
The blood that was drank had gun powder in it . Bullock wanted to explode people in FEDERAL BUILDINGS. BULLOCK IS ALSO a SPY WHORE, CABANA BOY doenot

93

know BULLOCK is a spy, and that involved in terrorism. He thinks she is just a witch. The actor were setteling family scores in in the fight scenes, nothing to do with BULLOCK at that point. The BLOOD GOD was going to put Snipes into slavery, that was what their fight was about.

Ka Le 353565347

Prince of Egypt

88888888888888888888888888888888888

To Elisabeth Fotiadou

Consul General of the Hellinistic Republic of Greece

To the Embassy of the Republic of Ireland (for services upon all previous parties, and the California Department of Corportations as well as the Admission staff of the University of Southern California Request a meeting between the three above parties to make it clear that I am not to be interfered with)

From Danny M. Wells

353565347

Known as King Janus of the Byzantine Empire, and Owner of the Estates of Danny M. Wells,

Dear Cousl general I am contacting you as I hope they you will be able in assisting me in the Graduate studies application and, or enrollment procedure to the University of Southern California, The application process is always met with First recognition by USC of my ownership of the school, second Waiver of Fees and Tuission, and third removal of undesirables from the school.

The school is for the public but it is privately owned. Which means I reserve the right to refuse admittance. The fact that I own the school has not benefitted me, as First the ownership proof were never delved to me by the currier of my cash to effect the purchase and the purpose was to steal the proof of ownership from me. Next their has been noting but harassment by the mentally ill allowed in this country by my enemies, and enemies in the USINS itself, after all how did these people get in the country in the first place, they are all people who found against England in wars, and my thrown is publically known. So why is it that these people find themselves in my presence?

Loyal people to the Thrown do not surround the KING with the enemies of the thrown , so what is the objective, it is to steal my wealth, is it right is it doable, no it is not as the title is my personal name and it is a matter of establishing ownership and intent to steal, then there is the issue of the time required to go a 100th time to prove ownership for the benefit of someone else who cannot litigate and should not have purchased if they could not defend the ownership of the property in COURT.

That is why I was forced to litigate in court, under the hope that I would mentions someone else's name, so they could get their inheritance, and I do not want to do it , because you are talking about some 10 years of hearings after hearings to mention some one else, to hell with these dam people. Let them goto to law school and get an education or just don't buy anything, as you are to stupid to own property.

that was all it was and why Buckingham Palace mind you just drag their feet about providing any copies of my ROYAL Birth certificate, or receipts of my purchases. I was forced to get persons from foreign countries to verify my purchases, and then when I purchases something at the age of 7 or younger all these dam hangers on were sent to

94

inhabit and abuse my persona and private property. It were never enough that whole dam country road on my income from inventions for some 30 years, but they wanted to dump their mentally ill Negros they brought out of Africa no me too.

Now the point is this if you are about to can you approach the USC and inform them that I intend to attend USC this fall. I want my FEES and TUISSION waved, and I am not interested in the problems of other,, not at all. I am not interested in tuition waivers for children of the house of lords, English Children, members of the House of Lords, person who have worked for me or any others.

The obvious acception is one person that I fought with, he had BLOND HAIR and his name I believe is Chris, that is all. He frequented OPCC in 2002, and he is known. The reset of the staff did not ask me for that and I do not want to be no mark. This litigation activity began years ago, and when I put someone's name in a case they became famous, and it is not about that it is about clearing off the RIFF RAF, the rest of it is a waste of time talking to hear your self talk.

So no more law suites, the only thing that will happen is a filing for demand of payment, that is to possible action and it will be upon BUCKINGHAM PALACE for interference with a contract, or enjoyment or REAL PROPERTY, and not any sensationalize if this hoard of mentally ill, I am tiered of it. and the way I have been treated by your captive Poisoners of War, your children's experiments, and all the tricks and carnival rides you have performed.

so use what ever I have said to have USC understand I am not intending to pay anything when I register, for what what ever class, or lodging as I purchased a whole residence hall twice to sleep in after I paid for the whole University. The Cousl General may have to file some type of action in US District COURT as a type of progress report after contacting MR. Raymond Ishi USDCJ Eastern District of California, as I want it clear about my intent. I paid the cost of USC as well as its operation and I do not want any issues about the welfare of others. No concern at all. You want your CHILDREN TO GO TO SCHOOL go kill about 5 million people first, then you earn the right to attend school, USC cost me 10,000,000 Million people . meaning I had to kill 10,000,000 people in order to buy it. And If I did not kill those 10,000,000 then they would eventually kill my family. So how many di you kill, to eve justify eating every day, and you want to drag your feed about the producing the receipts of my purchase, why? You need more dead you your children can go to school! who is going to kill them, a 45 year old king that has already seen 40 years of war! So kill your own now, Maybe all your children that want to hid in school should be killing on a battle filed like I had to, being shoot in both legs with an M-16 after being thrown of a truck by GEORGE BUSH , when I was 5 years old, that is why your president di to me, and to hell with you BUSH,and all your niggers, Bosnians etc..

The California Department of Corporations is to have my ownership papers,and I do not want the Palace contacted , because the English are communists and what to make everything community property,and I did not by the University under those conditions or from the PUBLIC funds. I purchased the University with my private assets, and I might add that I am FASCIST first and then a Libertarian, as I learned from the House of Lords London England to kill.

So their aint no love at USC go scam someone else. Go take your dam Carney Hand some

95

place else, and your grifters some where else

Danny M. Wells

353563547

A6712910

88888888888888888888888888888

USAF IMMEDIATE TRANSMISSION, DOCUMENT FOR CONVENTIONAL PURPOSE NOTE IS ERRASED

To The United States Federal Bureau of Investigation

Long Beach California

From The President of the United States By Act of Congress

The Honorable Danny M. Wells

Re Request for Investigation

I request an investigation into the tampering of my current Lap Top computer, and insist upon prosecution of discovered parties. To include immediate application of security precautions. Investigative period is to be based upon National Security Standards, and the period of time is to be from 1990 to present.

The second investigation is to be an investigation of the current United States Attorney assigned to the Central District of California. Background is to be reinvestigated to determine if any name changes have occurred and not reported on his employment application with the United States of America.

If a name change has occurred the reason for said name change is to be explained. To include documentation justifying said name change. His relationship to Mr. Obama is also to be investigated to include the names used when he first met Mr. Obama and the criminal history and the association to subversive groups associated with said names is to be disclosed to a military tribruneral if applicable. Or Quazi GOVERNMENTAL AGENCY as a conflict of interest exists with all three branches of government. Under the special provisions of the National Security Directives, regarding said conflicts, and or times of emergency involving covert foreign intent to invade the country by mis use of the immigration rules, etc.

To the BEHAVIORAL SCIENCE DEPARTMENT

I want to know were their any studies done regarding the act of Bestiality being imposed upon the brain by means of any electronic device.

Are their any records of Dogs being sodomized by men , and any records of dogs being sodomized by children and or members and or family members of the House of Lords United Kingdom.

And said acts performed by persons employed by the United States of America is to be referred to the hiring authority of said Department for dismissal as it is suspected that the individual is being blackmailed. Investigation is include chemical testing back to 1965 if possible.

BACKGROUND, FCC records will indicate a conversation I had in a class room at Edison Middle School where in the topic was Bestiality. (1977) It was discovered that persons from the United Kingdom experimented with Bestiality as a means to physically merge people with animals to avoid the problems of overcrowding the world and to return to nature.

These experiments involve sex with animals meaning the insertion of the penis into a dog

96

, for the purpose of blackmailing the person. Black mail was used by Kenneth Brannagh in these means. Brannagh is reported to have black mailed in order to keep the INS from preventing person from coming in to the country , as Brannagh has land in Africa.

It is reported that Brannagh used a electronic device installed in the bed rooms of aristocratic families to cause the manipulation of the mind of children and other persons to black mail them.

Branngah Black mailed in this manor to control United Kingdom families that controlled various services of the United States Government. Such as the Immigration and Naturalization Service. Which is owned by the Ducoveny Family.

The ownership of all Government Function shall be identified by the FBI , and the FBI is to insure that no Owner is being Black mailed or family member is being blackmail, as it is a National Security Directive ( now that) any private owner and his family members have to disclose Black mailing attempt. Black mail effects the function as the owner will not enforce the law. The public members are often not aware of the impact the OWNER has on the effectiveness, including preference to undesirables being allowed to oveate the intent of the procedures. This OVEATION is to be determined by the FBI, and all privileges inherant to the determined OVEATION is to removed from the individual.

The result is to be DETENTION until such time as the person retreat from the privileges of the OVEATION, and or remove them selves from this country.

Begin with positions in the INS, Treasury Dept., GAO, PAYROLL DISTRIBUTION POSITIONS, FOOD ALLOCATION POSITION, COMMUNITY FOOD DISTRIBUTION POSITIONS, COMMUNITY FINANCIAL DISTRIBUTION POSITIONS, LAW ENFORCEMENT ALLOCATION, AND COMMUNITY ASSIGNMENT STATE, COUNTY, and MUNICIPAL LEVELS where National Security Directives will allow for jurisdiction.

The Honorable Danny M. Wells
353565347
President of the United States of America ( By Act of Congress)
88888888888888888888888888888888888888

To the Embassy of Saudi Arabia Washington D.C. ( please Cordinate any forgotten notifications or procedures, cc to my office in Batu Mongolia for institution of intent herein)

To all parties previously served

To all Law enforcement in the State of California

To all Parties in the holdings of Danny M. Wells ( Personal and Private Parties)

To The Honorable Raynond R. Ishi ( deliver a notification to law enforcement in the jurisdiction of said person and Private and Property foe NOTIFICATION OF OWNERSHIP, copy to the UNited States District Court Judge assinged supervision of my CASE.

From Mr. Danny M. Wells 353563547

I am unable to phone this business, and I want to send them a letter, to have my Disability benefits handled by them.

They are the Antelope Valley Council on Alcoholism and Drug Dependency
44815 Fig Ave

97

Suit 101
Lancaster California 93534
Phone 661-948-5046
From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance Ca 90501
I would like use your business as my PAYEE for Social security Disability Benefits
AGAIN. You were my payee in 2002 or so.
FURTHER I want your administration to recall Springfield Illinois 1973-76 and 77.
During those years I knew some of your administrative members. It was a long time ago.
But I recall asking your staff to handle my SSA benefits. And when I was to move to
California you were to continue, it has been that long and that many times you have had
my file. You office was also in Springfield Illinois. The management of the business was
Icelandic, and staff was Swedish at that time, and in 2002.
In 1975 Gerald Cogland land worked for your business in Springfield Illinois, and he was
married to Brenda Griner, they eventually came to my Business called Gateways Hospital
in Los angels, and as your administration knows I purchased Gateways Hospital in 1975
and everyone forgot. I had a time proving it in court several times. I had always thought
that I owned that business on Fig, and I would asked that you verify the ownership
through the California Department of Corporations , as this letter is to be used as the
request that various business check with the C.D.C.
to insure there are no misunderstandings as to ownership, as I do not recall selling
anything to any one , or intending to give anything away.
So Maclay Center, you, and the Sea Castle Apartments, and other in question, as well as
Law Enforcement Agency's can CHECK in order that staff on duty at any location can be
politely told that the person they are seeking to get arrested is the owner, as I do not want
any more arresting for being on my own property. As I were in Santa Monica California,
FURTHER, my conservator is to remove people with the use of my POLICE FORCE
whom are the Mongolian Army no less , are to remove people from the property.
As I am tired of all this HOUSE OF LORDS, AID TO THE COUNTENANCE, SABIES,
MASONS, ELECTED OFFICIALS, throw backs from ILLINOIS especially whom really
have no business in California, MERYL STEEP mentally ill, and House of Lords police ,
and children , all these other gold diggers out there, and I am publically telling all of you ,
that you stand to be hurt in many and effective ways, it will that you just disappear. You
have been warned, that is all I can do.
In 1978- 1980 I spoke to a few of your staff members when I was a student at Capitol
Area Vocational Center. At that time I said I was going to need a PAYEE service in
California , and I believe you had moved to Lancaster California by that time, but
Cogland was not with your company any longer due to alcoholism.
In 2000 I was to RETIRE, but various people did not want me to because they wanted to
make more money, and the time to make money was over for them. That fact messed so
much up that the money they did make has to be returned to the parties whom where
scheduled to receive that income, and that is a problem for many families to this day.
So because I was delayed by as much as 10 years, we have a more deeper problem, that
money has to be collected one way or another, and the illegal recepients have to be

98

stripped of any accounts and them some. They will resist but it is matter of identifying them and seizing the money, many of them will be HOMELESS and with out even the right to buy food. SO it is the LORE that they have to leave. These are the people who delay everything , to buy time to no end. No amount of time delaying will help the account as it is money that was not able to be used by the approved FAMILY.

I would like to use your company as a PAYEE. The current person I have LAURA JAYNE WELLS MORRISON, whom your administration knows an she was a foster daughter to one of you ,a nd I know this, proved not to be trustworthy. MORRISON obtained my unlisted phone number before she was to have knowledge of it, establishing that she was in the MASONS, and essentially intent on using my Royal title to defraud persons in Illinois and California, and that in fact she and Betty Evelyn Campbell Wells intended to Murder me on several occasions. I am aware that the staff of your business knew of this, but I was not a member of your Royal line, only a client.

I have no photo Identification I cannot access money I have on account with FIDELITY INVESTMENTS I have 6000.00 on account with them,

My rent is 670 per month and I am behind by 2 months.

I do not have any cash.

I cannot cash checks I have some 70.00 because I do not have a identification card, they were stolen, which was predicted in 1978 when this activity was planned.

I am on foot, and cannot pay any bills, all of this was the counter plan to prevent disclosure of all the theft that has occurred due to the French royal family, it all comes from them ,and they have to support all the Negros in America, they were defeated in the African Congo, and had to bring all the Negros out of the Congo as payment, and they cannot feed all of them.

so they stole from any one with money.

The United States District Court has a Progress report I sent regarding my Estate, The honorable Raymond R. Ishi, and the Cousl General Eilsabeth Fotiadou Embassy of the Hellinistic Republic of Greece may update you,

Elisabeth Fotiadou
**Consul General of Greece**
- 12424 Wilshire Blvd Ste 1170
- · Los Angeles
- (310) 826-5555further my Bursar located at

*1454 4th Street*
*Santa Monica, CA 90401*
*Neighborhood: Santa Monica*
(310) 394-7211

WILL have a list of properties I own, Law Enforcement are encouraged to contact them to obtain a list lof my personal property and civil suits I have filed.

Danny M. Wells

353565347

I California Drivers license A6712910

888888888888888888888888888888888888888

To the Embassy of Saudi Arabia, Washington D.C.

To the Embassy of the Hellenistic Republic of Greece, Los Angeles California, Cousl

99

4. Petitioner alleges that property in said actions and petitions have generated income.

5. Petitioner alleges that said property was purchased by the petitioner.

6. Petitioner alleges that it is proper for the COURT to place a lien upon all of said properties , REAL, PERSONAL, PRIVATE, and of intellectual value.

7. Petitioner alleges that a PAROLE OF THE EVIDENCE, meaning an examination of the allegations in said , petitions, motions, actions, and COURT ORDERS, and the application of FEDERAL LAW(S) and those of ESTATE, CONSERVANCY, HEIR, United States Code regarding PERJURY, United States Postal Law(s), LATCHES, ESTOPPAL, PROMISSORY ESTOPPAL , UNCLAIMED PROPERTY, ILLEGAL USE OF ESTATES, AND ILLEGAL USE OF PROPERTY BELONGING TO AN ESTATE, SHOULD BE APPLIED.

8. Petitioner alleges that a PAROLE OF THE EVIDENCE, meaning an examination of the allegations in said , petitions, motions, actions, and COURT ORDERS, and the application of FEDERAL LAW(S) and those of ESTATE, CONSERVANCY, HEIR, in conjunction with a substantive failure of ENFORCEMENT AUTHORITIES, municipal, County, State, Federal, and International SUBSTANTIATES that the allegations in prior PETITIONS, ACTIONS, AND MOTIONS where allegations that were admitted as true!

9. Petitioner further alleges that it is within the AUTHORITY of the U.S. District COURT to AGAIN as before in the U.S. DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS, and IN THE UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA, if not also in the U.S. DISTRICT COURT OF NEW YORK to protect the interests of the PETITIONER, and to recognize the HONORABLE RAYMOND R. ISHI, of the U.S. DISTRICT COURT OF THE EASTERN DISTRICT OF CALIFORNIA as petitioners CONSERVATOR OF petitioners property. and to at this time provide for the liquidation of the value of interest in said property , which is to be realized by the petitioner.

10. Petitioner FURTHER alleges that it is within the authority of the U.S. District COURT to not only RECOGNIZE the Honorable Raymond R. Ishi as the CONSERVATOR of the ESTATE OF CHRISTIAN AMEDUS PENDRAGON, OR THE ESTATE OF DANNY M. WELLS, OR THE ESTATE OF BRUCE WAYNE, OR THE ESTATE OF LAURA CROFT, OR ANY ESTATE OF ANY PERSON USING THE UNITED STATES SOCIAL SECURITY NUMBER OF 353565347, that the Honorable Raymond R. Ishi is to be formally contacted by the U.S District Court, in order the legal procedures be complied with , by the appointment of attorneys by Ishi to establish PUBLIC identity of 353565347 CALIFORNIA DRIVERS LICENSE NUMBER A6712910,,, FOR 353563547 CDL A6712910 to take possession of said ESTATES for personal use .

11. To have the RIGHT OF PHYSICAL ENTRY, and to DELIVER documentation of said right of ENTRY to the PETITIONER by United States Mail, to Mr. Danny M. Wells as I am using that name because it is associated with my California Drivers License and I am know by the Law Enforcement Authorities by that name in California.

12. Also the Issue of the Building located in Santa Monica California called the Sea Castle Apartments, petitioner alleges that petitioner was arrested at the Sea castle apartments by the Santa Monica Police Department, that said arrest was a violation of my rights as the SOLE owner of the entire building , that petitioner was OFFENDED by that

*101*

arrest and wants the entire SEA CASTLE STAFF DISMISSED , that were staff at that time, management,and all others.

13. Petitioner requires the MANAGEMENT to go to persons appointed by the EMBASSY of SAUDI ARABIA designated by the HONORABLE RAYMOND R. ISHI whom can personal interview, who are Moroccan. As it is the case that person(s) intended to steal the receipts, and income from that building , as well as my personal use of said building, UNDER COLOR OF LAW, and or UNDER COLOR OF AUTHORITY, that said action was also a violation of CRIMINAL LAW.

14. That in the event the Honorable Raymond R. ISHI inability, The Embassy of The Hellenistic Republic of Greece at 12424 Wilshire Blvd , Los Angeles California is to be contacted, and requested to become the CONSERVATOR, and comply with the petitions intent. The personal identity of the CONSERVANCY it self is not to be disclosed to the public, and communications between I and the CONSERVATOR is to be through the Embassy of the Hellenistic Republic of Greece 12424 Wilshire Blvd Los Angeles California 90405.

15. It shall be KNOWN as the Conservancy of Danny M. Wells as I have over 40 years of civil actions under that name, but the name can also be Christian Amedus Pendargon 353563547.

I Danny M. Wells Swear and Affirm Under Penalty of Perjury Under the LAWS of the United States of America that the Above is true.

DANNY M. Wells
353563547
electronic signature//
4/11/2011
888888888888888888888888888888888

To Jean Claude Van Dame
From Danny M. Wells
Regarding Debriefing of your military activities in Burma.
I live in the room you were in when you were called to duty. We learned that you were on a program to sire children in Indochina.
Part of that program involves you fighting in Indo china first then having a sexual relationship and siring a child. The child is then sold, by the FRENCH ROYAL FAMILY, as the French steal sperm. ( LOOK TO Sandra Elizabeth Bullock, and Mel Gibson about this as they were married at that time, and people for got they were husband and wife)
We only though that you were warmining up for combat out of personal frustration. And we decided to send you to a real combat zone , in order for you to find other ways to work of stress fro personal life.
I ordered a SPECIAL GUN to be designed and manufactured in 1970, you were in this room in about 1989 or so. And I got the call about you, So I authorized you to be picked up and flown to BURMA. when you go there those Burmese cut you whole unit up, you were cut up scratched and nickeded with those Specials Guns.
The Special gun was my tool used on the British when they took sides against their King in fact. They took it upon themselves to attack the BURMESE who had those special

102

guns. The weapon cannot be accurately predicted by ballistic methods and the British were shot up , so bad that they sold their weapons to the BURMESE.

Then the Burmese sold the weapons back to the British, and they wanted to buy salt from the British.

Danny M. Wells

353563547

8888888888888888888888888888

To the management of the Illinois National BANK,

Dirksen Parkway,

I sent you an e-mail message regarding my instruction to transfer money to my Bank of America account. I had to send the information by e-mail as the INB internet banking system was not responding to my pass word or user ID. I then filed a complaint with the Illinois Secretary of Currency Control as I did not appreciate all the nonsense with the Manager and her staff regarding the position of Laura Jayne Wells Morrison and my Social Security Disability Benefits , as percieved by the Clerk at the INB Bank.

I have not received any notice of the money being transfered to the Bank of America, I called the Manager of the INB bank branch invoved and I was told that the money would be transfered, not it has been a month or more and their has not been any deposit made, therefore I will have to rely on the ccomplaint as that apparnetly is the route you want to go.

First I have to emphasis the legal limitations on Morrison, then I have to be insulted by the Manager by her statement that Morrison consented to have the funds released. That is not the law the law is the recepient, which is me Danmny M., Wells have the control and the right to do what ever I want to do with the deposited benefits, The acount it is in has noting to do about Morrison, at al.

I can get rid of Morrison at the drop of a HAT! The fact is Morrison was involed in the MASONS and I do not like masons, I had to establish that MORRISON has interfered in my life for years , behind my back. by wanting for MORRISON to obtain my unlisted phone number, which she did. That was the signal from my staff in fact that Morrison could not be trusted.

Peol in Springfield Illinois like Morrison, and to just say she was bad was not good enough. So that is why this is occuring to the State of Illinois, As I am the King of England and I didnot ever like the influence Morrison, of Betty had on the entire state.

Now I do not have to spell it out for you, I want the money transfered, and if you want to play stupid or ignorant, SEND ME THE PAPER WORK TO HAND WRITE OUT THE TRANSFER OF MONEY REQUEST, BECASUE I AM TIRED OF THE PULLINGHAM, OR PULIUMS FAMILY, interfering with my money. Then when you use the US Mail it will be a Federal case then.

I am not going to have my dam pass word interfered with on my lap top , and be forced to actually call you people on the phone again, as ALL THAT IS IS AN ATTEMPTE TO GET ME INVOLED WIth the MASONS, Betty, Morrison, and the negras, and frankly I do not want any of them.

So just sent the papaer work for the written transfer to Torrance Motel 1664 Cabrillo Ave # 17 Torrance California 90501 ( NO PHONE AVAILABLE) That is were I stay, I cannot be more direct that this!

Danny M Wells

353565347

California Drivers License A6712910

If the amount was higher , you would be contacted by the Office of the President of the United States Of America, but frankly this is a person and a FEUDAL matter. Other wise I would be charging you with a Breach of National Securtiy.

I want 4,000.00 Dollars to be sent to the account and routing numbers below, that is my Bank of America account, the money supposedly sent by Morrison when this controverys started did not get to the bank, i received a hand written lettter from Morrison about it. 3 weeks ago now.

Bank of America Account Number   0385872143

*103*

R
O
U
T
I
N
G

N    122000661 (paper)
U
M
B
E
R
S

121000358 (electronic)

026009593 (wires)

Show account number

——Original Message——
From: INB Customer Service <ichooseinb@email.illinoisnationalbank.com>
To: wellsdannyw <wellsdannyw@aol.com>
Sent: Thu, Mar 17, 2011 5:55 am
Subject: Get up to $15 for paying bills within Online Banking.

88888888888888888888888888888888888888888888888888

ecf-helpdesk@cacd.uscourts.gov
**FROM :Danny M. Wells**
**1646 Cabrillo Ave # 17**
Torrance California 90501
**353563547, California Drivers License A6712910**
FOR
Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
To the United States Marshals Office, Washington D.C.
I would like to activiate my status as a Volunteer Deputy United States Marshal,
Justified by the VIOLATION of the Falstaff Act, REFERANCE is the United States
District Court Central District of California ,, Chief Justice .
Case is In Re Estate of Danny M. Wells 353565347,,,
I own a Hospital in Los Angeles California, On Effie Street, The Property has been

104

owned by me for at least 40 years in fact. And I have had noting but trouble with the ownership of that property,

Since I purchased it the prior owners formed a Board , and other organizations for the purpose of exercising control of the property above my instructiosn, I have had to go to USDC twice abou that issue alone,, and I have never appreciated what was going on , on the property,, as to many people wanted to have political power in Los Angels california, and to may persons were employed at the property for it to be properly utilized by me,, I did not want to be a baby sitter for other peoples problems,, and I never liked the ideal of my memeory being tampered with by ENGLAND and it was ENGLAND that tampered with my memory evidenced by the record with the O.I.G.

My resolution as the ADMINISTRATOR AND OWNER OF THE PROPERTY IN QUESTION AND THE ESTATE THE PROPERTY IS ON, AND THE HOSPITAL AND ALL THE ASSOCIATED PROPERTIES ARE PART OF THE ESTATE,,

The resolution is for the whole PROPERTY AND THE ASSOCIATED PROPERTIES TO BE VACATED,, AS I am taking an active roll in wht activities and the hiring of who I want on these properties,,

PARTIES I WORKED WITH AT GATEWAYS AND THE ASSOCIATED PROPERTIOES AS WELL AS PERSONS IN SPRINGFIELD ILLINOIS SOLD SHARES IN THE OWNERSHIP OF THE GATEWAYS PROEPRTY AND THE ASSOCIATED PROPERTIES,,

They did this based upon a projection I would be killed in combat,,,

For years I have so resented the MASON who were involved in this as well as the Illinois National Guard who used Gatways and these associated properties to travel and to live in California RENT FREE, and I had to set back and hope that California government would act based upon administrative authority,, and what I ran into was , trouble from the staff who were paid out of my pocket for the service of the contract with the Federal Bureau of Prisons,, they did anyting to keep the contract and the fact was I was not making a profit sufficiet for a BOP contract and to pay salries the whole activity was a loss financed by my bank deposits,, and when it came to obntaining currency form my personal accounts then ,,, there was no problem with ENGLAND paying the bills with my CURRENC,, but when I needed cash to buy what I wanted then My idenity was not known,, So many days I worked ther knowing all was my property and I had to work with people from my past that were nothing but a god dam pain in life, I want to tell you.

Now I do not care who thinks they have a share or part ownershjip for gateways , the Hospital the CCC, the associated buildings or what ever contrivance they content,,, I want the Chief Justice of the USDC to tell all to get out,,,of all the properties,, THEN I WANT THE DOOR LOCKED,, THEN I WILL HIRE WHO I WANT BASED ON INTERVIEW, AS THE ISSUE IS EXERCISING THE AUTHORITY THAT PUTS FEAR IN THE HEART TO FINNALY GET THESE PEOPLE OFF THE PROERTY AND TO STOP ALL THESE LOSSER CONTRACTS.

TO DO WHAT I WANT ON THE PROEPRTY, The problem began with the selkler taking the money from a minor, thinking they could steal, as time went on the though they could jut keep the money and the property, taxes were paid by me, and it was England that paid the taxes to content their dam BS that the property was a quazi public property because their wass a contract with BOP negotiated by Bucking ham Palace,, and all the

105

cost came right out of my personl currency, because the HOUSE OF COMMONMS would not authorized public english money to be used to pay property on a private estate,, and the English Royal family just took the money out of the Bank of englsand, and because I did not directly give the money to the Couty of Los Angeles every one just believed the property was owned by the Gateways Board of Directors,,,,

The board sold the property to me in about 1974,,, The Bursar of A plus Currency Exchange Santa Monica California recored the DEED,,, So it was a child against about 5, 000 Doctors, Actors, Psychatrist, MASONS, AND THE cALIFORNIA government , because the owner of Gateways Hospital Los Angeles California is supoose to be the KING OF NAZERETH,, an I am a MUSLIM, so it was hard for people to get their head around the fact I am the KING of Nazereth but I am, as I were the person who paid for Nazereth to be a CITY STATE..

So I now require that all the property be closed by the OIG and secured by the US Marshals Service,,

After that is acomplished I will hire personnel I want,, and I offer two Services ,

To offer therapy to USMS law enforcemnt for psychiatric treatment in the Gateways HOSPITAL which is a houseing program,,, and to house persons arrested by the USMS in the cottages ,,

This is the decision by me the owner,,

This is to be replied to, contacting Nato Barquero of Ann Convertino is not going to work, as that has only cause problems with parties thinking they own something, or that they can bring their own money onto my propety when I will not pay bills to run parties out of the property,

The history is direct,, When I want people gone I tell them to leave, then they want to say I do not own it , they say the MASON own the property, then after I prove I own the property they file something in an inferior COURT to say that I do not have the right to put them out after I closed the business, The license is to be in my name per an GRAND agreement with the County and the CITY of Los Angeles,, and these people never have contacted me about any renewal so what are they doing are they forging my name now !, license renewal is not an administrative act it is an act of substantive significants,

and it is the notice that the OWNER doesnot want the business to continue,, Further my instructions were that If I were ever FIRED which I was Gateways was to CLOSE, and it did not...

So now My experience with HOW ever is clear,, and my tactic is justified because these person were involved in a Falstaff Act Violation for som 35 years,, and to put tem all out is what is to solve the problem, they are disloyal to the Owner, my use of the property is the primary concern , as the fact is when so many is need to constitue a violation of the law, subsatatively , as in a Falstaff Act Violation REMOVAL OF ALL is required , and a completely new start,,

The Boards and other parties suposedly affilated with gateways, it function and authority is disolved, and prhobited...By the Administrator of the estate...

Danny M. Wells

8888888888888888888888888888888888888888888888888888

106

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
To the United States District Court Central District of California
Chief Justice of the USDC
To the Superior Court of the State of California
Compton Court House in support of Pitches Hearing
Finding of a violation of Crinimal Law on the part of Officer
case number 1CP02186
Public Defenders Office Carlin Yuen 1-310-603-7587
FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
The masons and the Illinois National Guard had a CAMP, Dave Nunez of Zayre
Department Store tried to molest me at this camp. Nunez would take his whole family on
trips in a camper and try to molest children, his probation officer was a w Securtiy Guard
the worked for Zayre Dept store in 1979,, blond hair prior US Air Force . Glen Morgan
stop Dave Nunez , Mr Wright was with Nunez they were on some kind of Church
camping trip,, Claudia Price took them on this Church camping trip and it was from the
Jacksonville State Hospital for Sex offenders.
Bob Ohcs of Gateways Hospital was there and Opaka my x – Pobation officer,,I had
arrested all of them,, EXCLUDING MORGAN not a suspect, MORGAN was trying to
arrest me and he happened to have me under surviellance for the State of Illinois, as
Morgan suspected I was involved in illegal wars,, The Richards Family and the CAST of
Star Ship Troopers were to be sent in to war because Richards the actress signed a
contract with the Windsor family so she could be a Dutchess and then She lied to Morgan
about me sending her family to war as a KING of England,,,
Leslie Harris of the the California Substance Abuse and Treatment Facility was also
there, Harris to that date has several Sex Crimes convictions, in Illinois and in Georgia, A
boy name Wetzel was sodimized and Harris laugheft about it, as was what the MASONS
would do when they say Nunez, Steve Craig of Gateways Hospital Community
Correctional Center, or Bob Ochs sodomize a child, My egyptian Guard was also there,
he is negro and East Indians he is Edgar Hampton and Hampton had to confuse the
situationa and had to ply up to the Masons and Laura Jayne Wels Morrison, and Betty
Evelyn Campbel Wells he had to date both of them and he fucked them and confirmed
they were sex changes, Then Les Harris Fucked both of them , and then Lance Ospery
fuck both of them, the The MWindsor family fucked both of them, them the Sheen
Family fucked both of them, Then STEVE MARITN WENT OVER THERE TO FIND
OUT WHAT THE HELL WAS GOING ON WITH ALL THESE PEOPLE, Harrison
Ford medically examined them and found out that Betty and Jayne were being injected

with the the cells of white women ,,,that attarected men to them...1971

Then the House of Lords Required Betty and Jayne murder people to get the injections,,, Brendan Frazier was the nurse assinged to give them injections, and he had to start injecting them with water , to keep them cold out..

Bullock received these injections, Gibson, and Keith Cooper, as well as Meryl Streap, The Pullinghams, and the Richards.

They were injected with cells from me,, and cells from the lady Dadiva blood , any princess that was liked, a nd the cell were to mutate and to begin to produce on their own,,

The children that let me sodomize them were made into sex slaves for ING , Masons or the Windsor Family, Rosario Dawson was a witness to what the ING would do, ING trained children to sniff out the dead in disaster ZONES by smell. When you foiund a dead body that meant that a CHUD was nearby. A Canibalist Humanoid Undrground Deweller. Lt Sobby of CSATF & SP was the leader in the MASONS that supervised this trainning for ING, CHUDS were niggers cannibals out of their mind with hunger,, ING tactic was to send all the children they wanted to be murdered for money, ING received from the Windsor family into disaster areas ( without a weapon) to sniff out these CHUD. ING sent children into disater areas in cities to sniff out CHUD, the city paid ING to do this. So I , Rene Zellwegger, the real Segorny Weaver, Rosario Dawson, and a the two blond haired people that got married in Seoul South Korea attached to the Customs unit I was in were put out of the group that put I Rene, Segorny, and Rosario in this mess and they had to run from these CHUD also,

These Chud actuall caught a child and they cooked him in a abandon apartment building, KING EDWARD and the cast of Star Trek investigated it and they hid it because it was the British army in Indianna that was involved in this..

They made everything feel like Germany,, That is what they do , thye make you feel like you are in another country,,

so to thin out the child population INg would sent children in to Disaster areas, and this was training to send the survivors into Vietnam,, The fighting in Vietnam went on in to 1979, in 1972 America was to pulled out of Vietnam.

England did that because people like Betty and other had farms in Vietnam as payment for spying on America during the war you see,

So ING resloved to have me Murder for the Windsor family,, Jayne was a captain in ING, and Betty was a Major,,,

Michelle Phiffer would not sign the paperwork for me to join ING, Daren McGaven talked me into being filmed in a TV program which was called the NIGHT STALKER, and I was to go around and investigate GHOSTS, or Vampires and I did and it was filmed,,

I eventually forged Michelle Phifers signature to the ING paper work and I gave it to David Avillar of Gateways Hospital,, this was in 1974 or so, Phiffer went to New York and married Ben Affleck, and West Studi became angry, Phiffer was a Nun you see,,, and Studi and Phiffer were lovers,, a Nun is obligated to have the children of the King,,, That is why I was corrinated at the age of 2,, Studi was KING OF ENGLAND FOR 6 MONTHS.. There were about 4 countries that wanted to kill Studi,, SEE the FILM Geronimo,, and all the whole cast of that Film wanted to kill Studi,,,

108

ING was in war in Africa, and so many family blood of Springfield Illinois ran that the African they fought came to Springfield and FUCKED the white girs,,as a deal not to kill them in battle,,these white girls knew these African nigger by their name . The whole dam Reeves Family , the Richards family, and others fucked the African Niggers and got ING blown up,,

Then the O.I.G. in Springfield Appointed me to be a US Army Criminal Investigator Special Agent ( 1974) to investigate why were their so many ING injures without order to combat,,

So I inherated HATE from all these parties from as early as 1971 in fact because of their activites with ING, as well as Brannagh, and Emma Thompson,, and Niggers not allowed to joing the Military because they were in America Illegally, lioke Denzel Washington, Saquel Oneal, Pipen, Charles Barkley and other Basket ball players,

I discovered that ING was acccepting money from the enemy to get soldiers blown up. Betty and Jayne did that verified by Alan Winton,, Their CONTACT to receive money was Linus Amah of Gateways,

100 people in Springfield Illinois paid Amah to Murder me,, and fro about 5 years Amah tried,, eventually Amah went to Federal prison, later amah was shot in the head with a shot gun as a store manager, and then went on to work at Gateways CCC..

I then leared that ING was ORGAN stealing, House of Lords would remove various bady parts that were not needed to live,, and transplant them into various people,, HOL used organs from dead niggers and echange them for oragns in White soldiers to emplant the organs in to some of the finnest englishmen around, Danile day Lewis, and Mere Stol were the doctors that did this type of surgery,, 1973.... That was why Stole eneded up on DEVILS ISLAND I sentenced him there as well as about 1000 others form 1972 to where I was charged with cruel and unusual punishment by the United States Suprem Court and Devils island was closed from the practice of EXTRADITION by force to DEVILS ISLAND to begin you stay...

So that was why I ended up being depicted in the COUNT OF MONTE CRISTO film,, Hol would replace nigger organs once anglo organs became availiable and that is why certain persons with specific genetic codes were incorportated into ING and get BLOWN UP,,,

ORgans were sold and arms and legs were sold to butcher shops where they were ground up.

Sean Connery a Luciferian could not stand it, he began carrying a bible to the meetings where it was decided who was going to the front.

The USDA raided a Mason Market in springfield Illinos and in Peoria and discovered HUMAN MEAT,,

Then I discovered that ING and the enemy would have these FUCK or FIGHT mettings , lead usually by the Mosely Family, the Gibson family, the French, Clarence Clemmons who eventually became my SSA payee and stole my house on San Fernando Mission Blvd Granada Hills Ca , the Bullock Family or the Richards family,, or Greg Skaggs of Hunter Army Air Field Savannnagh Georgia, Skaggs left Major Mc Daniels in the bush with two broken legs, and he got Alan Labells Special Forces team trapped, as Skaggs was a traitor for the Viet Cong... 1972

Skaggs and Carlos De La Toba came to my house to Murder me ,,,

109

Then it was That the Keaton Family stole ordianace, and explosives from ING as they were Al Quaida, Diane Keaton Dated Asam Bin Laden ,and made Clarence Thomas so jealous that he took a gun to the tavern on 18th street to shoot Ben Laden or Denzel Washington,,

Stacy Keach went to prison for about 5 years for that, and got out in about 1973,

The ING abused Military Intelligence equipt and had whit women FUCKING NIGGERS, it was stopped when KING EDWARDS daughter gor FUCK by a NIGGER,,

then all of a sudden the machine got turned off, see the english would just keep bring the equiptment back after we would find it a destroy it, So apparently someone decided to get all his daughters and mother and sons FUCK by the niggeren,,,

Then ING ubder the COMMAND of Mel Gibson, and Bullock, the REEVES Family attacked whole towns in America and raided them, The Queen of the Neatherland ordered it and she went to prison for about 10 years for that.

The Mel Gibson ordered Special Forces Training for ING ( 1972) And his training was the the SF team was to land in enemy territory with out any weapon and eat the dead, That was Mel Gibson, and Bullocks Special Forces Training,,

Then ING decided to have NAval capability,, and Brian Denneghy obtained a DOCKING LOCATION. The location had an old PT BOAT decommissioned, The BOAT was registered as a ING BOAT. Then ING put people on the BOAT and the BOAT ended up in the SEA OF JAPAN,,,and ING attacked the North Korean Navy,,,Gibson dispatched ING special Forces to get the crew back from The penesula of North Korea,, (1972)

Then the NK's started to spy on me,,

Now I am the OWNER of the State called Illinois it is an Estate, and the U.S.S.R. induced radiation into my brian and I had to be put to sleep fro abut 6 months,, (SEE Randy and Dennis Quaid)

THEN I got Sued by North Korea,, and the United Kingdom,,, and the United States of America,,, Because Dennerghy put my name on the registration of the PT BOAT,,, Denneghy went to Levenworth Federal Prison,, and I got to go to Annapolis HOME STUDY,,, while I was sick from radiation,, While I was in bed Betty hit me in the hip with a iron jack , or a wrench ,, and broke my hip, for the insurance benefits, because Betty was not getting any money from anyone and Betty wanted money,,, so while recoving from that I went to WestPoint as a home study, Raymond Ishi USDC Eastern District of California knows about that, that was another 6 months .

Then Betty tried to poison me because Windsor said it was taking to long for me to die , about 4 months later Lenard Nimoy came around because I did not go to school and he took me to the hospital, Willaima Shatner was a nurse,, about 8 month later I had to have my hip broken again to properly set the it, because Windsor was the first doctor I saw and he did not set the bone properly.

So that is why the film depicting me as Forrest Gump was made.

At that time I did not have any value and was let got and sent down south to be eaten by alligators or mountin lion or a Bear.

Then I was trown into the Ocean and the depicted in the film Good Bye Charlie

Danny M. Wells

8888888888888888888888888888888888888888888888888888

110

FOR

Continued EXPRESS MAIL EG264757102US

DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL

950 PENNSYLVANIA AVE N.W.

ROOM 4706

WASHINGTON D.C. 20530

To the United States District Court

for filing by the Office of the Inspector General,

In support of the Merger of the Criminal Superior Court Case

1CPO2186 with the CIVIL Litigation in regard to the Estate of Danny M. Wells

353565347

to support the FINDING of a Falstaff Act Violation, The Federal Tort Claims ACT violation alleged in the OIG Complaint, and the Remedies RECOMMENDED by the Administrator of the Estate,,

To The Superior Court of the State of California

COMPTON COURT HOUSE for filing by the

Office of the Inspector General,, In support of a Dismissal of the Criminal Complaint against Defendant, and referal of the results of the En Camera Hearing regarding the history of Complaints against the Officers involved and the **Probable CAUSE found by the COURT** regaring the PITCHES Hearing

ATTENTION Public Defenders Office Carlin Yuen 1-310-603-7587

CASE NUMBER 1CP02186

From Danny M. Wells

353565347

California Drivers License A6712910

1646 Cabrillo Ave # 17

Torrance California 90501

Embassy of Italy ( Honaray)

I have mailed the hand written Motion TO SHOW CAUSE 5/25/2011

FED EX EG722461309US ( no type written copy e-mailed

FED EX EG722461290US

NOTE TO THE STATE OF CALIFORNIA, AND THE ILLINOIOS NATIONAL GUARD,, FOR SERVICE BY THE STATE OF CALIFORNIA ON ALL PERSONS IN THE ILLINOIS NATIONAL GUARD IN THE YEARS OF 1965 to 1995,,,

You are to understand the the IOG has been provided with the USDC Central district of Illinois( COURT ORDER ) of about 1977 that gave various person orders not to do certain thins, that said COURT ORDER and and the COURT ORDER I obtained in 1978 to 1981 as well as the SUPERVISON of my Estate by the USDC of Central California is to result in PENALTY, if you happen to be in the State of California,, The OIG is recommended to locate you and determine if you adheared to the ORDERS of the COURT and to determine if you VIOLATED the Falstaff Act...

In the event the State of california Refuses to assist me or the OIG or the Chief Jsutice in locating all of said persons then , The State of Califorrnina will have a problem,,

888888888888888888888888888888888888888888888888

1\11

To the United States Congress
Washington D.C.
From the Honorable Danny M. Wells
President of the United States of America ( By Act of Congress 2011)
President of the United States of America For Life ( Inaugurated)
Re Israel
I have been informed by Saudi Arabian Businessmen that the issues in the Middle East
revolve around one specific problem, which is not RELIGIOUS. The issue is the fact that
the WEST BANK of Israel has several BUILDINGS which were constructed by the
Egyptians, and were to be paid for by the Saudi Arabians,
That the payment of these Buildings , which cost Billions per building in 1960 were not
paid for by the occupants of the area. The financial history is that theses buildings were
owned by some of the most wealthiest Saudi Arabians ever, and when payment was not
made pursuant to the agreements of the United Kingdom, and The United States of
America the Saudi Arabians filed civil suits according to the laws of the United
Kingdom, and the United States of America and the fact is neither made good on the
agreed upon SURETY which had to have been the U.K. and the United States of
America.
In stead a war was started by the SURETY under a pretext. That war JUSTIFIED the
refusal of the SURETY to pay good on the nonpayment for the buildings,,, The building
built by the Saudi Arabians were to create friendship, after the 1947 wars about the
creation of Israel....
The solution is that the BUILDINGS are to return to the Saudi Arabians, as the intent of
Israel is for the PEOPLE WHO PRACTICE JUDAISM TO HAVE A PLACE TO LIVE,
the return of the buildings to the Saudi Arabians that owned Said buildings should not be
an issue,,,
The Embassy of Saudi Arabia Washington D.C. is to list all Said Buildings, this list is to
be submitted to the Connesssit in Israel, and the the US Congress, then the People of
Israel, and of Saudi Arabia are vote on the Ownership and Control to be returned to
Saudi Arabia, that Vote must be a POPULAR VOTE and MUST BE at least 85% in
agreement.
The Act of voting on this issue alone defines the problem as a FINANCIAL ONE and the
fact that the issue can be reduced to a financial one and not a RELIGIOUS ONE calms
the tensions down so much that to simply vote in these terms is productive...
The Honorable Danny M. Wells
President of the United States of America (By Act of Congress 2011)
8888888888888888888888888888888888888888888888

FROM :Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
353563547, California Drivers License A6712910
FOR
Continued EXPRESS MAIL EG264757102US

112

DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530 ( Can you verify if Laura Jayne Wells Morrison receives
this e-mail,, Place of employment is City Water Light and Power Springfield Illinois)
Address 813 North 12th street Springfield Illinois 62702
AND NOT PART OF MY COMPLAINT OF THE Falstaff Act, or part of the party in
opposition to my merger of this CRIMINAL COMPLAINT with my CIVIL litigation
regarding my Estate and COMPLAINT filed under the Federal Tort Claims Act as a
RELATOR.
FOR
To the United States District Court Central District of California
Chief Justice of the USDC
For The UNITED STATES SOCIAL SECURITY ADMINISTRATION ( Springfield
Illinois you are to contact jayne and to get the cash sent to me as I have about 4 more days
to pay my dam rent..and to also call the manager of this building to explain why jayne
would not sent the money after I have e-mailed her continusly.. and had to contact the
police to get her to send my ssa benefits,
Addendum ,
TO Laura Jayne Wells Morrison
this phone number is to the manager of the building I am in,,, now call the mananger any time he
lives at the number,,, and tell him when you are going to send the CASH money,, And I think that
you should send $4,0000.00 DOLLARS Cash if not all of it

## 1-310- 618-9003

## 6/6/2011

When you send the Fed Ex MAIL, put on the form Valuable, and find out
what the insurance is on it. Send $3,000.00 Dollars cash on this first cash Fed
Ex Mail. If there is a problem with Fed Ex Mail send it by REGISTERED MAIL
and pay the insurance on the mail.
The Manger wants Cash, when the cash gets here he will give me back the

checks, DO NOT contact the BANK about the CHECKS the Manager has in
his possession, I will either send them back to you , for accounting purposes or I
will cash them when I get my Identification Card . As that is the problem I do not
have ID and if I took them to a bank nearby I could not get cash for them,,
So send $3,000.00 Dollars in cash, by Fed Ex Mail or by Registered Mail..
Dan
5/29/2011
************************************

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
Jayne,
The Manager of the building has said that he did not usually
accept CHECKS, and He has informed me that He wants Cash,

113

So send me a **<u>Federal Express Mail with CASH in it</u>**, **send me all the money that is in the accounts, all of it in CASH and it has to be CASH sent because I do not have MY ID Card and I cannot cash the check you have already sent..send the CASH in 2 DAY mail,,the last two letters were not two day mail, I want to sign for the mail at the above address. And I will be waiting for the mail. It is 5:35 PM and I do not know when you will get this e-mail, but I will expect the mail in 2 days.**
**Dan**
**************************************************************************************
*********************

To the United States Social Security Administration
I am contacting you from california after hours, please review this e-mail sent to my SSA PAYEE, I am in the process of changing PAYEES and I need this old PAYEE to send money from my Bank account, and this is the second time she has played games with me, and I am tired of it, I am not sure if she has been contacted by the NEW PAYEE or not, and I do not want the MONEY to be sent back to the SSA as that would take to long,

NOW the situation is that I do not have a PHOTO ID CARD and the Landlord will take a check, SO I require Laura Jayne Wells Morrison to simply follow the instruction,it is possible for the INB bank to follow the instructions and just go around Jayne , but that would be to simple for any one involved, everything has to be just run into the ground, and it is always that parties know each other and it is revenge, SSA recipients get bounced around like a ball, to be put in every bodys face because some one some where wants to make trouble for someone else,

NOW let use get it right this time, and pretend like the OWNER and financier of the whole SSA doesn't know what is going on because he has schizophrenia, which doenot mean they are stupid!
Jayne,

, I have to have a check in **addition to the below checks in my e-mail message below** sent. So send a check for $ 700.00 Dollars,,,, As I am behind **that additional amount ;** I was informed of this by my land lord TODAY jayne I did not know it until he told me at about 5:00 PM today and I sent this e-mail about an hour after I was told, so **send another Fed Ex MAIL with a $700.00 DOLLAR CHECK in it.**
FURTHER it is 5/24/2011 and I was sure you were going to sent the second mailing of CHECKS by FED Ex as I asked for in the message below.
UNDERSTAND JAYNE THAT THE LAND LORD WANTS TO BE PAID, AND WHEN I TELL HIM YOU ARE GOING TO SEND THE MONEY HE EXPECTS IT BECAUSE I TOLD HIM THAT I TOLD YOU TO SEND IT FED EX, FED Ex only takes 2 days, and that is the reason I send you e-mail so I will have the CHECKS with in two days,,...
dan
*****************************************

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
California Drivers License A6712910
353565347
Jayne

114

the Landlord knows me, and they have a way to process the checks, I talked with INB bank on the phone, and I have INB sending me paperwork incase their is any money left in the account after dealing with the new PAYEE, so the INB bank is aware that I live at 1646 Cabrillo Ave # 17 Torrance California, If you put a name on the Check it will confuse the accountant, and delay processing time, **Now remember I need to have one check for $375.00 Dollars, and the rest of the checks for $670.00 Dollars,**
**Sent the checks FED Ex so they get here fast , today is the 22 May 2011 and I owe the $375.00 Dollars for the last rental period.**
My cell phone is off now, because i did not have any cash to pay the bill Jayne, As a child Jayne
You knew Mike Morrison prior to 1977
Betty is afraid of Cats
we Knew Julian Pujuan, and Pasely Basdale, Prior to 1977
They both ended up working at Gateways Hospital with me 1993
And you know what Marry Ann Convertino is to me, she also worked at Gateways Hospital with me 1993 and Ann works for the Los Angeles County Court system Probation Department, and Her Hip is fine now, after her accident caused by , the MOSELY girl, that ended up as Prostitute in Springfield Illinois, for that guy who is an Actor now.
And you know about the Whiskey that Arnold and Dickey left in the ice box that turned white in color,
and the popsicle you threw at me and hit me in the temple,
And when you me and the Actor Will Smith was in the Car and talked about race, and will smith told you who I was married to according the the Records in Springfield Illinois, and who owned te house at 1714 East miller street ,, and were in that house to see me.
That Al Pacino
Robert Redford
Ben Aflect
Adam Sandler
Jerry Lewis
Michael Madsen
Paul Michael Glazer
Brad Pitt
Jan Michael Vincent (And I were known as Jan Michael Vincent)
Joe Pesci
John Clease
Michael Caine
Sally Field
Sophia Loren
Kenneth Brannagh
William Shatner
And the CAST of Star Trek all drank whiskey with Arnold
Danny Trejeo
Mayor Villaregossa ( City of Los Angeles)

115

Diane Keaton
Michael Keaton
Stacey Keach
George Perpard
George Segal
Momar Kaddaffy
EG Marshall
Orson Wells
Peter Lawford
Kevin Costner
Alec Baldwin
Kim Bassinger
Tom Barrenger
Prince Charles Prince of Wales
Richard Milhouse Nixion
General Douglas MacArthur
Johnny Carson
Ed Mcaman
Doc Severerson
The Hells Angeles
Hulk Hogan
Andre the Giant
Danny DeVito
Joseph Piscapo
Elizabeth Montgomery
Linda Carter
MONK
Steve Mac Queen
Paul Newman
Wes Studi ( Geronimo)
Brian Dennehy
Diane Lane
John Travolta
Tom Cruise
Steve Martin
Tom Hanks
Bruce Willis
Demi Moore
Greg Kenner
George Clooney
and they know my life in that house, and they tell me things about Betty , and other people in those years..
so just send the checks jayne, send the checks
FROM dan

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: wellsdannyw <wellsdannyw@aol.com>

116

Sent: Sun, May 22, 2011 1:59 pm
Subject: Re: More checks are needed

#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 p { margin: 0; }
Dan,
Don't you recall, when you came to Illinois, we went to Social Security office, and we just had to fill out paperwork and show Identification and that was it. I just wish I could put your name or landlord in the "pay to the order line"....
ok, well, I will send the check for $375.00, then send a couple at $670.00. Then let me know you got those. But could you answer a childhood question that only you and I know, then I will know this is all ok. Or, you can call me at 217-971-2446 (my cell). I learned alot from you Dan, about being cautious. I just want to be sure this is you. ok?
Jayne
----- Original Message -----
From: wellsdannyw@aol.com
To: ljaceon9@comcast.net
Sent: Sunday, May 22, 2011 9:59:25 AM
Subject: Re: More checks are needed

Jayne,
just keep sending the checks until SSA stops sending the to you. The change over will begin at that time, the new payee is processing the paperwork now. I told them that the check would go to you until they began receiving them, I do not want the checks sent back to SSA,
One of the first checks you send should be for $375.00 dollars, and all the others for $670.00 Dollars,
I need the $ 375.00 Dollar check is to catch up on my rent, the other checks are to be for $670.00 Dollars.
dan




----Original Message----
From: ljaceon9 <ljaceon9@comcast.net>
To: Danny Wells <wellsdannyw@aol.com>
Sent: Thu, May 19, 2011 7:27 pm
Subject: Re: More checks are needed

#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 #aolmsgpart_1_2eb66836-1387-4f19-a7a7-c2a5005fa4aa td{color: black;} #aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 #aolmsgpart_1_2eb66836-1387-4f19-a7a7-c2a5005fa4aa p { margin: 0; }
Dan, ok, no problem, when will I get the letter from SSA, that I'm no longer your payee? Will the next check on June 3rd, go to your new payee?
Also, Who is the CC: info@saudiembassy.net?
Jayne

----- Original Message -----
From: "Danny Wells" <wellsdannyw@aol.com>

117

To: ljaceon9@comcast.net
Cc: info@saudiembassy.net
Sent: Wednesday, May 18, 2011 9:43:29 PM
Subject: More checks are needed

jayne,
813 N. 12th st
Springfield Illinois 62702
I have received the three checks you sent, now
Send more checks to :
1646 Cabrillo Ave # 17
Torrance California 90501
make the checks for $670.00 Dollars
Until the account is down to a ZERO Balance
dan


-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: Danny M Wells <wellsdannyw@aol.com>
Sent: Fri, Jun 3, 2011 8:19 pm
Subject: mail

#aolmsgpart_1_ae1e906a-8b71-4303-9c48-e578c13ec59a td{color: black;}
#aolmsgpart_1_ae1e906a-8b71-4303-9c48-e578c13ec59a p { margin: 0; }
Hey Dan, Did you get those checks you requested on May 22nd? I was waiting
on your reply before I sent more. I wanted you to say something only you and I
know about our childhood, so I know for sure you want me to send more checks.
Ok Dan? Just being cautious. It just suprises me that you haven't responded.
Thanks
Jayne
**From:** ljaceon9@comcast.net
**Sent:** Friday, June 03, 2011 8:19 PM
**To:** Danny M Wells
**Subject:** mail
Hey Dan, Did you get those checks you requested on May 22nd? I was waiting on your
reply before I sent more. I wanted you to say something only you and I know about our
childhood, so I know for sure you want me to send more checks. Ok Dan? Just being
cautious. It just suprises me that you haven't responded.
Thanks
Jayne
8888888888888888888888888888888888888888888888888


Portions of this are public record
Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL

118

950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
To the United States District Court Central District of California
Chief Justice of the USDC
FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
To the OIG The film COPY CAT is a depiction of my activities after a mission I went on
,, THAT is still CLASSIFIED,,
The depiction contains ues of a computer,, and the use of the computer was my
TRADING stocks on the STOCK EXCHANGE, it could be JAPAN or NYSE, I think it
was JAPAN as the NYSE hab to many people watching my activity, The JAPANEESE
markets were insured,
I contacted three people I recall, one was the ACTOR Jeff GOLDBLUM, and I played
Chess with him my internet,, the Second was Brian Delmer of Capitol Area Vocational
Center Springfield Illinois 1978 to 1980,, The Third was the prior KING OF ENGLAND
EDWARD, I know him as a Dwarf,,
I would appreciate GOLDBLUM being told that I am in fact the person at the above
address,,,
The computer use records many locate so more of my property...
I could have used the password Enigma,, or Aroborialis,, I am sure that I had a problem
using my Credit Card Danny M. Wells and the name I used on the computer, as at the
time I forgot I was Danny M. Wells and I used the Danny M. Wells Credit Card because I
though Danny M. Wells was my BROTHER,,,,I used the name Pendragon,,, possibly
Catherine Elizabeth,, and the transaction would not go through,, so I then used the name
Danny M. Wells and the AOL connection worked,, Prior to 1985...
Others to contact would be
William Shatner
Rene Russo
Rene Zellwegger
Billy Zane
Bruce Willis
The cast of Green Acres as they were my neignbors at the time
Jim Neighbors who was my Gardener
Jim Gardener managed some of my investments, and Betty Evelyn Campbell Wells sent
Masons to Extort Gardener, then Gardener discovered that Mel Gibson and Sandra
Elizabeth Bullock were behind all of it,,
Then it became apparent the Gibson, Bullock and the other memebrs of the Mosely
family of Springfield illinois had to raise money for their criminal defense in their US
District Court Trial regarding their activities as Illinois National Guardsmen, and Bosnian
Sepeartist in Negro Africa, the Illinois States JOURNAL REGISTER of Springfield

119

Illinois has articles about ,Them and The Bush Family,, and the fact was they were stealing money anywhere they could. All up and down the Eastern Sea Board as they did not want their

Barbeisums in Africa known in California, Bullock was the one who would shoot africans down in the jungle now from a Helicopter.

GIBSON WANT TO STEAL MY WIRE TRANSFERS OF MONEY AS I WAS USING MY DEUTSCHE BANK AND TRUST FUND AMERICAS ACCOUNT

I was then contacted by the actress in the STARSHIP TROOPERS FILMS ( THE CAST), the x- wife to Charlie Sheen,,, she was my contact to my trust fund staff of Austira,, and the fact is every single time I wanted use my money from my trust fund 1000 of people think I have to pay them a percent for some dam reason,

and RICHARDS I think is her name did not get along with another side of my family whom are the NORTH AFRICANS that lived in Austria,

because of that and because RICAHRDS wanted me to pay to her some dam exorbenant fee to contact the REAL AUSTRIAN STAFF of my trust fund whom are not NORTH AFRICANS,

but AUSTRIANS in the EMBASSY of AUSTRIA in GENEVA SWITZERLAND and that is where my staff were from 1970 to 1990 they were the actual Deutsche Staff, So RICHARDS who was to REMBER who I was and have all the CODES to get into the VAULT would not do what she said she was going to do, RICHARDS JUST EXTORTED she wanted 1 TRILLON DOLLARS,,

and when I were to go to the EMBASSY on my own well their would be a problem because I did not follow procedure, and that to an AUSTRIAN mean wait...

WAIT could be 5 years to an AUSTRIAN...no telling what is really going on,,, SO RICAHRDS I AM SURE HAS ALL THE DOCUMENTS,, becasuse she was sure that she had some concocted legal right to what was my property just because I gave her the job of doing the above,,,,

RICHARDS is greedy and cunnning as hell,,, and cannot in the long run be trusted,,, she FUCK CHARLIE up and her co stars of the film ,, by making them thing that my trust fund was a public holding,,

She eventually sued me in US District Court Cenrtal District of Illinois and lost, then she refiled in Califonria,, I know all about it,,

88888888888888888888888888888888888888888888888888888

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
To the United States District Court Central District of California
Chief Justice of the USDC
FROM DANNY M. WELLS
353565347

120

California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
To the Counsel General of the Hellinistic Republic of Greece,
Elisebeth Froutidou
12424 Wilshire Blvd
Suite 1170
Los Angeles California 90405
I would appreciate you providing the Office of the Inspector General the results of the
testing of the RIGHT THUMB FINGERNAIL I SENT YOU A MONTH OF SO AGO,
ASPECTS THAT THEY WANT TO KNOW ABOUT, I HAVE FILED A COMPLAINT
WITH THEM REGARDING INVASION OF MY ESTATE,,, AND I AM PROVIDING
THEM BACK GROUND IN REGARD TO MY CHILDHOOD. THE THUMB NAIL
CAN BE TESTED FOR ALL TYPES OF THINGS, Child abuse evidence is what the
purpose of the test results are for from birth to 1985,
To substantiate my Falstaff Act Violation, and merger of the OIG complaint with the US
District Courts Civil litigation regarding my ESTATE.
FURTHER I SENT MY SHOES BY FED Ex mail to the EMBASSY of Italy in
Washington D.C. to be tested, as I agreed to do so in 1978 with the Royal Family of
Italy,,,,
the possible number is EB665838231US


88888888888888888888888888888888888888


Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
To the United States District Court Central District of California
Chief Justice of the USDC
FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
I include my childhood record , which documents injuries sustained as a child in the
presence of BETTY EVELYN CAMPBELL WELLS, fro 1967 to 1976.
Prior to 1967 I do not know where I was
The method to establish a record is to locate all the FOSTER services person involved in

121

my life in Springfield Illinois,,
SOME I REMEMBER,
DON PETWAY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS &
REHABILITATION,, PAROLE AND COMMUNITY SERVICES
JEFF GOLDBLUM actor
HELEN BARKIN ACTRESS
CHER singer actress
NICK NOLTE actor
STAFF OF OCEAN PARK COMMUNITY CENTER Santa Monica California
WILLIAM SHATNER
TED BUNDY THE serial Killer
THE CAST OF AUDREY ROSE
SALLY FIELD
THE CAST OF SYBIL
THE UNIVERSITY OF ILLINOIS WHICH HAS THE SYBIL DORSET FILE
ROBERT REDFORD
JAYNE FONDA
AL PACINO
The next method to obtain a history is to contact the IRS and identify the person who
have moved from the Springfield Illinois Area between 1965 and 1990 to LOS
ANGELES COUNTY, by zip code, then identify the person who have a criminal record,
then identiofy the person with Danny M. Wells as a Victim or a suspect, then read the
REPORT, and interview,
This information is to be incorporated in my Falstaff Act Violation and used as a
PAROLE OF THE EVIDENCE to support MERGER of this COMPLAINT with the
CIVIL ACTION in the Estate of Danny M. Wells, The Film Sybil is a very well known
film of its time, and no one who believe it was not a WHITE IN COLOR girl,
The sympathy of the film just casue envey among the white girls,, as you got things if you
where though to be Sybil Dorsett,,
The fact is the name DORSETT came from the FACT the the child that is depicted in the
Film was in the FOSTER HOME OF the DORSETT and the DORSETT were NEGROS,,
and the CHILD they had in their FOSTER CONTROL was DANNY M. WELLS and
Danny M. Wells HATE niggers so much that the Niggers in Springfield Illinois put
Danny M. Wells in the DORSETT house,
( interview GENE Hackman a man threatened by the Royal Family of Englnad not to say
anything )
And My FOSTER Mom Sally Field, and Dad Burt Renyolds,,


88888888888888888888888888888888888888

To the Bank of England,,,, London England I am going to remove from the Bank of
England that losses from the invasion of my Estate by ENGLISH Persons and they

122

coconspirators the told time and time again to get out of my Estate,
MY PROJECTIONS ARE SOME 128 BILLION DOLLARS , I APPOINT MY
ACCOUNTANT STAFF OF THE ROYAL EMBASSY OF SAUDI ARABIA
Washington D.C.TO MAKE A MORE ACCURATE ACCOUNTING BASED UPON
THE PARTIES
.................SECOND the judgement obtained by the Syrian Government is to be tabulated
by the US District COURT Chief Justice and the JUDGEMENT SATISFIED by the
BANK OF ENGLAND, said CURRENCY is to be deposited into Account number
B599949081 Deutsche Bank Trust Company Americas in favor of Danny M. Wells
United States Social Security Number 353565347 California Drivers License A6712910 ,
Damascus Syria contact info@chambank.com The Chief Justice of the USDC is required
by the PLAINTIFF, the Administrator of the ESTAE that defendants attacked, and the
OWNER OF ACCOUNT B599949081 to contact CHAM BANK, the BANK OF
ENGLAND, the ATTORNEYS for PLAINTIFF, defendants, the Royal Embassy of Saudi
Arabia Washington D.C. To VERIFY with all parties what is to happen,,,,
The Administrator is expecting that the Account B599949081 will finally have deposites
that will not be disputed by the ENGLISH,, and that is essentially the problem with my
Deutsche BANK account,,, as the Account was recognized while in Germany etc. and In
my name and as my private property,,, BUT when I moved the Currency,,, ENGLAND
and other did not want to recognize the Account as the account could no longer be
EXTORTED and no longer used by any one as a source of income ( All the JASON
BOURNE films were about INTERLOPERS INVOLVING THEM SELVES IN THE
FACT I WANTED TO MAKE A WITHDRAW FROM THE DEUTSCHE TRUST
FUND,,now I do not have to worry about that any more the Account in Germany etc was
closed..

*BECAUSE OF THIS ADDITIONAL ALLEGATION OF FTCA,, I the
Administrator RECOMMEND that*

*1) a list of person known to be in violation of ESTATE LAWS,*

*2) a list of person known to be in violation of COURT ORDERS*

*3) a list of person known to be in a Flagerant Violation of a COURT
ORDER*

*4) a list of persons known to be committing a crime by unauthorized control
of the property on the Estate*

*5) a list of persons Known to be*

*The remedy is*

*1) the Royal Embassy of Saudi Arabia Washington D.C is to compose a list*

*2) the Office of the Inspector General is to compose a list*

*3) the United States Federal Bureau is to compose a list*

*4) the the Supreme Court of the Republic of Turkey is to compose a list*

*5) the Government of the City of Carthage in Tunis ( NORTH AFRICA ) is
to compose a list*

*6) the California Department of Corporations is to compose a list*

123

*OF parties they know of whom are perpetual violators of the laws of Estate of the State of California*

*and of the Estate laws of the United States of America, IN REGARD TO THE ESTATE OF DANNY M. WELLS 353563547*

*That said list is to be used by Law Enforcement in America to locate and remove said parties whom compose said lists*

*To Impound any and all vehicles said parties use on the Estate*

*To arrest said parties for being upon the Estate*

*To prohibit the purchasing anything on the Estae*

*To prohibit carring any CURRENCY on the Estate*

*To prohibit the carring of any means to transfer money*

*To prohibit the carrying of any FIREARM on the Estate*

*To prohibit contracting upon the Estate*

*To prohibit traveling across the Estate*

*To prohibit the use of any PUBLIC facilities upon the Estate*

*To offer a BOUNTY FOR SAID PERSONS ARREST FOR TRESPASS on to the ESTAE, paid by the COURT, and ASSINGED TO THE United States Marshal service for CITIZEN , or CIVILIAN preformance,*

*To prohibit licensure of any kind from the State of California*

*To prohibit earning a living upon the Estate*

*To prohibit operation of a vehicle upon the Estate*

*The list and the prohibtions are to be a PUBLIC document, and a COURT ORDER, that the USDC contact said parties that are to compose the lists and update the list weekly, that the list be known by all City County State Federal and international Agencys , Department , etc in the State of California, and all state agencys, departments, etc of all the states in the United States.*

*Danny M. Wells*

*6/3/2011*

## SECOND Regarding the judgement obtained against English Persons and their coconspirators for misuse of Military Equiptment,, see this Escerpt from my e-mail records

## and NOTE that I require the Bank of England to pay the JUDGEMENT with the interest.

"Kenneth Brannagh, Emma Thompson were ALL in the Illinois National Guard and could go on to post and they ABUSED the M.I. equipment,,with illegal transmissions,,, ( THE EQUIPMENT IS FOR LISTENING , AND THESE PARTIES WERE MAKING

STATEMENTS IN TO THE EQUIPMENT AND THE RULES ARE THAT YOU ARE JUST TO LISTEN, IF YOU MAKE STATEMENTS YOU EFFECT BEHAVIOR, AND THAT IS A VIOLATION OF INTERNATIONAL, AND FEDERAL LAW.

All the actors in America were involved in this, as well as ALL THE PEOPLE OF SPRINGFIELD ILLINOIS,,,,When the Civil litigation was completed they were so ashamed that they would not come out of their houses, and they wanted to murder me,, And betty just operated to get me out of the house to be shot by anyone, the British Military were just assigning about this,

AS THE POINT WAS THAT ENGLAND WAS TRYING TO STEAL MY WEALTH AND WOULD NOT recognize that I have obligations all over the world in fact, They just could not get it around there DAM head that England is not that important,, they could not accept it, not the fact that I were corrinated KING in three or four different areas of the WORLD, the English would not accept that I was KING in three location other than England before England came along, And they never used M.I. TO DO ANY THING TO ME England used M.I. to get me to give them money against my will,,,

And the point of it is this IF THE COURTS AHD DECIDED IN ENGLAND'S FAVOR THAT THE CURRENCY WAS THEIRS AS A PUBLIC PROPERTY , AND I WAS NOT THE KING OF ENGLAND , WHY DID ENGLAND USE M.I ON ME FOR ANY REASON AT ALL,,

THE CIVIL LITIGATION BY SYRIA IS SO MUCH EVIDENCE TO THE POINTS HERE IN ESTABLISHED THAT THERE IS NO ARGUMENTS AT ALL AS TO OWNERSHIP OF THE CURRENCY OR THE INVENTIONS,,,

The Syrian Military that watched me for years in Springfield Illinois as Syria does with any child that is not in Syria FILED COMPLAINTS with the State and the Federal COURT systems ,, DISTRICT APPELLATE AND the SUPREME COURTS. They obtained a JUDGMENT AGAINST ALL THESE PERSONS AND PARTIES AND THESE PERSONS AND PARTIES NEVER PAID A DIME,,,

The only person who was exempted was SIGOURNEY WEAVER, and that was because this Sigourney Weaver was the real one, not the Actress who was the Sigourney Weaver that we wanted,,

the Actress purchased the name Sigourney Weaver,, the real one decided not to go to Hollywood and she sold her name , as there are only so many slots to be filled.

The Bullock name has been sold 4 times now, all four Bullocks have been involved in the Falstaff Act Violation,, and the real Bullock is also involved in the Violation, ands All 5 were sued,

Under various names.

I require that the Embassy of Syria be contacted to obtain the civil court litigation records REGARDING THE MISUSE OF MILITARY INTELLIGENCE EQUIPMENT, and that

125

said records be incorporated for a PAROLE OF THE EVIDENCE IN SUPPORT OF THE finding of FACT in the allegation of a CONTINUING Falstaff Act Violation and THE RECOMMENDATIONS MY ME THE ADMINISTRATOR AND OWNER OF THE ESTATE, SENT EARLIER ,,,, herein incorporated in this part of my CONTINUING COMPLAINT

info@syrembassy.net

Danny M. Wells

6/4/2011

####################################################################################################

**INCORPORATED portion of THIS Part 16 CONTINUED COMPLAINT**

Note to the Royal Embassy of Saudi Arabia Washington D.C. this is a public Document for distribution

Continued EXPRESS MAIL EG264757102US

DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL

950 PENNSYLVANIA AVE N.W.

ROOM 4706

WASHINGTON D.C. 20530

To the United States District Court Central District of California

Chief Justice of the USDC

FROM DANNY M. WELLS

353565347

California Drivers License A6712910

1646 Cabrillo Ave # 17

Torrance California 90501

Embassy of Italy ( Honorary)

**ADDENDUM**

The administrator of the Estate recommends that the COURT ORDERS from the US DISTRICT COURT of the Northern District of Illinois be enforced. The ORDER was obtained in about (1976) The Administrator of the Estate recommend that the COURT ORDERS from the WORLD COURT of ( 1969) be enforced, the WORLD COURT of (1969) was in Istanbul Turkey, that COURT is not identified as the Supreme Court of the Republic of Turkey. The Administrator notes for the Chief Justice of the USDC that the Administrator of the Estate was FIRST a WARD of the WORLD COURT of (1969) to the age of 50 years, because the VIOLATORS of the FALSTAFF Act which the WORLD COURT cited were so virulent.

The Administrator Recommends the COURT ORDERS from the US appeallate COURT 7th Cir, 9th Cir, and US Appeallate COURT of the States of New York (1970 to 1977) be enforced

The Administrator Recommends the COURT ORDERS from the United States Supreme COURT ( 1971 to 1975) be enforced.

The Administrator Recommends that ORDERS and other actions by the United Nations be enforced ( 1970 to Present)

FURTHER England being a defendant in the WORLD COURT of (1969), created different world COURT in London England ( without authority) that committed a VIOLATION of international LAW, by violating the JURISDICTION of the Istanbul Turkey WORLD COURT. THE DIFFERENT WORLD COURT OF ENGLAND simply began to litigate the WORLD COURT of Istanbul Turkey case in ENGLAND (1971), and issued an ORDER that the USDC, the US appellate Court 7th, 9th and the Cir of the State of New York , as well as the United States Supreme Court ( 1971) RULED against,, all THREE Levels of the Judiciary RULED against this English World COURT in as early as 1971.

THEN the ENGLISH just refused to to obey, after the the technology that verified I was the person who invented the products that produced the MONEY, and ENGLAND would not transfer the CURRENCY in (1971) So the CURRENCY BILLS the dollars themselves had to be obtained from Saudi Arabia, and the currency held by England had to be BURNED, the President at the time

126

PRINTED MORE MONEY and sent it to ENGLAND, and destroyed the American economy, Because the President of the United State of America wanted to be the KING OF ENGLAND, and the President of the United States of America wanted to be a KNIGHT.

His Brother Bobby Kennedy and I argued and you know how we communicated,,, That was the origin of the film Jimmy HOFFA, the Kennedys sided with the THEN QUEEN OF ENGLAND to STARVE AMERICANS. THE Currency had to be taken from ENGLAND because ENGLAND was using the Currency to pay for grown CROPS in AFRICA at 5000% increase of cost. A potato cost ENGLAND 1000.00 Dollars to grow because of what WINDSOR had gotten himself into. ( reference Gabriel Byrne) So I the KING of ENGLAND would not let ENGLAND KEEP MY CURRENCY,, and I were hated for about 14 years after that , 14 years of slander, liable, assault , murder attempts, malicious prosecution, attempted rape, white slavery, crimes against humanity FOUND BY THE UNITED NATIONS ( 1975)

I was made a ward by the United Nations , until England went all around the dam world to find others to become wards of the United Nations, that is how niggardly England is.

Danny M. Wells

6/4/2011

*********************************************************************

This is the Policy regarding the Real Estate in the Continental United States of America that I Danny M. Wells 353565347 , California Drivers License A6712910 Own.

To the United States Office of the Inspector General and To the Royal Embassy of Saudi Arabia Washington D.C. REFERANCE the Supreme Court of the Republic of Turkey ( WORLD COURT OF 1969)

The following are RECOMMENDATIONS made by Danny M. Wells the administrator of my own Estate, based upon the following e-mails sent

SEE DOJ Office of Inspector General mail sent 6/3/2011 ,,, EG972743020 Regarding additional continuations to the origional complaint sent to the O.I.G. regarding the FEDERAL TORT CLAIMS ACT merged with the CIVIL litigation of my ESTATE, and all e-mails sent to the OIG, Further the EG972743020 DOCUMENT was sent due to the FACT that transmission of said referanced documents sent from a State of California EDD Office , the BUILDING of which I own is suspected of being delayed because I were the person who sent it, and I suspect that the delay is due to my ESTATE process were COMPROMISED by parties in VIOLATION OF THE FALSTAFF ACT, and identified in the vary FEDERAL TORT CLAIMS ACT allegations, transmitted from said location to the OIG,

FURTHER that the FTCA is making a claim in excess of 100's of TRILLONS of DOLLARS due the IRS, and TRILLONS DUE I Danny M. Wells as the RELATOR,,

*********************************************

Note to the Royal Embassy of Saudi Arabia Washington D.C. this is a public Document for distribution

Continued EXPRESS MAIL EG264757102US

DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL

950 PENNSYLVANIA AVE N.W.

ROOM 4706

WASHINGTON D.C. 20530

To the United States District Court Central District of California

Chief Justice of the USDC

FROM DANNY M. WELLS

353565347

California Drivers License A6712910

1646 Cabrillo Ave # 17

Torrance California 90501

Embassy of Italy ( Honorary)

127

# ADDENDUM

The administrator of the Estate recommends that the COURT ORDERS from the US DISTRICT COURT of the Northern District of Illinois be enforced. The ORDER was obtained in about (1976)

The Administrator of the Estate recommend that the COURT ORDERS from the WORLD COURT of ( 1969) be enforced, the WORLD COURT of (1969) was in Istanbul Turkey, that COURT is not identified as the Supreme Court of the Republic of Turkey. The Administrator notes for the Chief Justice of the USDC that the Administrator of the Estate was FIRST a WARD of the WORLD COURT of (1969) to the age of 50 years, because the VIOLATORS of the FALSTAFF Act which the WORLD COURT cited were so virulent.

The Administrator Recommends the COURT ORDERS from the US appeallate COURT 7th Cir, 9th Cir, and US Appeallate COURT of the States of New York (1970 to 1977) be enforced

The Administrator Recommends the COURT ORDERS from the United States Supreme COURT ( 1971 to 1975) be enforced.

The Administrator Recommends that ORDERS and other actions by the United Nations be enforced ( 1970 to Present)

FURTHER England being a defendant in the WORLD COURT of (1969), created **different world COURT** in London England ( without authority) that committed a VIOLATION of international LAW, by violating the JURISDICTION of the Istanbul Turkey WORLD COURT. THE DIFFERENT WORLD COURT OF ENGLAND simply began to litigate the WORLD COURT of Istanbul Turkey case in ENGLAND (1971), and issued an ORDER that the USDC, the US appellate Court 7th, 9th and the Cir of the State of New York , as well as the United States Supreme Court ( 1971) RULED against,, all THREE Levels of the Judiciary RULED against this English World COURT in as early as 1971.

THEN the ENGLISH just refused to to obey, after the the technology that verified I was the person who invented the products that produced the MONEY, and ENGLAND would not transfer the CURRENCY in (1971) So the CURRENCY BILLS the dollars themselves had to be obtained from Saudi Arabia, and the currency held by England had to be BURNED, the President at the time PRINTED MORE MONEY and sent it to ENGLAND, and destroyed the American economy, Because the President of the United State of America wanted to be the KING OF ENGLAND, and the President of the United States of America wanted to be a KNIGHT.

His Brother Bobby Kennedy and I argued and you know how we communicated,,, That was the origin of the film Jimmy HOFFA, the Kennedys sided with the THEN QUEEN OF ENGLAND to STARVE AMERICANS. THE Currency had to be taken from ENGLAND because

128

ENGLAND was using the Currency to pay for grown CROPS in AFRICA at 5000% increase of cost. A potato cost ENGLAND 1000.00 Dollars to grow because of what WINDSOR had gotten himself into. ( reference Gabriel Byrne) So I the KING of ENGLAND would not let ENGLAND KEEP MY CURRENCY,, and I were hated for about 14 years after that , 14 years of slander, liable, assault , murder attempts, malicious prosecution, attempted rape, white slavery, crimes against humanity FOUND BY THE UNITED NATIONS ( 1975)

I was made a ward by the United Nations , until England went all around the dam world to find others to become wards of the United Nations, that is how niggardly England is.

Danny M. Wells

6/4/2011

*****************************************************************

This is the Policy regarding the Real Estate in the Continental United States of America that I Danny M. Wells 353565347 , California Drivers License A6712910 Own.

To the United States Office of the Inspector General and To the Royal Embassy of Saudi Arabia Washington D.C. REFERANCE the Supreme Court of the Republic of Turkey ( WORLD COURT OF 1969)

The following are RECOMMENDATIONS made by Danny M. Wells the administrator of my own Estate, based upon the following e-mails sent

SEE DOJ Office of Inspector General mail sent 6/3/2011 ,,, EG972743020 Regarding additional continuations to the origional complaint sent to the O.I.G. regarding the FEDERAL TORT CLAIMS ACT merged with the CIVIL litigation of my ESTATE, and all e-mails sent to the OIG, Further the EG972743020 DOCUMENT was sent due to the FACT that transmission of said referanced documents sent from a State of California EDD Office , the BUILDING of which I own is suspected of being delayed because I were the person who sent it, and I suspect that the delay is due to my ESTATE process were COMPROMISED by parties in VIOLATION OF THE FALSTAFF ACT, and identified in the vary FEDERAL TORT CLAIMS ACT allegations, transmitted from said location to the OIG,

FURTHER that the FTCA is making a claim in excess of 100's of TRILLONS of DOLLARS due the IRS, and TRILLONS DUE I Danny M. Wells as the RELATOR,, BECAUSE OF THIS ADDITIONAL ALLEGATION OF FTCA,, I the Administrator RECOMMEND that

1) a list of person known to be in violation of ESTATE LAWS,

2) a list of person known to be in violation of COURT ORDERS

3) a list of person known to be in a Flagerant Violation of a COURT ORDER

4) a list of persons known to be committing a crime by unauthorized control of the property on the Estate

5) a list of persons Known to be

The remedy is

129

1) the Royal Embassy of Saudi Arabia Washington D.C is to compose a list
2) the Office of the Inspector General is to compose a list
3) the United States Federal Bureau is to compose a list
4) the the Supreme Court of the Republic of Turkey is to compose a list
5) the Government of the City of Carthage in Tunis ( NORTH AFRICA ) is to compose a list
6) the California Department of Corporations is to compose a list
OF parties they know of whom are perpetual violators of the laws of Estate of the State of California
and of the Estate laws of the United States of America, IN REGARD TO THE ESTATE OF DANNY M. WELLS 353563547
That said list is to be used by Law Enforcement in America to locate and remove said parties whom compose said lists
To Impound any and all vehicles said parties use on the Estate
To arrest said parties for being upon the Estate
To prohibit the purchasing anything on the Estae
To prohibit carring any CURRENCY on the Estate
To prohibit the carring of any means to transfer money
To prohibit the carrying of any FIREARM on the Estate
To prohibit contracting upon the Estate
To prohibit traveling across the Estate
To prohibit the use of any PUBLIC facilities upon the Estate
To offer a BOUNTY FOR SAID PERSONS ARREST FOR TRESPASS on to the ESTAE, paid by the COURT, and ASSINGED TO THE United States Marshal service for CITIZEN , or CIVILIAN preformance,
To prohibit licensure of any kind from the State of California
To prohibit earning a living upon the Estate
To prohibit operation of a vehicle upon the Estate
The list and the prohibtions are to be a PUBLIC document, and a COURT ORDER, that the USDC contact said parties that are to compose the lists and update the list weekly, that the list be known by all City County State Federal and international Agencys , Department , etc in the State of California, and all state agencys, departments, etc of all the states in the United States.
Danny M. Wells
6/3/2011
******************************************************************************
*****************************
copies
To the SSA,
TO the California Fair Employment and Housing
To the Chief Justice of the United States District Court Central District of California
To the United States Department of Justice antitrust unit
Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.

130

ROOM 4706
WASHINGTON D.C. 20530
FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
1) This building that I am in is part of my Estate, since I have arrived here I have had
nothing but trouble for this alleged Accountant to the BUILDING, I am tired of hearing
from the MANAGER in 201 about payment of the rent, when I have told him that I have
a problem with my SSA payee, and that I have obtained 6 personnal CHECKS from the
payee,, that the manager is just holding as security against the 5 months I have been here
in the building,,
I also were assaulted and MY photo ID card was stolen, The card was mailed out of the
DMV 50 daus ago and the USPO said they did not have it, SO I do not have a ID card to
get Cash from my Fidelity investment account which is $6,000.00 Dollars.
SEE the difficulty I am having with my PAYEE, and the Illinois National Bank which
was to mail me a form for a new check book, some 14 days ago,
The conclusion is that person are in violation of the Falstaff Act to the point where I have
to do all these things just to live in a building I own,
and I do own the building and I established that with the California Department of Fair
Employment and Housing at least 3 times in the past 20 years after I came out here to
California, and it was that I decided I would have to live here while I got other affairs
settled, and based upon my experience of the last 6 months I have determined that the
dam people are so dam hostile that I just resolved to pay money to just get them off of my
dam back.
That is why I paid CASH, and it turned out that they wanted to prevent me from even
getting my SSA benefits, to force me to go through some GOD DAM 40 years of
litigation again , because they think that the OPINION of The US DISTRICT COURT, in
the face of a GOD DAM WRIT of CERT from the United States Supreme COURT no
less is going to change. The US DC Opinnoin is not going to change,
ANd I just resent having my PROGRAM interfered with, I decided how I wanted to do
things, I do not do things like YOU want I do things the way I want, and I like solw and I
like to pay until I decide the I want to SUE someone for some dam reason, and I resent
people trying to FORCE me over here over there , do this to that,
Andd that is what the god dam ID card business is about, it is about controling me who
has $6,000.00 Dollars in Fidelity Investment, VERIFIED in current REAL time, not Cash
in accounts where control was extorted from me 30 years ago where I have to just jump
through hoops to take away from you, but cash right here and now.
NOW look at the situation I have to listen to the Manager of this building that I hired ,
and who testified at the hearing that I was the owner of the building, CONTINUINLY
ASK ME FOR CASH TO PAY MY RENT, and he has to do that because one party
wants me to claim all my buildings so they can just teas the hell out of others and try to
exploit me as I am just one person,, and then I have all the people who do not belive I

131

own the building , that I did not litigate for som 40 years in fact about my property, and if I did own it they want to say well the ownership is such that the GOD DAM building is some kind of Quazi public ownership of some GOD DAM theieving English Royal Family and that is exactly what they are , some thieves, They USERPTED THE AUTHORITY AND THE JURISDICTION OF THE UNITED STATES SUPREME COURT, THEY CONTINUED IN A VIOLATION OF THE FALSTAFF ACT, they are Terrorist in fact in their condoning policys and philosophies regarding property.

And that is what I have had to put up with , they are not welcome, and I just resent having to have the above agency get this accountant off of my back , as the property and many more are not public and they are not the property of England, or of any of my children or wife. The building is mine and has been for so many years people think they can do what ever they want to me.

And it is the fact that I do not want the manager in 201 upset, I like him and I understood some 20 years ago that his vary LIFE was in jeapardy because I was here and it was the good dam BOSINANS terrorist that Mel Gibson sent, so I left,,

Mel Gibson a Actor ran a gang of Para Military types, and when it was not Mel it was the God Dam Windsor who had to say they owned this or that and it was always my buildings, and I were just one person litigating and knowing and having to COURT orders in my dam hand and because I did not want to pay Mels , or Windsors Bills I had to put their dam ass out two or three times,

I am a quiet person ,a nd the fact is people want me to show everbody want I have so they can use SPIN FACTOR,,and I always pay the price, so what kind of conversation are I and the manger going to have when the AUTORITIES talk with these god dam account who is either their Sandra Elizabeth Bullock , Mel gibson , or the black haired girl on NURSE JACKIE that every one backed to be the Queen of England , when I the KING OF ENGLAND in fact REJECTED her and all her following, so what is really going on here, when is it that every one at the same time is time is to be told back off, and when is it that ENGALND is going to quit trying to out the case back up to get some other opinnion that doesnot result in my intent to throw them off of my Estate California, and yes the whole State of califonrina is my Estates,and you can be assured that I am not the Fist KING of England to want the ENGLISH off of my property, and I want them off becasuse I am not going to be marring no English people for the purpose of having my whole property consumed by their dam debt,

That is the whole purpose behind marring a dam english girl , to pay all he dam family debt, the English never loved me at all they wanted my wealth from my intellect, There was no dating or romance or anything just KILL people for England, fuck have a baby and give all you money to their father, so the whole family can drive by with the girl in the car to tease the hell out of you, so now I am driving right by there house and watch them strave to death , and tease them with food.

I just require my Cash or be left alone ,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To Jayne,
From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501

132

I am making a COMPLAINT OUT ON YOU Jayne,

I have been told that I will not be able to stay in my room after some time within the next 7 days, Now I want the cash sent to me, and if you do not respond I will also file with the state, the SSA is now notified that you after being told of the problems with you that you just do not get it at all.

I require the Cash , no long drawn out verification of my idenitiy, is their some dam problem with my account now that I want my Cash, You sent check which the manager took as security against having been here for over 5 months, now does it sound like I can wait for you, I am not waiting for you, and I am not going to to kiss your ass is what you want just, send the dam cash, until the account is in someone elses hands.( YOU THINK I GET TIRED OF THE MANAGER TALKING ABOUT THE ACCOUNTANT WANTING CASH AND NO CHECKS, WHO OWNS THIS BUILDING IF IT HAS THE EEMBASSY OF ITALY IN IT THAT I PAID FOR IN 1978, and why is it that every one has to know every dam thing about some one , to the point they concocet a goddam crisis to make peole tell their whole dam life story, as if that is the cost to be able to live. There are many dam things people who know don not want to tell you , perhaps that is why they never say anything at all to you, so just do you job and do wahy you said you would do, until someone else come along and says you are through.

SSA in this circumstance I need this person to be contacted as I have a few days to put cash in this managers hand, and it is the fact that he knows their has to be some kind of problem with jayne if I can get some dam checks 6 of them to be exact but no CASH . NOW I have to do all of this notifing this person and that person , and apparently begg someone for my benefits. I am not going to beg anybody.. JAYNE NEEDS TO BE CONTACTED BY SSA TO FIND OUT WHY THE CASH HAS NOT BEEN SENT, AND TO CALL THE manager in ROOM 201 and tell him that JAYNE is the problem 1-310-618-9003, I have e-maild JAYNE and did all the bullshit identification verification, and told SSA that JAYNE IS A PROBLEM, THE BANK IS BEING TOLD SSA is being told, and what more am I truly obligated to do nothing more, I have a residence, I have benefits, I have told Jayne what to do, for 10 or more days now, so what is it?

I have about 7 days until I have to leave where I live and for what , because I do not get along with someone, what concern is that to any one but me,,

Danny M. Wells

353563547

Addendum ,

Jayne,

When you send the Fed Ex MAIL, **put on the form Valuable**, and find out what the insurance is on it. Send $3,000.00 Dollars cash on this first cash Fed Ex Mail. If there is a problem with Fed Ex Mail send it by REGISTERED MAIL and pay the insurance on the mail.

The Manger wants Cash, when the cash gets here he will give me back the checks, **DO NOT** contact the BANK about the CHECKS the Manager has in his possession, I will either send them back to you , for accounting purposes or I will cash them when I get my Identification Card . As that is the problem I do not have ID and if I took them to a bank nearby I could not get cash for them,,

So send $3,000.00 Dollars in cash, by Fed Ex Mail or by Registered Mail..

133

Dan
5/29/2011
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501

**Jayne,**

**The Manager of the building has said that he did not usually accept CHECKS, and He has informed me that He wants Cash, So send me a <u>Federal Express Mail with CASH in it</u>, send me all the money that is in the accounts, all of it in CASH and it has to be CASH sent because I do not have MY ID Card and I cannot cash the check you have already sent..send the CASH in 2 DAY mail,,the last two letters were not two day mail, I want to sign for the mail at the above address. And I will be waiting for the mail. It is 5:35 PM and I do not know when you will get this e-mail, but I will expect the mail in 2 days.**

**Dan**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

To the United States Social Security Administration

I am contacting you from california after hours, please review this e-mail sent to my SSA PAYEE, I am in the process of changing PAYEES and I need this old PAYEE to send money from my Bank account, and this is the second time she has played games with me, and I am tired of it, I am not sure if she has been contacted by the NEW PAYEE or not, and I do not want the MONEY to be sent back to the SSA as that would take to long,

NOW the situation is that I do not have a PHOTO ID CARD and the Landlord will take a check, SO I require Laura Jayne Wells Morrison to simply follow the instruction,it is possible for the INB bank to follow the instructions and just go around Jayne , but that would be to simple for any one involved, everything has to be just run into the ground, and it is always that parties know each other and it is revenge, SSA recipients get bounced around like a ball, to be put in every bodys face because some one some where wants to make trouble for someone else,

NOW let use get it right this time, and pretend like the OWNER and financier of the whole SSA doesn't know what is going on because he has schizophrenia, which doenot mean they are stupid!

Jayne,

, I have to have a check in **addition to the below checks in my e-mail message below** sent. So send a check for $ 700.00 Dollars,,, As I am behind **that additional amount ;** I was informed of this by my land lord TODAY jayne I did not know it until he told me at about 5:00 PM today and I sent this e-mail about an hour after I was told, so **send another Fed Ex MAIL** with a $700.00 DOLLAR CHECK in it.

FURTHER it is 5/24/2011 and I was sure you were going to sent the second mailing of CHECKS by FED Ex as I asked for in the message below.

UNDERSTAND JAYNE THAT THE LAND LORD WANTS TO BE PAID, AND WHEN I TELL HIM YOU ARE GOING TO SEND THE MONEY HE EXPECTS IT

134

BECAUSE I TOLD HIM THAT I TOLD YOU TO SEND IT FED EX, FED Ex only takes 2 days, and that is the reason I send you e-mail so I will have the CHECKS with in two days,,...
dan
*****************************************
From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
California Drivers License A6712910
353565347
Jayne
the Landlord knows me, and they have a way to process the checks, I talked with INB bank on the phone, and I have INB sending me paperwork incase their is any money left in the account after dealing with the new PAYEE, so the INB bank is aware that I live at 1646 Cabrillo Ave # 17 Torrance California, If you put a name on the Check it will confuse the accountant, and delay processing time, **Now remember I need to have one check for $375.00 Dollars, and the rest of the checks for $670.00 Dollars,**
**Sent the checks FED Ex so they get here fast , today is the 22 May 2011 and I owe the $375.00 Dollars for the last rental period.**
My cell phone is off now, because i did not have any cash to pay the bill Jayne,
As a child Jayne
You knew Mike Morrison prior to 1977
Betty is afraid of Cats
we Knew Julian Pujuan, and Pasely Basdale, Prior to 1977
They both ended up working at Gateways Hospital with me 1993
And you know what Marry Ann Convertino is to me, she also worked at Gateways Hospital with me 1993 and Ann works for the Los Angeles County Court system Probation Department, and Her Hip is fine now, after her accident caused by , the MOSELY girl, that ended up as Prostitute in Springfield Illinois, for that guy who is an Actor now.
And you know about the Whiskey that Arnold and Dickey left in the ice box that turned white in color,
and the popsicle you threw at me and hit me in the temple,
And when you me and the Actor Will Smith was in the Car and talked about race, and will smith told you who I was married to according the the Records in Springfield Illinois, and who owned te house at 1714 East miller street ,, and were in that house to see me.
That Al Pacino
Robert Redford
Ben Aflect
Adam Sandler
Jerry Lewis
Michael Madsen
Paul Michael Glazer
Brad Pitt
Jan Michael Vincent (And I were known as Jan Michael Vincent)

135

Joe Pesci
John Clease
Michael Caine
Sally Field
Sophia Loren
Kenneth Brannagh
William Shatner
And the CAST of Star Trek all drank whiskey with Arnold
Danny Trejeo
Mayor Villaregossa ( City of Los Angeles)
Diane Keaton
Michael Keaton
Stacey Keach
George Perpard
George Segal
Momar Kaddaffy
EG Marshall
Orson Wells
Peter Lawford
Kevin Costner
Alec Baldwin
Kim Bassinger
Tom Barrenger
Prince Charles Prince of Wales
Richard Milhouse Nixion
General Douglas MacArthur
Johnny Carson
Ed Mcaman
Doc Severerson
The Hells Angeles
Hulk Hogan
Andre the Giant
Danny DeVito
Joseph Piscapo
Elizabeth Montgomery
Linda Carter
MONK
Steve Mac Queen
Paul Newman
Wes Studi ( Geronimo)
Brian Dennehy
Diane Lane
John Travolta
Tom Cruise
Steve Martin
Tom Hanks
Bruce Willis
Demi Moore
Greg Kenner
George Clooney

136

and they know my life in that house, and they tell me things about Betty , and other people in those years..
so just send the checks jayne, send the checks
FROM dan

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: wellsdannyw <wellsdannyw@aol.com>
Sent: Sun, May 22, 2011 1:59 pm
Subject: Re: More checks are needed

#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 p { margin: 0; }
Dan,
Don't you recall, when you came to Illinois, we went to Social Security office, and we just had to fill out paperwork and show Identification and that was it. I just wish I could put your name or landlord in the "pay to the order line"....
ok, well, I will send the check for $375.00, then send a couple at $670.00. Then let me know you got those. But could you answer a childhood question that only you and I know, then I will know this is all ok. Or, you can call me at 217-971-2446 (my cell). I learned alot from you Dan, about being cautious. I just want to be sure this is you. ok?
Jayne
----- Original Message -----
From: wellsdannyw@aol.com
To: ljaceon9@comcast.net
Sent: Sunday, May 22, 2011 9:59:25 AM
Subject: Re: More checks are needed

Jayne,
just keep sending the checks until SSA stops sending the to you. The change over will begin at that time, the new payee is processing the paperwork now. I told them that the check would go to you until they began receiving them, I do not want the checks sent back to SSA,
One of the first checks you send should be for $375.00 dollars, and all the others for $670.00 Dollars,
I need the $ 375.00 Dollar check is to catch up on my rent, the other checks are to be for $670.00 Dollars.
dan

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: Danny Wells <wellsdannyw@aol.com>
Sent: Thu, May 19, 2011 7:27 pm

137

Subject: Re: More checks are needed

#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 #aolmsgpart_1_2eb66836-1387-4f19-a7a7-c2a5005fa4aa td{color: black;} #aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 #aolmsgpart_1_2eb66836-1387-4f19-a7a7-c2a5005fa4aa p { margin: 0; }
Dan, ok, no problem, when will I get the letter from SSA, that I'm no longer your payee? Will the next check on June 3rd, go to your new payee?
Also, Who is the CC: info@saudiembassy.net?
Jayne

----- Original Message -----
From: "Danny Wells" <wellsdannyw@aol.com>
To: ljaceon9@comcast.net
Cc: info@saudiembassy.net
Sent: Wednesday, May 18, 2011 9:43:29 PM
Subject: More checks are needed

jayne,
813 N. 12th st
Springfield Illinois 62702
I have received the three checks you sent, now
Send more checks to :
1646 Cabrillo Ave # 17
Torrance California 90501
make the checks for $670.00 Dollars
Until the account is down to a ZERO Balance
dan
88888888888888888888888888888888888888888888


DANNY M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
To Elisabeth Foutidou
Consul General
Embassy of the Hellenistic Republic of Greece
compressed air to form a sub straight,
To conduct electrical ions from the atmosphere
The air is compressed in graduated sections
to the compression to compare to ferrite of some type,
then the ferrite is connected to some type of engine,
Negative , charges are formed by insulated ferrite into a ferrite container to create a negative charge, then connected to the engine.
The purpose is to reduce electrical ions from the atmosphere
I may have this documented already, Can you find out if it is patented or not?
Danny M. Wells
888888888888888888888888888888888888888888888888



TO THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

From Danny M. Wells

1646 Cabrillo Ave # 17

Torrance California 90501

I require all parties to this communication to NOTE that the Building at 1646 is PART of an Estate, the Estate of Danny M. Wells 353565347. I Danny M. Wells am the Administrator of my own Estate,

The problem is that for some reason the Accountant that is in contact with the Manager of the BUILDING Room 201 insists that I the owner of the BUILDING and the Administrator of my owne ESTAE have to pay to the accountant RENT..

I have been here almost 6 months and I made about 1 1/2 payments toward rent ,

I had my PHOTO IDentification stolen, and I use Y163915, which is a Los Angeles County Sheriff Notice to Appear. The NTA has fingerprints associated with it. And that number is the **CODE for the Fair Employment and Housing that I** Danny M. Wells are in fact in the 1646 BUILDING.

I require the California Fair Employment and Housing to notify the Chief Justice of the United States District COURT Los Angeles California, and the United States Department of Justice, Office of the Inspector General antitrust unit

Continued EXPRESS MAIL EG264757102US

DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL

950 PENNSYLVANIA AVE N.W.

ROOM 4706

WASHINGTON D.C. 20530

That my idenity as the owner is verified, As I note for all parties that I have filed several Complaints about this building and others in Los Angeles COUNTY with the Department of Fair Housing and Employment

**ADDITIONAL CODE MY ROOM # 17 is the Embassy of Italy,,,,**

**ISSUE**

I do not have any CASH,

I do not have the money to pay my rent.

As the Owner of the building I do not want to pay rent.

The **accountant and the Manager** are to be told by the Department, the Chief Justice, and the Office of the Inspector General that I own the BUILDING, that I do not have to pay anyone to live in my own building, that the acauntant is causing trouble asking me for CASH when the accountant KNOWS I own the BUILDING, that managing ones business in order to prevent me from managing my business affairs, that managing ones business affairs from a car is an insult to the maximum to an owner of so much REAL PROPERTY in Southern California that the only INTENT is that the accountant is involved in a continued Violation of the Falstaff Act,

They are to be told that I have the COMPLAINT filed with the Office of the Inspector General, and I have filed the complaint with the USDC as a report and request for remedy under the USDC COURT ORDER in regard to the USDC being the permanent SUPERVISOR of the ESTAE of Danny M. Wells 353565347,

FURTHER that all parties of any legal recognition as far as the Accountant, or manager be included in this PHONE CALL,and that said partes assend , defer, legally recognize

*139*

that they are in VIOLATION of California law, and the furtherance of a Violation of the Falstaff Act, A USDC COURT COURT ORDER, or a BURGARLY as I the owner will insist that the Office of the Inspector General REMOVE everyone from the building, and prosecute all the person who continue to interfer with my use of my building.
FURTHER THIS OUTLINE OF HOW I FEEL ABOUT THE SITUATION IS WHAT some party some where apparently want for their own political purposes,, and I note that an owner who is willing to just pay the rent, and has his ID stolen, his mail cant be delivered properly cant cash a check, can get money he deposited because of the ID card situation has to be because of some other reason.
And I think that it is that various parties are hostile to the fact I own the building and many others, hostile to the fact I said I owned the building, hostiel to the fact they know they are not wanted in or around my property, hostile to the fact I sued them before and they are just trying to cause trouble and EXTORT me again.
The manager was interviewed by me in 1978 when I was a student at Capitol area Vocational Center Springfield Illinois, and I hired him, the money from any rental of room through the
years was to go into my Personal Bank account, now that I have said that O.I.G. where is that money,
Where did the accountant deposit it really, I paid the purchase price of this Building, I paid the taxes in advance witnessed by none other that the MAYOR of the City of Los Angeles California, and I paid in advance some 30 years, after that the taxes were to be paid by the Embassy of Saudi Arabia Washington D.C.
Now is it possible that the parties to this phone call I require could they all contact the Embassy and the Mayor to get to the bottom of this,
As I know The money was expended, and as usual the income from my property always ends up in some dam condition wherein I cannot get to it, there is always this CONSTANT NEED TO VERIFY MY DAM IDENITY,
Could their be some issue with Buckingham Palace involved with accounting , and I being in the Embassy of Italy , is there possibly some Just hate for England if I the KING OF ENGLAND chose to pay in advance in 1978 the cost to have this room # 17 designated as the EMBASSY of Italy,
Now do you think that an English accountant is going to be honestly responsive to the OWNERSHIP of the BUILDING or is he going to hem and haw about who owns the BUILDING because he has been sendin all the dam income to some one I just hate,,
So where is the money or do they have some broke down bull shit explainaiton,, I my self with all the dam wealth I have , mad at best 40 K a year for about 2 years, and 37 K a year fo about 4 year before that and 32 k a year for about 7 years before that , the remaning years were less that that, or no income at all.
NOW, ! tell me some dam other party , any party involved in all this bull shit needed the KING OF ENGLANDs money from this building and you think I would have mercy on you! I don't care if you eat!
Danny M. Wells
6/4/2011
and documents in the possession of any party to said phone call may incorporate them,,
and of course the IRS can veriy my income , which is all any one wants to know that they

140

had phsyical possession of more dollars that I have,
8888888888888888888888888888888888888888

(NOTE TO THE SSA HEADQUARTERS YOU MAY DISCLOSE TO THE ACCOUNTANT AND THE MANAGER REFERED TO IN THIS DOCUMENT THAT I AM THE OWENR OF THIS BUILDING AT 1646, I SHOULD HAVE VERIRIFCATION OF THAT FACT IN MY OFFICE AT THE SSA HEADQUARTERS BALTIMORE MARYLAND, OR IN MY EMERGENCY NOTIFICATION SSA OFFICE IN FLORIDA,,,I THINK IT IS SARASOTA,, AND THE CONTACT PERSON IS IN FACT DON JOHNSON,

The Sarasota OFFICE is to be notified that I Have a REAL problem with Laura Jayne Wells Morrison, that Don Johnson is to take action ,,,, The SSA is to get me Cash MONEY now to the 1646 address,, By taking the cash from Laura Jayne Wells Morrison and sending the Cash as much as possible to me...

PROBLEMS
1) 6 checks have been written against my account at INB and the 6 checks have been received by the MANAGER, those checks are not to be interefered with as I may some day just cash them for CURRENCY..The manager is holding on to them as a security NOW, why he just does not cash them is unknow, it probabaly has something to do with recognizing that the account belongs in fact TO THE KING OF ENGLAND and when the party has to accept them and cash them they have to recognize I am the KING OF ENGLAND and in turn they have to do something they do not want to do,, So their objective is to avoid cashing the CHECKS as that is evidence that they have been lying to people for 40 years now, and they are in financial debt.

2) Jayne is a problem sa I am debriefing as to my past, and the fact is Jayne turned out to be a tratior to me in many respects, and people came to like jayne not knowing what jayne had done to me over the last 40 years, Because what jayne is,,, is not know by every one people favor jayne over me and people do not do my will, they listen to jayne and the position that there is some misunderstanding by me , There is no misunderstanding,,, THE SSA has several documented attempts by jayne and Betty Evelyn Campbell Wells intending to murder me that Johnson is surprised I am still alive,,

THERFORE jayne thinking I forgot my past will not recognize that when I say you can do the job you promise to do or just quit that the SIGNAL IS you are through..

3) The next concern is all these e-mail I sent to Jayne place of employment and jayne has not responded at all, there are some three e-mails and no response, the e-mail are also sent to the INB bank, which apparently did not even have the courtesy to tell jayne anything, or to even send the personal check renewal order form I asked for on the telephone about 3 weeks ago.

So these parties just do not work for me ,, so I have to complain to the SSA to contact all these people to get cash,

4) I have to have cash because I donot have my ID card due to a assault it was stolen, The New Photo ID was not at the USPO after 3 weeks of it being mailed out, my mail is apparently finally being sent to the USPO in Torrance General delivery and I received one pice of mail that had the old 13770 Sayre Street address on it,,So the mail is being held up somewhere between the DMV and the USPO, without the ID CARD I cannot cash a Check at the BANK, and I cannot get MONEY from Fidelity Investments, I have $6,000.00 dollars in the account there and I cannot get any of it out, I was able to deposit it without an ID card, and had one check issued for my rent , which was returned after Fidelity sent the check and would not pay the check after the mgr sent it in holding it for two or more months, the Account was frozen until I show Fidelity a dam ID card, so the who thing is a set up,

5) So I require the SSA to pay directly to this Manager in 1646 Cabrillo Ave # 17 Torrance California 90501 CASH to pay my rent every month,

The problem is after having the checks the accountant does not want to cash them, so the bill you see is 670.00 dollars for some 6 months, so what is happening is what ever I am not able to do is

141

what these people want, and they want that to push everyone around so everyone has to to do the extra ordinary , because these people cannot stand the fact I control, so they want to see CONTROL and I authorize conplete control of every person involved in this,, NOTE FOR (The Office of the Inspector General ) From the President of the United States of America For Life,
6) After I get the 6) checks from Jayne.I am then asked to get Cash from jayne who does not cooperate after three e-mails, then I am told I have 6 days to get the cash some how because the accountant will not accept CHECKS but hey will take them after I was in the building for 5 months without paying and I am told dam near every day that I have not paid my bill, Can you appreciate the condicention here,
So now the SSA has to send Cash to me so all the other god dam SSA cheats can have emergency cash disbursal, I know what this is,,
Cash dispersal is always to do crime, very few people need that unless they want to do something under handed like impersonate some one at the SSA OFFICE get the Cash and gone,,( NOTE) so the next step is these dam people who want a retna scan people, then it is the cancer in the eye LAW SUITS,, I know what this is, to create the situation where the SSA recipienct lost their ID so SSA becomes a BANK, and then gets sued...
7) SO WHAT THE DIRECTOR SAYS IS THAT THE DIRECTOR , WHICH IS ME, CAN HAVE CASH DISPERSMENT, ALL OTHERS CANNOT.
8) So I need the SSA to send the balance in the INB account by Federal Ex Mail, or Registered Mail in CASH dollars so this dam accountant who is probably my enemy is happy, and send all the cash from the INB account,,
9) The last issue is my change of PAYEE, they have not responded after I signed the authorization
Mr. Wells,
Ms. Edwina Donaldson will contact you within 24 to 48 hours to schedule an appointment to meet with you.
SEE the following
*Gratias Tibi Ago,*
**Paul D. Lovette**
**Executive Manager**
**D & L Representative Payee Services**
**a 501(c)(3) Non-Profit**
**P: 951.254.3032**
**F: 951.324.9660**
www.dlrps.org
SO I HAVE SIGNED THE AUTHORIZATION AND I MAILED IT, AND I HAVE NOT HEARD FOR THEM SINCE, So I do not want the deposist at INB to be sent back to the SSA as that would prevent me from obtaining enough cash to pay my rent up to date.
I have to have 6 months of Cash 670.00 x 6 monhts plus late fees...about $ 4,000.00 Dollars cash I need just to catch up,, and the fact is the manager said for me to get 3,000.00 dollars which by the time I got the 3,000.00 I would be behind by 1000.00 dollars to just keep on with the nonsense,,
Danny M. Wells
on 6/4/2011 I sent the three e-mails refered to herein by AOL e-mail,, not windows live e-mail,, and the point is that jayne will say to the SSA investigators that she did not check windows live e-mail,,, and the fact is that junk e-mail will go to windows live mail, and and some e-mail will not transfer, all the important e-mail will not transfer, and if you do not have the internet , which I do not you cannot check you dam Aol e-mail all the time and you cannot send Aol e-mail all the time, only Windows e-mail and the point of it is

142

this that without cash money a person has to just walk all over creating to get your dam affairs together, to eat you walk 8 miles, to use public facilityes you walk 6 miles. And it is all a set up because all these people know I came here to transfer my Curency and to move my gold and that is the point of it all,,,

Danny M. Wells
So I have 6 days to pay these people to stay in my own building,and I tell you it ant going to be good for many after I get done with being harrassed,,,

To Jayne,
From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
I am making a COMPLAINT OUT ON YOU Jayne,
I have been told that I will not be able to stay in my room after some time within the next 7 days, Now I want the cash sent to me, and if you do not respond I will also file with the state, the SSA is now notified that you after being told of the problems with you that you just do not get it at all.
I require the Cash , no long drawn out verification of my idenitiy, is their some dam problem with my account now that I want my Cash, You sent check which the manager took as security against having been here for over 5 months, now does it sound like I can wait for you, I am not waiting for you, and I am not going to to kiss your ass is what you want just, send the dam cash, until the account is in someone elses hands.( YOU THINK I GET TIRED OF THE MANAGER TALKING ABOUT THE ACCOUNTANT WANTING CASH AND NO CHECKS, WHO OWNS THIS BUILDING IF IT HAS THE EEMBASSY OF ITALY IN IT THAT I PAID FOR IN 1978, and why is it that every one has to know every dam thing about some one , to the point they concocet a goddam crisis to make peole tell their whole dam life story, as if that is the cost to be able to live. There are many dam things people who know don not want to tell you , perhaps that is why they never say anything at all to you, so just do you job and do wahy you said you would do, until someone else come along and says you are through.
SSA in this circumstance I need this person to be contacted as I have a few days to put cash in this managers hand, and it is the fact that he knows their has to be some kind of problem with jayne if I can get some dam checks 6 of them to be exact but no CASH . NOW I have to do all of this notifing this person and that person , and apparently begg someone for my benefits. I am not going to beg anybody.. JAYNE NEEDS TO BE CONTACTED BY SSA TO FIND OUT WHY THE CASH HAS NOT BEEN SENT, AND TO CALL THE manager in ROOM 201 and tell him that JAYNE is the problem 1-310-618-9003, I have e-maild JAYNE and did all the bullshit identification verification, and told SSA that JAYNE IS A PROBLEM, THE BANK IS BEING TOLD SSA is being told, and what more am I truly obligated to do nothing more, I have a residence, I have benefits, I have told Jayne what to do, for 10 or more days now, so what is it?
I have about 7 days until I have to leave where I live and for what , because I do not get along with someone, what concern is that to any one but me,,

Danny M. Wells
353563547
Addendum ,
Jayne,

143

When you send the Fed Ex MAIL, put on the form Valuable, and find out what the insurance is on it. Send $3,000.00 Dollars cash on this first cash Fed Ex Mail. If there is a problem with Fed Ex Mail send it by REGISTERED MAIL and pay the insurance on the mail.

The Manger wants Cash, when the cash gets here he will give me back the checks, DO NOT contact the BANK about the CHECKS the Manager has in his possession, I will either send them back to you , for accounting purposes or I will cash them when I get my Identification Card . As that is the problem I do not have ID and if I took them to a bank nearby I could not get cash for them,,

So send $3,000.00 Dollars in cash, by Fed Ex Mail or by Registered Mail..

Dan

5/29/2011

*************************************************

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501

Jayne,

The Manager of the building has said that he did not usually accept CHECKS, and He has informed me that He wants Cash, So send me a **Federal Express Mail with CASH in it**, send me all the money that is in the accounts, all of it in CASH and it has to be CASH sent because I do not have MY ID Card and I cannot cash the check you have already sent..send the CASH in 2 DAY mail,,the last two letters were not two day mail, I want to sign for the mail at the above address. And I will be waiting for the mail. It is 5:35 PM and I do not know when you will get this e-mail, but I will expect the mail in 2 days.

Dan

*****************************************************************************
*********************

To the United States Social Security Administration
I am contacting you from california after hours, please review this e-mail sent to my SSA PAYEE, I am in the process of changing PAYEES and I need this old PAYEE to send money from my Bank account, and this is the second time she has played games with me, and I am tired of it, I am not sure if she has been contacted by the NEW PAYEE or not, and I do not want the MONEY to be sent back to the SSA as that would take to long,
NOW the situation is that I do not have a PHOTO ID CARD and the Landlord will take a check, SO I require Laura Jayne Wells Morrison to simply follow the instruction,it is possible for the INB bank to follow the instructions and just go around Jayne , but that would be to simple for any one involved, everything has to be just run into the ground, and it is always that parties know each other and it is revenge, SSA recipients get bounced around like a ball, to be put in every bodys face because some one some where wants to make trouble for someone else,
NOW let use get it right this time, and pretend like the OWNER and financier of the whole SSA doesn't know what is going on because he has schizophrenia, which doenot mean they are stupid!

Jayne,

144

, I have to have a check in **addition to the below checks in my e-mail message below** sent. So send a check for $ 700.00 Dollars,,,, As I am behind **that additional amount ;** I was informed of this by my land lord TODAY jayne I did not know it until he told me at about 5:00 PM today and I sent this e-mail about an hour after I was told, so **send another Fed Ex MAIL** with a $700.00 DOLLAR CHECK in it.

FURTHER it is 5/24/2011 and I was sure you were going to sent the second mailing of CHECKS by FED Ex as I asked for in the message below. UNDERSTAND JAYNE THAT THE LAND LORD WANTS TO BE PAID, AND WHEN I TELL HIM YOU ARE GOING TO SEND THE MONEY HE EXPECTS IT BECAUSE I TOLD HIM THAT I TOLD YOU TO SEND IT FED EX, FED Ex only takes 2 days, and that is the reason I send you e-mail so I will have the CHECKS with in two days,,...

dan

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
California Drivers License A6712910
353565347

Jayne
the Landlord knows me, and they have a way to process the checks, I talked with INB bank on the phone, and I have INB sending me paperwork incase their is any money left in the account after dealing with the new PAYEE, so the INB bank is aware that I live at 1646 Cabrillo Ave # 17 Torrance California, If you put a name on the Check it will confuse the accountant, and delay processing time, **Now remember I need to have one check for $375.00 Dollars, and the rest of the checks for $670.00 Dollars,**
Sent the checks FED Ex so they get here fast , today is the 22 May 2011 and **I owe the $375.00 Dollars for the last rental period.**
My cell phone is off now, because i did not have any cash to pay the bill Jayne,
As a child Jayne
You knew Mike Morrison prior to 1977
Betty is afraid of Cats
we Knew Julian Pujuan, and Pasely Basdale, Prior to 1977
They both ended up working at Gateways Hospital with me 1993
And you know what Marry Ann Convertino is to me, she also worked at Gateways Hospital with me 1993 and Ann works for the Los Angeles County Court system Probation Department, and Her Hip is fine now, after her accident caused by , the MOSELY girl, that ended up as Prostitute in Springfield Illinois, for that guy who is an Actor now.
And you know about the Whiskey that Arnold and Dickey left in the ice box that turned white in color,
and the popsicle you threw at me and hit me in the temple,
And when you me and the Actor Will Smith was in the Car and talked about race, and will smith told you who I was married to according the the Records in Springfield Illinois, and who owned te house at 1714 East miller street ,, and

145

were in that house to see me.
That Al Pacino
Robert Redford
Ben Aflect
Adam Sandler
Jerry Lewis
Michael Madsen
Paul Michael Glazer
Brad Pitt
Jan Michael Vincent (And I were known as Jan Michael Vincent)
Joe Pesci
John Clease
Michael Caine
Sally Field
Sophia Loren
Kenneth Brannagh
William Shatner
And the CAST of Star Trek all drank whiskey with Arnold
Danny Trejeo
Mayor Villaregossa ( City of Los Angeles)
Diane Keaton
Michael Keaton
Stacey Keach
George Perpard
George Segal
Momar Kaddaffy
EG Marshall
Orson Wells
Peter Lawford
Kevin Costner
Alec Baldwin
Kim Bassinger
Tom Barrenger
Prince Charles Prince of Wales
Richard Milhouse Nixion
General Douglas MacArthur
Johnny Carson
Ed Mcaman
Doc Severerson
The Hells Angeles
Hulk Hogan
Andre the Giant
Danny DeVito
Joseph Piscapo
Elizabeth Montgomery
Linda Carter
MONK
Steve Mac Queen

146

Paul Newman
Wes Studi ( Geronimo)
Brian Dennehy
Diane Lane
John Travolta
Tom Cruise
Steve Martin
Tom Hanks
Bruce Willis
Demi Moore
Greg Kenner
George Clooney
and they know my life in that house, and they tell me things about Betty , and other people in those years..
so just send the checks jayne, send the checks
**FROM dan**

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: wellsdannyw <wellsdannyw@aol.com>
Sent: Sun, May 22, 2011 1:59 pm
Subject: Re: More checks are needed

#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 p { margin: 0; }
Dan,
Don't you recall, when you came to Illinois, we went to Social Security office, and we just had to fill out paperwork and show Identification and that was it. I just wish I could put your name or landlord in the "pay to the order line"....
ok, well, I will send the check for $375.00, then send a couple at $670.00. Then let me know you got those. But could you answer a childhood question that only you and I know, then I will know this is all ok. Or, you can call me at 217-971-2446 (my cell). I learned alot from you Dan, about being cautious. I just want to be sure this is you. ok?
Jayne
----- Original Message -----
From: wellsdannyw@aol.com
To: ljaceon9@comcast.net
Sent: Sunday, May 22, 2011 9:59:25 AM
Subject: Re: More checks are needed

Jayne,
just keep sending the checks until SSA stops sending the to you. The change over will begin at that time, the new payee is processing the paperwork now. I told them that the check would go to you until they began receiving them, I do not want the checks sent back to SSA,
One of the first checks you send should be for $375.00 dollars, and all the others for

147

**$670.00 Dollars,**
**I need the $ 375.00 Dollar check is to catch up on my rent, the other checks are to be for**
**$670.00 Dollars.**
**dan**

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: Danny Wells <wellsdannyw@aol.com>
Sent: Thu, May 19, 2011 7:27 pm
Subject: Re: More checks are needed

#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 #aolmsgpart_1_2eb66836-1387-4f19-
a7a7-c2a5005fa4aa td{color: black;} #aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993
#aolmsgpart_1_2eb66836-1387-4f19-a7a7-c2a5005fa4aa p { margin: 0; }
Dan, ok, no problem, when will I get the letter from SSA, that I'm no longer your payee? Will the
next check on June 3rd, go to your new payee?
Also, Who is the CC: info@saudiembassy.net?
Jayne

----- Original Message -----
From: "Danny Wells" <wellsdannyw@aol.com>
To: ljaceon9@comcast.net
Cc: info@saudiembassy.net
Sent: Wednesday, May 18, 2011 9:43:29 PM
Subject: More checks are needed

jayne,
813 N. 12th st
Springfield Illinois 62702
I have received the three checks you sent, now
Send more checks to :
1646 Cabrillo Ave # 17
Torrance California 90501
make the checks for $670.00 Dollars
Until the account is down to a ZERO Balance
dan
888888888888888888888888888888888888888888888888

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
To the United States District Court Central District of California
Chief Justice of the USDC
FROM DANNY M. WELLS
353565347

148

California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
All natural disasters are due to activity by HOL using the United States Air Force, The USAF did not have a real mission in 1977 . The USAF was used to employ the RICH So HOL invited USAF service members to their homes and bribed them. Then the USAF just did all type of DEBATURY to the people of America, USAF interfered with cash machines, cars, people genitals, Bones , blood organs, sight, heart, and hair, to EITHER transfer the vary genetic code of a Anglo women to a nigger,, so some member of HOL or his children could fuck a nigger and Fantasy's that the nigger was the real thing...
I knew about that and I were threatened by (Smalls) a sgt I worked with in Seoul south Korea as a Customs Inspector,, Smalls was sent by the Illinois National Guard because the nigger girls were being paid to fuck,, and that was why people did not think anything wrong with Anglos dating and marrying these niggers as they felt like Anglos,
And when the effects began to wear off the nigger had to pay for more treatments, which meant CONTRACT MURDERS, and prostitution, and infecting Others with HIV, or HERPES which was preferred as you could destroy the RIGHT to ASCEND to a MANTEL, and you cold BLACKMAIL them....That was what I learned about the USAF,,
When I was a student at Capitol Area Vocational Center Springfield Illinois I was intimidated while completing my drawings, The construction was to be paid for out of my pocket, and all I got was Mel Gibson, the Windsors, Sandra Elizabeth Bullock, Keith Cooper, Ellen DeGeneres, Copenbarger, Dick Chaney, the Queen of England, Brian Denneghy, Lance Ospery and the other two niggers of OPCC, just harassing me every dam day about paying for this or that, and the fact were that I was not going to have anything to do with any of them , They all had financial destruction in their history, and they came over to me to steal,, They wanted me to [pay for buildings L would never see or use.
HOL continually told them that I did not own the CURRENCY, and after I proved it to them with the US Supreme COURT decision they took the position that they could steal the wealth from me by AN INTENT TO act in a manor that was to AMELIORATE THE ESTATE, every dam thing they did was to shysters me,,1978
At night my drawings were taken to the god dam MASON meetings and discussed by Copenbarger, Mel Gibson, Sandra Elizabeth Bullock,
Changes were made in my instructions in other peoples hand writing, my hand writing is distinguished, and some times those changes were not caught or were followed as I did not have cooperation. And I did not want to even Build a god dam thing I hated these people so much,
what these people wanted to do was to make the property PUBLIC PROPERTY, or to give the property to a foundation so some god dam member of HOL could wheel his bastard children into the whole area rent free, that was what they wanted to do, and then it would be a lock out , Many of these properties I own have the dam name of a penniless HOL member that just stole the property, and if I showed up they all pretended they do not know me from ADAM, if I stay to LONG these smart asses go to call the police who are children of HOL members,,

149

Volunteers of America is owed by me VOA ended up scamming people as Bullock would contract people for their Organs, or their brain etc,

England hated Moroccans because Moroccans would not FUCK Englishmen for nothing in the world,, the English hated the Moroccans so bad that HOL used the USAF to give all the Moroccans Cancer in Springfield Illinois,, That was how Dickey lane died he died of Cancer.

The Windsor Family has control of the Military Intelligence equip in Springfield Illinois that was from England, The BSS has M.I. equipment, and Camp Lincoln had M.I. equip, as well as every other country represented in Springfield Illinois,

WINDSOR , Mel Gibson, Sandra Elizabeth Bullock, the Bosnians, The Bush family, The Chaney Family,The US Congress members, MENSA

( hate Mensa so much that I just frothered at them, because all they did for about 4 years was harass me in Springfield Illinois, and Bob Ochs of Gateways Hospital lead the charge and he did that because I got Ochs arrested for Child molestation in 1973 or so

AND Bernette Ancrum for Child Molestation 1971 ( he molested the girl who became the prom Queen of South East High school that was Raped by Denzel Washington in an alley 1972( After the GIRL was raped by Denzel Washington Paul Te Crete , a person who became my building supervisor for the building to be builit in Los Angels COUNTY, TOOK the GIRL in TO JUST FUCK HER, because she is a TURK and a rpaed TURK is spoiled GOODS, BUT Paul could not protect GIRL as Denzel Washington was facing several years in Illinois State prison if GIRL testified, so Washington JUST BEAT Paul up, to get control of the Crinimal testimony by Girl, Then Paul had to GO into the MASONS to stop Washington form BEATING his ASS every day,,, Then I had Washington ARRESTED AND CONVICTED OF TAMPERING WITH A WITNESS to a crime, and Denzel Washington went to Federal PRISON under an Assumed name, HURRICAN and that was why everyone though The HURRICAN was innocent as it was Denzel Washington in that cell ...

THEN Paul was shoved into my Capitol Area Vocational Center activities by the Masons and just fucked every dam thing up,,to pay for Washington being stopped,,( Washington and Paul were friends and Washington was know to RAPE and Debatch women for money so whit men could fuck be able to fuck them as they had been spoiled by a rape,, that tactic was used to get women who were valuable by genetics.

, and when I got out here to California here comes Keith Cooper, Ochs and Griner, and Ancrum as well as Winton ( Laura Jayne Wells Morrisons BROTHER in Fact) with there MENSA Bull Shit.

For 15 years I was harassed by MENSA, all because of Ochs from 1973 and DAVE NUNEZ of 1970 also a child molester I caught,

as well as KEITH COOPER another CHILD MOLESTER I CAUGHT 1971 )

, Kenneth Brannagh, Emma Thompson were ALL in the Illinois National Guard and could go on to post and they ABUSED the M.I. equipment,,with illegal transmissions,,, ( THE EQUIPMENT IS FOR LISTENING , AND THESE PARTIES WERE MAKING STATEMENTS IN TO THE EQUIPMENT AND THE RULES ARE THAT YOU ARE JUST TO LISTEN, IF YOU MAKE STATEMENTS YOU EFFECT BEHAVIOR, AND THAT IS A VIOLATION OF INTERNATIONAL, AND FEDERAL LAW.

All the actors in America were involved in this, as well as ALL THE PEOPLE OF

150

SPRINGFIELD ILLINOIS,,,,When the Civil litigation was completed they were so ashamed that they would not come out of their houses, and they wanted to murder me,, And betty just operated to get me out of the house to be shot by anyone, the British Military were just assigning about this,

AS THE POINT WAS THAT ENGLAND WAS TRYING TO STEAL MY WEALTH AND WOULD NOT recognize that I have obligations all over the world in fact, They just could not get it around there DAM head that England is not that important,, they could not accept it, not the fact that I were corrinated KING in three or four different areas of the WORLD, the English would not accept that I was KING in three location other than England before England came along, And they never used M.I. TO DO ANY THING TO ME England used M.I. to get me to give them money against my will,,,

And the point of it is this IF THE COURTS AHD DECIDED IN ENGLAND'S FAVOR THAT THE CURRENCY WAS THEIRS AS A PUBLIC PROPERTY , AND I WAS NOT THE KING OF ENGLAND , WHY DID ENGLAND USE M.I ON ME FOR ANY REASON AT ALL,,

THE CIVIL LITIGATION BY SYRIA IS SO MUCH EVIDENCE TO THE POINTS HERE IN ESTABLISHED THAT THERE IS NO ARGUMENTS AT ALL AS TO OWNERSHIP OF THE CURRENCY OR THE INVENTIONS,,,

The Syrian Military that watched me for years in Springfield Illinois as Syria does with any child that is not in Syria FILED COMPLAINTS with the State and the Federal COURT systems ,, DISTRICT APPELLATE AND the SUPREME COURTS. They obtained a JUDGMENT AGAINST ALL THESE PERSONS AND PARTIES AND THESE PERSONS AND PARTIES NEVER PAID A DIME,,,

The only person who was exempted was SIGOURNEY WEAVER, and that was because this Sigourney Weaver was the real one, not the Actress who was the Sigourney Weaver that we wanted,,

the Actress purchased the name Sigourney Weaver,, the real one decided not to go to Hollywood and she sold her name , as there are only so many slots to be filled.

The Bullock name has been sold 4 times now, all four Bullocks have been involved in the Falstaff Act Violation,, and the real Bullock is also involved in the Violation, ands All 5 were sued,

Under various names.

I require that the Embassy of Syria be contacted to obtain the civil court litigation records REGARDING THE MISUSE OF MILITARY INTELLIGENCE EQUIPMENT, and that said records be incorporated for a PAROLE OF THE EVIDENCE IN SUPPORT OF THE finding of FACT in the allegation of a CONTINUING Falstaff Act Violation and THE RECOMMENDATIONS MY ME THE ADMINISTRATOR AND OWNER OF THE ESTATE, SENT EARLIER ,,,, herein incorporated in this part of my CONTINUING COMPLAINT

info@syrembassy.net

Danny M. Wells

6/4/2011

######################################################################### ##############################

**INCORPORATED portion of THIS Part 16 CONTINUED COMPLAINT**

**Note to the Royal Embassy of Saudi Arabia Washington D.C. this is a public Document for**

151

distribution
Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
To the United States District Court Central District of California
Chief Justice of the USDC
FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

## ADDENDUM

The administrator of the Estate recommends that the COURT ORDERS from the US DISTRICT COURT of the Northern District of Illinois be enforced. The ORDER was obtained in about (1976) The Administrator of the Estate recommend that the COURT ORDERS from the WORLD COURT of ( 1969) be enforced, the WORLD COURT of (1969) was in Istanbul Turkey, that COURT is not identified as the Supreme Court of the Republic of Turkey. The Administrator notes for the Chief Justice of the USDC that the Administrator of the Estate was FIRST a WARD of the WORLD COURT of (1969) to the age of 50 years, because the VIOLATORS of the FALSTAFF Act which the WORLD COURT cited were so virulent.

The Administrator Recommends the COURT ORDERS from the US appeallate COURT 7th Cir, 9th Cir, and US Appeallate COURT of the States of New York (1970 to 1977) be enforced

The Administrator Recommends the COURT ORDERS from the United States Supreme COURT ( 1971 to 1975) be enforced.

The Administrator Recommends that ORDERS and other actions by the United Nations be enforced ( 1970 to Present)

FURTHER England being a defendant in the WORLD COURT of (1969), created different world COURT in London England ( without authority) that committed a VIOLATION of international LAW, by violating the JURISDICTION of the Istanbul Turkey WORLD COURT. THE DIFFERENT WORLD COURT OF ENGLAND simply began to litigate the WORLD COURT of Istanbul Turkey case in ENGLAND (1971), and issued an ORDER that the USDC, the US appellate Court 7th, 9th and the Cir of the State of New York , as well as the United States Supreme Court ( 1971) RULED against,, all THREE Levels of the Judiciary RULED against this English World COURT in as early as 1971.

THEN the ENGLISH just refused to to obey, after the the technology that verified I was the person who invented the products that produced the MONEY, and ENGLAND would not transfer the CURRENCY in (1971) So the CURRENCY BILLS the dollars themselves had to be obtained from Saudi Arabia, and the currency held by England had to be BURNED, the President at the time PRINTED MORE MONEY and sent it to ENGLAND, and destroyed the American economy, Because the President of the United State of America wanted to be the KING OF ENGLAND, and the President of the United States of America wanted to be a KNIGHT.

His Brother Bobby Kennedy and I argued and you know how we communicated,,, That was the origin of the film Jimmy HOFFA, the Kennedys sided with the THEN QUEEN OF ENGLAND to STARVE AMERICANS. THE Currency had to be taken from ENGLAND because ENGLAND was using the Currency to pay for grown CROPS in AFRICA at 5000% increase of cost. A potato cost ENGLAND 1000.00 Dollars to grow because of what WINDSOR had gotten himself into. ( reference Gabriel Byrne) So I the KING of ENGLAND would not let ENGLAND KEEP MY CURRENCY,, and I were hated for about 14 years after that , 14 years of slander, liable, assault , murder attempts, malicious prosecution, attempted rape, white slavery, crimes against humanity FOUND BY THE UNITED NATIONS ( 1975)

I was made a ward by the United Nations , until England went all around the dam world to find others to become wards of the United Nations, that is how niggardly England is.

152

Danny M. Wells
6/4/2011
*******************************************************************
This is the Policy regarding the Real Estate in the Continental United States of America that I Danny M. Wells 353565347 , California Drivers License A6712910 Own.
To the United States Office of the Inspector General and To the Royal Embassy of Saudi Arabia Washington D.C. REFERANCE the Supreme Court of the Republic of Turkey ( WORLD COURT OF 1969)
The following are RECOMMENDATIONS made by Danny M. Wells the administrator of my own Estate, based upon the following e-mails sent
SEE DOJ Office of Inspector General mail sent 6/3/2011 ,,, EG972743020 Regarding additional continuations to the origional complaint sent to the O.I.G. regarding the FEDERAL TORT CLAIMS ACT merged with the CIVIL litigation of my ESTATE, and all e-mails sent to the OIG, Further the EG972743020 DOCUMENT was sent due to the FACT that transmission of said referanced documents sent from a State of California EDD Office , the BUILDING of which I own is suspected of being delayed because I were the person who sent it, and I suspect that the delay is due to my ESTATE process were COMPROMISED by parties in VIOLATION OF THE FALSTAFF ACT, and identified in the vary FEDERAL TORT CLAIMS ACT allegations, transmitted from said location to the OIG,
FURTHER that the FTCA is making a claim in excess of 100's of TRILLONS of DOLLARS due the IRS, and TRILLONS DUE I Danny M. Wells as the RELATOR,,
BECAUSE OF THIS ADDITIONAL ALLEGATION OF FTCA,, I the Administrator RECOMMEND that
1) a list of person known to be in violation of ESTATE LAWS,
2) a list of person known to be in violation of COURT ORDERS
3) a list of person known to be in a Flagerant Violation of a COURT ORDER
4) a list of persons known to be committing a crime by unauthorized control of the property on the Estate
5) a list of persons Known to be
The remedy is
1) the Royal Embassy of Saudi Arabia Washington D.C is to compose a list
2) the Office of the Inspector General is to compose a list
3) the United States Federal Bureau is to compose a list
4) the the Supreme Court of the Republic of Turkey is to compose a list
5) the Government of the City of Carthage in Tunis ( NORTH AFRICA ) is to compose a list
6) the California Department of Corporations is to compose a list
OF parties they know of whom are perpetual violators of the laws of Estate of the State of California and of the Estate laws of the United States of America, IN REGARD TO THE ESTATE OF DANNY M. WELLS 353563547
That said list is to be used by Law Enforcement in America to locate and remove said parties whom compose said lists
To Impound any and all vehicles said parties use on the Estate
To arrest said parties for being upon the Estate
To prohibit the purchasing anything on the Estae
To prohibit carring any CURRENCY on the Estate
To prohibit the carring of any means to transfer money
To prohibit the carrying of any FIREARM on the Estate
To prohibit contracting upon the Estate
To prohibit traveling across the Estate
To prohibit the use of any PUBLIC facilities upon the Estate
To offer a BOUNTY FOR SAID PERSONS ARREST FOR TRESPASS on to the ESTAE, paid by the COURT, and ASSINGED TO THE United States Marshal service for CITIZEN , or CIVILIAN preformance,
To prohibit licensure of any kind from the State of California
To prohibit earning a living upon the Estate

153

To prohibit operation of a vehicle upon the Estate

The list and the prohibtions are to be a PUBLIC document, and a COURT ORDER, that the USDC contact said parties that are to compose the lists and update the list weekly, that the list be known by all City County State Federal and international Agencys , Department , etc in the State of California, and all state agencys, departments, etc of all the states in the United States.

Danny M. Wells

6/3/2011

**********************************************************************************************

copies

To the SSA,

TO the California Fair Employment and Housing

To the Chief Justice of the United States District Court Central District of California

To the United States Department of Justice antitrust unit

Continued EXPRESS MAIL EG264757102US

DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL

950 PENNSYLVANIA AVE N.W.

ROOM 4706

WASHINGTON D.C. 20530

FROM DANNY M. WELLS

353565347

California Drivers License A6712910

1646 Cabrillo Ave # 17

Torrance California 90501

Embassy of Italy ( Honorary)

1) This building that I am in is part of my Estate, since I have arrived here I have had nothing but trouble for this alleged Accountant to the BUILDING, I am tired of hearing from the MANAGER in 201 about payment of the rent, when I have told him that I have a problem with my SSA payee, and that I have obtained 6 personnal CHECKS from the payee,, that the manager is just holding as security against the 5 months I have been here in the building,,

I also were assaulted and MY photo ID card was stolen, The card was mailed out of the DMV 50 daus ago and the USPO said they did not have it, SO I do not have a ID card to get Cash from my Fidelity investment account which is $6,000.00 Dollars.

SEE the difficulty I am having with my PAYEE, and the Illinois National Bank which was to mail me a form for a new check book, some 14 days ago,

The conclusion is that person are in violation of the Falstaff Act to the point where I have to do all these things just to live in a building I own,

and I do own the building and I established that with the California Department of Fair Employment and Housing at least 3 times in the past 20 years after I came out here to California, and it was that I decided I would have to live here while I got other affairs settled, and based upon my experience of the last 6 months I have determined that the dam people are so dam hostile that I just resolved to pay money to just get them off of my dam back.

That is why I paid CASH, and it turned out that they wanted to prevent me from even getting my SSA benefits, to force me to go through some GOD DAM 40 years of litigation again , because they think that the OPINION of The US DISTRICT COURT, in the face of a GOD DAM WRIT of CERT from the United States Supreme COURT no less is going to change. The US DC Opinnoin is not going to change,

ANd I just resent having my PROGRAM interfered with, I decided how I wanted to do things, I do not do things like YOU want I do things the way I want, and I like solw and I like to pay until I decide the I want to SUE someone for some dam reason, and I resent people trying to FORCE me over here over there , do this to that,

Andd that is what the god dam ID card business is about, it is about controling me who has $6,000.00 Dollars in Fidelity Investment, VERIFIED in current REAL time, not Cash in accounts where control was extorted from me 30 years ago where I have to just jump through hoops to take away from you, but cash right here and now.

154

NOW look at the situation I have to listen to the Manager of this building that I hired , and who testified at the hearing that I was the owner of the building, CONTINUINLY ASK ME FOR CASH TO PAY MY RENT, and he has to do that because one party wants me to claim all my buildings so they can just teas the hell out of others and try to exploit me as I am just one person,, and then I have all the people who do not belive I own the building , that I did not litigate for som 40 years in fact about my property, and if I did own it they want to say well the ownership is such that the GOD DAM building is some kind of Quazi public ownership of some GOD DAM theieving English Royal Family and that is exactly what they are , some thieves, They USERPTED THE AUTHORITY AND THE JURISDICTION OF THE UNITED STATES SUPREME COURT, THEY CONTINUED IN A VIOLATION OF THE FALSTAFF ACT, they are Terrorist in fact in their condoning policys and philosophies regarding property.

And that is what I have had to put up with , they are not welcome, and I just resent having to have the above agency get this accountant off of my back , as the property and many more are not public and they are not the property of England, or of any of my children or wife. The building is mine and has been for so many years people think they can do what ever they want to me.

And it is the fact that I do not want the manager in 201 upset, I like him and I understood some 20 years ago that his vary LIFE was in jeapardy because I was here and it was the good dam BOSINANS terrorist that Mel Gibson sent, so I left,,

Mel Gibson a Actor ran a gang of Para Military types, and when it was not Mel it was the God Dam Windsor who had to say they owned this or that and it was always my buildings, and I were just one person litigating and knowing and having to COURT orders in my dam hand and because I did not want to pay Mels , or Windsors Bills I had to put their dam ass out two or three times,

I am a quiet person ,a nd the fact is people want me to show everbody want I have so they can use SPIN FACTOR,,and I always pay the price, so what kind of conversation are I and the manger going to have when the AUTORITIES talk with these god dam account who is either their Sandra Elizabeth Bullock , Mel gibson , or the black haired girl on NURSE JACKIE that every one backed to be the Queen of England , when I the KING OF ENGLAND in fact REJECTED her and all her following, so what is really going on here, when is it that every one at the same time is time is to be told back off, and when is it that ENGALND is going to quit trying to out the case back up to get some other opinnion that doesnot result in my intent to throw them off of my Estate California, and yes the whole State of califonrina is my Estates,and you can be assured that I am not the Fist KING of England to want the ENGLISH off of my property, and I want them off becasuse I am not going to be marring no English people for the purpose of having my whole property consumed by their dam debt,

That is the whole purpose behind marring a dam english girl , to pay all he dam family debt, the English never loved me at all they wanted my wealth from my intellect, There was no dating or romance or anything just KILL people for England, fuck have a baby and give all you money to their father, so the whole family can drive by with the girl in the car to tease the hell out of you, so now I am driving right by there house and watch them strave to death , and tease them with food.

I just require my Cash or be left alone ,
*******************************************************************

To Jayne,
From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
I am making a COMPLAINT OUT ON YOU Jayne,
I have been told that I will not be able to stay in my room after some time within the next 7 days, Now I want the cash sent to me, and if you do not respond I will also file with the state, the SSA is now notified that you after being told of the problems with you that you just do not get it at all.
I require the Cash , no long drawn out verification of my idenitiy, is their some dam problem with my account now that I want my Cash, You sent check which the manager took as security against having been here for over 5 months, now does it sound like I can wait for you, I am not waiting for you, and I am not going to to kiss your ass is what you want just, send the dam cash, until the account is in someone elses hands.( YOU THINK I GET TIRED OF THE MANAGER TALKING ABOUT THE ACCOUNTANT WANTING CASH AND NO CHECKS, WHO OWNS THIS BUILDING IF IT HAS

THE EEMBASSY OF ITALY IN IT THAT I PAID FOR IN 1978, and why is it that every one has to know every dam thing about some one , to the point they concocet a goddam crisis to make peole tell their whole dam life story, as if that is the cost to be able to live. There are many dam things people who know don not want to tell you , perhaps that is why they never say anything at all to you, so just do you job and do wahy you said you would do, until someone else come along and says you are through.

SSA in this circumstance I need this person to be contacted as I have a few days to put cash in this managers hand, and it is the fact that he knows their has to be some kind of problem with jayne if I can get some dam checks 6 of them to be exact but no CASH .

NOW I have to do all of this notifing this person and that person , and apparently begg someone for my benefits. I am not going to beg anybody.. JAYNE NEEDS TO BE CONTACTED BY SSA TO FIND OUT WHY THE CASH HAS NOT BEEN SENT, AND TO CALL THE manager in ROOM 201 and tell him that JAYNE is the problem 1-310-618-9003, I have e-maild JAYNE and did all the bullshit identification verification, and told SSA that JAYNE IS A PROBLEM, THE BANK IS BEING TOLD SSA is being told, and what more am I truly obligated to do nothing more, I have a residence, I have benefits, I have told Jayne what to do, for 10 or more days now, so what is it?

I have about 7 days until I have to leave where I live and for what , because I do not get along with someone, what concern is that to any one but me,,

Danny M. Wells

353563547

Addendum ,

Jayne,

**When you send the Fed Ex MAIL, put on the form Valuable, and find out what the insurance is on it. Send $3,000.00 Dollars cash on this first cash Fed Ex Mail. If there is a problem with Fed Ex Mail send it by REGISTERED MAIL and pay the insurance on the mail. The Manger wants Cash, when the cash gets here he will give me back the checks, DO NOT contact the BANK about the CHECKS the Manager has in his possession, I will either send them back to you , for accounting purposes or I will cash them when I get my Identification Card . As that is the problem I do not have ID and if I took them to a bank nearby I could not get cash for them,,**

**So send $3,000.00 Dollars in cash, by Fed Ex Mail or by Registered Mail..**

**Dan**

**5/29/2011**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**From Danny M. Wells**

**1646 Cabrillo Ave # 17**

**Torrance California 90501**

**Jayne,**

**The Manager of the building has said that he did not usually accept CHECKS, and He has informed me that He wants Cash,**

**So send me a Federal Express Mail with CASH in it, send me all the money that is in the accounts, all of it in CASH and it has to be CASH sent because I do not have MY ID Card and I cannot cash the check you have already sent..send the CASH in 2 DAY mail,,the last two letters were not two day mail, I want to sign for the mail at the above address. And I will be waiting for the mail. It is 5:35 PM and I do not know when you will get this e-mail, but I will expect the mail in 2 days.**

**Dan**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\***

**To the United States Social Security Administration**

**I am contacting you from california after hours, please review this e-mail sent to my SSA PAYEE, I am in the process of changing PAYEES and I need this old PAYEE to send money from my Bank account, and this is the second time she has played games with me, and I am tired of it, I am not sure if she has been contacted by the NEW PAYEE or not, and I do**

156

not want the MONEY to be sent back to the SSA as that would take to long,

NOW the situation is that I do not have a PHOTO ID CARD and the Landlord will take a check, SO I require Laura Jayne Wells Morrison to simply follow the instruction,it is possible for the INB bank to follow the instructions and just go around Jayne , but that would be to simple for any one involved, everything has to be just run into the ground, and it is always that parties know each other and it is revenge, SSA recipients get bounced around like a ball, to be put in every bodys face because some one some where wants to make trouble for someone else,

NOW let use get it right this time, and pretend like the OWNER and financier of the whole SSA doesn't know what is going on because he has schizophrenia, which doenot mean they are stupid!

Jayne,

, I have to have a check in addition to the below checks in my e-mail message below sent. So send a check for $ 700.00 Dollars,,,, As I am behind that additional amount ; I was informed of this by my land lord TODAY jayne I did not know it until he told me at about 5:00 PM today and I sent this e-mail about an hour after I was told, so send another Fed Ex MAIL with a $700.00 DOLLAR CHECK in it.

FURTHER it is 5/24/2011 and I was sure you were going to sent the second mailing of CHECKS by FED Ex as I asked for in the message below. UNDERSTAND JAYNE THAT THE LAND LORD WANTS TO BE PAID, AND WHEN I TELL HIM YOU ARE GOING TO SEND THE MONEY HE EXPECTS IT BECAUSE I TOLD HIM THAT I TOLD YOU TO SEND IT FED EX, FED Ex only takes 2 days, and that is the reason I send you e-mail so I will have the CHECKS with in two days,,...

dan

*******************************************

From Danny M. Wells

1646 Cabrillo Ave # 17

Torrance California 90501

California Drivers License A6712910

353565347

Jayne

the Landlord knows me, and they have a way to process the checks, I talked with INB bank on the phone, and I have INB sending me paperwork incase their is any money left in the account after dealing with the new PAYEE, so the INB bank is aware that I live at 1646 Cabrillo Ave # 17 Torrance California, If you put a name on the Check it will confuse the accountant, and delay processing time,

Now remember I need to have one check for $375.00 Dollars, and the rest of the checks for $670.00 Dollars,

Sent the checks FED Ex so they get here fast , today is the 22 May 2011 and I owe the $375.00 Dollars for the last rental period.

My cell phone is off now, because i did not have any cash to pay the bill Jayne,

As a child Jayne

You knew Mike Morrison prior to 1977

Betty is afraid of Cats

we Knew Julian Pujuan, and Pasely Basdale, Prior to 1977

They both ended up working at Gateways Hospital with me 1993

And you know what Marry Ann Convertino is to me, she also worked at Gateways Hospital with me 1993 and Ann works for the Los Angeles County Court system Probation Department, and Her Hip is fine now, after her accident caused by , the MOSELY girl, that ended up as Prostitute in Springfield Illinois, for that guy who is an Actor now.

And you know about the Whiskey that Arnold and Dickey left in the ice box that turned white in color,

and the popsicle you threw at me and hit me in the temple,

And when you me and the Actor Will Smith was in the Car and talked about race, and will

157

smith told you who I was married to according the the Records in Springfield Illinois, and who owned te house at 1714 East miller street ,, and were in that house to see me.

**That Al Pacino**
**Robert Redford**
**Ben Aflect**
**Adam Sandler**
**Jerry Lewis**
**Michael Madsen**
**Paul Michael Glazer**
**Brad Pitt**
**Jan Michael Vincent (And I were known as Jan Michael Vincent)**
**Joe Pesci**
**John Clease**
**Michael Caine**
**Sally Field**
**Sophia Loren**
**Kenneth Brannagh**
**William Shatner**
**And the CAST of Star Trek all drank whiskey with Arnold**
**Danny Trejeo**
**Mayor Villaregossa ( City of Los Angeles)**
**Diane Keaton**
**Michael Keaton**
**Stacey Keach**
**George Perpard**
**George Segal**
**Momar Kaddaffy**
**EG Marshall**
**Orson Wells**
**Peter Lawford**
**Kevin Costner**
**Alec Baldwin**
**Kim Bassinger**
**Tom Barrenger**
**Prince Charles Prince of Wales**
**Richard Milhouse Nixion**
**General Douglas MacArthur**
**Johnny Carson**
**Ed Mcaman**
**Doc Severerson**
**The Hells Angeles**
**Hulk Hogan**
**Andre the Giant**
**Danny DeVito**
**Joseph Piscapo**
**Elizabeth Montgomery**
**Linda Carter**
**MONK**
**Steve Mac Queen**
**Paul Newman**
**Wes Studi ( Geronimo)**
**Brian Dennehy**
**Diane Lane**
**John Travolta**

158

**Tom Cruise**
**Steve Martin**
**Tom Hanks**
**Bruce Willis**
**Demi Moore**
**Greg Kenner**
**George Clooney**
**and they know my life in that house, and they tell me things about Betty , and other people in those years..**
**so just send the checks jayne, send the checks**
**FROM dan**

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: wellsdannyw <wellsdannyw@aol.com>
Sent: Sun, May 22, 2011 1:59 pm
Subject: Re: More checks are needed

#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 p { margin: 0; }
Dan,
Don't you recall, when you came to Illinois, we went to Social Security office, and we just had to fill out paperwork and show Identification and that was it. I just wish I could put your name or landlord in the "pay to the order line"....
ok, well, I will send the check for $375.00, then send a couple at $670.00. Then let me know you got those. But could you answer a childhood question that only you and I know, then I will know this is all ok. Or, you can call me at 217-971-2446 (my cell). I learned alot from you Dan, about being cautious. I just want to be sure this is you. ok?
Jayne
----- Original Message -----
From: wellsdannyw@aol.com
To: ljaceon9@comcast.net
Sent: Sunday, May 22, 2011 9:59:25 AM
Subject: Re: More checks are needed

Jayne,
just keep sending the checks until SSA stops sending the to you. The change over will begin at that time, the new payee is processing the paperwork now. I told them that the check would go to you until they began receiving them, I do not want the checks sent back to SSA,
One of the first checks you send should be for $375.00 dollars, and all the others for $670.00 Dollars,
I need the $ 375.00 Dollar check is to catch up on my rent, the other checks are to be for $670.00 Dollars.
dan

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: Danny Wells <wellsdannyw@aol.com>
Sent: Thu, May 19, 2011 7:27 pm
Subject: Re: More checks are needed

#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993
#aolmsgpart_1_2eb66836-1387-4f19-a7a7-c2a5005fa4aa td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993
#aolmsgpart_1_2eb66836-1387-4f19-a7a7-c2a5005fa4aa p { margin: 0; }
**Dan, ok, no problem, when will I get the letter from SSA, that I'm no longer your payee?
Will the next check on June 3rd, go to your new payee?
Also, Who is the CC: info@saudiembassy.net?
Jayne**

----- Original Message -----
**From: "Danny Wells" <wellsdannyw@aol.com>
To: ljaceon9@comcast.net
Cc: info@saudiembassy.net
Sent: Wednesday, May 18, 2011 9:43:29 PM
Subject: More checks are needed**

**jayne,
813 N. 12th st
Springfield Illinois 62702
I have received the three checks you sent, now
Send more checks to :
1646 Cabrillo Ave # 17
Torrance California 90501
make the checks for $670.00 Dollars
Until the account is down to a ZERO Balance
dan
8888888888888888888888888888888888888888888888**

To the SSA,
TO the California Fair Employment and Housing
To the Chief Justice of the United States District Court Central District of California
To the United States Department of Justice antitrust unit
Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
FROM DANNY M. WELLS
353565347
California Drivers License A6712910