1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
1) This building that I am in is part of my Estate, since I have arrived here I have had
nothing but trouble for this alleged Accountant to the BUILDING, I am tired of hearing
from the MANAGER in 201 about payment of the rent, when I have told him that I have
a problem with my SSA payee, and that I have obtained 6 personnal CHECKS from the
payee,, that the manager is just holding as security against the 5 months I have been here
in the building,,
I also were assaulted and MY photo ID card was stolen, The card was mailed out of the
DMV 50 daus ago and the USPO said they did not have it, SO I do not have a ID card to
get Cash from my Fidelity investment account which is $6,000.00 Dollars.
SEE the difficulty I am having with my PAYEE, and the Illinois National Bank which
was to mail me a form for a new check book, some 14 days ago,
The conclusion is that person are in violation of the Falstaff Act to the point where I have
to do all these things just to live in a building I own,
and I do own the building and I established that with the California Department of Fair
Employment and Housing at least 3 times in the past 20 years after I came out here to
California, and it was that I decided I would have to live here while I got other affairs
settled, and based upon my experience of the last 6 months I have determined that the
dam people are so dam hostile that I just resolved to pay money to just get them off of my
dam back.
That is why I paid CASH, and it turned out that they wanted to prevent me from even
getting my SSA benefits, to force me to go through some GOD DAM 40 years of
litigation again , because they think that the OPINION of The US DISTRICT COURT, in
the face of a GOD DAM WRIT of CERT from the United States Supreme COURT no
less is going to change. The US DC Opinnoin is not going to change,
ANd I just resent having my PROGRAM interfered with, I decided how I wanted to do
things, I do not do things like YOU want I do things the way I want, and I like solw and I
like to pay until I decide the I want to SUE someone for some dam reason, and I resent
people trying to FORCE me over here over there , do this to that,
Andd that is what the god dam ID card business is about, it is about controling me who
has $6,000.00 Dollars in Fidelity Investment, VERIFIED in current REAL time, not Cash
in accounts where control was extorted from me 30 years ago where I have to just jump
through hoops to take away from you, but cash right here and now.
NOW look at the situation I have to listen to the Manager of this building that I hired ,
and who testified at the hearing that I was the owner of the building, CONTINUINLY
ASK ME FOR CASH TO PAY MY RENT, and he has to do that because one party
wants me to claim all my buildings so they can just teas the hell out of others and try to
exploit me as I am just one person,, and then I have all the people who do not belive I
own the building , that I did not litigate for som 40 years in fact about my property, and if
I did own it they want to say well the ownership is such that the GOD DAM building is
some kind of Quazi public ownership of some GOD DAM theieving English Royal
Family and that is exactly what they are , some thieves, They USERPTED THE
AUTHORITY AND THE JURISDICTION OF THE UNITED STATES SUPREME

160a

COURT, THEY CONTINUED IN A VIOLATION OF THE FALSTAFF ACT, they are Terrorist in fact in their condoning policys and philosophies regarding property.

And that is what I have had to put up with , they are not welcome, and I just resent having to have the above agency get this accountant off of my back , as the property and many more are not public and they are not the property of England, or of any of my children or wife. The building is mine and has been for so many years people think they can do what ever they want to me.

And it is the fact that I do not want the manager in 201 upset, I like him and I understood some 20 years ago that his vary LIFE was in jeapardy because I was here and it was the good dam BOSINANS terrorist that Mel Gibson sent, so I left,,

Mel Gibson a Actor ran a gang of Para Military types, and when it was not Mel it was the God Dam Windsor who had to say they owned this or that and it was always my buildings, and I were just one person litigating and knowing and having to COURT orders in my dam hand and because I did not want to pay Mels , or Windsors Bills I had to put their dam ass out two or three times,

I am a quiet person ,a nd the fact is people want me to show everbody want I have so they can use SPIN FACTOR,,and I always pay the price, so what kind of conversation are I and the manger going to have when the AUTORITIES talk with these god dam account who is either their Sandra Elizabeth Bullock , Mel gibson , or the black haired girl on NURSE JACKIE that every one backed to be the Queen of England , when I the KING OF ENGLAND in fact REJECTED her and all her following, so what is really going on here, when is it that every one at the same time is time is to be told back off, and when is it that ENGALND is going to quit trying to out the case back up to get some other opinnion that doesnot result in my intent to throw them off of my Estate California, and yes the whole State of califonrina is my Estates,and you can be assured that I am not the Fist KING of England to want the ENGLISH off of my property, and I want them off becasuse I am not going to be marring no English people for the purpose of having my whole property consumed by their dam debt,

That is the whole purpose behind marring a dam english girl , to pay all he dam family debt, the English never loved me at all they wanted my wealth from my intellect, There was no dating or romance or anything just KILL people for England, fuck have a baby and give all you money to there father, so the whole family can drive by with the girl in the car to tease the hell out of you, so now I am driving right by there house and watch them strave to death , and tease them with food.

I just require my Cash or be left alone ,

**************************************************************

To Jayne,
From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
I am making a COMPLAINT OUT ON YOU Jayne,
I have been told that I will not be able to stay in my room after some time within the next 7 days, Now I want the cash sent to me, and if you do not respond I will also file with the state, the SSA is now notified that you after being told of the problems with you that you just do not get it at all.

1606

I require the Cash , no long drawn out verification of my idenitiy, is their some dam problem with my account now that I want my Cash, You sent check which the manager took as security against having been here for over 5 months, now does it sound like I can wait for you, I am not waiting for you, and I am not going to to kiss your ass is what you want just, send the dam cash, until the account is in someone elses hands.( YOU THINK I GET TIRED OF THE MANAGER TALKING ABOUT THE ACCOUNTANT WANTING CASH AND NO CHECKS, WHO OWNS THIS BUILDING IF IT HAS THE EEMBASSY OF ITALY IN IT THAT I PAID FOR IN 1978, and why is it that every one has to know every dam thing about some one , to the point they concocet a goddam crisis to make peole tell their whole dam life story, as if that is the cost to be able to live. There are many dam things people who know don not want to tell you , perhaps that is why they never say anything at all to you, so just do you job and do wahy you said you would do, until someone else come along and says you are through.

SSA in this circumstance I need this person to be contacted as I have a few days to put cash in this managers hand, and it is the fact that he knows their has to be some kind of problem with jayne if I can get some dam checks 6 of them to be exact but no CASH . NOW I have to do all of this notifing this person and that person , and apparently begg someone for my benefits. I am not going to beg anybody.. JAYNE NEEDS TO BE CONTACTED BY SSA TO FIND OUT WHY THE CASH HAS NOT BEEN SENT, AND TO CALL THE manager in ROOM 201 and tell him that JAYNE is the problem 1-310-618-9003, I have e-maild JAYNE and did all the bullshit identification verification, and told SSA that JAYNE IS A PROBLEM, THE BANK IS BEING TOLD SSA is being told, and what more am I truly obligated to do nothing more, I have a residence, I have benefits, I have told Jayne what to do, for 10 or more days now, so what is it?

I have about 7 days until I have to leave where I live and for what , because I do not get along with someone, what concern is that to any one but me,,

Danny M. Wells
353563547
Addendum ,
Jayne,

When you send the Fed Ex MAIL, **put on the form Valuable,** and find out what the insurance is on it. Send $3,000.00 Dollars cash on this first cash Fed Ex Mail. If there is a problem with Fed Ex Mail send it by REGISTERED MAIL and pay the insurance on the mail.

The Manger wants Cash, when the cash gets here he will give me back the checks, **DO NOT** contact the BANK about the CHECKS the Manager has in his possession, I will either send them back to you , for accounting purposes or I will cash them when I get my Identification Card . As that is the problem I do not have ID and if I took them to a bank nearby I could not get cash for them,,

So send $3,000.00 Dollars in cash, by Fed Ex Mail or by Registered Mail..

Dan
5/29/2011
*************************************
From Danny M. Wells
1646 Cabrillo Ave # 17

16 1

Torrance California 90501

Jayne,

**The Manager of the building has said that he did not usually accept CHECKS, and He has informed me that He wants Cash, So send me a <u>Federal Express Mail with CASH in it</u>, send me all the money that is in the accounts, all of it in CASH and it has to be CASH sent because I do not have MY ID Card and I cannot cash the check you have already sent..send the CASH in 2 DAY mail,,the last two letters were not two day mail, I want to sign for the mail at the above address. And I will be waiting for the mail. It is 5:35 PM and I do not know when you will get this e-mail, but I will expect the mail in 2 days.**
**Dan**
*********************************************************************************************
*********************

To the United States Social Security Administration

I am contacting you from california after hours, please review this e-mail sent to my SSA PAYEE, I am in the process of changing PAYEES and I need this old PAYEE to send money from my Bank account, and this is the second time she has played games with me, and I am tired of it, I am not sure if she has been contacted by the NEW PAYEE or not, and I do not want the MONEY to be sent back to the SSA as that would take to long,

NOW the situation is that I do not have a PHOTO ID CARD and the Landlord will take a check, SO I require Laura Jayne Wells Morrison to simply follow the instruction,it is possible for the INB bank to follow the instructions and just go around Jayne , but that would be to simple for any one involved, everything has to be just run into the ground, and it is always that parties know each other and it is revenge, SSA recipients get bounced around like a ball, to be put in every bodys face because some one some where wants to make trouble for someone else,

NOW let use get it right this time, and pretend like the OWNER and financier of the whole SSA doesn't know what is going on because he has schizophrenia, which doenot mean they are stupid!
Jayne,

, I have to have a check in **addition to the below checks in my e-mail message below** sent. So send a check for $ 700.00 Dollars,,,, As I am behind **that additional amount ;** I was informed of this by my land lord TODAY jayne I did not know it until he told me at about 5:00 PM today and I sent this e-mail about an hour after I was told, so **send another Fed Ex MAIL** with a $700.00 DOLLAR CHECK in it.

FURTHER it is 5/24/2011 and I was sure you were going to sent the second mailing of CHECKS by FED Ex as I asked for in the message below.
UNDERSTAND JAYNE THAT THE LAND LORD WANTS TO BE PAID, AND WHEN I TELL HIM YOU ARE GOING TO SEND THE MONEY HE EXPECTS IT BECAUSE I TOLD HIM THAT I TOLD YOU TO SEND IT FED EX, FED Ex only takes 2 days, and that is the reason I send you e-mail so I will have the CHECKS with in two days,,...

dan
*****************************************

From Danny M. Wells

162

1646 Cabrillo Ave # 17
Torrance California 90501
California Drivers License A6712910
353565347
Jayne
the Landlord knows me, and they have a way to process the checks, I talked with INB bank on the phone, and I have INB sending me paperwork incase their is any money left in the account after dealing with the new PAYEE, so the INB bank is aware that I live at 1646 Cabrillo Ave # 17 Torrance California, If you put a name on the Check it will confuse the accountant, and delay processing time, **Now remember I need to have one check for $375.00 Dollars, and the rest of the checks for $670.00 Dollars,**
**Sent the checks FED Ex so they get here fast , today is the 22 May 2011 and I owe the $375.00 Dollars for the last rental period.**
My cell phone is off now, because i did not have any cash to pay the bill Jayne,
As a child Jayne
You knew Mike Morrison prior to 1977
Betty is afraid of Cats
we Knew Julian Pujuan, and Pasely Basdale, Prior to 1977
They both ended up working at Gateways Hospital with me 1993
And you know what Marry Ann Convertino is to me, she also worked at Gateways Hospital with me 1993 and Ann works for the Los Angeles County Court system Probation Department, and Her Hip is fine now, after her accident caused by , the MOSELY girl, that ended up as Prostitute in Springfield Illinois, for that guy who is an Actor now.
And you know about the Whiskey that Arnold and Dickey left in the ice box that turned white in color,
and the popsicle you threw at me and hit me in the temple,
And when you me and the Actor Will Smith was in the Car and talked about race, and will smith told you who I was married to according the the Records in Springfield Illinois, and who owned te house at 1714 East miller street ,, and were in that house to see me.
That Al Pacino
Robert Redford
Ben Aflect
Adam Sandler
Jerry Lewis
Michael Madsen
Paul Michael Glazer
Brad Pitt
Jan Michael Vincent (And I were known as Jan Michael Vincent)
Joe Pesci
John Clease
Michael Caine
Sally Field
Sophia Loren
Kenneth Brannagh

163

William Shatner
And the CAST of Star Trek all drank whiskey with Arnold
Danny Trejeo
Mayor Villaregossa ( City of Los Angeles)
Diane Keaton
Michael Keaton
Stacey Keach
George Perpard
George Segal
Momar Kaddaffy
EG Marshall
Orson Wells
Peter Lawford
Kevin Costner
Alec Baldwin
Kim Bassinger
Tom Barrenger
Prince Charles Prince of Wales
Richard Milhouse Nixion
General Douglas MacArthur
Johnny Carson
Ed Mcaman
Doc Severerson
The Hells Angeles
Hulk Hogan
Andre the Giant
Danny DeVito
Joseph Piscapo
Elizabeth Montgomery
Linda Carter
MONK
Steve Mac Queen
Paul Newman
Wes Studi ( Geronimo)
Brian Dennehy
Diane Lane
John Travolta
Tom Cruise
Steve Martin
Tom Hanks
Bruce Willis
Demi Moore
Greg Kenner
George Clooney
and they know my life in that house, and they tell me things about Betty , and other people in
those years..
so just send the checks jayne, send the checks
FROM dan

164

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: wellsdannyw <wellsdannyw@aol.com>
Sent: Sun, May 22, 2011 1:59 pm
Subject: Re: More checks are needed

#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 p { margin: 0; }
Dan,
Don't you recall, when you came to Illinois, we went to Social Security office, and we just had to fill out paperwork and show Identification and that was it. I just wish I could put your name or landlord in the "pay to the order line"....
ok, well, I will send the check for $375.00, then send a couple at $670.00. Then let me know you got those. But could you answer a childhood question that only you and I know, then I will know this is all ok. Or, you can call me at 217-971-2446 (my cell). I learned alot from you Dan, about being cautious. I just want to be sure this is you. ok?
Jayne
----- Original Message -----
From: wellsdannyw@aol.com
To: ljaceon9@comcast.net
Sent: Sunday, May 22, 2011 9:59:25 AM
Subject: Re: More checks are needed

**Jayne,**
**just keep sending the checks until SSA stops sending the to you. The change over will begin at that time, the new payee is processing the paperwork now. I told them that the check would go to you until they began receiving them, I do not want the checks sent back to SSA,**
**One of the first checks you send should be for $375.00 dollars, and all the others for $670.00 Dollars,**
**I need the $ 375.00 Dollar check is to catch up on my rent, the other checks are to be for $670.00 Dollars.**
**dan**

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: Danny Wells <wellsdannyw@aol.com>
Sent: Thu, May 19, 2011 7:27 pm
Subject: Re: More checks are needed

#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 td{color: black;}
#aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 #aolmsgpart_1_2eb66836-1387-4f19-a7a7-c2a5005fa4aa td{color: black;} #aolmsgpart_1_31666dd3-7655-49c9-a9f3-f70c8c9c0993 #aolmsgpart_1_2eb66836-1387-4f19-a7a7-c2a5005fa4aa p { margin: 0; }
Dan, ok, no problem, when will I get the letter from SSA, that I'm no longer your payee? Will the next check on June 3rd, go to your new payee?

165

Also, Who is the CC: info@saudiembassy.net?
Jayne

----- Original Message -----
From: "Danny Wells" <wellsdannyw@aol.com>
To: ljaceon9@comcast.net
Cc: info@saudiembassy.net
Sent: Wednesday, May 18, 2011 9:43:29 PM
Subject: More checks are needed

jayne,
813 N. 12th st
Springfield Illinois 62702
I have received the three checks you sent, now
Send more checks to :
1646 Cabrillo Ave # 17
Torrance California 90501
make the checks for $670.00 Dollars
Until the account is down to a ZERO Balance
dan
8888888888888888888888888888888888888

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
This is the Policy regarding the Real Estate in the Continental United States of America
that I Danny M. Wells 353565347 , California Drivers License A6712910 Own.
To the United States Office of the Inspector General and To the Royal Embassy of Saudi
Arabia Washington D.C.
1) Identify Real Estate Companies that are involved with any Real Estate I own, verify
licenses Issued by my authority as the KING OF ENGLAND. Business that do not have
such issued license are to be considered not qualified to sell said REAL ESTATE.
2) Identify the history of the sales of said Real Estate.
3) Identify where the money for each sale when to,a and the persons or businesses or
Banks where the money went.
4) That money is to be deposited into the United States Treasury as my private property.
5) Sales contracts that are not the fair market value at the date of the sale is a voided Real
Estate Contract. All the Rent from Real Estate from the time it was allegedly sold is
DUE.

166

RENTAL AGREEMENTS
1) Identify Real Estate Companies that are involved with any Real property I own , verify
license issued by my authority as the KING OF ENGLAND . Business that do not have
such issued license are to be considered not qualified to RENT said REAL ESTATE.
2) Identify the history of the RENTAL of said Real Estate.
3) Identify where the money for each RENTAL when to and the persons or businesses or
Banks where the money went.
4) That money is to be deposited into the United States Treasury as my private property.
5) Rental Agreements that are not fair market value at the date of the RENTAL is a
voided Real Estate Contract. All the RENT from Real Estate from the time it was
allegedly RENTED is DUE.
This has been the policy since 1977
The accounting of this is extensive, The use of STATE CONTRACTOR LICENSING
informastion is recommended to locate where the actual real estate is as many
BUILDINGS AND HOUSES where removed from the TAX records,
Thoses Real Estate units are simple to locate, but I suspect that real estate has been
removed from conventional records,,, The United States Federal Bureau should be used to
locate the Real Estate not listed in Tax Records.
Fair market Value is to be determined by the Royal Embassy of Saudi Arabia Washington
D.C.
any Property conveyed illegally, or conveyance Containing a statement of ownership not
by Danny M. Wells 353563547 California Drivers License A6712910 is to be considered
and attempt to steal the Real Estate, and parties are to be CRIMINALLY PROSECUTED
and are to get out of the property. ( no acceptions as the purpose of the FALSTAFF Act is
to remove parties with that specific intent)
Persons who Improved the property are to receive what ever proceeds remain after all the
income from the Fair Market Value are received ( without the improvement) from the
date I took possession.
The history of the property determins what is due to date, and the fact is parties that lived
in the property OWE, all are jointly and severably liable for the FAIR MARKET VALUE
to date, as all are considered to be comnspirators to conceal an illegal real estate
transaction, and the fact is the objective of these persons is to rely on time to assist them
in escape, and a FAlStaff act VIOLATION is not even RIPE until some 35 years after the
first verified complaint. So the tactic of relying on time to escape is not a reliable one for
a defense against a Falstaff Act Violation.
*****************************************************************************

**The country of Italy, he Hellenistic Republic of Greece, the Country of Sicily, the
Country of Mongolia and the Country of The Republic of Turkey are to be
incorporated in to the United States of America as the several individual states of
the United States of America ( THIS IS AN EXECUTIVE ORDER FROM THE
HONORABLE MR. DANNY M. WELLS PRESIDENT OF THE UNITED STATES
OF AMERICA FOR LIFE ( Inaugurated) and President of the United States of
America ( By Congressional Act 2011)**

167

8888888888888888888888888888888

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
I not frot he OIG that movies are in fact depictions of things that really happenend, and I
not for the OIG that I was an inventor, and that because I havs so many inventions filed
the Memebers of the House of Lords London England intended tosteal the inventions,and
the profits from me,
In the Film BEING THERE with Peter Sellers is a film about my medical condition after
HOL introduced so much electricity into my brain that I could not remember anything for
4 YEARS,
The funeral was a burial of the person I had become a MUSLIM and my name was Ben
Amien ibn Islam,,,, HOL could not stand the fact that I am a MUSLIM and HOL shocked
my brain and then FEGINED the burial of Ben,
I was put in a house I owned because the memebr of HOL that lived there had died,,, as
soon as I got to the house I was called on the phone and I ad to leave the house,,,
Hol after shocking my brain tried to file for the ownership of my inventions,,
THE FILM CATRLITOS WAY
I was hidden from the public and allowed to work in a club that was closing, I was
depicted by Al Pacino
Pacino was the manager of the club and he went to the Bahamas to prepair to close the
club.
The purpose of me managing the club was to actually set me up and get me divorced from
my wife,,
by catching me having sex with a negro girl, and every where I turned people was putting
the negro girls on me,,
After I was gone for a few days everyone was looking for me, and Betty took money from
a guy who wanted to kill me,
Betty took the money and told this man where I was,
The man is or was an International Monetary fund member,,,,
And he was in the membership catagoy where he had to pay every year some 1 BILLION
DOLLARS to be in the IMF,,
He niooted that I had not paid my 1 BILLION DOLLARS,,, and he and other became
angy at that ,,,

168

I did not pay the 1 BILLION DOLLARS because I was not in his category of membership,
I paid a LOAF of money and I did not have to pay every year,
So when this member decided to shoot me he was wrong,,, and Many people let him shoot me because they were SURE that I had to pay and did not,, that is how god dammed they are,,and if you do not pay your memebership fees you are not to me shot as a penalty,, the other memebers have to pay out more of their cash,,,, that is all, and you who do not pay are just out of the membership of the IMF,,,,
Betty was just happy as hell to tell where I was,, Betty is an animal all the actors of that fil know I was shot, and I stayed with the blonde for a few days,,,


88888888888888888888888888888888888888


From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance Ca 90501
Jayne I have asked you to send me CASH money , Send it by Fed Ex, and entitle it Valuables, or send it Registered mail , find out how much they will insure and send at least $ 3,000.00 Dollars
to the above address.
dan
8888888888888888888888888888888888888888


Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
I require my KEY to the **Sea Castle Apartments to be changed**.
I Would like the KEY to be my Ace Cash Express Card # 4046546107167215 and my Wells Fargo Check Book Routing number 122000247 and my account number 5510653743,,
the checks will have the 13770 Sayre street Sylmar California address 91342 printed on the Checks. ( these items are only identification items.
I require the Embassy and the OIG to notify me when I may move in and I need the keys

to my office in the Sea Castle Apartments, as well as the door KEY to My Apartments 123. 124, and 125.

I am not to be charged rent or any other cost to live in the Sea Castle Apartments. The situation is that parties do not want me to enjoy my property as I should be able to, and the fact that I the owner live there means no need for other staff, and that means people will be leaving employment.

The office that is to the SOUTH is the office where the Embassy is to send persons to rent out Apartments. At this time I do not want any long term leases as I want to get to know who is in my building, and if I like them I may offer a long term lease, as the fact is the building is paid OFF, and that is attractive to so many people that I was locked out of my own BUILDING.

My office is the Office on the NORTH Side of the Hall,

I would like theOIG to simply obtain my Keys to the FRONT DOOR, my apartments and my OFFICE, If anyone doesnot know me , which they should , I will show them my Check book and the ACE CASH EXPRESS CARD and I should not be disturbed, as their has already been to much violence for the OWNER of such a BUILDING, that building is 800 feet from the OCEAN , and the OWNER myself get arrested some three times due to Falstaff Violations, I think that is enough,

As far as other persons I thing that I should get myself in the Building FIRST others always have family , and I already bought them a house so why don't they live there, Any arraingements they make with the Embassy is usually acceptable , If I do not lie something I will let the OIG know,

Danny M. Wells

I can be contacted by e-mail
8888888888888888888888888888888888888888888

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)
This is an ongoing VIOLATION OF THE FALSTAFF ACT, since 1978
See the copys of entries , and the referance to other entries
2) to the Los Angeles County Superior Court of the State of California Compton
California 1CP02186,, Carlin Yuen Public Defender 1-310-603-7587,,
SEE the
Continued EXPRESS MAIL EG264757102US

*170*

DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
Complaint filed
and all contuniations
3) To the DOJ Office of the Inspector General SEE the following,,, NOTE THAT THE NYPD HAS A NOTATION IN THEIR RECORDS AT THE KINGSBRIDGE PRECINCT, WHICH I WROTE WHILE WORKING CASES IN THE PRECINCT, I WAS ASSINGED THE DUTY OF EVALUATION OF PERSONS JAILED THERE, AND I HAD A SUPERVISOR NAMED HAL LYNDEN,, THE SAME PERSON ON THE TV SERIES, I WORKED WITH THEM ,, THEY WERE CHILD PSYCHOLOGIST THAT SUPERVISED ME WHILE I WAS IN THIS NY POLICE PROGRAM,, THIS IS REAL , I WAS TRAINIG TO BE A PSYCHOLOGIST AND I WAS RECOGNIZED AT A CRIMINAL PSYCHOLOGIST IN 1977..
I profiled TED BUNDY, and BUNDY was in law school and well liked, and he was picked up and I profiled him and told the police he would eventually kill women,,exanime the precinct records, and speak with the CAST of the TV Series as they may recall where I exactly were, as I were kept confuseded as to my work location to protect the identity of patients, and I also worked in Springfield Illinois,, These persons I examined were in the English Royal family and I suspect a part of the Fallstaff violation, used to EXTORT me and intimidate me,, NOTE my current Criminal CASE, and notify my staff at the White House Washington D.C. of my complaint.
Message Type: Request for Information
Topic: Other
Contact Info: Yes
M/M: Mr.
First Name: Danny
Middle Name: M
Last Name: Wells
Company: Wells Investigative services
Street Address: 1646 Cabrillo Ave
Address Number: 17
City: Torrance
State: CA
Postal Code: 90501
Country: United States
Email Address: wellsdannyw@aol.com
Message: BRONX Precinct KINGSBRIDGE RE: Child POLICE program 1976 to 77 ( NAPP COMMISSION TESTIMONY verify idenity Christian Amedus Pendragon FINGERPRINTS LA County Sheriff Notice to appear Y163915) Birth Certificate from MOTHER Michelle phifer, info to Torrance , LA PD, and LAC Sheriff REAL Birth certificate needed
Use the link to return to the Form
NYC.gov Home Page | Contact NYC.gov | FAQs | Privacy Statement | Site Map

171

8888888888888888888888888888888888888888888

To the Embassy of Switzerland

From Danny M. Wells 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

For delivery of this document to the Embassy of Morrocco, Iraq, and Iran

I note for the above Goverments that I have received my signal. That signal being that the President of egypt Hosni Mubarak has resigned. That signal at this time confirmes that the President of the United states of America( Obama)
was in colusion with Mubarak to overrun the United states of America with negros.

This was an agreemnt between the two as Obama is a Egyptian.

I also confirm that I have received the signal that Gadaffy was sick from induction of electricity, and is better now, because I saw him wearing the black hat.

I say to the goverments that it takes some 40 years to prepair a person to be a president, and billions of dollars. People who do not agree with your selection are required to pay the costs of supporting a presidential candidadte for some 40 or more years.

We do psychological testing, physical testing, check ancestory, and we push them.

Obama was not selected by me , as his own father , a Muslim didnot endorse him.
I were the person selecting potential presidential candidadtes. I did some 40 years or more ago. I had to because it is part of the selection process.

Obama was selected by the British Empire. The British Empire were that type of british person that was debotched by Italy, they are Italians and they were throw out of Italy, usually due to mental illness, or a preversion of some kind. They alinged with England as a British citizen and they usually have money, then act as a club, and donot know or understand what war is for.

The purpose of the unrest in Lybia is to attack the stability of anglican life in the world, by attacking Lybia Obama is able to retaliate for Mubarak being removed.

This is to destabalize North Africa. the British Empire intended to take over America for themselves by the use of negros, and they were to live in security controlled areas.
Leaving the common citizen to battle with negros.

That were the plan. I discovered that Obama was a presidential candidate back in 1969, that were not to be denied the office. Other candidates had to struggle to even be considered, and we sent some of them back. Bush for example was rejected by me three times , before I consented for him to be a presidential candidate, and I were in Lanphier

172

High school at the time I finally consented, and I spoke to his mother, who explained to me that he distinguished himself in combat.

So I decided that Bush could be a presidential candidate, and the reason I did not consent in the first place was I didnot want Bush to get assasinated.

So I made him a candidate so he would not get killed in war. I had to do something to keep him from getting shot.

It is the point that we as a people have to protect our selves and our people, that statue from France is out dated and it is a trap, the trap is for France to prove we are Hypocrits, and the Hypocaciy is once we accepted the statue it were as though our laws changed. Meaning we had to now accept just any one, on any amount, but I am not paying foe that, and the French can take their statue back.

Because we are an intelligent people. And we are not going to kill oursleves with the stupidity of the world.

Danny M. Wells
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
King of England
Christian Amedus Pendragon!

**To the embassy of Switzerland Washington**

**To the embassy of Switzerland Washington D.C.**

From: "Danny Wells" <wellsdannyw@aol.com>
To: <webmaster@ftc.gov>
Cc: "DOJ" <antitrust.complaints@usdoj.gov>
Subject: Compliant Continued # 31096785
Date: Friday, June 17, 2011 11:45 AM

The original message was received at Fri, 17 Jun 2011 12:55:38 -0400
from imr-mb01.mx.aol.com [64.12.207.164]

     ----- The following addresses had permanent fatal errors -----
<no-reply@consumersentinel.gov>
    (reason: 552 Requested mail action aborted; exceeded storage allocation;
488kb maximum message size)

     ----- Transcript of session follows -----
... while talking to listmanager.lmbps.com.:
>>> DATA
<<< 552 Requested mail action aborted; exceeded storage allocation; 488kb
maximum message size
554 5.0.0 Service unavailable
Attached Message
    From: wellsdannyw@aol.com

173

To: no-reply@consumersentinel.gov
Subject: Re: Complaint has been submitted ( addendum to the complaint 31096785
Date: Fri, 17 Jun 2011 12:55:18 -0400 (EDT)

COPY for Cham Bank Damascus Syria
MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-
323cb72bc187}mid:" claiming to be info@chambank.com
3rd ADDENDUM

To the Embassy of Mongolia
Vientiane Loas


From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501

I have my Mongolian Official Credential,,

verify cash 20.00
verify 17
SEE EXPRESS MAIL   EG427361539US

PATIENT CHECK-IN
WELLS,DANNY M  (5347)
AGE: 49
Address: 1646 CABRILLO AVE APT#17
TORRANCE CA 90501
Phone: 818-471-1560
Check-in time JUN 15,  2011@08:37:50
Check-in clerk: MOUNGA,CATHLEENA M
Veterans Administration West Wilshire Blvd Los Angeles California

As veification of my biologic IDENTIFICATION ,, Chase Manhattan Bank,,
You Chase Manhattan Bank are to comply with this e-mail ,
and Cooperate with the OIG,

That is from me the owner of the Chase Manhattan Bank,

The problem for the Employees and every one affiliated with Chase Manhattan Bank is your are not liked, I
the owner have received to many complaints and I am experincing to much dam negativity , and it is pissing
me off, to be direct, now why is it that people or angry with Chase Manhattan Bank to the point I am
experiencing so much discomfort?


Chase Manhattan Bank is Going under the management of the University of Southern California,  My friend
of the  A Plus Foregin Currency Exchange , in Santa Monica California , the man who  took care of the
paper work for my TRUST FUND in fact way back in about 1971, the Trust fund was called Deutshe Bank
Trust Company Americas  Danny M. Wells 353563547, he obtained my right thumb print on the
documents, and those documents are to be presented to the Office of the Inspector General antitrust unit,
NOW SEE Los Angeles County Sheriff's Department NOTICE TO APPEAR  Y163915, wherein my
FINGER PRINTS were taken after an arrest by LACSD,  EMPLOYEE number 514607

The friend that I refer to completed the Deutshe Bank Trust fund paper work and has been under attack by
everyone for some 40 years because he is my friend..

174

He is to contact Cham Bank of Damascus Syria,, regarding my accounts their , to get to know that staff of that Bank where I do business as Deutshe Bank Trust Fund Americas in favor of Danny M. Wells United States  Social Security Number 353565347 California Drivers License A6712910...

The friend of mine is to Manage Chase Manhattan Bank,,, and he is to terminate so many staff etc of Chase Manhattan bank that it will be a NEW BANK,,,
the OIG is to insure that person identified by the staff assembeled by my friend of the University of Southern California , are terminated from employemntand or affiliation with CHASE MANHATTAN BANK, no person party or other authority is higher in the food chain than my friend, he says who works and how does not, other than myself, and the fact is I do not want to go around telling everyone I own Chase Manhattan Bank,,,

And Chase Manhattan Bank, you are to put my money from the Chase Manhattan Bank into my account and to provide my banking account papaerwork, I want a checking account wioth my money in it,,and I meant that, I want access to my money..


Danny M. Wells




2nd  ADDENDUM



Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

send a copy to

To the United States District Court Central District of California
      Chief Justice of the USDC

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

By the Close of Busienss tommorrow 6/17/2011  all business I own are to have a copy of all my Reports to the United States District Court, where ever filed, and all my civil court record as well as my World Court filing prior to 1971 or so,

Any Business I own that doesnot have all those filings by 5 PM Pacific Standard Time, and sign a ledger that the United States Federal Bureau of Investigation will have in My Office located in Long Beach California is CONSIDERED A ANTITRUST VIOLATION,,,

175

The LEDGER IS TO BE REPORTED TO THE United States District Court Central District of California to the Chief Justice  by the United States Federal Bureau of Investigation, my staff secretary.

All the business that I own which do  not sign the ledger determined by my staff of the United States Federal Bureau of investigation are to REFERED TO THE UNITED STATES DEPARTMENT OF JUSTICE, OFFICE OF THE INSPECTOR GENERAL ANTITRUST UNIT,

1) all purchases are to be examined
2) all persons who authorized projects are to be investigated
3) all costs are to be investigated
4) all persons who authorized costs are to be investigated
5) all person who made a sale are to be investigated
6) all persons who authorized the deposit of the sales are to be investigated
7) all persons in charge of accounts are to be investigated
8) Income from a sale is to be deposited in my account
9) The person in control of where a sale was deposited is to be investigated
10) Any income from a sale that does not record a deposit into my account , the circumsatnces and the location of where my income when to is to be investigated
11) any employee that was paid more than 40,000.00 dollars is to be investigated
 a) where is their Bank acccount
 b) what are their alias names
 c) where have they lived
 d) is their any conflict of interest
 e) do they have an account which exceeds their salary
 f) do they have an account in a bank that is not allowed to have United States currency

OIG you know what to do

ADDENDUM

I have waited several years to order thses glasses as they are a signal to persons to establish some things which are FACT,
and you have interfered several times when I have accessed this item, Now I want to know why were their no shipping cost on he order form, I noted that the lenses are paid for and the rims I want, but no shipping cost was listed, so why is that?
Understand that I have never order something with out a shipping cost and I am going to forward this complaint to the United States Office of the Inspector General, anti trust unit to find out why I have ad trouble with obtaining my glasses which area signal to my staff,,
  Customer Service:  1-800-501-4002  (toll free)
  Local: 561-997-7776
  Fax: 561-910-6063

Mailing Addresses

176

Customer Service: Customer Service
BestBuyEyeglasses.com
2901 Clint Moore Rd #127
Boca Raton, Fl 33496

Returns Department: BestBuyEyeglasses.com
2901 Clint Moore Rd #127
Boca Raton, Fl 33496

Lens Replacement Service:  Lens Replacement Service
BestBuyEyeglasses.com
2901 Clint Moore Rd #127
Boca Raton, Fl 33496

Your inquiry has been accepted and will be answered shortly. Please note that it usually takes up to 48 hours for our support team to process such requests. You are always welcome to call us if you need faster response.
E-Mail
Please direct your inquiries to one the following email addresses so that we may better serve you:
Email: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be customerservice@bestbuyeyeglasses.com
Or fill the form below to send us an e-mail.


Subject:  Customer Service Special Orders Questions About Ordering Comments or Suggestions Employment Inquiries Other
Full Name: *
E-Mail Address: *
Phone Number: *
Preferred Contact Method:  E-Mail  Phone




Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

send a copy to

To the United States District Court Central District of California
    Chief Justice of the USDC

To the Federal Trade Commission

To the Banking Commission,
and State Banking Commissions

To the federal Depository Insurance  Commission
NOTE I am the Insure of the FDIC

177

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

Federal Trade Commission COMPLAINT FILED SEE BELOW,
The financial institutions were perchased by me. They were purchases entered into when I was a Student in
Capitol Area Vocational Center Springfield illinois , 1978 to 1980.
The represenatives came to the school, they are identifed by the instructors and the staff of that school at
that time, to identify them , contact the staff, and the Chatham Chamber of Commerce of that time may still
have the list of persons.

I WAIVER THE PERSONAL INFORMATION RESTRICTIONS,, MY SS# is 353565347, Caifornia
Drivers License A6712910, Veterans administration blood test PATIENT CHECK-IN
WELLS&lt;DANNY M (5347) AGE: 49 Address: 1646 CABRILLO AVE APT#17 TORRANCE, CA
90501 Phone: 818-471-1560 Check-in time: JUN 15, 2011@08:37:50 Check-in clerk: MOUNGA,
CATHLEENA M,,,that is the information to obtain the result of my blood test to bioligically identify me
and is to be sent to the identified parties, so they know who I am.

The Currency in these parties possession is my property, The actual serial numbers are to be in specific
locations in America, the serial numbers in some other country means that embezzelment has ocured. These
businesse have not provided me with adaquate cash access, they have not delivered to me a account with
deposits from the business itself, I do not have my income from interest on loans made, they have allowed
other parties to send dollar bills out of the country and reported to the United States Tresury that the bills
are still in the Continental United States of America. Then they produce DEBIT CARDS to hide the fact the
Bills ore not in the VAULTS.
That destablizes the VALUE of my Bills. Other Business of mine are involved. The practice presents to the
public that my Estate can not actually exist as the records do not reflect the CURRENCY IS MINE, the
United States District COURT ,, California, and Illinois, the US Appeallate COURT 7th and the 7th , and
the US Supreme Court have the civil litigation record which is the DEED to all my Property. Some 1000 of
TRILLONS of DOLLARS.
The Case was origionally litigated in the World Court of Istanbul Turkey in about 1969, when I was a
Minor and could not have my actual name on the case. My Estate is Supervised by the Chief Justice of the
United States Distrcit Court Central Distrcit of California Chief Justice whom can be contacted to verify my
ownership of the partied identified, and I want these parties instrcuted to contsact me and to provide to me
what I want.
( more detailed Complaint may follow)

We have received your complaint.
Thank you for filing a complaint with the Federal Trade Commission. Based on the information you have
given us, we recommend that you take the following steps, if you have not already.
     Step 1:  You should contact the company in question regarding your situtation.

     Step 2:  We have identified some material you may find useful on our site:

178

Real People, Real Stories - VIDEO
Foreclosure Rescue Scams - VIDEO


Step 3:  If you have done the above steps and have any additional questions or any additional information you would like to add to your file, please call 877-382-4357 to speak with a counselor. When you call, please have this reference number: 31096785 to help us quickly retrieve your information.




To the United States Department of Justice, Office of the Inspector General  antitrust unit,


I Danny M. Wells own the CURRECNCY in the
Illinois National Bank
Wells Fargo Bank
Chase Manhattan Bank
Bank of America

I require a Bill Count


1) I want every dollar bill to be counted in all the vaults,,,

2) I want to know how many dollars bills are missing from every vault

3) I want all the serial numbers to be verified as the serial number that is to be in that specific region on the United States of America

4) This is not an audit, this is a physical counting of every paper bill in every vault

5) I want to know why any serial number is in the wrong Region, because if a bill is in a bank and it is the wrong serial number it is to go back to the region it is from, and if it does not go back then the region it came from will be short a paper bill.

6) Then I want to know how much transaction activity from any given bank is in the form of a Debit Card, then I want to know is the use of the Debit card because there is no dollar bills in the vault.


7) Then I want to know who in the bank issues debit cards and who controls the vault.

8) then I want to know where they bank,
9) then I want to know are the depositing their pay check in that account


179

10) Then if not, then I want to know where the money in their accounts is coming from.

11) Then I want to know where the money from the source of their deposits if it is not from a pay check is coming from

12) Then I want to know are their any dollar bills in that bank where they bank with serial numbers which should be in the continental United States of America

13) If so then I want to know why were the dollar bills with said serial numbers not retured to the REGION in the United States of America where the serial number belongs

14) then when the return of the dollar bill would casue a shortage report to any given bank, that means the deposit is not a legal deposit as the bank which receives United States Currency is to be able to exchange dollar bills with vaults that have the dollar bills for that given bank,

15) I may add requirements, but I think toe OIG knows what to do.


Danny M. Wells

6)

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States District Court Central District of California
     Chief Justice of the USDC



FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)




To Foreign Claims Settlement Commission ,  I want to file a ( COMPLAINT)


From Mr. Danny M. Wells
1646 Cabrillo Ave # 17

180

Torrance California 90501

Re:  Internet Use to access the PACER system

I have been litigating a civil suit for about 40 years now, and I reduced the litigation to submission of REPORTS to the Chief Justice of the United States District Court Central District of California.

The legal RIGHTS were established in about 1971 by the Opinion and the decision of the World Court which was in Istanbul Turkey,
The Supreme Court of the Republic of Turkey is the location of the litigation of the World Court of that time.

The Case was also challenged in the United States of America in the US District Courts, where my Rights and my Estate was defined. The litigation it self created a DEED to all of my property.

The purpose of the Civil Record is to remind parties that VIOLATE the Falstaff Act that they are to obey the US District Court, the US Appellate Court Orders, the Supreme Court Writ of Cert,

PACER states that they have the civil court records on file , I have an account with PACER and I was not able to obtain my whole record. Litigation I filed in as recent as 2007 was not in the PACER system, and the United States of America is a interest in the Civil Court Record, which interest injures to me in the amount of some conservative estimate is 400 Trillion Dollars in Real Property and CURRENCY.

So the Conflict of Interest in me having my own Civil Court file on my lap top computer is obvious,  that being that PACER is a US government archive.

I do not care to dig around in the Civil Court files of the US Courts in Springfield Illinois, as I do not want to look at all the Micro   fiche of 1971 up to 1985.

I just do not want to do that any more you see. I want the civil court file available on the internet, the PACER system, because with the PACER system having the whole civil litigation history Parties quit DEFRAUDING me through ridiculous Statements like  " THEY OWN THE SEA CASTLE APARTMENTS  1725 Ocean Front Walk Santa Monica California , and that Santa Monica, of Pasadena, of Costa Mesa, or San Bernardino  are cities.  They are private properties, my private properties and I happen to be in the process of removing some many people that are a problem, a problem for so long you see.  That I have had to file at least 4 Estate COURT REPORTS over the last 20 years or so, and I have had to continue to insist that people who live on any of my three Estates which are

The State of California
The State of Illinois
The State of New York

To leave, It is that simple. There are person who I have killed, and they have relatives I do not want on the Estate,  and there are people who steal and defraud that I do not want on the Estate or near my Currency, every time I have to file a REPORT I have to prove to people I am the Owner, and they want me to dig around and actually get the Civil records and I do not want to do that ,,

I am to just file my report and as the Administrator of my own Estate I recommend things to the Chief Justice of the US District COURT, and their have been some 3 different  Chief Justices and I have to rely on them to hand down accurate noted of the history of the COURT in the supervision. This requires that I reproduce the notes of the HISTORY of my life! of some 4 5 years.

Of War , street fighting,, government work, and secrets which I  do not want to really remember.. After I go
through 4 months of memorializing, I have to endure these animals that cause all the trouble, then I have to
endure these animal telling every one in my community I am not who I claim to be , DESPITE the fact these
animal knew all the time I am who I say I am, and it is these animals who are stealing,,

So I have to watch them destroy my property, live in my property, lie , slander and liable me on my own
property, then I have to pay literally BILLIONS of DOLLARS to hire several ARMIES of people JUST to
track down the property as literally rip the currency from their hands, that are so unsavory and detestable ,
that I would say no one on your staff want to see these people,,
But I after I have invested all that money in cash some 40 years ago ,, have to ;put up with REMINDING
people what I own, and I cant just sit down at my LAP TOP and get the record,,

I have to go some 2000 miles and dig around in records, because the US Government wants to put people
through all of that,, as If I was not the Danny M. Wells in question,,


Danny M. Wells


To Bill Clutter
Private Investigator
115-001630
1032 South 2nd street
Springfield Illinois



From Mr Danny M Wells,
Administrator and the owner of the Estate of Danny M. Wells 353565347, California Drivers License
A6712910''


I have attached the documents I have mailed to the United States District Court Central Distrcit of
California for the Chief Justice of the USDC.

I want to obtain a Civil COURT file,,The file is in the United States Appeallate Court  7th Circuit COURT
OF APPEALS,, located in Springfield Illinois,,,

The File should be dated in the year 1978 or 1979, or 1980,

The filing is entitled Danny M.  Wells as the Plaintiff and I was a PRO PER, I represented myself, and I
lived at 1318 East Adams Springfield Illinois,

That file has several documents and I need them all especially the OPINNION and any COURT ORDER,

Further that filing was an appeal , so I was able to go back to the USDC after I IMPEACHED the JUDGE
of the prior DISTRICT COURT,, Understand that the likely hood of me prevailing in that lititgation some
30 years ago now was about a 2 % chance to prevail and I did, and who I am is unbelievable to many
people,,
But I am, and I require FIRST THAT FILE,

Then I will need the SUBSEQUENT US Distrcit COURT filing , which I filed as a PRO PER after I won in
the Appeallate COURT,,

182

When the District COURT Judge was impeached I prevailed in the SUBSEQUENT DISTRICT COURT CASE,, and the DEFENDANTS appealed ... SO WE WENT BACK TO THE US 7th Cir COURT of APPEALS,,,, and I prevailed again,,, THEN THE DEFENDANTS WENT TO THE UNITED STATES SUPREME COURT,,, A WRIT OF CER WAS ISSUED,,

AND A WRIT OF CERT., FROM THE UNITED STATES SUPREME COURT MEANS THAT THE SUPREME COURT DOES NOT WANT TO HEAR THE CASE , THAT THE APPEALLATE COURT IS CORRECT,,

THE WIRT OF CERT is filed with the US Supreme Court,,

UDERSTAND THAT THE LITIGATION WAS COMPLEX, AND THE DEFENDANTS EVEN WENT TO ANOTHER STATE TO FILE IN A INFERIOR JURSDICTION,, ALL OF THIS WAS DONE TO CONFUSE EVERYONE AS TO THE MEANING OF THE CASE,,,

The meaning of the case is that the litigation is the DEED to the state of ILLINOIS, OF CALIFORNIA, AND OF NEW YORK,, as well as the DEED TO MY FOUR CASTLE WHICH ARE

Santa Monica California
Pasadena California
Costa Mesa California
Pasadena California,

Time is not a factor,,, The issue is to locate the paperwork,,, That is a problem because you have to read the opinnions and under stand that , that specific file is what I want,,

These Defendants FILED AGAIN AFTER 1979, they filed so quick after they lost the first time it appeared like their was no WRIT OF CERT,,,

Further this litigation was in the Superior COURT of the State of Illinois, there in Springfield, where I remember I received a opinnion against me,,

THEN the litigation went in the the State of Illinois APPEALLATE COURT SYSTEM and the ( Illinois Appeallate Court is numbered 7th cir) and that court is also loctaed in Springfield.

So understand that the record can confuse you,

What are your rates for doing legal reseach of this nature?


**********************************************

to the Embassy this is a public document for distribution
MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@embassy.net

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530


183

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)


TO
Your comment has been sent to the PACER Service Center.
If you have questions, please contact the PACER Service Center at pacer@psc.uscourts.gov or by phone at (800) 676-6856.


This site is maintained by the Administrative Office of the U.S. Courts, PACER Service Center.
The purpose of this site is to provide information about locating and filing cases in U.S. federal courts.


I have some 37 civil actions filed in USDC, and the Appellate COURTS,

filings from 1975 to 2007 or so,

I do not have the case numbers and I am not able to access them using your system,

My estate is documented in these filings for the last 40 years and I find it distressing that your system is not more user friendly.
And it is not a matter of secrecy now as I have to REPORT to the CHIEF JUSTICE OF THE UNITED SATES DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA the status of my ESTATE which is the Estate of Danny M. Wells 353565347, California Drivers License A6712910, My address is 1646 Cabrillo Ave # 17 Torrance California 90501,, and I will be forwarding a copy of this message to the United States Department of Justice antitrust unit,

as I am sure more persons and parties have searched for the records and are as frustrated with your system as I am.

I did not dream up some 40 years of PRO PER litigation,, people remember PRO PER litigation so why is it I cannot simply put my name in the web site and get the information, many times a person does not have the case number,,,That is why we use COMPUTERS,, to store innocuous information like that


THIS IS WHAT I WANT PACER I WANT THE RECORDS ABOUT MY ESTATE TO BE RELEASED TO THE PUBLIC AS I HAVE TO REPORT TO THE CHIEF JUSTICE OF THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA,,

AND I WANT ALL THE FILINGS , FROM ALL THE DISTRICT COURTS AND APPELLATE CIRCUITS AS WELL AS THE APPEARANCES IN THE UNITED STATES SUPREME COURT,

184

THE UNITED STATES FEDERAL BUREAU OF INVESTIGATION HAS MY LITIGATION HISTORY, LONG BEACH AS WELL AS THE ( SUPREME COURT OF THE REPUBLIC OF TURKEY, known in 1973 or so as the WORLD COURT and that is were the litigation began, )

UNDERSTAND PACER, you are part of the US GOVERNMENT and I will work with you but I HAVE TO HAVE THAT RECORD IN MY PHYSICAL POSSESS AS the PUBLIC PACER wants me to have in a sense the DEED to my ESTATE as it is a DEED the record of litigation and you are to recognize the EMOTIONS involved,,

MY SELF I RELIED ON THE FEDERAL COURT FILING SYSTEM WHICH AS A SECURITY SYSTEM IT IS GOOD, but as an accessible SYSTEM it is not friendly as RECORDS AR MOVED AROUND INTO CATEGORIES BASED ON TIME,,, you see, and my entire file with the documents that are usually classified is about the size of a 10 x 10 room in fact,, those documents are referred to by parties that decided the world court case and are not in the public file, but they are accessible by parties that have a security clearances that will not allow them to ever go out side ,,,

That is the price they pay and you PACER never see these people,, BUT the documents exist,, I my self have not seen these documents,, and they explain how this all happened,, So I need to be able to obtain a paper copy of all the record now as some members of the public who have the ability have the documents and they just will not allow me not to have my OWN COPY...

Danny M. Wells
353565347
California Drivers License A6712910

to the Embassy this is a public document for distribution

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

TO
Your comment has been sent to the PACER Service Center.
If you have questions, please contact the PACER Service Center at pacer@psc.uscourts.gov or by phone at (800) 676-6856.

185

This site is maintained by the Administrative Office of the U.S. Courts, PACER Service Center.
The purpose of this site is to provide information about locating and filing cases in U.S. federal courts.

I have some 37 civil actions filed in USDC, and the Appellate COURTS,

filings from 1975 to 2007 or so,

I do not have the case numbers and I am not able to access them using your system,

My estate is documented in these filings for the last 40 years and I find it distressing that your system is not
more user friendly.
And it is not a matter of secrecy now as I have to REPORT to the CHIEF JUSTICE OF THE UNITED
SATES DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA the status of my ESTATE
which is the Estate of Danny M. Wells 353565347, California Drivers License A6712910, My address is
1646 Cabrillo Ave # 17 Torrance California 90501,, and I will be forwarding a copy of this message to the
United States Department of Justice antitrust unit,

as I am sure more persons and parties have searched for the records and are as frustrated with your system
as I am.

I did not dream up some 40 years of PRO PER litigation,, people remember PRO PER litigation so why is it
I cannot simply put my name in the web site and get the information, many times a person does not have the
case number,,,That is why we use COMPUTERS,, to store innocuous information like that

THIS IS WHAT I WANT PACER I WANT THE RECORDS ABOUT MY ESTATE TO BE RELEASED
TO THE PUBLIC AS I HAVE TO REPORT TO THE CHIEF JUSTICE OF THE UNITED STATES
DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA,,

AND I WANT ALL THE FILINGS , FROM ALL THE DISTRICT COURTS AND APPELLATE
CIRCUITS AS WELL AS THE APPEARANCES IN THE UNITED STATES SUPREME COURT,

THE UNITED STATES FEDERAL BUREAU OF INVESTIGATION HAS MY LITIGATION
HISTORY, LONG BEACH AS WELL AS THE ( SUPREME COURT OF THE REPUBLIC OF
TURKEY, known in 1973 or so as the WORLD COURT  and that is were the litigation began, )

UNDERSTAND PACER, you are part of the US GOVERNMENT and I will work with you but I HAVE
TO HAVE THAT RECORD IN MY PHYSICAL POSSESS AS the PUBLIC PACER wants me to have in
a sense the DEED to my ESTATE as it is a DEED the record of litigation and you are to recognize the
EMOTIONS involved,,

MY SELF I RELIED ON THE FEDERAL COURT FILING SYSTEM WHICH AS A SECURITY
SYSTEM IT IS GOOD,  but as an accessible SYSTEM it is not friendly as RECORDS AR MOVED
AROUND INTO CATEGORIES BASED ON TIME,,, you see, and my entire file with the documents that
are usually classified is about the size of a 10 x 10 room in fact,,  those documents are referred to by parties
that decided the world court case and are not in the public file, but they are accessible by parties that have a
security clearances that will not allow them to ever go out side ,,,

186

That is the price they pay and you PACER never see these people,, BUT the documents exist,, I my self have not seen these documents,, and they explain how this all happened,, So I need to be able to obtain a paper copy of all the record now as some members of the public who have the ability have the documents and they just will not allow me not to have my OWN COPY...


Danny M. Wells
353565347
California Drivers License A6712910


Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

OIG you are to verify if the transactions here in documented were completed, and if not INFORM THE CHIEF JUSTICE OF THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

To the United States District Court Central District of California
    Chief Justice of the USDC


Chief justice I require the currency herein identifed and property to be transferred as required,,

The OIG is required to provide you with a report of complyance or non complyance by the identified parties,  I require A COURT ORDER from the COURT in the event of noncompliance,,

CAHM BANK NOT THE attachement, and the requirement of the OIG,,


FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

c.c. To the International Monetary Fund ( from Vincent)/////copy to be sent to the Embassy of Saudi Arabia, Washington D.C. for distribution By the Embassy of the Republic of Ireland to all parties previously served,,To the Embassy of the Hellinistic Republic of Greece , Los Angeles California, To the Embassy of Mongolia (for my staff in Batu Mongolia),,,
To The Cham Bank
info@chambank.com


8888888888888888888888888888888888888888
To The Cham Bank
Main Branch - Al Najmeh Square
To the EMBASSY OF THE HELLENISTIC REPUBLIC OF GREECE
TO THE EMBASSY OF MONGOLIA ( for my staff of Batu Mongolia Attorneys)
TO The Embassy or the Republic of Ireland for distribution to all parties previously served
From Danny M. Wells

187

353565347
CALIFORNIA DRIVERS LICENSE A6712910
I currently reside at
1646 Cabrillo Ave # 17
Torrance California 90501
I want the currency from Deutsche Bank, and I want all the currency from my Trust Fund to be transferred, ( transferred to THE CHAM BANK) My Attorney staff of Batu Mongolia may be contacted by contacting the Mayor of Batu Mongolia.
The trust fund is Deutsche Bank Trust Company America the Master and the Limited fund ( I also want the currency from the BANK it self, as It is all mine).
I am fed up with people assuming they controlled anything. I sat back for more than 40 years and watched people lie , and steal. Therefore this is the authorization to take the currency from the BANK and from the Trust Fund, as I want no misunderstanding as to my right to take all the money, and that I am the owner of all the Currency.
The particulars of the currency itself can be obtained from the person I refer to as my BURSAR, he is the manager of the A Plus Foreign Currency Exchange. I KNOW THAT THIS IS A VERY HUGH PHYSICAL TRANSFER OF CURRENCY, BUT THE GOLD THAT SUPPORTS IT HAS ALREADY BEEN MOVED, This is to be notification to Employees staff, etc. that the currency now has been moved.
My biologic identity is known by the Embassy of the
The following e-mail addresses are references for you to contact
info@saudiembassy.net This is the Embassy of Saudi Arabia, Washington D.C.
Background can be obtained from various persons on the Embassy staff regarding the attachments, as the circumstances are grave.
*******************************
Elisabeth Fotiadou
Consul General of Greece
The origin of the currency is know by the Consul General, and the Consul General has my biologic identification,
Embassy of the Hellenistic Republic of Greece
12424 Wilshire Blv., Suite 1170
Los Angeles
United States
CA 90025
Phone:
+1-310-8265555
Fax:
+1-310-8268670
Email:lagr@greekembassy.org
Website URL:
*******************
A Plus Foreign Currency Exch
1454 4th St, Santa Monica, CA 90401
(310) 656-1121
The manager of the EXCHANGE knows the history of the Bank , and the Trust fund, And the fact is I were very young when they were organized, The Manager of the A Plus Foreign Currency exchange took my right thumb print when the trust fund was organized.
Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
My staff of Batu Mongolia are authorized to take all the currency from the Bank and the Trust Fund, ( My attorneys will handle all incidental to this AUTHORIZATION.
8888888888888888888888888888888888888888888888888888888888888888888
To the Embassy of Syria in Morocco
To the Embassy of Mongolia in the State of California
To the United States State Department ( regarding Monarchy, or aristocrats, or Kings)

188

Legal action is requested to stop harassment and continued civil rights violation(s) on the part of persons and countries intent upon theft of my Trust Fund Assets)

To the United states Federal Bureau of Investigation , Long Beach California

To Deutsche Bank Trust Company Americas

To All Deutsche Banks

To the Hellenistic Republic of Greece Los Angeles California Counl General Eilsabeth Faoutidou ( Please have this document delivered to all parties relative, and pertinent, coordinate with my staff of Batu Mongolia, and I trust that my RIGHT THUMB NAIL I mailed to you 3/21/2011 will assist my staff in verification of identity, as well as the explanation regarding my Birth Certificate filed with Sangamon County Illinois in Springfield Illinois, and the explanation about my age all in prior e-mails.

To my Bursar of A Plus Foreign Currency Exchange , Santa Monica California

The Office of Foreign Affairs City of Los Angeles, Los Angeles California

To the California Department of Corporations

Insure person(s) No longer present to the public that they are affiliated with Deutsche Bank Trust Company America in The United states of America as I have RELEASED them ALL. ( their is no need for them as the CHOSE IN ACTION and or CURRENCY is to be deposited in to an identified BANK.)

From Danny M. Wells 353563547,, California Drivers License A6712910,

Currently residing at

1646 Cabrillo Ave #17

Torrance California 90501

California Address on record DMV

13770 Sayer street Sylmar California 91342

1616 South 7th street Santa Monica California 90405

40635 159th street East Lancaster California 93535

608 West Hyde Park Apt # Inglewood California 90302 ( second Floor West side of apt complex)

822 North Inglewood Ave Apt # Inglewood California 90302 ( first Floor North side of the apt Complex)

Old phone number 818-491-8876

New Phone number not in service 818-471-1560

Address on record with Deutsche Bank, Deutsche Bank Trust Company Americas is

1714 East Miller street Springfield Illinois

1301 South 12th street Springfield Illinois

805 Diane court Springfield Illinois

1318 East Adams Street Springfield Illinois

I want the CHOSE IN ACTION, and Or the CURRENCY in my Trust Fund of DEUTSCHE BANK TRUST COMPANY AMERICAS to be removed from what ever location it is in and physically deposited into

RAIFFEISEN ZENTRALBANK OESTERREICH (RZB-AUSTRIA), Vienna

Am Stadtpark 9, P. O. Box 50, A-1011 Vienna, Austria

CODE Swift

RZBAATWW

THE BANK ACCOUNT NUMBER IS

1-50.092.584/100.EUR

??? "????? -????"

107078, ??????, ??. ???????????, 27 ???. 620-91-91 Open Joint-Stok Company "Alfa-Bank"

TELEX: 412089 ALFARU SWIFT: ALFARUMM

????? ?????

30109978400000000066

My Wife Ann Convertino is have her CHOSE IN ACTION and or CURRENCY physically deposited into

BANCA NAZIONALE DEL LAVORO, Rome

119 Via Vittorio Veneto, 00187 Rome, Italy

CODE Swift

BNLI IT RR

Account Number

265147 EUR

I have decided that it is in my interests to direct the Trust Fund staff to deposit the CHOSE IN ACTION

189

and or the CURRENCY into a specific Bank, because it has been over 41 years since My thumb print was taken by my Bursar, and I have found that I have been having trouble receiving a trust fund statement, or any word from Trust fund personnel. As it is that I am getting older I require the money to be moved in order for people and the public to understand I own the Bank ,and the trust fund, I am also the Beneficiary and I am the TRUSTEE.

The CHOSE IN ACTION and or the CURRENCY should, and it should not be in the identified ZENTRALBANK and that is because FIRST I decided that I only wanted my blood family members that live in Vienna Austria to manage my TRUST account, and the CHOSE IN ACTION and or THE CURRENCY was to be in a bank in Vienna Austria and I do not recall it this identified Ban the ZentralBAnk is the actual bank decided upon by my family members in 1969, and further I suspect that CAMPOS the individual I appointed to store my account information LITTERALLY MOVED THE CHOSE IN ACTON and or the CURRENCY from the AUSTRIAN bank, and if CAMPOS did that then CAMPOS exceeded his authority, it total, as HE WERE TO ONLY KEEP THE ACCOUNT NUMBERS AND THAT WAS ALL HE WAS TO DO! and I have family members that were to be living in Austria. They lived their in 1969 or so, and I do not know what their condition is , and I do not know how many came to America. Or how many went back to Austria after being frustrated with CAMPOS, CAMPOS was the individual who though he was to restrain me by having me ARRESTED so many times in Santa MONICA CALIFORNIA, CAMPOS was being tested and CAMPOS created the position of determining when I was to be arrested, and that were not what CAMPOS was to do when I arrived to Santa MONICA CALIFORNIA, CAMPOS continued to give his sign to the Santa MONICA POLICE to ARREST ME and He was not to do that. The fact that he did that so many times, verified his mental intent. That was the signal I left for myself in 1978 to 1980 when I scripted this activity! So in short CAMPOS is out!

I assume that so many people became involved in my Trust Fund, and the Bank that these interlopers, and their relatives, and other unsavory characters decided to conspire and remove authority from the family members I appointed. Then I had the problem of the French Royal family, and the Pulliam family of Illinois , Illinois National Bank INB, trying to use Deutsche bank as an insurer and advertising that they were Deutsche bank to defraud people(I will PASTE a type written copy of the document in support)

Now I have decided to make it clear that I want my Austrian family members to manage, and to do that I appoint the staff of the Bank I have Identified to manage the TRUST fund and the Austrian Family members will monitor that banks activities with the trust fund. That simply, I determine that 4 Family members are sufficient. They are empowered to sue, to withdrawal funds for that purpose, and they are to contact my Bursar in Santa Monica as he is skilled. The Bursar plays a critical roll in documenting my Real Property,and he is to disclose this to the Above identified parties in conference set up by the United State State Department.

I am recognized as the President of the United States of America For Life, and I would appreciate assistance in this matter, as it is apparent , as I have had to created an International Area for International Citizens in two separate locations of California, as various parties have had the intent to just exploit my wealth by inducing all these conditions requiring Billions of Dollars in expenditures for my family members and maintaining ownership of Rea; Property.

I buy Trillions of Dollars or Real Estate to live in a 12 X 12 foot room. That is the methodology of these thieves, and It has been that way for 40 years, while so many live in mansions I have lived in this manner , and I am tired of it.

DEUTSCHE BANK EMPLOYEE TERMINATIONS
UPPER DIRECTORSHIP SENIOR BANKERS 1/3 the (lower 1/3 is to be terminated).
MIDDLE MANAGEMENT 2/3 ( Middle to Low )
DEUTSCHE BANK TRUST FUND PERSONNEL
ALL AMERICAN BASED DEUTSCHE BANK TRUST FUND PERSONNEL , MANAGEMENT AND BELOW ARE RELEASED.
THE INDIVIDUAL APPOINTED TO KEEP MY ACCOUNT INFORMATION IS RELEASED. HIS CODE NAME IS CAMPOS
Danny M. Wells, owner of Deutsche Bank, and Deutsche Bank Trust Company America
353563547
Deutsche Bank Trust Company Americas
Trust & Securities Services
Global Equity Services

190

DEPOSITARY RECEIPTS 17 December, 2010
Depositary's Notice Regarding Termination of Vivendi SA ADR program
Issue: Vivendi SA ADR / CUSIP: 92852T102
Country: France
ADR Ratio: Each American Depositary Share representing one ordinary share
Event: Termination / unsponsored program establishment
Effective Date: 11 January, 2011
We refer to that Depositary's Notice Regarding Termination of the sponsored Vivendi SA ADR program dated October
12, 2010 pursuant to which notice was provided that the Deposit Agreement governing the sponsored Vivendi SA ADR
program will terminate at the close of business on January 10, 2011. Deutsche Bank Trust Company Americas hereby
notifies you that it has filed a Form F-6EF registration statement with the Securities and Exchange Commission pursuant
to which it intends to establish an unsponsored ADR program for shares of Vivendi SA. We anticipate such registration
statement becoming effective, and ADRs being issued representing shares of Vivendi SA, on or immediately prior to the
open of business (New York time) on January 11, 2011. Holders of sponsored ADRs are currently eligible to cancel their
ADRs and receive the Vivendi SA shares represented thereby. Holders wishing to hold unsponsored ADRs that
surrender their sponsored ADRs during the 60 day period after the effectiveness of the unsponsored ADR will be eligible
to have the shares represented by their sponsored Vivendi ADRs transferred into the unsponsored ADR program and to
have unsponsored ADRs issued with respect thereto. During such 60 day period, Deutsche Bank Trust Company
Americas will waive the cancellation and issuance fees in connection with such transfers.
A registration statement relating to the unsponsored ADRs has been filed with the Securities and Exchange Commission
but has not yet become effective. These securities may not be sold nor may offers to buy be accepted prior to the time
the registration statement becomes effective. A copy of the terms of the unsponsored ADR can be viewed at
MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-
323cb72bc187}mid:" claiming to be http://www.sec.gov/cgi-bin/browse-
edgar?action=getcompany&CIK=0001127055&owner=exclude&count=40.
For Further Information, contact:
Deutsche Bank - Depositary Receipts
Corporate Actions
?: 212.250.9100
8888888888888888888888888888888888888888888888888

To The Embassy of the United kingdom Los Angeles California
From the King of England
Christian Amedus Pendragon
353565347
To all mentioned parties
Parties herein mentioned shall receive a copy of this document, and it is the lore.
This is a document Dubing Mr Roy R. Fike United States Marshal Ret. to the position of Viceroy
responsible for service of documents upon persons allege to
have committed crimes against the crown.
As before, Mr Fike will serve upon person documents alleging crimes against the crown of England, I
authorize the withdraw of some 3 Million Dollars as an

191

expense account and salary for Mr Fickes efforts in this.

Persons with title of a Lord of England are allowed to engage Mr Fike to make service upon said persons, Upon making service the defendant is afforded at attorney, the Plaintiff is to bare the costs, as it is unlikely that the defendant will participate. Legal

prosecution will be completed, plaintiff to bare the costs, to include the fee paid to the Judge. Upon conviction, as it is highly unlikely that my Lord would

allege a lie, the convicted prison shall be forthwith incarcerated for a term to consider the time which the prison were free.

Said incarceration shall be by technologial means available.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To my attorney in receipt of my accounting at Deutsche Bank Trust Company Americas , Attorney Mr Campos. am informing you that i am ion receipt of my

account numbers, but I do not have the actual telephone number to my Bank accountants, I did have the telephone numbers many years ago, but as you already know,

persons and parties were like dogs, and I could never access my personal money with out have to literally beat nigger off of me.

Betty Evelyn Campbell Wells, and Laura Jayne Wells Morrison were the worst, for year the threatened me. interfered with my phone calls to my relative in

Austria that had the account verification sheet, or documents. For a while I did receive the Deutshe bank Statements, but Betty started stealing them from

the mail, and called the bank to get access to the account.

Their were so many dam people that thought I was going to be killed and that in some way was to create a legal right to the deposits. The trust fund itself

is trillions of dollars, The Deutshe Bank is also my property, and it is Trillons, so your life is in danger! I know your real name, and who you are. So day I

may be able to get the actual phone number to my relatives that have the documents. I have contacted the Bank in Vienna and informed them of my identity, but

it is assumed that it is unbelived.

The procedures for me to make a withdraw are that I go to the bank, b ut at this date some 45 years later I think it is impossible to do so. I do not feel

free, as every one who knows me just follow me around so much that I am suffocation, and it is fear of being poor. None of these person have a legal right to

my Trust fund, none. I do not have a beneficiary, or a trustee. I have you my attorney who is to have the information about the account.

The Bank that I contacted was Raiffeisen ZentralBank Oestrreich AG Vienna , Code Swift RZBA AT WW 70-55-060.891, or 70-55-060-891, I copied one of these

numbers from the internet, I attempted to transfer money to my fidelity account, buy an e-mail message to this bank. I asked this bank to contact my trust

fund personnel.

That was all that I could do as it has been 40 years, or more. The original paper work has my right thumb print on it, and it was taken by the manager of

A Plus Foreign Currency Exchange in Santa Monica California. Now I understand what you and my father did , my father is Prince Charles Prince of Wales the

prince that is depicted on the television. He was Married to Diana Princess of Wales.

My mother name was Hall or Keaton, and what you and my father did was made so I could not get money out of my own trust fund by prepared to sue me. I know

all about that. I am no 49 years old now. what I need is for this document to be delivered to the Embassy of Austria in Geneva Switzerland, not Geneva

Austria, as I usually say to throw the French Royal family off my money. But Geneva Switzerland. That is how I were to contact my relative.

Now that it has been 45 year the staff of the Bank have forgot I Own the Trust fund, and the entire bank. I have a web site called Deutshe Welle, so how much

more proof does anyone need. Is it possible that you CAMPOS can get these parties together, meaning My father Price Charles, the Staff of the Embassy in

Geneva Switzerland to contact my relatives in Austria, and my Bursar in Santa Monica, to just establish that

192

none of these parties own the Trust fund or the
Bank. Members of the House of Lords, and Deutshe Bank Personnel as well relatives of mine In Austria to back off, they are beneficiaries, or heirs etc.
The documents held by the Bursar are authentic. ( I used the Name Warner Kemper in 1978 to 1980 as my code name for the trust fund, and a Warner Kemper was
affiliated with the Deutsche Bank. In 2007 or so this Warner Kemper came to Santa Monica and he didn't know me from a hole in the ground. I saw him in
Starbucks Coffee Shop on Wilshire Blvd in Santa Monica. I was siting in the northwest corner near the ocean, I had my lap top. He caused a lot of trouble, ads
I guess he was shocked to see I was still alive. At any rate all these Deutshe Bank trust personnel are to realize they are an employee, and their ain't no
sharing! you get a wage or a salary, your supervisor has those details, and I have to explain this every dam 7 to 10 years.
Do you realize how many staff persons this trust fund has gone thorough, every single employee of the trust cam to believe I was gone. Never no contact or
letter, what is that? That is irresponsibility, the owner of such money should not go this long with out documents, and it is that greed prevailed. It is that
simple. I had a staff that many years ago who were responsive, but these are not. The days when staff were attacked were the days when it was time for me to
be housed, and I wonder why this did not happen, I mean their were allegedly so much money that any think could have been done. Always an excuse. So times a
helicopter and advise to get in are appropriate. Deutsche Trust fund people you sent children to me claiming it were not safe, and I agreed when you sent
children but grown men and women who guard money get killed every day. So what is it exactly? I purchased the Bank it self from my father Prince Charles, so
it their any doubt, I mean a phone call to Buckingham palace and a security clearance will Identify me and the owner of Deutsche Bank , and the Trust Fund.
EVERYONE IS SO WORRIED ABOUT ANN CONVERTINO , Why? Why are you worried,, and No I am not going to put her information on this document, and I have my
reasons.
The Deutshe Bank staff are in their third generation, they do not have clue who I am, and my relatives from Austria came to believe it was their family
trust, as well as the Bank staff. My original documents are challenged by the house of lords as the House of Lords is in its third generation.
So it has always been , my Bursar the Manager at the A Plus Foreign Currency Exchange in Santa Monica California, the Builder a Saudi Arabia who built all
of the buildings in Los Angeles County some 50 years or more ago and ended up in prison after a fight with the police once the buildings were built. The
Builder is a Saudi Arabian and he is about 5' 7" 135 LBS. and olive to dark complexion, I put him in the Holiday Inn right near the ocean, he has lived in
that Hotel for on and off for 35 years. He stays near and around Santa Monica, and no one remembers him. He attended Harvard, and Harrison Ford knows him. He
was left in America because he had to be here to prove I own all these building.
Otherwise no one would ever believe how rich I am. When I go to Santa Monica England makes sure I am debouched, and that I have no many at all. This is
because England has wanted to steal everything I own, I cant even get a decent place to live. I cant pay my bills, or improve myself. I am controlled due to
British lords obligations to niggers and Masons, and I am tired of it all.
Tired of being hampered and pestered by debtors, debts I had nothing to do with, every dam deal I ever made for or with England involved some back door
attempt to bleed off my personal wealth.
I am to pay trillions of dollars so the children of my Lord can attend my school the University of Southern California for free, while I cannot even get in
the dam door to get something to eat. I have been on the campus penniless many times. Do you have any ideal how much I have paid from my personal wealth to

keep that school open, have you any ideal how insulted I am at being asked to pay a cent to attend, While I wait for these children to be spoon fed!

I have tried to attend USC since 1974, every time these dam Lords wheel out Betty Evelyn Campbell Wells , or some niggers from Ocean Park Community Center

to just harass the staff and me. I once had a physical fight with Lance Osprey and those other niggers, because Biney Brityh sent them to harass. What

do I know or care about those mentally ill people.

It has always been every one before me, well no more to hell with them , stay out of the way of the King of England. I do not want to be the friends to your

children,a n I do not want to pay for my lord children's education, you pay from your pocket.

No this person allegedly named Gun fire, I had a child name Gun fried , but you in that black utility camper, I do not know about you! My son Gun Fire is to

be on the East Coast, possible in the North East, and he is to look a lot like me, My other son Report ( as in a guns report after discharging a shell) is also to look like me and he is also to be on the east coast.

The person that I saw in the Black truck he looks like I looked when I worked at gateways Hospital, but What I suspect is my sperm was stolen, as I

authorized Gun Fire and report to be born. they are to be me with out all the violence in my life.

And i do suspect, as I did order it done that the person created by binney Brith be brought to that location where I was today. I suspect that the purpose

was to cast repute by the people upon the thrown, and this person I saw today is a homosexual enginner, and has been sodomized by niggers everywhere.

And I Gunfire, and report would kill the person who tried that. I am exactly like both of you boys. And their had not been any homosexual activity. None,

and I do not need to explain anything else to anyone.

when I was under the age of 3 or 4 all different kinds of people stole my sperm with a needle. I would wake up and my groin would hurt so bad I could not

stand up. they would gas me in my sleep, and I remember that some people wanted my sperm to create a person that was to be sodomized.

Christian Amedus Pendragon
353565347
Danny M. Wells
8888888888888888888888888888888888888888888
This is a PUBLIC Document
To the Embassy of the Republic of Ireland for distribution to all parties previously served
To the USPO Inspector General, see complaints filed by wellsdannyw@aol.com
To Professional Regulation
320 W. Washington
Springfield, IL 62786
Phone: (217) 785-0800
TDD: (217) 524-6735
Fax: (217) 782-7645


From Danny M. Wells
353565347
California Drivers License A6712910
I have up Loaded my e-mail records to a KINGSTON USB storage unit, I am mailing it out to the EMBASSY.
The USB is for Mr. Paul Te Crete, and I promised him he would have it. I am to mail it today and I do not want to be Late. But I am presses for time. I will send it by using your address as the return address.
The documents are to be sold by Te Crete, and the proceed are to be deposited in the CHAM BANK of Damascus Syria File and or Account number ( B599949081)
The file and or account number was developed as agreed to by all parties involved with Capitol Area Vocational Center Springfield Illinois (1978 to 1980) that were involved in the Creation of the CHAM BANK of Damascus Syria File and or Account number ( B599949081) Deutsche Bank Trust Company

194

Americas in favor of Danny M. Wells United States Social Security Number 353565347 California Drivers License A6712910

Further I reside at 1646 Cabrillo Ave #17 Torrance California 90501, I would appreciate payment ( of my rent) from my Staff involved with the sale of said documents , to be made to the manager of 1646 Cabrillo Ave # 17 Torrance Califorina 90501. The manager is in Apartment #201,

The manager is to be told that the documents are to be sold to Paul Te Crete that the Embassy of Saudi Arabia is involved in order that the Manager is assured of payment. I Authorize some three months payment be made from my deposit into the B599949081 file or account, that in fact the CHAM BANK be notified that my intent is to expedite deposits into the FILE and or account, that deposits in the CHAM BANK can also be used to pay said rent as the Manager is to be paid, and the manager is waiting, and I do not want the manager to be waiting for his money, and that is why

I sold the documents to Paul te Crete, and I have also sent a letter to the Illinois National Bank in Springfield Illinois ( CUSTOMER SERVICE) instructing them to deposit money into my Wells Fargo Checking account so I may pay my rent in that manor. I enclosed a deposit slip for Wells Fargo for the INB to send Wells Fargo a check for deposit into my Wells Fargo Checking account , which I have checks for, and the Manager of apartment 201 is willing to accept a check from me.

I do not have a California Identification card, and it has been almost 10 days since the ID card was to be mailed from the California DMV, and the US Post Office informed me that the ID was not there at the US Post Office, and I had placed a hold on my mail and said hold was not in effect, Documents I filed with the USPO in Torrance to change my address were in the possession of USPO employees id Sylmar California, and I was told that if the ID Card did arrive it might be sent back to the DMV.

So at this point Between the USPO not wanting to forward my personal mail, not wanting to recognize that as a Licensed private investigator in the state of California that I might not want people I do BUSINESS with as a licensed private investigator to know where I actually reside, refuse to simply distinguish between business mail and personal mail, and have decided to just SHINE ME ON.

And that is what the dam USPO is doing SHINNING ME ON, I have a PROBLEM THAT IS EFFECTING ME AND PEOPLE WHO LIKE ME, and I am tired of it all.

I just want my dam ID card to be delivered to where I live. I live at 1646 Cabrillo Ave #17 Torrance California, and I really do not have time to keep going up to Sylmar to check, or to end up walking from Torrance to Sylmar as apparently some dam body did in the past and this is some kind of revenge thing , which is popular with you dam old people who discovered the the King of England had to do all of this, and you went through this script to see how you compared , and I am telling you all this was not a dam game. This is real life and you actually interfered with NATIONAL SECURITY, you USPO employees should be ashamed of your selves actually.

I hope that parties understand that and ACTIVITY is a serious procedure and parties that see the opportunity to resolve their problems should note that the load on the architects could be to much, This activity was planed 33 years ago, and rehearsed by me at least three time, this is no rehearsal, and we are 80% completed, and I really do not want additional parties utilizing me,as there is something inherently wrong with one person doing everything, Individual responsibility for your assignment is required. Inability to perform means you should not have the benefits of your position and you should be replaced in fact. I personally have noted at least a 50% performance burden on my efforts meaning parties are passing their burdens.

*************************************

History Saudi Arabia was in fact the government for America in the 1970, in the 1980 the Bush family, and Betty Evelyn Campbell Wells Ran the Saudi Arabians out of the entire country and the result was economic collapse, he Bush family and Betty simply did not know where the currency that ran America came from. The currency comes from Saudi Arabia America, and they left us in the dust because they were beaten up physically in the streets,

by Betty and the Bush nigger gangs, and that is the fact of it. Now we have a chance to get that currency back, and that currency is what we have to have, so do not mistreat the Saudi Arabians, they are Anglos and they have currency, do not confuse the Saudi Arabian with a negro blood, they are not, Saudi Arabia's are like suburb white kids, and that is who they send their children to America , to play,and when you go somewhere to play you do not want to be beat up by jealous English who cavort with the Niggers, Saudi Arabian people do not like Negros at all.

And Saudi Arabian people are fierce but very soft, it is like a very valiant man that weighs about 140 lbs.,

195

and they are about 140 lbs. , because if they were 230 lbs. you could not withstand their valor.
So understand them America..and keep the Saudi Arabian away from Negras, they really do not like them, Saudi Arabians learned about Negras thousand of years ago, and enslaved negras millions at a time, That is how Islam was literally bostrosized by the negra , putting so much taint on my religion I could barley with stand.
Bush resents so much of his life being exposed, but it was cavorting with Sandra Elizabeth Bullock, ass fucking, and the nergas , alienating the Middle East, invading the middle East , the Jealous of the Middle Eastern Culture, the intent to rape middle eastern women, all the shit play,,etc. that just put him in to so much ill repute his father put hands on him.
Danny M. Wells
88888888888888888888888888888888888888888888888888

To the United States Congress
From The Honorable Danny M. Wells
President of the United States of America ( By Act of Congress)
President of the United States of America For Life ( Inaugurated)
353565347
California Drivers License A6712910
Re e-mail regarding my personal currency, Copy may be sent to Embassy staff, for distribution.
The effect of taking my currency, and I say take to prevent any (legal EASE) on the part of employees of Deutsche Bank to file some type of legal action. The Currency in the Trust Fund, as well as the entire Bank is my private currency. I had to go as far as have my GOLD moved to Mongolia.
The BANK was started because I was an inventor at a very early age. The receipts from the sales grew so fast that persons just took it upon themselves to steal the money. SO the TRUST FUND was created. And then the BANK and the TRUST fund grew, as I had no debts. All I had was people bring me their daughters and problems, as well as their trash.
I over the years was separated from obtaining any currency, and the intent grew to just EXTORT the Currency from me by refusing me the physical ability to live in any of the buildings I purchased with currency from the BANK or the TRUST fund.
I was surrounded by people who lied,and embezzled so much money that they came to believe their family owned the currency. I had no means by which to even withdrawal money from either, when I attempted to withdrawal money I was physically attacked, by the French Royal family , as my accounts were being used to( PORTEND) that the currency was of some other character. This pretense was maintained for some 40 years. Sa the French Royal Family were in so much DEBT to the Negras in this country that SEX and FOOD was used to pay the Negras, thus the MASONS developed and destroyed Anglo America.
The Effect of taking my currency to an Islamic Bank is that fewer DOLLARS are available to pay debt from a private source. Other private sources may step in, RATES will control ill advised assumption of investment. ill advised assumption of a debt, credit, expenditure.
The choices we now make revolve around paying debt with currency, because if Debit cards are used because of shortage of DOLLARS we miss the point of the fact we have so few dollars.
We have so few dollars because of the CONDUCT of the average person in America. America was to violent for the rich to even be in public. And the rich move their money to foreign countries. The public is not allowed to beat the rich up when the person can work and get a job, or to support themselves by farming. The people I encountered did not want to work they wanted to steal, it never was that their was a food shortage, it were that they chose to encure debt and to pay that debt by theft.
Now what people are to make up the difference in the availability of currency and goods and services paid to providers of good and services? That is the question, when there is no Currency who is to get the available currency for the things they sell. Should the people who started and contributed to the reason the currency is being taken to another country have currency NOW, or be able to used a DEBIT CARD and get purchasing power!
The DEBIT CARD it self was created because GOODS AND SERVICES were need to pay ill obtained debt, with out the DEBIT CARD having any value at all, because the MAKER or the HOLDER of the DEBIT CARD did not have any of their own MONEY, so what was the receiver of the DEBIT CARD receiving in real purchase power? NOTHING at all, the DEBT from the DEBIT CARD of the (1972) or so was just passed on. That is the point passing on a private debt and hiding it in the economy has to end.

196

The Debit card hid the fact the currency was missing, and it was missing because their was to many people in the United States that was not to be in the United States and that meant to much material was being purchased, to many sales of unpaid for property, when the purchased was not scheduled to purchase. That means some other person has to purchase also, there fore two purchases are made , where does the currency come from, you cannot just print more money. BUT that is what we did, we just printed more money, that was not supported by an assigned value of the production of good for that given time period.

The only currency that can be used is the currency designated , once the designated currency is sent away the whole area is effected. So now that the CONGRESS is being told that OVER 15 TRILLION DOLLARS has been removed from circulation from EUROPE and America. And it had to be done as I am controlling the property by physical rights now, AMERICA has to finally recognize that, the people who should not be in America have to go. They were expecting to deplete me of my private property.

Understand that the economy was planned out, and the French Royal family that gambled on being able to pay their debts by stealing my property is over, The British that were involved, and members of the House of Lords are also being notified that their French relationships are not welcome, and the cost of said relationships are not going to be paid for by me! That is the short of it, I am not paying!

When a person is paid they have to be the person scheduled to receive the money, it is just like that . All these electronic transactions are hampered now , because seconds of possession result in a CASH pool that is used to pay people that should not have any Currency. Moving money around instantly was intended for convenience, and it became a way to create money. when it was discovered other just joined in. The practice defeated the purpose of Currency. Currency is massive accountability for am economy, Especially if the economy is a big as ours. If you are due a payment and you cannot get currency, but some other person has currency something is wrong!

Only people who are due a debt and have the legal right to currency should have currency. And every person who wants to have currency for the value of their deposits should be able to get the currency to at least 98% ( for administrative costs of cashing out. That is the check if there is something wrong with the system. BRITAIN for to long used anyone's money to cover the Fact that the Dam French had these Nergas in this country, and it could not be , America was burdened with this and the that. Increasing our lack of Currency. Creating all of this scuffling of electronic money. So Negras would have currency in their pockets. and it was them, the MEXICANS are from this hemisphere, the Canadians are from Europe and were also a very big problem, this there intent to take over America. so conspirtus were the Canadians I had to go into their mind and control them in (1971) to program them to be America, they are by nature a Dam French spy. So dam traitor that I cannot speak, the are COMMUNIST you see, thinking every dam thing is free, because they were never invaded by the Negra, they were passed over because America had to be controlled before Canada, to kill all of North America, the Canadians are stupid, as stupid as can be. They are not and never ever will be world leaders, they are farmers at best.

And they better keep on farming out I will come up there and kick their ass, and I mean that. So taken in by first Britain then France, or was it France and then Britain, or was it the Negra Boy scout that they so regimentally trained and fooled like the smart white man and stupid negra, that ended up rapeing anything that stood still long enough.

From The Honorable Danny M. Wells
President of the United States of America ( By Act of Congress)
President of the United States of America For Life ( Inaugurated)
353565347
California Drivers License A6712910
88888888888888888888888888888888888888888888888888888888888888888888
c.c. To the International Monetary Fund ( from Vincent)//////copy to be sent to the Embassy of Saudi Arabia, Washington D.C. for distribution By the Embassy of the Republic of Ireland to all parties previously served,,To the Embassy of the Hellinistic Republic of Greece , Los Angeles California, To the Embassy of Mongolia (for my staff in Batu Mongolia),,,

This Memo tobe forwarded to the United States Senate,, all pertinant committees, and the the United States Congress all pertinant committees, and to the Cham Bank ( Of Damascus Syria)

By the U.S. Senate as receipt and understanding that the currency is no longer available in the Continental United States.

To The Cham Bank
info@chambank.com

197

198

199

.

Main Branch - Al Najmeh Square
To the EMBASSY OF THE HELLENISTIC REPUBLIC OF GREECE
TO THE EMBASSY OF MONGOLIA ( for my staff of Batu Mongolia Attorneys)
TO The Embassy or the Republic of Ireland for distribution to all parties previously served
From Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
I currently reside at
1646 Cabrillo Ave # 17
Torrance California 90501
I want the currency from Deutsche Bank, and I want all the currency from my Trust Fund to be transferred, ( transferred to THE CHAM BANK) My Attorney staff of Batu Mongolia may be contacted by contacting the Mayor of Batu Mongolia.
The trust fund is Deutsche Bank Trust Company America the Master and the Limited fund
( I also want the currency from the BANK it self, as It is all mine).
I am fed up with people assuming they controlled anything. I sat back for more than 40 years and watched people lie , and steal. Therefore this is the authorization to take the currency from the BANK and from the Trust Fund, as I want no misunderstanding as to my right to take all the money, and that I am the owner of all the Currency.
The particulars of the currency itself can be obtained from the person I refer to as my BURSAR, he is the manager of the A Plus Foreign Currency Exchange. I KNOW THAT THIS IS A VERY HUGH PHYSICAL TRANSFER OF CURRENCY, BUT THE GOLD THAT SUPPORTS IT HAS ALREADY BEEN MOVED, This is to be notification to Employees staff, etc. that the currency now has been moved. My biologic identity is known by the Embassy of the
The following e-mail addresses are references for you to contact
info@saudiembassy.net This is the Embassy of Saudi Arabia, Washington D.C.
Background can be obtained from various persons on the Embassy staff regarding the attachments, as the circumstances are grave.
*******************************
Elisabeth Fotiadou
Consul General of Greece
The origin of the currency is know by the Consul General, and the Consul General has my biologic identification,
Embassy of the Hellenistic Republic of Greece
12424 Wilshire Blv., Suite 1170
Los Angeles
United States
CA 90025
Phone:
+1-310-8265555
Fax:
+1-310-8268670
Email:lagr@greekembassy.org
Website URL:
*******************
A Plus Foreign Currency Exch
1454 4th St, Santa Monica, CA 90401
(310) 656-1121
The manager of the EXCHANGE knows the history of the Bank , and the Trust fund, And the fact is I were very young when they were organized, The Manager of the A Plus Foreign Currency exchange took my right thumb print when the trust fund was organized.
Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
My staff of Batu Mongolia are authorized to take all the currency from the Bank and the Trust Fund, ( My

201

attorneys will handle all incidental to this AUTHORIZATION.

info@chambank.com
Main Branch - Al Najmeh Square
To the EMBASSY OF THE HELLENISTIC REPUBLIC OF GREECE
TO THE EMBASSY OF MONGOLIA ( for my staff of Batu Mongolia Attorneys)
TO The Embassy or the Republic of Ireland for distribution to all parties previously served
From Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
I currently reside at
1646 Cabrillo Ave # 17
Torrance California 90501
I want the currency from Deutsche Bank, and I want all the currency from my Trust Fund to be transferred, ( transferred to THE CHAM BANK) My Attorney staff of Batu Mongolia may be contacted by contacting the Mayor of Batu Mongolia.
The trust fund is Deutsche Bank Trust Company America the Master and the Limited fund
( I also want the currency from the BANK it self, as It is all mine).
I am fed up with people assuming they controlled anything. I sat back for more than 40 years and watched people lie , and steal. Therefore this is the authorization to take the currency from the BANK and from the Trust Fund, as I want no misunderstanding as to my right to take all the money, and that I am the owner of all the Currency.
The particulars of the currency itself can be obtained from the person I refer to as my BURSAR, he is the manager of the A Plus Foreign Currency Exchange. I KNOW THAT THIS IS A VERY HUGH PHYSICAL TRANSFER OF CURRENCY, BUT THE GOLD THAT SUPPORTS IT HAS ALREADY BEEN MOVED, This is to be notification to Employees staff, etc. that the currency now has been moved.
My biologic identity is known by the Embassy of the
The following e-mail addresses are references for you to contact
info@saudiembassy.net This is the Embassy of Saudi Arabia, Washington D.C.
Background can be obtained from various persons on the Embassy staff regarding the attachments, as the circumstances are grave.
****************************
Elisabeth Fotiadou
Consul General of Greece
The origin of the currency is know by the Consul General, and the Consul General has my biologic identification,
Embassy of the Hellenistic Republic of Greece
12424 Wilshire Blv., Suite 1170
Los Angeles
United States
CA 90025
Phone:
+1-310-8265555
Fax:
+1-310-8268670
Email:lagr@greekembassy.org
Website URL:
******************
A Plus Foreign Currency Exch
1454 4th St, Santa Monica, CA 90401
(310) 656-1121
The manager of the EXCHANGE knows the history of the Bank , and the Trust fund, And the fact is I were very young when they were organized, The Manager of the A Plus Foreign Currency exchange took my right thumb print when the trust fund was organized.

202

Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE A6712910
My staff of Batu Mongolia are authorized to take all the currency from the Bank and the Trust Fund, ( My attorneys will handle all incidental to this AUTHORIZATION.

8888888888888888888888888888888888888888888888888888888888888888888888888888888888888888888888888888
88888888


CONTINUED ADDENDUM TO
The International Monetary Fund Agreed to take Civil Action in the event I a member of the IMF encountered problems with living in the SEA CASTLE APARTMENTS


Declaration by Danny M. Wells I Danny M. Wells declare , I am over the age of 18 years old. I reside at 1646 Cabrillo Ave # 17 Torrance California 90501.
The purchase of the Sea castle apartments located at 1725 Ocean Front Walk was forced upon me in 1974. The Building was a wood construction. In 1978 it was renovated, and rebuilt into a stone building. It allegedly collapsed or was unsafe in 1986, and was repaired. In 1979 or so It was rebuilt into the condition it is in now.

All the costs and total cash out lay came from me! From money I had in the 1st Bank of North Africa. I did not even see the building until 1981. I made the decision to build the Sea castle as a student at Capitol Area Vocational Center , Springfield Illinois . I  Designed the Sea Castle, and all the original drawings have my sweat , possibly serology on the paper. All my notes are on the drawings, the drawings could be anywhere.

The Building was used to tease me, and for others in a gang to use for free. All the presidents of the United States of America wanted to stay in the Sea Castle for free. Members of Congress, Buckingham Palace staff, persons from other kingdoms I am King in,  Members of the House of Lords England and their children, Various people from Hollywood, all wanted to stay in the Sea Castle for free, and they called me on the phone when I was working as a student at CAVC.

The pentagon, Department of Defense personnel, Buckingham Palace, Congressmen, The National Aeronautics Space Administration.  All called me on the phone to get permission from me to stay at the Sea Castle for free. When I would not give them permission they called the Queen of England who eventually called me on the phone.  Diane Princes of Wales and Prince Charles of Wales called me on the phone to get me to allow people to stay for free.

When I said no the issue when to the CHANCERLLY at first, then it went to the COURT OF ST JAMES. the issue was were I legally able to say who could stay in the Sea Castle for free and who could not! This issue became apparent after the money was transferred.  The Chancellry took the position that I simply would not be told who was staying in the Sea castle and I simply cancelled the building project, and when I did I got nothing but calls as someone had sold shares in the construction costs, and they were promised a return. Sean Connery , and Mr. Coppenbarger has sold shares. After about two days Diane Princes of Wales talked me into beginning the building project again.

I authorized the transfer of the money again with the instruction to the CHANCELLERY that the money came from my bank managed by the Embassy of Saudi Arabia Washington D.C. not the Bank of England, that their was no English money in the project.  At that time the alleged persons who gave Sean Connery, and Mr. Copenbarger money contacted me about investment terms, I knew they did not have the kind of money this project required and directed them to the Saudi Arabia Embassy, they were shocked at the costs and contacted Buckingham Palace which confirmed the amounts.

I was being charged 100,000.00 Dollars per square foot. The investors concluded I was been fleeased, As

203

all the interest wanted their money up front. The total CASH out lay form my personal account was ONE TRILLION DOLLARS (1979). I paid cash, as no one want to extend on day of credit, they all wanted the taxes paid up front, that building is in my estate for some 250 years,,, I cannot ever recall even staying in the Sea Castle for even one night.

I had to also purchase the beach surrounding the building all the way past Will Rodgers Park, I own that also. Now after this cash out lay I still had parties wanting to say they owned the property, or the property is public property.

Once the money was transferred all the workers wanted free apartments. Then the English would not ship the building stones. So I purchased GREEK and Italian stones. The English lost 40 BILLION DOLLARS because of that. Since then the English have been nothing but trouble, in order to recoup the lost 40 BILLION DOLLARS. The Sea Castle was built by the Greeks.

Mel Gibson, Sean Connery, Kenneth Brannagh, Wesley Snipes, Will Smith, Emma Thompson, The Windsor family of England , Meryl Streep, Ellen DeGeneres, Gwyneth Paltrow, Nick Nolte, Tom Berrenger, Diane Keaton, Robert Redford , Michelle Phiffer, all casused trouble that resulted in the loss of the 40 BILLION DOLLARS. This casued a RIFT with me them and The House of Lords and since then they denied I was the King of England, to cause confusion in the relationship between the Sea Castle my legal ownership of the Sea castle, and the common knowledge that the Sea Castle is Owned by the King of England.

The sea Castle was used by the English to identify the King of England after I paid cash for the building. It was the prestiuge, and the physical way I look that casue utter refusal to admit I am the King of England. The belief was that I were to have BLUE EYE , be 6' Foot and hair appaering in some mannor as my genetic code is known, but after my EYE COLOR was removed and sold, surgerys after war and fights, my genetics altered to prevent growth, skin tatooing head to foot, I do not appear as I should, and all of this were done through jealousy of what I were to look like and the selling of genetic material.

Then once it was established the money came for the 1 st Bank of North Africa , which is deposits fro Saudi Arabia for the purchase of inventions of mine, once that was established in COURT in Illinois, and California England just ignored the facts, and contended I was not the KING of England and England physically LOCKED ME OUT OF THE SEA CASTLE APARTMENTS. Then ENGLAND physically beat people up.

England used Kenneth Brannagh , Brannagh sent the people called the AIDE TO THE COUNTENANCE. A sarcasm for person that were so beaten by the English in war and battles that they just want to punish the King of England for that.   To physically prevent me from ever living in the Sea Castle.  This resulted in several fights and in me being arrested some 14 times in Santa Monica, and Los Angeles County.

All my feeding stations were stocked with substandard food or food sent by my enemies , as a English way to make friends with people I hated. To get Negras into my life. To result in social disgrace. As many English are socially disgraced for association with Negras, and that is the social fact. It is intended to maintain that you are not fit to associate with.  Dealing with , associating with Negras is not allowed in the social group I am in. So to destroy me I had to be made to go to a Negra for anything, and I refused.

OPCC had a few I tolerated. My food supply I paid for in advance in (1978) was interrupted, and it was corrupted and inadequate meat was supplied.

I arrived to OPCC in about 2005, by that time the meat I had paid for in advance had been already eaten. The meat I paid for in 1978 was not to get to the distribution centers until 2005.  All the meat had been eaten by the Negras. They ate all the food. The paid for food was sent to the feeding centers years to early, to be stolen HOL, their children, British army, Negras that knew the KING of England meat was there, Actor that had no business there just wanted the chemical signature of the KING, all this meat cost money understand. I had some 5 years of meat from England, and I got 5 tuna sandwiches, you think I want a

204

Negra around. I don't want no Negra around at all.

as a Muslim a lot of the Meat I could not eat, I do not eat any pork. All I had was handout the store hated to sent to OPCC. This resulted in weight loss. Which is a tactic used to sodomize a KING. And that was the perverted intent , as a goal by HOL, Masons, Negras,and devil worshippers. That was what they all wanted for 40 years. To fuck me in the ass! and I have killed some 54 men that have tried it, in prisons and other places. Because I am the King of the Byzantine Empire Janus,  King of Carthage North Africa Hannibal, King of Nazareth Israel Ben Amien ibn Islam, King of Norway Thor, no ass sex here!

Gibson appointed himself in charge of orchestrating when I was to be arrested, after several civil complaints were filed against him by me, and several court orders were issued restraining him ordering him to stop cease and desist by DFHE negras and Agency's, State COURTS, And USDC Illinois, and California , from 30 years or more ago.

These arrests occurred at critical points of processes to reside at the Sea Castle or obtain Social Security benefits, or were financial obligations to Chun Il Sun Wells enjured to Gibson due to the fact I was separated from CHUN. Gibson and CHUN are commonly know to be lovers, my marriage to CHUN was ordered by the Royal Family of Wales.

From 1989 to 2001 CHUN was involved in the Masons and Gibson. Chun's family knew of Betty Wells a person I hate and they conspired to with Gibson to obtain control of my estate. All identified routinely signed psychiatric INABSENTIA COMMITMENT ORDERS without any lawful or legal right, having to be JUDICIALLY DENIED and deemed a NULLITY. And identified sought orders from inferior COURTS to confuse JUDICIAL JURISDICTION and steal the property or to get restraining order against me from my property.

I Danny M. Wells Declare under penalty of Perjury Under the Laws of the United States of America that the above is true.

DaNny weLLS
ELECTRONIC SIGNATURE
5/4/2011




From: Danny Wells
Sent: Wednesday, May 04, 2011 4:30 AM
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ieo@mif.org
Cc: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be Dorothy.Sun@dfeh.org.ca.gov
Subject: The International Monetary Fund Agreed to take Civil Action in the event I a member of the IMF encountered problems with living in the SEA CASTLE APARTMENTS

FROM DANNY M. WELLS 353565347
CALIFORNIA DRIVERS LICENSE A6712910

CURRENT ADDRESS
1646 CABRILLO AVE# 17
TORRANCE CALIFORNIA 90501

TO the International Monetary Fund
To the Staff of the Sea Castle Apartments
To The Royal Family of England
To the Windsor family of England
To the New York Times ( For public print Legal notice of EVICTION,  INTERFERENCE WITH A
CONTRACT, FRAUD, CONVERSION, TRESPASS, CONFLICT OF INTEREST, MOTION TO SHOW
CAUSE United States District Court Central District of California, )
To My staff at America On Line
The the Government of Bosnia
To the United States District Court Central District of California SPECIAL MASTER IN THE CIVIL
ACTION ENTITLED DANNY M. WELLS  and regarding the SEA CASTLE APARTMENTS filed prior
to the years 2000, wherein a SPECIAL MASTER HAS BEEN ASSIGNED
TO RAYMOND ISHI UNITED STATES DISTRICT COURT JUDGE , EASTERN DISTRICT OF
CALIFORNIA PRIOR TO 2000 ( Recognized as the Administrator for Danny M. Wells 353565347
PRIOR to 2000. recognized as the Archivist of Records for DANNY M. WELLS
To CHAM BANK Damascus SYRIA reference File and or Account B599949081
To Managers of the Sea Castle Apartments The Royal Family of Saudi Arabia Washington D.C.


REGARDING THE SEA CASTLE APARTMENTS
The Sea Castle Apartments
1725 Ocean Front Walk
Santa Monica California 90504


1. Purchased in about 1974 by DANNY M. WELLS

2. SPECIAL MASTER ASSIGNED TO THE CIVIL ACTION FILED IN PRO PER BY DANNY M.
WELLS , WHERE IN DANNY M. WELLS HAD TO ONLY FILE A PROGRESS REPORT, AND OR
CONTACT THE USDC IF DANNY M. WELLS ENCOUNTERED ANY PROBLEMS WITH USING
SAID PROPERTY.


3. DANNY M. WELLS REPORTS ABOUT 14 ARRESTS IN SANTA MONICA  CALIFORNIA IN AND
AROUND THE SEA CASTLE BY SANTA MONICA POLICE

4. SAID POLICE WERE NOT TO HAVE THE AUTHORITY TO ARREST DANNY M. WELLS IN
SANTA MONICA, PASADENA, COSTA MESA, OR SAN BERNARDINO, AS DANNY M. WELLS IS
THE OWNER OF SAID AREAS, AND PERSONS APPEARING TO BE POLICE DO NOT HAVE THE
POWER TO ARREST AS A SWORN POLICE OFFICER IN THE STATE OF CALIFORNIA.


5. PERSONS DOCUMENTED TO HAVE INTENT TO PHYSICALLY HARM DANNY M. WELLS
WERE KNOWN TO RELOCATE TO SANTA MONICA WHEN DANNY M. WELLS WAS IN THE
AREA, SAID PERSONS WERE DOCUMENTED TO EMPLOYEE THEMSELVES IN BUSINESSES
OWED BY DANNY M. WELLS AND PREVENT RECEIPT OF MATERIALS DANNY M. WELLS
HAD A RIGHT TO USE, EVIDENCED BY PERIODS OF HOMELESSNESS, AND PERIODS OF TIME
WITH OF CURRENCY, OR GOVERNMENT PUBLIC ACCOUTERMENTS.

6. THEFT OF SAID PROPERTY, DECEPTIONS TO THE PUBLIC IN MASS DISTRIBUTED

206

MATERIALS ( example are materials presenting the Windsor Family are involved or own anything of the Sea Castle Apartments) FRAUD UPON THE PUBLIC IN THE FORM OF REFUSING TO OBEY INSTRUCTIONS I GAVE TO PERSON ON MY PROPERTIES IN SAID AREAS, FRAUD BY PRESENTATION TO THE PUBLIC THAT DANNY M. WELLS WAS NOT THE OWNER OF SAID AREAS, THAT THEIR WAS NO SPECIAL MASTER, THAT I WERE NOT THE DANNY M. WELLS IDENTIFIED AS THE OWNER,

THAT I DANNY M. WELLS BEING THE OWNER HAD NO AUTHORITY TO CLOSE A BUILDING OR STOP AN ACTIVITY OR RESIDE IN ANY BUILDING I CHOSE, THAT PARTIES INVOLVED WITH OR RELATED TO THE ROYAL FAMILY OF ENGLAND INTENTIONALLY SENT PERSON MENTALLY ILL TO THE PROPERTY OF DANNY M. WELLS IN ORDER TO INSTIGATE A PHYSICAL FIGHT, OR PERSONS DANNY M. WELLS FOUGHT IN AN UNDOCUMENTED BATTLE, AND OR WAR TO CAUSE AN ASSAULT AND OR INTERVENTION BY LAW ENFORCEMENT, THAT SAID INTERVENTION BY PERSONS PRESENTING THEMSELVES AS POLICE OFFICERS IS A VIOLATION OF DANNY M. WELLS CIVIL RIGHTS UNDER COLOR OF AUTHORITY,

THAT VIOLATIONS OF THE LAW BY SAID IDENTIFIED PERSONS OR PARTIES RESULTED IN OVER 30 CIVIL COURT FILINGS FOR THE EXCLUSIVE PURPOSE OF WASTING THE TIME OF DANNY M. WELLS WITH RIDICULOUS CONTENTIONS BY SAID PERSONS, THAT THE INTENT WERE TO FRUSTRATE DANNY M. WELLS WITH SAID CONTENTIONS AMOUNTING TO THE DEFINITION OF THE VECSASIOUS LITIGANT TO COMPLETE AN OVER ALL INTENT TO EXTORT BUILDINGS AND RESOURCES FROM DANNY M. WELLS, TO MAINTAIN PROPERTY ILLEGALLY PHYSICALLY CONTROLLED BY SAID PARTIES,

THAT THE ABOVE TACTICS RESULTED IN THE EXERCISE OF ILLEGAL PHYSICAL CONTROL OF MATERIALS OWNED BY DANNY M. WELLS, AND A FRAUD UPON THIRD PARTIES, AS THE OPCC BUILDING WAS TORN DOWN 1616 SOUTH 7th STREET SANTA MONICA CALIFORNIA, THAT THE OPCC BUSINESS MAINTAINING PERSON DANNY M. WELLS TOLD TO GET OUT OF THE BUSINESS FOR 40 YEARS OVER AND OVER AGAIN MOVED TO A BRAND NEW CONSTRUCTED BUILDING, THAT NO SUCH AUTHORIZATION WERE GIVEN BY DANNY M. WELLS ,

THAT THE NEW CONSTRUCTION WAS INTENT ON FORCING THE TRANSFER OF MONEY FROM A PARTY INTENT ON BRAKING INTO THE OWNERSHIP OF THE DESTROYED BUILDING, THAT DANNY M. WELLS WERE TO BE FORCED TO GO INTO HIS OWN PERSONAL MONEY TO PAY FOR THE NEW CONSTRUCTION, OR DEAL WITH CLAIMS BY THIRD PARTIES, THAT THIS WAS A CONSPIRACY AND A GRAND THEFT ON THE PART OF SEAN CONNERY I SUSPECT, OPCC STAFF, THE ENGLISH ROYAL FAMILY , THE HOUSE OF LORDS, THE WINDSOR FAMILY,

THAT THESE PEOPLE LITERALLY KEEP THE KEYS TO BUILDINGS AND WILL NOT PHYSICALLY LET THE KEYS GO AS AN ASSAULT ON MY PERSON, THAT THEY HAVE FOR 40 YEARS CONSPIRED AMONG THEMSELVES TO PALY A GAME UPON DANNY M. WELLS, THAT FOR 40 YEARS ALL OF THESE PARTIES SIMPLY DEMANDED I PAY CURRENCY WHEN THEY KNEW OR ARRAIGNED FOR ME NOT TO HAVE CURRENCY IN ORDER TO KEEP ME OUT OF MY BUILDINGS, THAT ALL OF THE BUSINESS IN SANTA MONICA DO NOT PAY THE FULL PRICE TO STOCK THE SHELVES, THAT I PAY TO STOCK THE SHELVES AND THAT ALL OF THESE PARTIES AND THEIR FRIENDS GIVE THEMSELVES DISCOUNTS ON MATERIALS, THAT THEY STEAL MATERIALS FORM ME BY DEALS AMONG THEM SELVES.

7. Danny M. Wells also states that that ownership of the Sea Castle Apartments is the signal of various accomplishments, and standards and the fact is these accomplishments were accomplished by me, that I have accomplished things with several different parties. For years my accomplishments were believed to be accomplished by someone else, that the contention by others that they accomplished some unbelievable task

became a lie they could not tell the truth about, and I Danny M. Wells could not enjoy my property, because the liar decided that it were better for him/her to do so many underhanded things to destroy my ability to get to the Sea Castle or live in the Sea Castle FOR FREE AS THE OWNER OF A BUILDING SHOULD BE ABLE TO that they cannot show their face now, that this tactic had to be maintained for 40 years, in order they they be able to stay in their social set and continue to steal from me like all the other people in their social set.

All these types of people are about 15 years older that I am. They know each other from cowardice in battle, and hundreds of name changes to hide their identity. There is no intent here to get along, there is the INTENT TO GET ALL OF THESES PEOPLE OUT OF THE STATE OF CALIFORNIA, AS SOMEONE AS OLD AS THEY ALL ARE NOW ARE DESPERATE TO CLEAR THEIR NAME, AND THAT REQUIRES EVEN MORE LIES.

THE Royal family of England ,,, I have to BAN all the PRINCES, AND PRINCESS OF ENGLAND FROM EVER EVEN STAYING IN THE SEA CASTLE APARTMENTS, as I the owner am the KING OF ENGLAND, and the fact is if any of them even stay in the building the belief will be that they are the King of England.

I paid real currency for that building, and I know why The purchase an effort was literally pushed on me, it was pushed on me as a tactic to create something to fight about , to keep be all tied up about England in general, and I am tired of that and I want that ban , as the ban just puts the whole tactic to sleep.

If they cannot stay in the building they they can go some where else and say the civil law will not allow me to stay in the building and then they can say they are really the king of England, as I don't really care any more, that all will be out of my hair, and I will have the used of my apartments to live in.

THAT IS THE WHOLE POINT TO HAVE A PLACE TO LIVE with out all these games by literally thousands of person moving your ability to obtain currency away from you in order to promote Danny M. Wells paying for all these dam Negras, and I am tired of that, I am tired of pay the bill incurred upon various families of the House of Lords because they were beaten in battles and wars in Negeras Africa and their tactic is to pass their debt off on me, by stealing my personal wealth, not taping into the public English money, but my personal property because I am just one person. I am tired of this English Communist philosophy of fleecing the rich to just keep feed these lazy communist, these lazy communist will work if the work is for the purpose of stealing something, but doing actual labor is out of the question, the mentality is lay around until some rich guy gives you money, and they want to work in all these " Programs' that insure a paycheck with no possibility of closing the doors, and that is what it has been.

I did did not need to roam the streets for months, I need my materials, the English are committed to taking away all your possessions to emulate some other persons life, to insure you know how some other person feels about their life, and once you go threw that YOU HAVE NOTHING BUT SO MUCH HATE FOR THESES PEOPLE YOU WILL NEVER GIVE UP ANYTHING, as you realize the whole activity is to force money out of you,

In the world people die they die from starvation for all types of reasons, and I am not going to be taught any lesson by any one, that is why I am not spending my money on any thing, these people press you so much it is obvious they are to afraid to die to be feed,

I am not going to feed a person afraid to die, that person will kill me to live.

THE IMF IS AUTHORIZED TO TAKE CIVIL ACTION IN USDC
THE IMF IS AUTHORIZED TO DISTRIBUTE THIS DOCUMENT TO ALL PARTIES HEREIN
IDENTIFIED
THE IMF IS AUTHORIZED TO RELEASE THIS DOCUMENT TO THE PUBLIC
THE IMF IS AUTHORIZED TO IDENTIFY ME AS THE SOLE OWNER OF THE SEA CASTLE
APARTMENTS, AND TO SECURE MY KEYS TO MY APARTMENTS

ADDITIONAL INTENT MAY BE FORWARDED, BUT NOT TO PREVENT IMMEDIATE ACTION


Danny M. Wells
353565347


88888888888888888888888888888888888888888888888888888888888888888888

INSTRUCTION FROM DANNY M. WELLS 353565347, CALIFORNIA DRIVERS LICENSE A6712910, CURRENT ADDRESS 1646 CABRILLO AVE #17, TORRANCE CALIFORNIA 90501

File and or ACCOUNT CHAM BANK  B599949081

Attached is the signal to  the HONORABLE RAYMOND ISHI, UNITED STATES DISTRICT COURT JUDGE EASTERN DISTRICT OF CALIFORNIA,

Ishi is the Archivist for the history of the money in the file and or account, and or the money to be in the file or account.  The CHAM BANK is to contact the COURT to locate ISHI, ISHI is to be told of all the attachments herein as they verify to him my identity and the records he has are to be given to the CHAM BANK, the records Ishi has will complete the file as to the activities of the Administrator of the origin of the monies in the file and or account, or the monies to be in the file and or account.  Ishi was in fact an administrator of mine for some 36 years and can brief the CHAM BANK personnel of the problems with several governments

The Government of Finland is to also be notified by Ishi, that I Danny M. Wells 353563547, California Drivers License A6712910 am a sailor of the SEVEN SEAS,,, That is a statement that is to explain why I am known as Sean in Finland,,,

This is necessary as this also is a signal to Ishi of my identity

I do not have any e-mail addresses available to me where I am , and I have to have CHAM BANK deliver this message, and the message was to be transmitted to the CHAM BANK, ISHI, and FINLAND all at the same time to prevent trouble to Ishi, but I am unable to do so, and it is an attempt to disrupt the completion of the file and or account.

My plan was compromised as I have noted that all my safety zones and codes are known, wherein I had to resort to my secondary's in many instances. Take that into account in acceptance of this communication.

The Embassy of Saudi Arabia to forward this communication to the Embassy of the republic of Morocco as my lap top has been tampered with preventing me from access to the e-mail address..
THE EMBASSY OF MOROCCO IN LYBIA IS THE WITNESS TO THIS COMMUNICATION, AND THEY MAY FORWARDED THIS MESSAGE TO ALL RELEVANT PARTIES..


Danny M. Wells 353565347
CALIFORNIA DRIVERS LICENSE A6712910

209

FOLLOWING IS A PREVIOUS MESSAGE,

From: Danny Wells
Sent: Friday, April 22, 2011 9:25 AM
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@chambank.com
Subject: Transfer of all currency from Deutsche Bank, and Deutsche bank Trust Company Americas to the Cham bank, and then on to other banks

To The Cham Bank
Main Branch - Al Najmeh Square
To the EMBASSY OF THE HELLENISTIC REPUBLIC OF GREECE
TO THE EMBASSY OF MONGOLIA ( for my staff of Batu Mongolia Attorneys)
TO The Embassy or the Republic of Ireland for distribution to all parties previously served


From Danny M. Wells                              .
353565347
CALIFORNIA DRIVERS LICENSE A6712910

I currently reside at
1646 Cabrillo Ave # 17
Torrance California 90501


I want the currency from Deutsche Bank,  and I want all the currency from my Trust Fund to be transferred, ( transferred to THE CHAM BANK) My Attorney staff of Batu Mongolia may be contacted by contacting the Mayor of Batu Mongolia.
The trust fund is Deutsche Bank Trust Company America  the Master and the Limited fund
( I also want the currency from the BANK it self, as It is all mine).
I am fed up with people assuming they controlled anything. I sat back for more than 40 years and watched people lie , and steal.  Therefore this is the authorization to take the currency from the BANK and from the Trust Fund, as I want no misunderstanding as to my right to take all the money, and that I am the owner of all the Currency.
The particulars of the currency itself can be obtained from the person I refer to as my BURSAR, he is the manager of the  A Plus Foreign Currency  Exchange. I KNOW THAT THIS IS A VERY HUGH PHYSICAL TRANSFER OF CURRENCY, BUT THE GOLD THAT SUPPORTS IT HAS ALREADY BEEN MOVED,  This is to be notification to Employees staff, etc. that the currency now has been moved. My biologic identity is known by the Embassy of the


The following e-mail addresses are references for you to contact
MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@saudiembassy.net This is the Embassy of Saudi Arabia, Washington D.C.
Background can be obtained from various persons on the Embassy staff regarding the attachments, as the circumstances are grave.
******************************
Elisabeth Fotiadou
Consul General of Greece

The origin of the currency is know by the Consul General, and the Consul General has my biologic

210

identification,
Embassy of the Hellenistic Republic of Greece
12424 Wilshire Blv., Suite 1170
Los Angeles
United States
CA 90025
Phone:
+1-310-8265555
Fax:
+1-310-8268670
Email:lagr@greekembassy.org
Website URL:


*******************

A Plus Foreign Currency Exch
1454 4th St, Santa Monica, CA 90401
(310) 656-1121

The manager of the EXCHANGE knows the history of the Bank , and the Trust fund,   And the fact is I
were very young when they were organized, The Manager of the A Plus Foreign Currency exchange took
my right thumb print when the trust fund was organized.




Danny M. Wells
353565347
CALIFORNIA DRIVERS LICENSE  A6712910

My staff of Batu Mongolia are authorized to take all the currency from the Bank and the Trust Fund, ( My
attorneys will handle all incidental to this AUTHORIZATION.




View on Map



ADDENDUM,

This is a correction to the following To Ann, I have learned that you forgot who your husband is, and I am
noticing this documents as a nullity.


Ben Amien ibn Islam


To the Embassy of the United Kingdom, Los Angeles California
To the Embassy of Syria, in the Republic of Morocco
To the Intelligence Community United States of America
To all parties previously served

To the City of Los Angeles California
To my Estates in the United States , and  Abroad ( staff and Personnel)
To all previously served parties


To Ann Convertino, also known as Cypress, Copper Top,
Princess of France
Employed by the City of Los Angeles California


From Danny M. Wells 353565347
The King of England


This is a notification that I have divorce you, for the following reasons.


I had no wife when I arrived in Springfield Illinois, Cory Thomas was my original betrothal, but the Jennings family liked her, and they came to Illinois to disrupt the union. I at that time has been effectively kidnapped by Betty Evelyn Campbell Wells. Many French were in Springfield Illinois to obtain my wealth. The French had returned from wars in Africa.

The objective of the French was to get control of the thrown of England out of spite, I have always been surrounded by the French women, as an attempt to get their debts paid to the Negros of the Congo. When you came to my house located at 1714 East Miller street Springfield Illinois, I noted that you had black hair , which I deduced as a kindness from England.

As I examined you I resolved to take you no, and I sent you away from me in a manner that was deceptive. George Clooney brought you to the house, and I sent money to your house and a ring. I noted that the French Royal Family had already attempted to kill you, because of the injuries you had. You wore one of those Neck braces that wrap around the head.

And you had a hip injury, I had surgery performed on that hip, in England. So I am clarifying Ann I know which Ann you are. And we worked at Gateways Hospital 1993 to 1995. Gerald Cogland was the Director of the CCC.  Gerald I understand injected you when you were in Africa prior to 1973. That injection was to mark you metabolism for life, as a signal that you were one of the French Royal family in Africa.

This happened when you were very little, and probably have no memory of it. When that happens any person who marries you have all your obligations.

I divorces you almost 10 years ago, by this same method, and all I received was communications to take you back , or explanations etc. But the fact is in 1973 or so I sent Richard Gere to examine my and to test you. Because you went to the wrong school. And you were seen with Negros. Gere effectively compromised by , and you were married to me. You played the roll of being a trained by a professional gigolo, and Gere is a friend of mine for many years. He had his career and I had my job. And Gere did compromise you, and you were a married women.

The question came up why did you go to a school in Michigan as you were not to go their, and I noted that their was to much involvement with niggers all
together. Sean Penn, Kurt Douglass, Lucy Ball, Dezi Arnez, Tony , and Jamie Lee Curtis. Richard Burton, Burt Reynolds, Ann Margret etc. are all person that have and had credibility with me. And I over the years relied on their observations. They have lived life.

Now what I did was I told you that you could not be corrinated, and I told you that you could never put a

212

crown on your head. And I did that because you bleed between the leggs, and that ment that it is sinful for you to be on a thrown.

The tactic of the French has always been to go through the Queen to get the wealth of the King or to hurt the subjutude. In this case we have GREAT BRITAIN who hearken back to unity with France, GREAT BRITAIN forgets the Vichy French, whom were people from everywhere that the French let into the country for the purpose of killing English that needed France to fight the Germans. So how is it that GREAT BRITAIN should believe that France is the friend of England? I will tell you why GREAT BRITAIN was as stupid as stupid could be...

The French are a pack of witches, and the hate Allah, so why would it be that I would want anything French, I do not want no enemies of Allah , the French that are here are here until they go into the ground with a a cherp in life, if they cherp they are a trouble maker. The Royal Family are to get out of America.

You Ann you made a mistake, you did not keep your eye on the ball. Where you are is in effect Jail for aristocrates. Refined people designate Working for the City as a type of jail. You are monitored, and you money is accounted for, every step you make is documented.  What that means is first you want some kind of crown on your head so you run for an office or you want to be a goverment employee, or something of that nature, So what aristocrates do is we let you get there, The justification is that you violated a law at some time in you life. And what ever violation of the law you did was recoreded. And the people of power simply put you in jail.

My signal that something is wrong at this stage of the activity is that you are a employee of the city of Los Angeles, and the report from Richard Gere, and the report that you put a crown on your head.

Ray Leotta and Richard Gere are to conference call about the events of 1973 or so involving Ann Convertino and Michigan, while the Staff of the Embassy of Syria Republic of Morocco, and the Greek Orthodox Church also listen. As I recall we are in fact divorced as of some 10 years ago, as this is the second time this script were acted out.

Further this is the last time for this script, and NOTE that this is the biblical Jubilee, which means that the will of Allah be done.

I am to be recognized as a Ceasar in Italy, so accepted as a Caesar that your account withdrawn from Deutsche Bank recorded in earlier e-mails is subject to  a examination of you by the Roman Senate. What you receive, and when you receive is subject to their determinations. That money is in Rome and you Ann Convertino have to physically go to Rome Italy to make a withdrawal, and I made it that way as I was suspect when I got work of you going to another school besides the Catholic School I and Danny Aielo decided upon for you. I suspect it had something to do with George Clooney and his nigger troop from Congo Africa.

To the Ice Queen,,,, understand this you get that necklace and that is it for you, no Deutsche Bank bail out, and Kathy Reeves of Zayer Department Store , no Deutsche Bank for you either as  have learned that you are also a Princess of France.

That was all it was , French this and French that, and I am a North African and I do not care to take care of the Congo Negros! It is that simple.

I know what the plan were to be, it was to align the French and other debouched person under Ann Cnvertino, as she is seen as the worker white bee, while I  am the lazy dark moor , that should be in an office some where like all the other hard workers. O yea, I know. Then you were to destroy Britania, and let more of the niggers into America after all this work, 40 years of boxing them in and removing them, all this suffering of 40 years by the white people, you French and the French Royal family are traitors, From

213

Canada or where ever the hell you come from.

Danny M. Wells
353565347

To the Illinois National Guard
Headquarters

From Mr Danny M. Wells
353565347
California Drivers License A6712910

The Administrator and Owner of the Estate of Danny M. Wells 353565347

See the attached documents MAILED to the United States District Court Central District of California,

My Estate is the STATE OF CALIFORNIA
            the STATE of ILLINOIS
            and the STATE of NEW YORK

All three states were purchased by me in about 1971. They were purchased by me as it was know I would need that much room to function in a RETIREMENT mode,

ISSUES

1) Due to the nature of the people I have bee harrassed by since 1971 in fact they have persisted in a patter of harrassement that is a VIOLATION of the Falstaff act, I have the judgement from 1977 from a USDC in Illinois.

The defendant received a JUDGEMENT against them,
Then the defendants persisted in the harrasment as a tactic to (invade ) legal term of art the Estate and to obtain illeagl funding from my Estate,
Said virelent members of the defenants followed me to CALIFORNIA where said defendant falsified real property documents and EXTORTED persons I approved for management of several REAL PROPERTY locations.

I have came to discover that many of the EXTORTIONIST, TERRORIST, THUGS , and CRIMINALS to include the commission , and INTERNATIONAL WARRENTS for arrest are BOSINIANS that are in the Illinois National Guard,

NOW that it is 2011, I am saying to the STATE of ILLINOIS that the OWNER of the area known as the STATE OF ILLINOIS has had to again for the fourth time now in the last 30 YEARS file a report to the USDC, and require the Chief justice of that filing time to issue specific COURT orders pursuant to I the Administrator of the Estates Recommendations,

The REPORT IS NOT AN OPPOUTUNITY TO RELITIGAE, the REPORT is for the COURT to ISSUE more COURT ORDERS to United States GOVERNMENT entities who are to IMPLEMENT procedures,,

When this happens on such a scale as herein is apparent parties go to Federal Prison...they go because the Chief Justice , how has all the evidence, all the notes of Justices before him, all the pleadings and all the filings to include the ORDERS and the OPINNION of the World COURT in Istanbul Turkey, and some 37 Civil Complaints  filed  over here and over there etc.

214

And some 40 years of telling the defendants the same thing time and time again, to get out of the Estate,and get off the property,,,

Commander I require an investigation into the conduct of all your members from 1965 to present to include your retired, to determine where they are and if they are in violation of ANY COURT ORDER,, The Chief Justice should be corodianted with as well as the Office of the Inspector General.

Mr Danny M. Wells

To  The University of Southern California
To the Embassy of the Hellinistic Republic of Greece 12424 Wilshire Blvd Los Angeles California 90405

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy

Also known as Janus King of the Byzantine Empire,,

I am the OWNER of USC, See the following issues

1) GREEK EMBASSY is to have housing assinged to it for persons approved by the embassy to reside on the campus,, My staff of Nazereth Isreal is to determine how many units they are to receive,, Mr Foutidou is the manager of thoses units, and they are to be availiable all year around,,, said units are part of a international living quarters swap program , allowing for persons to swap inving quarters internationally,,, I am to have two of those units myself,,

To all parties previously served
To the Staff of the University of Southern California

From the Owner Danny M. Wells
            353565347
            California Drivers License  A6712910
             Embassy of Italy (Honorary)
             1646 Cabrillo Ave # 17
             Torrance California 90501

1) I designated a building to be the Embassy of the CITY STATE of Nazareth in Israel. That CITY STATE is independent of the Country of Israel, and the Documentation is filed with the United Nations in fact, in 1978. (Code number was  353565347) Filed with the United Nations,,,,

To make the birth of that CITY STATE I authorized the building,,which includes a GARDEN I call GESEMINY Garden to be DESIGNATED ON THE MAP OF USC.  If you knew about it that was ok, If you did not that was also ok, BUT I do not see the location , and I cannot access it on my lap top, So I am going to DESIGNATE a BUILDING NOW as I insist that Allah the Merciful have that gift I give to him,

it is the PARKSIDE Arts & Humanities Residential College,, Now for any person to be in that Building , you better just drop to your knees at some time in the day, regardless, as I don't want people to pray who do not love Allah, to avoid getting CHARGED FOR THE REST OF YOUR NATURAL LIFE FOR

215

ATTENDING USC...

You have the option of just getting out of the building, this location is to be the EMBASSY OF THE CITY STATE OF NAZARETH UNTIL THE ORIGINAL LOCATION IS LOCATED AND ACCEPTABLE, AND I DO NOT CARE WHAT THE STAFF HAS TO DO TO MAKE IT SO,

THE EMBASSY STAFF THEM SELVES ARE APPROVED BY THE MANAGER OF THE A PLUS FOREIGN CURRENCY EXCHANGE  SANTA MONICA CALIFORNIA 90504, ISSUED ID BY THE MANAGER.

fLOURNITINE,

2) The BOARD OF REGENTS OF THE UNIVERSITY OF SOUTHERN CALIFORNIA IS DISSOLVED, AND THE NEW BOARD OF REGENTS ARE COMPOSED OF PERSONS FROM ATHENS GREECE AND ARE APPROVED BY THE STAFF OF THE EMBASSY OF THE HELLENISTIC REPUBLIC OF GREECE, LOS ANGELES CALIFORNIA, ONE SEAT IS FOR THE EMBASSY IN CHICAGO ILLINOIS,

2a) THE BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA IS DISSOLVED, THE NEW BOARD OF TRUSTEES IS APPROVED BY THE EMBASSY STAFF OF THE CITY STATE OF NAZARETH ISRAEL,

3) The new Board of Regents are to begin talks with the University of Norte Dame about linking the academics together,,

4) I require communication from the staff of USC regarding my schedule of classes, as I would like some input in Naural Science, and a Engineering curriculum.

I also require that CHIEF JUSTICE OF THE UNITED STATES DISTRICT COURT CONFERENCE CALL WITH ALL THE IDENTIFED PARTIES HEREIN TO INSURE THESE POLICYS ARE INSTITUTED, AND THAT I AM ENROLED FOR THIS FALL AS I WANT , WITH ALL THE ACCOMEDATIONS HOUSING ETC, THIS CONFERENCE IS TO BE CONDUCTED BY THE OFFICE OF THE INSPECTOR GENERAL

AND I DO NOT WANT TO PAY ANYTHING,,SOME 2 YEARS, IF I DECIDE TO ATTEND LONGER I WILL NOTIFY THE RELATIVE PARTIES...

FURTHER I REQUIRE A CONTACT PERSON TO MANAGE ALL MY PROCEDURES TO ATTEND CLASSES....I NEED TO BE CONTACTED FORMALLY...


MY STAFF OF BATU MONGOLIA MANANGE THE ADMINISTRATION OF MY CHILDRENS EDUCATION

DANNY M. WELLS
353565347
CALIFORNIA DRIVERS LICENSE A 6712910



ADDENDUM

SEE additional attachements for the Superior COURT of the State of California COMPTON
ATTENTION Public Defenders Office Carlin Yuen  1-310-603-7587
CASE NUMBER  1CP02186

216

FOR
Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States District Court
for filing by the Office of the Inspector General,
In support of the Merger of the Criminal Superior Court Case
1CPO2186 with the CIVIL Litigation in regard to the Estate of Danny M. Wells 353565347
to support the FINDING of a Falstaff Act Violation, The Federal Tort Claims ACT violation alleged in the
OIG Complaint, and the Remedies RECOMMENDED by the Administrator of the Estate,,

To The Superior Court of the State of California
COMPTON COURT HOUSE for filing by the
Office of the Inspector General,, In support of a Dismissal of the Criminal Complaint against Defendant,
and referal of the results of the En Camera Hearing regarding the history of Complaints against the Officers
involved and the Probable CAUSE found by the COURT regaring the PITCHES Hearing

ATTENTION Public Defenders Office Carlin Yuen  1-310-603-7587
CASE NUMBER  1CP02186

From Danny M. Wells
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501

Embassy of Italy ( Honaray)

I have mailed the hand written Motion TO SHOW CAUSE 5/25/2011

FED EX EG722461309US ( no type written copy e-mailed

FED EX EG722461290US

NOTE TO THE STATE OF CALIFORNIA, AND THE ILLINOIOS NATIONAL GUARD,, FOR
SERVICE BY THE STATE OF CALIFORNIA ON ALL PERSONS IN THE ILLINOIS NATIONAL
GUARD IN THE YEARS OF 1965 to 1995,,,

You are to understand the the IOG has been provided with the USDC Central district of Illinois( COURT
ORDER ) of about 1977 that gave various person orders not to do certain thins, that said COURT ORDER
and and the COURT ORDER I obtained in 1978 to 1981 as well as the SUPERVISON of my Estate by the
USDC of Central California is to result in PENALTY, if you happen to be in the State of California,, The
OIG is recommended to locate you and determine if you adheared to the ORDERS of the COURT and to
determine if you VIOLATED the Falstaff Act...

In the event the State of california Refuses to assist me or the OIG or the Chief Jsutice in locating all of said persons then , The State of Californina will have a problem

To the NEW YORK TIMES NEWSPAPER

FROM THE OWNER DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy

YOU ARE TO LOCATE MY CERISAN GUARD,,,

DELIVER THESE DOCUMENTS TO THEM,

MY Cerisan Guard is to locate this person who were King of England ,,, prior to 1973 you know who it is and where he is,

SERVE these documents on him and tell him MY SEA CASTLE APARTMENTS 1725 OCEAN FRONT WALK SANTA MONICA CALIFORNIA 90405 IS NOT PART OF HIS ALLEGED COMMUNITY.

FOR YEARS HE HAS BEEN TOLD BY ME NOT TO TOUCH THE KING OF ENGLAND PROPERTY,,

Meaning Christian Amedus Pendragon,, the TRUE KING OF ENGLAND,,,

This Cerisan Guard is a message to all you who think or thought you were the King of England,, and I note for all of you , that you advocated the THROWN which is in Austria at this time, and the THROWN is going to stay in Austria,,,

I) Windsor, and I say Windsor because after you advocate, which you did you LEAVE ENGLAND with out any thing,, and all your descendants cannot assened to the thrown ,,
IT requires al least three years to complete the process,,,
to make sure you do not come back,,,,

further you cannot ever travel to ENGLAND once you advocate the THROWN as it is an insult to the people...

And the reason you FORCED TO advocate is because you were an embarrassment,

YOU you and all your scheming in Africa using people and materials because the LAW of advocating simply were not known by commoners has cause the WESTERN HEMISPHERE TO LOOS SOME  500 trillion dollars,,, ALL OF THAT MONEY WENT TO Africa, and you pocket,,, that is where the money is,,, Some of that money is mine for RENT and perhaps a few sales or real property,, BUT the fact is the money WAS TO FUEL THE American economy,,, that is why America is in the situation it is in now and that is why all the BUSH presidency were in financial trouble and why the BUSH family became so really mean, and had to do such astringent things that many people do not care for the BUSH family , and although I had to fight with them over every thing I liked the BUSH family,,

We could have been friends,,

218

NOW you Windsor ,, YOU were the one who went into Africa to farm and enslave those Negros in their own land,, causing a potato to cost 1000.00 dollars to farm,,,and just fucking all the wild nergra girls in the fields,,,, you did all of that,,, then  you operated to transfer all the wealth of America to negro Africa for Obama,, yes you did Windsor , yes you did, the proof is with various federal government agency's that are not compromised by the niggers that want to hide the financial reports,,,,

So my question to the Chief Justice of the United States District COURT is why is it that so many of my Financial business have Windsor's in them, or even the DAM WINDSOR NAME on the business it self, and why is it that the income from these business is not deposited into my personal account,

and if it is not deposited in my personal account what account is the money in,

and why is it that the account the money is deposited in is associated with negro African country,

and the money goes to that negro African country,

as I recall I do not have any extensive investments in to Africa,,

Why is it that so many of your relatives are in my business,

and why is it that you tell people you are the king of england,
or a duke, or anything at all,

NOW what I want to know is how much electricity have you put in the brain of my children, and I want a report,
and I want to know what you said,
and I want to know how many dam laws have you violated putting the dam electricity in the brain of my children,

and I want relations with your family and my family severed,

Any influence you have placed upon my children is to be reversed, and I am specifically referring to MARRIAGES that occurred because some god dam Windsor was putting suggestions in my children's head,,

I do authorize the United States Central Intelligence Agency to conference call the Chief Justice of the United States District Court Central District of California, My Cerisan Guard that serve these documents, my staff at Batu Mongolia, all the WINDSOR family involved in this , the staff of the Office of the Inspector General , and some of the identified parties to explain in detail what was suggested in the minds of my children by the WINDSOR FAMILY and others.  To include me,

Then the suggestion is to be reversed,,, by COURT ORDER,,,

To The Kenneth HICKS of Chatham Illinois, Married to Sandra Bullock, or Pullam, or Mosely , or Gibson in 1977.
and the Kenneth Hicks that was in the United States Army in Germany , and in the Illinois National Guard, that was in Africa with the current President of the United States of America Barak Obama part of the PAN AFRICAN CONGRESS.

TO the Illinois National Guard that have Tanzanian persons that frequent California, from 1975 to present, I know they are spies for LIBERIA, and the MASONS as well as Kenneth Hicks.  ING think these persons are spying for Illinois, but they are not. They are spying for LIBERIA, and I know that, not the IOG  knows

it and the Chief Justice of the USDC

and utilizing Tanzanian FEMALE SPIES in Illinois and California, for the MASONS.
COPY FOR MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-
aab1-323cb72bc187}mid:" claiming to be INFO@saudiembassy.net


You Kenneth Hicks are to understand I knew all about your use of transvestites, trans sexual, and person
who underwent sex change operations in order to BLACK MAIL people, and you did write a book that has
a key code to it which is a history of every thing you did, the ENGLISH have it and I were the party that
authorized the code and your book to be written, and it was to insure that you know for a fact that you nor
OBAMA, or Mubarak of Egypt ran the show,


We know all about those tanzanian women that look like they are anglos but in fact they are negro blood,
and very extrengent spys. We tested their blood and discovered them in 1971 and the camps they were
trained in, in central europe


YOU see in the United States of America the presidents of the United States of America run the show,,,



THIS IS WHY THE CHIEF JUSTICE HAS TO DETERMINE WHO HAS EVER FIRED A GUN OR
OTHER WEAPON AT ME, BY USING THE TECHNOLOGY OF THE UNITED STATES AIRFORCE,
AND THE UNITED STATES CENTRAL INTELLIGENCE AGENCY , WHICH IS TO CONTACT ALL
THESE PARTIES HEREIN IN ONE CONFERENCE CALL AND TO IDENTIFY EVERY LOCATION I
HAVE EVER BEEN IN AND SHOT, OR INJURED,  AND THE PARTY THAT DID IT IS TO BE
ARRESTED, AND REMOVED FROM THE ESTAE IF THEY ARE ON THE ESTAE OF
CALIFORNIA, ILLINOIS, OR NEW YORK ACCORDING TO INTERNATIONAL LAW, AS THE
FACTS ARE THAT THERE ARE TO MANY OF THEM TO ALLOW TO BE ON ANY OF MY
ESTATES,, THE PERSON WHO ARE IDENTIFED ARE TO BE DISCLOSED TO LAW
ENFORCEMENT, PUBLIC ASSISTANCE AGENCYS I FUND, AND OTHER BUSINESS I LICENSE
AS I DO NOT WANT TO SELL ANYTHING TO THEM, and said identifed persons are to be public
record. To include known circumstances

THE USCIA WILL DETERMINE WHO IS TO BE REMOVED FROM THE ESTAE WHEN THERE IS
A CONTROVERSY IN RESPECT TO ME,,,OTHER WISE THIS IS TO BE DONE BY THE CHIEF
JUSTICE ,,, AND LOCAL LAW ENFORCEMENT OF THE AREA AS WELL AS THE OFFICE OF
THE PRESIDENT, AND UNITED STATES FEDERAL BUREAU OF INVESTIGATION

The Honorable Danny M. Wells
President of the United States of America For Life ( Inaugurated)


To the United States Federal Bureau of Investigation
To Brian Delmer

From Danny M Wells
1646 Cabrillo Ave # 17
Torrance California 90501

Re verification of my intent,

220

As agreed I were to send a message from the library near 187th street, See attachments to verify my transmission WiFi point as the library in question,

I were unable to complete contacting the USFBI and Delmer because the Library was closed at 1:08 Pm 6/10/2011 and a mason construction truck was on the proeprty, with a worker doing some work.

Which is the signal that the US government is compromised by the MASONS, and is the signal to me that the government does not want to ban masons..

My interpetation of this is that my verification process has been compromised and that it is just the FACT that the MASON know what the signals are and that they just created the signal to TRICK my staff,

THERFORE My interpetation is that the MASON are not wanted in the FEDERAL GOVERNMENT, and that SILVER STREAK IS THE POLICY...

I approve of the SILVER STREAK POLICY, and my financing of the FEDERAL GOVERNMENT IS TO REFLECT THIS.

Danny M. Wells
President of the United States of America (By Act of Congress 2011)

TO the USFBI,

Not the REPORT TO THE CHIEF JUSTICE OF THE UNITED STATES DISTRICT COURT,

You are provided a copy of that REPORT as you have obligations to my ESTATE and my children,

Secure all the property referred to in the REPORT, by insuring the instructions given to you by the Chief Justice of the United States District Court Central District of California are followed,

Audit all the REAL PROPERTY RECORDS IN THE LOS ANGELES COUNTY ASSESSORS OFFICE, AND OTHER SIMULAR OFFICES THAT HAVE RECORDS.

AUTHENTICATE IF A SALE OF A REAL PROPERTY WAS LEGAL,

BASE THE SALE OF A PROPERTY AS LEGAL BY THE REAL ESTATE PERSONNEL INVOLVED TO HAVE BEEN APPROVED BY THE EMBASYY OF SAUDI ARABIA WASHINGTON D.C.

BASE THE SALE OF A PROEPRTY AS LEGAL BY THE FACT THE SALE WAS MADE FOR AN AMOUNT WHICH INCLUDED THE FACT THE ESTATE WAS PAID IN FULL,AND THE TAXES WERE PAID FOR THE ESTATE CALLED THE STATE OF CALIFORNIA IN 1971...FOR A PERIOD OF 100 YEARS,,,,,

BASE THE SALE OF A PROPERTY AS LEAGL BY THE FACT THE CURRENCY FROM THE SALE WAS DEPOSITED INTO MY PERSONAL ACCOUNT,

BASE THE SALE OF A PROPERTY AS LEGAL BY THE FACT THE SALE OF THE REAL PROPERTY DID NOT RESULT IN ANY ONE IDENTIFIED IN ANY OF MY CIVIL LITITGATION BEING HOUSED IN THAT REAL PROPERTY, AS PERSONS IN MY CIVIL LITIGATION ARE NOT TO BE IN THE STATE OF CALIFORNIA, OR WITHIN 400 MILES OF ME AT ANY TIME,

THE CIVIL LITIGATION IS ENUMERATED IN THE ATTACHED DOCUMENTS,

YOU ARE TO REPORT TO THE CHIEF JUSTICE THE AMOUNT OF REAL PROEPRTY THAT IS BEHIND IN RENT OWED TO ME, OR THE CURENCY FROM THE SALE, AND YOU ARE TO INFORM THE OCCUPANTS OF SAID REAL PROPERTY THAT THEY ARE IN A REAL PROPERTY, TO INCLUDE COMMERCIAL PROPERTY THAT THEY ARE IN FACT IN A ILLEGALLY SOLD HOUSE THAT FACT INDICATE A FRAUD , THAT IF APPRPRIATE WILL BE PROSECUTED CRIMINALLY, AND THEY ARE TO BE REMOVED AS THE SITUATION IS A THEFT, NOT A EVICTION.

EVICTION IS FOR PARTIES THAT HAVE ENTERED THE REAL PROEPRTY LEGALLY, ILLEGALLY IS TO ENTER BY MATERIAL FRAUD, NOT A SIMPLE LIE ON A CREDIT APPLICATION, THAT SHOULD SPEED UP THE REMOVAL PROCESS, THE REFERANCE FOR CALCULATING THE FINANCIAL LOSS TO ME IS THE ROYAL EMBASSY OF SAUDI ARABIA WASHINGTON D.C.

THE LOS ANGELS COUNTY ASSESSORS OFFICE IS TO PROVIDE A STATEMENT AS TO WHY ANY RECORDS DO NOT REFLECT PAYMENT OF THE CURRENCY TO ONE OF MY PERSONAL ACCOUNTS,
FINANCIAL PARTIES ARE TO BE LEVEYED, OR TILL TAPPED, OF SIEZED , OR ACCOUNTS FROZEN IN MY FAVOR FOR THE RECOUPMENT OF MONEY FROM THEM THAT I SHOULD HAVE BEEN PAID FOR THE SALE OF REAL ESTATE,

EVEN THOUGH MY ESTATE IS LARGE DOESNOT MEAN THAT I am to go without being paid fo person who are in my Real Property, as that would operate to destroy the Estate by debt,,

which in it self by operation of law makes such sale, habitation, fraud , or business practice, or eventual circumstance by an act Illegal. ANd instantly authorizes the implementation of authority by anyone to take the currency form said parties which have the currency that should be deposited in the personnal account of the ESTATE OWNER, so the ESTATE owner can pay the debts of the ESTAE,

That procedure were not the practice of parties PRESENTING MATERIALLY TO THE ESTATE OWNER THAT THEY WOULD PAY THE DEBTS OF THE ESTATE. In stead said parties conspired among themselves to enrich themselves for the Estate, and to DEFRAUD the ESTATE owner, to defraud the Federal Government a branch of which is involved in the management of the Estate AND THE public.

My holdings are so huge that the file should be held by the USFBI and that no property can be sold unless the Real Estae personnel report to the USFBI office in Long Beach,, as the point is that a sale of Real proeprty has to include the total cost which is known by the Royal Embassy of Saudi Arabia, the sale has to include the cost to me in purchasing the property so long ago as a total ESTATE,

SOME real property was already OWNED , about  40 % the remaining 60% of the state was purchased by me,,, and that 60% is still in my  ownership any of the requirements are not met, and the occupants have to remove them selves,, as the likely hood they could comply is so unlikely, that any person in noncomplyance is a coconspirator, meaning they kenw the windfall profit of a conspirace, and all the purcahser approved for purchase of a real property understand that when they " BUY" they do not relly BUY what they do legally is lease as the fact is the property "SALE" price does not include the price I actually paid for it and all the Interst on the real property I paid up to the date the party became interested in "BUYING" the real property. So I cannot sell the real property for what the party can pay... BUT the papaerwork says they "BUY" and if you read the paperwork the legal meaning is that they lease as in a certain time the real property will come back to me the ESTAE, and I did it that way because I have to get my money back when I sell to a private party, as I do not intent to make a gift.

And lose the whole dam estate after I paid the currency up front, that would so stupid that I should just have my currency taken away from me.

222

Instead the State of california, all the people over the age of 18 in 1971 voted for me to purchase the state of california,,, they voted on it before I would give them the Currency, and the documents recording the vote are in the possession of the General Assembly of the time, as well as the Embassy,,

Now it is some 40 years later and all I have is some 50 % of the people who voted for me to purchase the state of california in my real property without having paid me for that real proeprty and at every corner they claim that I do not know WHAT I AM TALKING ABOUT,

That is why the USFBI has to get on this one big time and listen to the instructions of the Chief Justice of the USDC, the Royal Embassy of Saudi Arabia Washington D.C. , the OIG in many cases, and the staff of CHAM BANK Damascus Syria, the WORLD COURT of Istanbul Turkey now known as the Supreme Court of the republic of Turkey regarding the WARD of the COURT Estate  Danny M. Wells 353563547 California Drivers License  A6712190,

OTHER PARTIES have an agenda to enrich themselves, or to promote a negroid COMMUNIST agenda, or an ENGLISH Communist Agenda which is to just murder the rich, take their wealth and eat until the food runs out and do not work,,that is they policy


Danny M. Wells

To all person on the Gateways Hosptial and Mental Health Centers property
To all the staff,
To affillates
To contractors
To associations
To Boards


From the Owner of Gateways Hospital and Mental Health Centers
              Los Angeles California


Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501


 I have filed a Report in the United States District Court regarding my Estate, and I have changed the services of the whole operastion to include all.

2 ) The associations stating they are associated with Gateways is over,  Gateways is only ASSOCIATED WITH THE UNITED STATES MARSHALS SERVICE,

3) The Boards that Gateways is affiliated with is DISSOLVED, and gateways is not affiliated with any BOARDS AT ALL.
4) THE Parties that state they own any interest in GATEWAYS HOSPITAL AND MENTAL HEALTH CENTERS are to be investigated and indited for SECURITIES AND EXCHANGE COMMISSION VIOLATIONS OR REAL ESTATE FRAUD AS I did not sell the property,

and I did not approve the activities that are occuring on the property at this time, or I now revoke the license...

5) the property looks like some kind of incompetent business, at best.

223

6) I the owner of the property, and reluctant business owner now act as the Administrator of the Estate the property is a part of, and instruct parties to remove themselves, to close down the activites of the areas, and remove person in the property in programs.

7) the whole facility to include the COTTAGES which is what everyone wants to steal from me since 1974 in fact are closed by me , person in them are trespassing in fact,,, and the OIG as well as the Chief Justice of the United States Distrcit Court is to inform the Los Angeles Police Department that said parties are trespassing, there is no requirement of eviction as the property is 1. and Estate 2. I have the license to operate a busienss not other party by law can obtain the business license, 3 the parties do not have a lease, 4 the staff are there fegining being employees, 5 the fact is they are stealing the income from operation on the property 5 the supplies are paid for by money from the person fegining to be employees appearing that they have a illegal contract with me and said parties are being reimbursed by parties identified in the attached docuemnts,, the intent is to try and establish I have some secret realtionship with these people , I do not I have sued them so many times and appeared in so many hearings over the years that the purpose was obvious to just maintaine a Falstaff Act violations.

8) THE US Marshals Service is to be conatcted to secure the property based upon my intent here and the REPORT to the Chief Justice of the US District Court,

the over all methodology is to get partiess off the property onec and for all, to operate a program for the US Marshals Service, as I would them be able to also enjoy the property.

The Cottages are for US Marshal Service Arrests which are Pretrail, this will not begin until all the staff are gone and the whole areas locked down for at least 4 months to emphasis NEW control,

The Hospital is for US Marshal WITSEC deputies that suffer from psychiatrict illness ,


Danny M. Wells


To OPCC
STAFF

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance Califomina 90501


!) the Building that was constructed was constructed illegally, as I the owner of the PROPERTY, did not authorize the destruction of the 1616 South 7th street Building, and I did not authorize the construction of the NEW BUILDING.

The reason why the NEW building was constrcuted by the partieds who did it was because THEY as a party want to INVADE my ESTAE, I as the Administrator and owner of the Estate examined you all.

In short I was not satified with how I was treated, and the degree of disrespect and insistance on PEOPLE I literally hate being on my property was so dam insult that it will  not be forgiven.

I SUED the staff of OPCC three or four times, and all that occurred was they came back, THAT IS COMMUNIST EXTORTION to just get the OWNER arrested so so other party can just materialize and take over,

224

I do not appreciate you of what you are , all together.

The business so insulted me and embarrased me I could not have decent people around, For years OPCC was a joke, because the people that ran it extorted other to get their job. And the person I sent where just beaten up by you negros...

You negros forced you way into my life in Springfield illinois, and then you did what ever Betty Wells told you to do and I literally hate Betty.

You never accepted the fact you were done.  You niggers never accept that you just beat people up, now I am going to beat you up...

The party that caused the new OPCC building to be built, You did that to cause a change in the legal character of Santa Monica, Either I pay for the building out of my own money and the logic is why would I want to build a bigger building on some of the most expensive real property in the Western Hemisphere JUST TO hand out sandwitches? why?

The other side is if I do not pay then the people who illegally built the building would pay for the construction, and then claim the Estate has changed, do you see the tactic here,

the change of the character of the estate destroys the purpose of the estate to the owner, and that value is to REMOVE parties I just do not like, example these parties. People who insistantly do anything to change the character of the Estate,

Parties who intend and conspire to change the charater of an Estate or thieves, and they are not the type of people I want In California , Illinois, or New York..all three are Estates of Mine, and I have to throw these type of all the time.


SOLUTION

1) the staff of OPCC are fired

2) the BANK OF ENGLAND IS TO PAY OVER TO ME THE LOSSES FOR THE CONSTRUCTION OF THE BUILDING

3) the payment is from my own dam currency in the Bank of England,,, NOW do you understand that I am not interested in no new dam construction , ESPECIALLY IN SANTA MONICA, PASADENA, COSTA MEASA, SAN BERNADINO,  these are the areas where I am to live,,,

AND I HAVE TO PAY MY SELF MY OWN DAM MONEY!  How am I to take that!

I NOW TO THE CITY COUNCIL OF SANTA MONICA CALIFORNIA, AND THE POLICE NOW DO YOU UNDERSTAND WHY YOU ARE FIRED AND DISMISSED AND NOT TO BE A CITY COUNCIL OR TO BE EMPLLOYED IN SANTA MONICA, AND HOW MUCH MORE EXPLICITED DO I NEED TO BE FOR YOU TO UNDERSTAND THERE IS NO TAKING OVER MY PROPERTY, NO MATTER HOW LONG YOU THOUGH IT WAS POSSIBLE,,,, THAT BUILDING , THOSES ARRESTS MENT BETRAY..

The party assinged the management by my e-mail history is to compose a type of management,, I do not like the words Government, or City...BECAUSE THE AREAS IS A CASTLE..


Danny M. Wells

225

To Fidelity investments

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501

I am the Owner of that Company,,

I want to know why is it that after I opened an account on line, without a photo ID,

and deposit 6000.00 dollars,

that after I ask for one check for 700.00 Dollars that I then have to have Photo ID even though I have the dam Fidelity Investment DEBIT CARD  4251319530126004

then Fidelity freezes the account and the check is returned,,

I want to know who said I had to have a Photo ID, I went into the office in torrance california, the inconvienece I went through was unaccepitable.

I requrie some people to be told they nolonger work for Fidelity Investments, starting with the person I spoke to on the phone the day I was in the office,

and the manger of the Fidelity Investment office of Torrance California, and the girl I spoke to that day,,( that is three people who do not work for fidelity any more,,

Danny M. Wells
Owner of Fidelity Investments

To Maria Franco

From Mr Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501

The attachement is a filing mailed out yesterday, and it concerns my Estate.  A party to the Estate is not easily contactable, specifically the Pan African Congress.

In 1977 Kenneth Hicks of the California Parole and Community Services Division was a member of the Pan Africa Congress in Chatham Illinois, and I sued parties associated with Ken Hicks, now I find that I have to notify the Chief Justice of the United States District Court in Los Angeles regarding my Estate as the USDC has Supervision of my Estate, the COURT volunteered to Supervise what was going on with the property upon it and who were interfering with my enjoyment of it,,,

276

So Mr Hicks is to receive a copy of the attachment if he is still employed with PCSD, as I have not kept up
with what Mr Hicks has been doing I do not know if he is still with PCSD.


Mr Danny M. Wells
353565347
California Drivers License A6712910
The Director of the California Department of Corrections & Rehabilitation,,

NOTE I never liked the fact that the name was changed from CDC, to CDC&R,, thoses type of things that
specific people did back in 1977 was political and cused a lot of hostility between them and I,

That attachments may be seen by the public as it is to become a public record once assinged a number by
the CLERK OF THE COURT


This is danny M. Wells

353563547
1646 Cabrillo Ave  17
Torrance California 90501


Owner of Fidelity investments

I want to Inlow why after I deposited 6000.00 Dollars in to my account which was in Torrance california ,
with out a ID card and on line,,

Why my account was frozen and I was required to show Fidelity investments a PHOTO ID .

The acccount was FROZE,

I authorized on check for 700.00 , and after that the account was froze and the check that was issues was
returned,,?

So in short someone is going to get fired as soon as you find out who casued this or though they were
authorized to interfere in my business,,

Danny M. Wells


FROM :Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
353563547, California Drivers License A6712910


FOR
Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States Marshals Office, Washington D.C.

227

I would like to activiate my status as a Volunteer Deputy United States Marshal,

Justified by the VIOLATION of the Falstaff Act, REFERANCE is the United States District Court Central District of California ,, Chief Justice .

Case is  In Re Estate of Danny M. Wells 353565347,,,


I own a Hospital in Los Angeles California, On Effie Street, The Property has been owned by me for at least 40 years in fact. And I have had noting but trouble with the ownership of that property,

Since I purchased it the prior owners formed a Board , and other organizations for the purpose of exercising control of the property above my instructiosn, I have had to go to USDC twice abou that issue alone,, and I have never appreciated what was going on , on the property,, as to many people wanted to have political power in Los Angels california, and to may persons were employed at the property for it to be properly utilized by me,,

I did not want to be a baby sitter for other peoples problems,, and I never liked the ideal of my memeory being tampered with by ENGLAND and it was ENGLAND that tampered with my memory evidenced by the record with the O.I.G.

My resolution as the ADMINISTRATOR AND OWNER OF THE PROPERTY IN QUESTION AND THE ESTATE THE PROPERTY IS ON, AND THE HOSPITAL AND ALL THE ASSOCIATED PROPERTIES ARE PART OF THE ESTATE,,

The resolution is for the whole PROPERTY AND THE ASSOCIATED PROPERTIES TO BE VACATED,, AS I am taking an active roll in wht activities and the hiring of who I want on these properties,,

PARTIES I WORKED WITH AT GATEWAYS AND THE ASSOCIATED PROPERTIOES AS WELL AS PERSONS IN SPRINGFIELD ILLINOIS SOLD SHARES IN THE OWNERSHIP OF THE GATEWAYS PROEPRTY AND THE ASSOCIATED PROPERTIES,,

They did this based upon a projection I would be killed in combat,,,

For years I have so resented the MASON who were involved in this as well as the Illinois National Guard who used Gatways and these associated properties to travel and to live in California RENT FREE,, and what I had to set back and hope that California government would act based upon administrative authority,, and what I ran into was , trouble from the staff who were paid out of my pocket for the service of the contract with the Federal Bureau of Prisons,, they did anyting to keep the contract and the fact was I was not making a profit sufficiet for a BOP contract and to pay salries the whole activity was a loss financed by my bank deposits,, and when it came to obntaining currency form my personal accounts then ,,, there was no problem with ENGLAND paying the bills with my CURRENC,, but when I needed cash to buy what I wanted then My idenity was not known,, So many days I worked ther knowing all was my property and I had to work with people from my past that were nothing but a god dam pain in life, I want to tell you.

Now I do not care who thinks they have a share or part ownershjip for gateways , the Hospital the CCC, the associated buildings or what ever contrivance they content,,, I want the Chief Justice of the USDC to tell all to get out,,,of all the properties,, THEN I WANT THE DOOR LOCKED,, THEN I WILL HIRE WHO I WANT BASED ON INTERVIEW, AS THE ISSUE IS EXERCISING THE AUTHORITY THAT PUTS FEAR IN THE HEART TO FINNALY GET THESE PEOPLE OFF THE PROERTY AND TO STOP ALL THESE LOSSER CONTRACTS.

TO DO WHAT I WANT ON THE PROEPRTY,  The problem began with the selkler taking the money
from a minor, thinking they could steal, as time went on the though they could jut keep the money and the
property, taxes were paid by me, and it was England that paid the taxes to content their dam BS that the
property was a quazi public property because their wass a contract with BOP negotiated by Bucking ham
Palace,, and all the cost came right out of my personl currency, because the HOUSE OF COMMONMS
would not authorized public english money to be used to pay property on a private estate,,

and the English Royal family just took the money out of the Bank of englsand, and because I did not
directly give the money to the Couty of Los Angeles every one just believed the property was owned by the
Gateways Board of Directors,,,,

The board sold the property to me in about 1974,,, The Bursar of A plus Currency Exchange Santa Monica
California recored the DEED,,, So it was a child against about 5, 000 Doctors, Actors, Psychatrist,
MASONS, AND THE cALIFORNIA government , because the owner of Gateways Hospital Los Angeles
California is supoose to be the KING OF NAZERETH,, an I am a MUSLIM, so it was hard for people to
get their head around the fact I am the KING of Nazereth  but I am, as I were the person who paid for
Nazereth to be a CITY STATE..

So I now require that all the property be closed by the OIG and secured by the US Marshals Service,,

After that is acomplished I will hire personnel I want,, and I offer two Services ,

To offer therapy to USMS law enforcemnt for psychiatric treatment in the Gateways HOSPITAL which is a
houseing program,,, and to house persons arrested by the USMS in the cottages ,,

This is the decision by me the owner,,

This is to be replied to, contacting Nato Barquero of Ann Convertino is not going to work, as that has only
cause problems with parties thinking they own something, or that they can bring their own money onto my
propety when I will not pay bills to run parties out of the property,

The history is direct,, When I want people gone I tell them to leave, then they want to say I do  not own it ,
they say the MASON own the property, then  after I prove I own  the property they file something in an
inferior COURT to say that I do not have the right to put them out after I closed the business,  The license is
to be in my name per an GRAND agreement with the County and the CITY of Los Angeles,, and these
people never have contacted me about any renewal so what are they doing are they forging my name now !,
license renewal is not an administrative act it is an act of substantive significants,

and it is the notice that the OWNER doesnot want the business to continue,, Further my instructions were
that If I were ever FIRED which I was Gateways was to CLOSE, and it did not...

So now My experience with HOW ever is clear,, and my tactic is justified because these person were
involved in a Falstaff Act Violation for som 35 years,, and to put tem all out is what is to solve the problem,
they are disloyal to the Owner, my use of the property is the primary concern , as the fact is when so many
is need to constitue a violation of the law, subsatatively , as in a Falstaff Act Violation REMOVAL OF ALL
is required , and a completely new start,,

The Boards and other parties suposedly affilated with gateways, it function and authority is disolved, and
prhobited...By the Administrator of the estate...


Danny M. Wells

229

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States District Court Central District of California
    Chief Justice of the USDC
To the Superior Court of the State of California
    Compton Court House in support of Pitches Hearing
    Finding of a violation of Crinimal Law on the part of Officer
    case number 1CP02186
Public Defenders Office Carlin Yuen  1-310-603-7587

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

The masons and the Illinois National Guard had a CAMP, Dave Nunez of Zayre Department Store tried to molest me at this camp. Nunez would take his whole family on trips in a camper and try to molest children, his probation officer was a w Securtiy Guard he worked for Zayre Dept store in 1979,, blond hair prior US Air Force . Glen Morgan stop Dave Nunez , Mr Wright was with Nunez they were on some kind of Church camping trip,, Claudia Price took them on this Church camping trip and it was from the Jacksonville State Hospital for Sex offenders.

Bob Ohcs of Gateways Hospital was there and Opaka my x – Pobation officer,,I had arrested all of them,, EXCLUDING MORGAN not a suspect, MORGAN was trying to arrest me and he happened to have me under surveillance for the State of Illinois, as Morgan suspected I was involved in illegal wars,, The actress Richards Family and the CAST of Star Ship Troopers were to be sent in to war because Richards the actress signed a contract with the Windsor family so she could be a Dutchess and then She lied to Morgan about me sending her family to war as a KING of England,,,

Leslie Harris of the the California Substance Abuse and Treatment Facility was also there, Harris to that date has several Sex Crimes convictions, in Illinois and in Georgia, A boy name Wetzel was sodimized and Harris laugheft about it, as was what the MASONS would do when they say Nunez, Steve Craig of Gateways Hospital Community Correctional Center, or Bob Ochs sodomize a child, My egyptian Guard was also there, he is negro and East Indians he is Edgar Hampton and Hampton had to confuse the situationa and had to ply up to the Masons and Laura Jayne Wels Morrison, and Betty Evelyn Campbel Wells he had to date both of them and he fucked them and confirmed they were sex changes, Then Les Harris Fucked both of them , and  then Lance Ospery fuck both of them, the The MWindsor family fucked both of them, them the Sheen Family fucked both of them, Then STEVE MARITN WENT OVER THERE TO FIND OUT WHAT THE HELL WAS GOING ON WITH ALL THESE PEOPLE, Harrison Ford medically examined them and found out that Betty and Jayne were being injected with the the cells of white women ,,,that attarected men to them...1971

Then the House of Lords  Required Betty and Jayne murder people to get the injections,,, Brendan Frazier was the nurse assinged to give them injections, and he had to start injecting them with water , to keep them cold out..
Bullock received these injections, Gibson, and Keith Cooper, as well as Meryl Streap, The Pullinghams,

230

and the Richards.

They were injected with cells from me,, and cells from the lady Dadiva blood , any princess that was liked, a nd the cell were to mutate and to begin to produce on their own,,

The children that let me sodomize them were made into sex slaves for  ING , Masons or the Windsor Family,  Rosario Dawson was a witness to what the ING would do, ING trained children to sniff out the dead in disaster ZONES by smell. When you foiund a dead body that meant that a CHUD was nearby. A Canibalist Humanoid Undrground Deweller. Lt Sobby of CSATF & SP was the leader in the MASONS that supervised this trainning for ING, CHUDS were niggers cannibals out of their mind with hunger,, ING tactic was to send all the children they wanted to be murdered for money, ING received from the Windsor family  into disaster areas ( without a weapon) to sniff out these CHUD. ING sent children into disater areas in cities to sniff out CHUD, the city paid ING to do this. So I , Rene Zellwegger, the real Segorny Weaver, Rosario Dawson, and a the two blond haired people that got married in Seoul South Korea attached to the Customs unit I was in were put out of the group that put I Rene, Segorny, and Rosario in this mess and they had to run from these CHUD also,

These Chud actuall caught a child and they cooked him in a abandon apartment building, KING EDWARD and the cast of Star Trek investigated it and they hid it because it was the British army in Indianna that was involved in this..
They made everything feel like Germany,, That is what they do , thye make you feel like you are in another country,,

so to thin out the child population INg would sent children in to Disaster areas, and this was training to send the survivors into Vietnam,, The fighting in Vietnam went on in to 1979, in 1972 America was to pulled out of Vietnam.

England did that because people like Betty and other had farms in Vietnam as payment for spying on America during the war you see,

So ING resloved to have me Murder for the Windsor family,, Jayne was a captain  in ING, and Betty was a Major,,,

Michelle Phiffer would not sign the paperwork for me to join ING, Daren McGaven takled me into being filmed in a TV program which was called the NIGHT STALKER, and I was to go around and investigate GHOSTS, or Vampires and I did and it was filmed,,

I eventually forged Michelle Phifers signature to the ING paper work and I gave it to David Avillar of Gateways Hospital,, this was in 1974 or so,  Phiffer went to New York and married Ben Affleck, and West Studi became angry,  Phiffer was a Nun you see,,, and Studi and Phiffer were lovers,, a Nun is obligated to have the children of the King,,, That is why I was corrinated at the age of 2,,, Studi was KING OF ENGLAND FOR 6 MONTHS.. There were about 4 countries that wanted to kill Studi,, SEE the FILM Geronimo,, and all the whole cast of that Film wanted to kill Studi,,,

ING was in war in Africa, and so many family blood of Springfield Illinois ran that the African they fought came to Springfield and FUCKED the white girs,,as a deal not to kill them in battle,,these white girls knew these African nigger by their name . The whole dam Reeves Family , the Richards family, and others fucked the African Niggers and got ING blown up,,

Then the O.I.G.  in Springfield Appointed me to be a US Army Criminal Investigator Special Agent ( 1974) to investigate why were their so many ING injures without order to combat,,
So I inherated HATE from all these parties  from as early as 1971 in fact because of their activites with ING, as well as Brannagh, and Emma Thompson,, and Niggers not allowed to joing the Military because they were in America Illegally, lioke Denzel Washington, Saquel Oneal, Pipen, Charles Barkley and other

23)

Basket ball players,

I discovered that ING was acccepting money from the enemy to get soldiers blown up. Betty and Jayne did that verified by Alan Winton,, Their CONTACT to receive money was Linus Amah of Gateways, 100 people in Springfield Illinois paid Amah to Murder me,, and fro about 5 years Amah tried,, eventually Amah went to Federal prison, later amah was shot in the head with a shot gun as a store manager, and then went on to work at Gateways CCC..

I then leared that ING was ORGAN stealing, House of Lords would remove various bady parts that were not needed to live,, and transplant them into various people,, HOL used organs from dead niggers and echange them for oragns in White soldiers to emplant the organs in to some of the finnest englishmen around, Danile day Lewis, and Mere Stol were the doctors that did this type of surgery,, 1973.... That was why Stole eneded up on DEVILS ISLAND I sentenced him there as well as about 1000 others form 1972 to where I was charged with cruel and unusual punishment by the United States Suprem Court and Devils island was closed from the practice of EXTRADITION by force to DEVILS ISLAND to begin you stay...

So that was why I ended up being depicted in the COUNT OF MONTE CRISTO film,,

Hol would replace nigger organs once anglo organs became availiable and that is why certain persons with specific genetic codes were incorportated into ING and get BLOWN UP,,,

ORgans were sold and arms and legs were sold to butcher shops where they were ground up. Sean Connery a Luciferian could not stand it, he began carrying a bible to the meetings where it was decided who was going to the front.

The USDA raided a Mason Market in springfield Illinos and in Peoria and discovered HUMAN MEAT,,

Then I discovered that ING and the enemy would have these FUCK or FIGHT mettings , lead usually by the Mosely Family, the Gibson family, the French, Clarence Clemmons who eventually became my SSA payee and stole my house on San Fernando Mission Blvd Granada Hills Ca , the Bullock Family or the Richards family,, or Greg Skaggs of Hunter Army Air Field Savannnagh Georgia, Skaggs left Major Mc Daniels in the bush with two broken legs, and he got Alan Labells Special Forces team trapped, as Skaggs was a traitor for the Viet Cong... 1972

Skaggs and Carlos De La Toba came to my house to Murder me ,,,

Then it was That the Keaton Family stole ordinance, and explosives from ING as they were Al Quaida, Diane Keaton Dated Asam Bin Laden ,and made Clarence Thomas so jealous that he took a gun to the tavern on 18th street to shoot Ben Laden or Denzel Washington,,

Stacy Keach went to prison for about 5 years for that, and got out in about 1973,

The ING abused Military Intelligence equipt and had whit women FUCKING NIGGERS, it was stopped when KING EDWARDS daughter gor FUCK by a NIGGER,,
then all of a sudden the machine got turned off, see the english would just keep bring the equiptment back after we would find it a destroy it, So apparently someone decided to get all his daughters and mother and sons FUCK by the niggeren,,,

Then ING ubder the COMMAND of Mel Gibson, and Bullock, the REEVES Family attacked whole towns in America and raided them, The Queen of the Neatherland ordered it and she went to prison for about 10 years for that.

The Mel Gibson ordered Special Forces Training for ING ( 1972) And his training was the the SF team was to land in enemy territory with out any weapon and eat the dead, That was Mel Gibson, and Bullocks Special Forces Training,,

232

Then ING decided to have NAval capability,, and Brian Denneghy obtained a DOCKING LOCATION. The location had an old PT BOAT decommissioned, The BOAT was registered as a ING BOAT. Then ING put people on the BOAT and the BOAT ended up in the SEA OF JAPAN,,,and ING attacked the North Korean Navy,,,Gibson dispatched ING special Forces to get the crew back from The penesula of North Korea,,
(1972)

Then the NK's started to spy on me,,

Now I am the OWNER of the State called Illinois it is an Estate, and the U.S.S.R. induced radiation into my brian and I had to be put to sleep fro abut 6 months,, (SEE Randy and Dennis Quaid) THEN I got Sued by North Korea,, and the United Kingdom,,, and the United States of America,,, Because Dennerghy put my name on the registration of the PT BOAT,,, Denneghy went to Levenworth Federal Prison,, and I got to go to Annapolis HOME STUDY,,, while I was sick from radiation,, While I was in bed Betty hit me in the hip with a iron jack , or a wrench ,, and broke my hip, for the insurance benefits, because Betty was not getting any money from anyone and Betty wanted money,,, so while recoving from that I went to WestPoint as a home study, Raymond Ishi USDC Eastern District of California  knows about that, that was another 6 months .

Then Betty tried to poison me because Windsor said it was taking to long for me to die , about 4 months later Lenard Nimoy came around because I did not go to school and he took me to the hospital, Willaima Shatner was a nurse,, about 8 month later I had to have my hip broken again to properly set the it, because Windsor was the first doctor I saw and he did not set the bone properly.

So that is why the film depicting me as Forrest Gump was made.

At that time I did not have any value and was let got and sent down south to be eaten by alligators or mountin lion or a Bear.

Then I was trown into the Ocean and the depicted in the film Good Bye Charlie

Danny M. Wells

To the United States Congress
Washington D.C.

From the Honorable Danny M. Wells
President of the United States of America ( By Act of Congress 2011)
President of the United States of America For Life ( Inaugurated)

Re Israel

I have been informed by  Saudi Arabian  Businessmen that the issues in the Middle East revolve around one specific problem, which is not RELIGIOUS.  The issue is the fact that the WEST BANK of Israel has several BUILDINGS which were constructed by the Egyptians, and were to be paid for by the Saudi Arabians,

That the payment of these Buildings , which cost Billions per building in 1960 were not paid for by the occupants of the area.  The financial history is that theses buildings were owned by some of the most

233

wealthiest Saudi Arabians ever, and when payment was not made pursuant to the agreements of the United Kingdom, and The United States of America the Saudi Arabians filed civil suits according to the laws of the United Kingdom, and the United States of America and the fact is neither made good on the agreed upon SURETY which had to have been the U.K. and the United States of America.

In stead a war was started by the SURETY under a pretext. That war JUSTIFIED the refusal of the SURETY to pay good on the nonpayment for the buildings,,, The building built by the Saudi Arabians were to create friendship, after the 1947 wars about the creation of Israel....

The solution is that the BUILDINGS are to return to the Saudi Arabians, as the intent of Israel is for the PEOPLE WHO PRACTICE JUDAISM TO HAVE A PLACE TO LIVE, the return of the buildings to the Saudi Arabians that owned Said buildings should not be an issue,,,

The Embassy of Saudi Arabia Washington D.C. is to list all Said Buildings, this list is to be submitted to the Connesssit in Israel, and the the US Congress, then the People of Israel, and of Saudi Arabia are to vote on the Ownership and Control to be returned to Saudi Arabia, that Vote must be a POPULAR VOTE and MUST BE at least 85% in agreement.

The Act of voting on this issue alone defines the problem as a FINANCIAL ONE and the fact that the issue can be reduced to a financial one and not a RELIGIOUS ONE calms the tensions down so much that to simply vote in these terms is productive...

The Honorable Danny M. Wells
President of the United States of America (By Act of Congress 2011)

FROM :Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
353563547, California Drivers License A6712910

FOR
Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530 ( Can you verify if Laura Jayne Wells Morrison receives this e-mail,, Place of employment is City Water Light and Power Springfield Illinois)
Address 813 North 12th street Springfield Illinois 62702
AND NOT PART OF MY COMPLAINT OF THE Falstaff Act, or part of the party in oppossition to my merger of this CRIMINAL COMPLAINT with my CIVIL litigation regarding my Estate and COMPLAINT filed under the Federal Tort Claims Act as a RELATOR.

FOR
To the United States District Court Central District of California
      Chief Justice of the USDC

For The UNITED STATES SOCIAL SECURITY ADMINISTRATION ( Springfield Illinois you are to contact jayne and to get the cash sent to me as I have about 4 more days to pay my dam rent..and to also call the manager of this building to explain why jayne would not sent the money after I have e-mailed her continusly.. and had to contact the police to get her to send my ssa benefits,

234

Addendum ,

TO Laura Jayne Wells Morrison


this phone number is to the manager of the building I am in,,, now call the mananger any time he lives at the number,,, and tell him when you are going to send the CASH money,, And I think that you should send $4,0000.00 DOLLARS Cash if not all of it
1-310- 618-9003
6/6/2011




When you send the Fed Ex MAIL, put on the form Valuable, and find out what the insurance is on it. Send $3,000.00 Dollars cash on this first cash Fed Ex Mail. If there is a problem with Fed Ex Mail send it by REGISTERED MAIL and pay the insurance on the mail.

The Manger wants Cash, when the cash gets here he will give me back the checks,  DO NOT contact the BANK about the CHECKS the Manager has in his possession,  I will either send them back to you , for accounting purposes or I will cash them when I get my Identification Card . As that is the problem I  do not have ID and if I took them to a bank nearby I could not get cash for them,,

So send $3,000.00 Dollars in cash, by Fed Ex Mail or by Registered Mail..


Dan
5/29/2011

*******************************************



From Danny M. Wells
     1646 Cabrillo Ave # 17
     Torrance California 90501



Jayne,


The Manager of the building has said that he did not usually accept CHECKS, and He has informed me that He wants Cash,

So send me a Federal Express Mail with CASH in it, send me all the money that is in the accounts, all of it

235

in CASH and it has to be CASH sent because I do not have MY ID Card and I cannot cash the check you have already sent..send the CASH in 2 DAY mail,,the last two letters were not two day mail, I want to sign for the mail at the above address. And I will be waiting for the mail. It is 5:35 PM and I do not know when you will get this e-mail, but I will expect the mail in 2 days.

Dan

*****************************************************************************************
***********************
To the United States Social Security Administration

I am contacting you from california after hours, please review this e-mail sent to my SSA PAYEE, I am in the process of changing PAYEES and I need this old PAYEE to send money from my Bank account, and this is the second time she has played games with me, and I am tired of it, I am not sure if she has been contacted by the NEW PAYEE or not, and I do not want the MONEY to be sent back to the SSA as that would take to long,

NOW the situation is that I do not have a PHOTO ID CARD and the Landlord will take a check, SO I require Laura Jayne Wells Morrison to simply follow the instruction,it is possible for the INB bank to follow the instructions and just go around Jayne , but that would be to simple for any one involved, everything has to be just run into the ground, and it is always that parties know each other and it is revenge, SSA recipients get bounced around like a ball, to be put in every bodys face because some one some where wants to make trouble for someone else,

NOW let use get it right this time, and pretend like the OWNER and financier of the whole SSA doesn't know what is going on because he has schizophrenia, which doenot mean they are stupid!


Jayne,

, I have to have a check in addition to the below checks in my e-mail message below sent.  So send  a check for  $ 700.00 Dollars,,,, As I am behind that additional amount ; I was informed of this by my land lord TODAY jayne  I did not know it until he told me at about 5:00 PM today and I sent this e-mail about an hour after I was told, so send another  Fed Ex MAIL with a  $700.00 DOLLAR CHECK in it.

FURTHER it is 5/24/2011 and I was sure you were going to sent the second mailing of CHECKS by FED Ex as I asked for in the message below.  UNDERSTAND JAYNE THAT THE LAND LORD WANTS TO BE PAID, AND WHEN I TELL HIM YOU ARE GOING TO SEND THE MONEY HE EXPECTS IT BECAUSE I TOLD HIM THAT I TOLD YOU TO SEND IT FED EX, FED Ex only takes 2 days, and that is the reason I send you e-mail so I will have the CHECKS with in two days,,...

dan

*****************************************

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
California Drivers License A6712910

353565347

236

Jayne

the Landlord knows me, and they have a way to process the checks, I talked with INB bank on the phone, and I have INB sending me paperwork incase their is any money left in the account after dealing with the new PAYEE, so the INB bank is aware that I live at 1646 Cabrillo Ave # 17 Torrance California, If you put a name on the Check it will confuse the accountant, and delay processing time,

Now remember I need to have one check for $375.00 Dollars,  and the rest of the checks for  $670.00 Dollars,
Sent the checks FED Ex so they get here fast , today is the 22 May 2011 and I owe the $375.00 Dollars for the last rental period.

My cell phone is off now, because i did not have any cash to pay the bill Jayne,

As a child Jayne
You knew Mike Morrison prior to 1977
Betty is afraid of Cats
we Knew Julian Pujuan, and Pasely Basdale,  Prior to 1977
They both ended up working at Gateways Hospital with me 1993

And you know what Marry Ann Convertino is to me, she also worked at Gateways Hospital with me 1993 and Ann works for the Los Angeles County Court system Probation Department, and Her Hip is fine now, after her accident caused by , the MOSELY girl, that ended up as Prostitute in Springfield Illinois, for that guy who is an Actor now.

And you know about the Whiskey that Arnold and Dickey left in the ice box that turned white in color,

and the popsicle you threw at me and hit me in the temple,

And when you me and the Actor Will Smith was in the Car and talked about race, and will smith told you who I was married to according the the Records in Springfield Illinois, and who owned te house at 1714 East miller street ,, and were in that house to see me.

That Al Pacino
Robert Redford
Ben Aflect
Adam Sandler
Jerry Lewis
Michael Madsen
Paul Michael Glazer
Brad Pitt
Jan Michael Vincent  (And I were known as Jan Michael Vincent)
Joe Pesci
John Clease
Michael Caine
Sally Field
Sophia Loren
Kenneth Brannagh
William Shatner
And the CAST of Star Trek all drank whiskey with Arnold
Danny Trejeo
Mayor Villaregossa ( City of Los Angeles)
Diane Keaton

237

Michael Keaton
Stacey Keach
George Perpard
George Segal
Momar Kaddaffy
EG Marshall
Orson Wells
Peter Lawford
Kevin Costner
Alec Baldwin
Kim Bassinger
Tom Barrenger
Prince Charles Prince of Wales
Richard Milhouse Nixion
General Douglas MacArthur
Johnny Carson
Ed Mcaman
Doc Severerson
The Hells Angeles
Hulk Hogan
Andre the Giant
Danny DeVito
Joseph Piscapo
Elizabeth Montgomery
Linda Carter
MONK
Steve Mac Queen
Paul Newman

Wes Studi ( Geronimo)
Brian Dennehy
Diane Lane
John Travolta
Tom Cruise
Steve Martin
Tom Hanks
Bruce Willis
Demi Moore
Greg Kenner
George Clooney

and they know my life in that house, and they tell me things about Betty , and other people in those years..

so just send the checks jayne, send the checks

FROM  dan

238