-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: wellsdannyw <wellsdannyw@aol.com>
Sent: Sun, May 22, 2011 1:59 pm
Subject: Re: More checks are needed

Dan,
Don't you recall, when you came to Illinois, we went to Social Security office, and we just had to fill out paperwork and show Identification and that was it. I just wish I could put your name or landlord in the "pay to the order line"....

ok, well, I will send the check for $375.00, then send a couple at $670.00. Then let me know you got those. But could you answer a childhood question that only you and I know, then I will know this is all ok. Or, you can call me at 217-971-2446 (my cell). I learned alot from you Dan, about being cautious. I just want to be sure this is you. ok?

Jayne

----- Original Message -----
From: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Sent: Sunday, May 22, 2011 9:59:25 AM
Subject: Re: More checks are needed

Jayne,

just keep sending the checks until SSA stops sending the to you. The change over will begin at that time, the new payee is processing the paperwork now. I told them that the check would go to you until they began receiving them, I do not want the checks sent back to SSA,

One of the first checks you send should be for $375.00 dollars, and all the others for $670.00 Dollars,

I need the $ 375.00 Dollar check is to catch up on my rent, the other checks are to be for $670.00 Dollars.

dan

239

240

-----Original Message-----
From: ljaceon9 <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net>
To: Danny Wells <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com>
Sent: Thu, May 19, 2011 7:27 pm
Subject: Re: More checks are needed


Dan, ok, no problem, when will I get the letter from SSA, that I'm no longer your payee? Will the next check on June 3rd, go to your new payee?
Also, Who is the CC: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@saudiembassy.net?

Jayne


----- Original Message -----
From: "Danny Wells" <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com>
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Cc: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@saudiembassy.net
Sent: Wednesday, May 18, 2011 9:43:29 PM
Subject: More checks are needed


jayne,

813 N. 12th st
Springfield Illinois 62702



I have received the three checks you sent, now


Send more checks to :

1646 Cabrillo Ave # 17
Torrance California 90501

make the checks  for  $670.00 Dollars

Until the account is down to a  ZERO Balance

241

dan

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: Danny M Wells <wellsdannyw@aol.com>
Sent: Fri, Jun 3, 2011 8:19 pm
Subject: mail

Hey Dan, Did you get those checks you requested on May 22nd? I was waiting on your reply before I sent more. I wanted you to say something only you and I know about our childhood, so I know for sure you want me to send more checks. Ok Dan? Just being cautious. It just suprises me that you haven't responded.

Thanks
Jayne

From: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Sent: Friday, June 03, 2011 8:19 PM
To: Danny M Wells
Subject: mail

Hey Dan, Did you get those checks you requested on May 22nd? I was waiting on your reply before I sent more. I wanted you to say something only you and I know about our childhood, so I know for sure you want me to send more checks. Ok Dan? Just being cautious. It just suprises me that you haven't responded.

Thanks
Jayne

Portions of this are public record

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States District Court Central District of California
    Chief Justice of the USDC

FROM DANNY M. WELLS
353565347
California Drivers License A6712910

242

1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

To the OIG The film COPY CAT is a depiction of my activities after a mission I went on ,, THAT is still CLASSIFIED,,

The depiction contains ues of a computer,, and the use of the computer was my TRADING stocks on the STOCK EXCHANGE, it could be JAPAN or NYSE, I think it was JAPAN as the NYSE hab to many people watching my activity, The JAPANEESE markets were insured,

I contacted three people I recall, one was the ACTOR Jeff GOLDBLUM, and I played Chess with him my internet,, the Second was Brian Delmer of Capitol Area Vocational Center Springfield Illinois 1978 to 1980,, The Third was the prior KING OF ENGLAND  EDWARD, I know him as a Dwarf,,

I would appreciate GOLDBLUM being told that I am in fact the person at the above address,,,
The computer use records many locate so more of my property...

I could have used the password Enigma,, or Aroborialis,, I am sure that I had a problem using my Credit Card Danny M. Wells and the name I used on the computer, as at the time I forgot I was Danny M. Wells and I used the Danny M. Wells Credit Card because I though Danny M. Wells was my BROTHER,,,,I used the name Pendragon,,, possibly Catherine Elizabeth,, and the transaction would not go through,, so I then used the name Danny M. Wells and the AOL connection worked,, Prior to 1985...


Others to contact would be
William Shatner
Rene Russo
Rene Zellwegger
Billy Zane
Bruce Willis
The cast of Green Acres as they were my neignbors at the time

Jim Neighbors who was my Gardener
Jim Gardener managed some of my investments, and Betty Evelyn Campbell Wells sent Masons to Extort Gardener, then Gardener discovered that Mel Gibson and Sandra Elizabeth Bullock were behind all of it,, Then it became apparent the Gibson, Bullock and the other memebrs of the Mosely family of Springfield illinois had to raise money for their criminal defense in their US District Court Trial regarding their activities as Illinois National Guardsmen, and Bosnian Sepeartist in Negro Africa, the Illinois States JOURNAL REGISTER of Springfield Illinois has articles about ,Them and The Bush Family,, and the fact was they were stealing money anywhere they could. All up and down the Eastern Sea Board as they did not want their

Barbeisums in Africa known in California, Bullock was the one who would shoot africans down in the jungle now from a Helicopter.

GIBSON WANT TO STEAL MY WIRE TRANSFERS OF MONEY AS I WAS USING MY DEUTSCHE BANK AND TRUST FUND AMERICAS ACCOUNT
I was then contacted by the actress in the STARSHIP TROOPERS FILMS ( THE CAST), the x- wife to Charlie Sheen,,, she was my contact to my trust fund staff of Austira,,

and the fact is every single time I wanted use my money from my trust fund 1000 of people think I have to pay them a percent for some dam reason,

243

and RICHARDS I think is her name did not get along with another side of my family whom are the NORTH AFRICANS that lived in Austria,
because of that and because RICAHRDS wanted me to pay to her some dam exorbenant fee to contact the REAL AUSTRIAN STAFF of my trust fund whom are not NORTH AFRICANS, but AUSTRIANS in the EMBASSY of AUSTRIA in GENEVA SWITZERLAND and that is where my staff were from 1970 to 1990 they were the actual Deutsche Staff,

So RICHARDS who was to REMBER who I was and have all the CODES to get into the VAULT would not do what she said she was going to do, RICHARDS JUST EXTORTED she wanted 1 TRILLON DOLLARS,,

and when I were to go to the EMBASSY on my own well their would be a problem because I did not follow procedure, and that to an AUSTRIAN mean wait...
WAIT could be 5 years to an AUSTRIAN...no telling what is really going on,,, SO RICAHRDS I AM SURE HAS ALL THE DOCUMENTS,, becasuse she was sure that she had some concocted legal right to what was my property just because I gave her the job of doing the above,,,,

RICHARDS is greedy and cunnning as hell,,, and cannot in the long run be trusted,,, she FUCK CHARLIE up and her co stars of the film ,, by making them thing that my trust fund was a public holding,,

She eventually sued me in US District Court Cenrtal District of Illinois and lost, then she refiled in Califonria,, I know all about it,,

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States District Court Central District of California
      Chief Justice of the USDC

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

To the Counsel General of the Hellinistic Republic of Greece,
Elisebeth Froutidou

12424 Wilshire Blvd
Suite 1170
Los Angeles California 90405

I would appreciate you providing the Office of the Inspector General the results of the testing of the RIGHT THUMB FINGERNAIL I SENT YOU A MONTH OF SO AGO,

244

ASPECTS THAT THEY WANT TO KNOW ABOUT, I HAVE FILED A COMPLAINT WITH THEM REGARDING INVASION OF MY ESTATE,,, AND I AM PROVIDING THEM BACK GROUND IN REGARD TO MY CHILDHOOD. THE THUMB NAIL CAN BE TESTED FOR ALL TYPES OF THINGS, Child abuse evidence is what the purpose of the test results are for from birth to 1985, To substantiate my Falstaff Act Violation, and merger of the OIG complaint with the US District Courts Civil litigation regarding my ESTATE.

FURTHER I SENT MY SHOES BY FED Ex mail to the EMBASSY of Italy in Washington D.C. to be tested, as I agreed to do so in 1978 with the Royal Family of Italy,,,,

the possible number is EB665838231US


Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States District Court Central District of California
    Chief Justice of the USDC



FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)


 I include my childhood record , which documents injuries sustained as a child in the presence of BETTY EVELYN CAMPBELL WELLS, fro 1967 to 1976.
Prior to 1967 I do not know where I was

The method to establish a record is to locate all the FOSTER services person involved in my life in Springfield Illinois,,

SOME I REMEMBER,

DON PETWAY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,, PAROLE AND COMMUNITY SERVICES

JEFF GOLDBLUM actor
HELEN BARKIN ACTRESS
CHER   singer actress
NICK NOLTE actor
STAFF OF OCEAN PARK COMMUNITY CENTER Santa Monica California
WILLIAM SHATNER
TED BUNDY THE  serial Killer
THE CAST OF AUDREY ROSE
SALLY FIELD
THE CAST OF SYBIL

245

THE UNIVERSITY OF ILLINOIS WHICH HAS THE SYBIL DORSET FILE
ROBERT REDFORD
JAYNE FONDA
AL PACINO

The next method to obtain a history is to contact the IRS and identify the person who have moved from the Springfield Illinois Area between 1965 and 1990 to LOS ANGELES COUNTY, by zip code, then identify the person who have a criminal record, then identiofy the person with Danny M. Wells as a Victim or a suspect, then read the REPORT, and interview,

This information is to be incorporated in my Falstaff Act Violation and used as a PAROLE OF THE EVIDENCE to support MERGER of this COMPLAINT with the CIVIL ACTION in the Estate of Danny M. Wells, The Film Sybil is a very well known film of its time, and no one who believe it was not a WHITE IN COLOR girl,

The sympathy of the film just casue envey among the white girls,, as you got things if you where though to be Sybil Dorsett,,

The fact is the name DORSETT came from the FACT the the child that is depicted in the Film was in the FOSTER HOME OF the DORSETT and the DORSETT were NEGROS,, and the CHILD they had in their FOSTER CONTROL was DANNY M. WELLS and Danny M. Wells HATE niggers so much that the Niggers in Springfield Illinois put Danny M. Wells in the DORSETT house,

( interview GENE Hackman a man threatened by the Royal Family of Englnad not to say anything )

And My FOSTER Mom Sally Field, and Dad Burt Renyolds,,

To the Bank of England,,,, London England I am going to remove from the Bank of England that losses from the invasion of my Estate by ENGLISH Persons and they coconspirators the told time and time again to get out of my Estate,

MY PROJECTIONS ARE SOME 128 BILLION DOLLARS , I APPOINT MY ACCOUNTANT STAFF OF THE ROYAL EMBASSY OF SAUDI ARABIA  Washington D.C.TO MAKE A MORE ACCURATE ACCOUNTING BASED UPON THE PARTIES

...............SECOND the judgement obtained by the Syrian Government is to be tabulated by the US District COURT Chief Justice and the JUDGEMENT SATISFIED by the BANK OF ENGLAND, said CURRENCY is to be deposited into Account number B599949081 Deutsche Bank Trust Company Americas in favor of Danny M. Wells United States Social Security Number 353565347 California Drivers License A6712910 , Damascus Syria contact MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@chambank.com The Chief Justice of the USDC is required by the PLAINTIFF, the Administrator of the ESTAE that defendants attacked, and the OWNER of ACCOUNT B599949081 to contact CHAM BANK, the BANK OF ENGLAND, the ATTORNEYS for PLAINTIFF, defendants, the Royal Embassy of Saudi Arabia Washington D.C.  To VERIFY with all parties what is to happen,,,,

The Administrator is expecting that the Account B599949081 will finally have deposites that will not be disputed by the ENGLISH,, and that is essentially the problem with my Deutsche BANK account,,, as the Account was recognized while in Germany etc. and In my name and as my private property,,, BUT when I moved the Currency,,, ENGLAND and other did not want to recognize the Account as the account could no longer be EXTORTED and no longer used by any one as a source of income ( All the JASON BOURNE films were about INTERLOPERS INVOLVING THEM SELVES IN THE FACT I WANTED TO MAKE A WITHDRAW FROM THE DEUTSCHE TRUST FUND,,now I do not have to worry about that any

more the Account in Germany etc was closed..

BECAUSE OF THIS ADDITIONAL ALLEGATION OF FTCA,, I the Administrator  RECOMMEND that

1) a list of person known to be in violation of ESTATE LAWS,
2) a list of person known to be in violation of COURT ORDERS
3) a list of person known to be in a Flagerant Violation of a COURT ORDER
4) a list of persons known to be committing a crime by unauthorized control of the property on the Estate
5) a list of persons Known to be

The remedy is
1) the Royal Embassy of Saudi Arabia Washington D.C is to compose a list
2) the Office of the Inspector General is to compose a list
3) the United States Federal Bureau is to compose a list
4) the the Supreme Court of the Republic of Turkey is to compose a list
5) the Government of the City of Carthage in Tunis ( NORTH AFRICA ) is to compose a list
6) the California Department of Corporations is to compose a list

OF parties they know of whom are perpetual violators of the laws of Estate of the State of California and of the Estate laws of the United States of America,  IN REGARD TO THE ESTATE OF DANNY M. WELLS 353563547

That said list is to be used by Law Enforcement in America to locate and remove said parties whom compose said lists

To Impound any and all vehicles said parties use on the Estate
To arrest said parties for being upon the Estate
To prohibit the purchasing anything on the Estae
To prohibit carring any CURRENCY on the Estate
To prohibit the carring of any means to transfer money
To prohibit the carrying of any FIREARM on the Estate
To prohibit contracting upon the Estate
To prohibit traveling across the Estate
To prohibit the use of any PUBLIC facilities upon the Estate
To offer a BOUNTY FOR SAID PERSONS ARREST FOR TRESPASS on to the ESTAE, paid by the COURT, and ASSINGED TO THE United States Marshal service for CITIZEN , or CIVILIAN preformance,

To prohibit licensure of any kind from the State of California
To prohibit earning a living upon the Estate
To prohibit operation of a vehicle upon the Estate

The list and the prohibtions are to be a PUBLIC document, and a COURT ORDER, that the USDC contact said parties that are to compose the lists and update the list weekly, that the list be known by all City County State Federal and international Agencys , Department , etc in the State of California, and all state agencys, departments, etc of all the states in the United States.

Danny M. Wells

247

6/3/2011

SECOND Regarding the judgement obtained against English Persons and their coconspirators for misuse of Military Equiptment,, see this Escerpt from my e-mail records
and NOTE that I require the Bank of England to pay the JUDGEMENT with the interest.

"Kenneth Brannagh, Emma Thompson were ALL in the Illinois National Guard and could go on to post and they ABUSED the M.I. equipment,,with illegal transmissions,,, ( THE EQUIPMENT IS FOR LISTENING , AND THESE PARTIES WERE MAKING STATEMENTS IN TO THE EQUIPMENT AND THE RULES ARE THAT YOU ARE JUST TO LISTEN, IF YOU MAKE STATEMENTS YOU EFFECT BEHAVIOR, AND THAT IS A VIOLATION OF INTERNATIONAL, AND FEDERAL LAW.

All the actors in America were involved in this, as well as ALL THE PEOPLE OF SPRINGFIELD ILLINOIS,,,,When the Civil litigation was completed they were so ashamed that they would not come out of their houses, and they wanted to murder me,, And betty just operated to get me out of the house to be shot by anyone, the British Military were just assigning about this,

AS THE POINT WAS THAT ENGLAND WAS TRYING TO STEAL MY WEALTH AND WOULD NOT recognize that I have obligations all over the world in fact, They just could not get it around there DAM head that England is not that important,, they could not accept it, not the fact that I were corrinated KING in three or four different areas of the WORLD, the English would not accept that I was KING in three location other than England before England came along, And they never used M.I. TO DO ANY THING TO ME England used M.I. to get me to give them money against my will,,,

And the point of it is this IF THE COURTS AHD DECIDED IN ENGLAND'S FAVOR THAT THE CURRENCY WAS THEIRS AS A PUBLIC PROPERTY , AND I WAS NOT THE KING OF ENGLAND , WHY DID ENGLAND USE M.I ON ME FOR ANY REASON AT ALL,,

THE CIVIL LITIGATION BY SYRIA IS SO MUCH EVIDENCE TO THE POINTS HERE IN ESTABLISHED THAT THERE IS NO ARGUMENTS AT ALL AS TO OWNERSHIP OF THE CURRENCY OR THE INVENTIONS,,,

The Syrian Military that watched me for years in Springfield Illinois as Syria does with any child that is not in Syria FILED COMPLAINTS with the State and the Federal COURT systems ,, DISTRICT APPELLATE AND the SUPREME COURTS. They obtained a JUDGMENT AGAINST ALL THESE PERSONS AND PARTIES AND THESE PERSONS AND PARTIES NEVER PAID A DIME,,,

The only person who was exempted was SIGOURNEY WEAVER, and that was because this Sigourney Weaver was the real one, not the Actress who was the Sigourney Weaver that we wanted,,
the Actress purchased the name Sigourney Weaver,, the real one decided not to go to Hollywood and she sold her name , as there are only so many slots to be filled.

The Bullock name has been sold 4 times now, all four Bullocks have been involved in the Falstaff Act Violation,, and the real Bullock is also involved in the Violation, ands All 5 were sued,

Under various names.

I require that the Embassy of Syria be contacted to obtain the civil court litigation records REGARDING THE MISUSE OF MILITARY INTELLIGENCE EQUIPMENT, and that said records be incorporated for a PAROLE OF THE EVIDENCE IN SUPPORT OF THE finding of FACT in the allegation of a CONTINUING  Falstaff Act Violation and THE RECOMMENDATIONS MY ME THE ADMINISTRATOR AND OWNER OF THE ESTATE, SENT EARLIER ,,,, herein incorporated in this part of my  CONTINUING COMPLAINT

248

MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-
323cb72bc187}mid:" claiming to be info@syrembassy.net

Danny M. Wells
6/4/2011

############################################################################
####################
INCORPORATED portion of THIS Part 16 CONTINUED COMPLAINT

Note to the Royal Embassy of Saudi  Arabia Washington D.C. this is a public Document for distribution

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States District Court Central District of California
    Chief Justice of the USDC

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

ADDENDUM

The administrator of the Estate recommends that the COURT ORDERS from the US DISTRICT COURT
of the Northern District of Illinois is enforced. The ORDER was obtained in about (1976)
The Administrator of the Estate recommend that the COURT ORDERS from the WORLD COURT of (
1969) be enforced, the WORLD COURT of (1969) was in Istanbul Turkey, that COURT is not identified as
the Supreme Court of the Republic of Turkey. The Administrator notes for the Chief Justice of the USDC
that the Administrator of the Estate was FIRST a WARD of the WORLD COURT of (1969) to the age of
50 years, because the VIOLATORS of the FALSTAFF Act which the WORLD COURT cited were so
virulent.

The Administrator Recommends the COURT ORDERS from the US appeallate COURT 7th Cir, 9th Cir, and US Appeallate COURT of the States of New York (1970 to 1977) be enforced
The Administrator Recommends the COURT ORDERS from the United States Supreme COURT ( 1971 to 1975) be enforced.
The Administrator Recommends that ORDERS and other actions by the United Nations be enforced ( 1970 to Present)


FURTHER England being a defendant in the WORLD COURT of (1969), created different world COURT in London England ( without authority) that committed a VIOLATION of international LAW, by violating the JURISDICTION of the Istanbul Turkey WORLD COURT. THE DIFFERENT WORLD COURT OF ENGLAND  simply began to litigate the WORLD COURT of Istanbul Turkey case in ENGLAND (1971), and issued an ORDER that the USDC, the US appellate Court 7th,  9th and the Cir of the State of New York , as well as the United States Supreme Court ( 1971) RULED against,, all THREE Levels of the Judiciary RULED against this English World COURT in as early as 1971.

THEN the ENGLISH just refused to to obey, after the the technology that verified I was the person who invented the products that produced the MONEY, and ENGLAND would not transfer the CURRENCY in (1971) So the CURRENCY BILLS the dollars themselves had to be obtained from Saudi Arabia,  and the currency held by England had to be BURNED,  the President at the time PRINTED MORE MONEY and sent it to ENGLAND, and destroyed the American economy, Because the President of the United State of America wanted to be the KING OF ENGLAND, and the President of the United States of America wanted to be a KNIGHT.

His Brother Bobby Kennedy and I argued and you know how we communicated,,, That was the origin of the film Jimmy HOFFA, the Kennedys sided with the THEN QUEEN OF ENGLAND to STARVE AMERICANS. THE Currency had to be taken from ENGLAND because ENGLAND was using the Currency to pay for grown CROPS in AFRICA at 5000% increase of cost. A potato cost ENGLAND 1000.00 Dollars to grow because of what WINDSOR had gotten himself into. ( reference Gabriel Byrne) So I the KING of ENGLAND would not let ENGLAND KEEP MY CURRENCY,, and I were hated for about 14 years after that , 14 years of slander, liable, assault , murder attempts, malicious prosecution,  attempted rape, white slavery, crimes against humanity FOUND BY THE UNITED NATIONS ( 1975)

I was made a ward by the United Nations , until England went all around the dam world to find others to become wards of the United Nations, that is how niggardly England is.

Danny M. Wells
6/4/2011


**************************************************************************


This is the Policy regarding the Real Estate in the Continental United States of America that I Danny M. Wells 353565347 , California Drivers License A6712910 Own.
To the United States Office of the Inspector General  and To the Royal Embassy of Saudi Arabia Washington D.C. REFERANCE the Supreme Court of the Republic of Turkey ( WORLD COURT OF 1969)


The following are RECOMMENDATIONS made by Danny M. Wells the administrator of my own Estate, based upon the following e-mails sent

2 50

SEE DOJ Office of Inspector General mail sent 6/3/2011 ,,, EG972743020 Regarding additional continuations to the origional complaint sent to the O.I.G. regarding the FEDERAL TORT CLAIMS ACT merged with the CIVIL litigation of my ESTATE, and all e-mails sent to the OIG, Further the EG972743020 DOCUMENT was sent due to the FACT that transmission of said referanced documents sent from a State of California EDD Office , the BUILDING of which I own is suspected of being delayed because I were the person who sent it, and I suspect that the delay is due to my ESTATE process were COMPROMISED by parties in VIOLATION OF THE FALSTAFF ACT, and identified in the vary FEDERAL TORT CLAIMS ACT allegations, transmitted from said location to the OIG,

FURTHER that the FTCA is making a claim in excess of 100's of TRILLONS of DOLLARS due the IRS, and TRILLONS DUE I Danny M. Wells as the RELATOR,,

*********************************************
Note to the Royal Embassy of Saudi Arabia Washington D.C. this is a public Document for distribution

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States District Court Central District of California
    Chief Justice of the USDC

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

ADDENDUM

The administrator of the Estate recommends that the COURT ORDERS from the US DISTRICT COURT of the Northern District of Illinois be enforced. The ORDER was obtained in about (1976)
The Administrator of the Estate recommend that the COURT ORDERS from the WORLD COURT of ( 1969) be enforced, the WORLD COURT of (1969) was in Istanbul Turkey, that COURT is not identified as the Supreme Court of the Republic of Turkey. The Administrator notes for the Chief Justice of the USDC that the Administrator of the Estate was FIRST a WARD of the WORLD COURT of (1969) to the age of 50 years, because the VIOLATORS of the FALSTAFF Act which the WORLD COURT cited were so virulent.

251

The Administrator Recommends the COURT ORDERS from the US appeallate COURT 7th Cir, 9th Cir, and US Appeallate COURT of the States of New York (1970 to 1977) be enforced
The Administrator Recommends the COURT ORDERS from the United States Supreme COURT ( 1971 to 1975) be enforced.
The Administrator Recommends that ORDERS and other actions by the United Nations be enforced ( 1970 to Present)

FURTHER England being a defendant in the WORLD COURT of (1969), created different world COURT in London England ( without authority) that committed a VIOLATION of international LAW, by violating the JURISDICTION of the Istanbul Turkey WORLD COURT.  THE DIFFERENT WORLD COURT OF ENGLAND  simply began to litigate the WORLD COURT of Istanbul Turkey case in ENGLAND (1971), and issued an ORDER that the USDC, the US appellate Court 7th,  9th and the Cir of the State of New York , as well as the United States Supreme Court ( 1971) RULED against,, all THREE Levels of the Judiciary RULED against this English World COURT in as early as 1971.

THEN the ENGLISH just refused to to obey, after the the technology that verified I was the person who invented the products that produced the MONEY, and ENGLAND would not transfer the CURRENCY in (1971) So the CURRENCY BILLS the dollars themselves had to be obtained from Saudi Arabia,  and the currency held by England had to be BURNED,  the President at the time PRINTED MORE MONEY and sent it to ENGLAND, and destroyed the American economy, Because the President of the United State of America wanted to be the KING OF ENGLAND, and the President of the United States of America wanted to be a KNIGHT.

His Brother Bobby Kennedy and I argued and you know how we communicated,,, That was the origin of the film Jimmy HOFFA, the Kennedys sided with the THEN QUEEN OF ENGLAND to STARVE AMERICANS. THE Currency had to be taken from ENGLAND because ENGLAND was using the Currency to pay for grown CROPS in AFRICA at 5000% increase of cost. A potato cost ENGLAND 1000.00 Dollars to grow because of what WINDSOR had gotten himself into. ( reference Gabriel Byrne) So I the KING of ENGLAND would not let ENGLAND KEEP MY CURRENCY,, and I were hated for about 14 years after that , 14 years of slander, liable, assault , murder attempts, malicious prosecution,  attempted rape, white slavery, crimes against humanity FOUND BY THE UNITED NATIONS ( 1975)

I was made a ward by the United Nations , until England went all around the dam world to find others to become wards of the United Nations, that is how niggardly England is.

Danny M. Wells
6/4/2011

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

  This is the Policy regarding the Real Estate in the Continental United States of America that I Danny M. Wells 353565347 , California Drivers License A6712910 Own.
To the United States Office of the Inspector General  and To the Royal Embassy of Saudi Arabia Washington D.C. REFERANCE the Supreme Court of the Republic of Turkey ( WORLD COURT OF 1969)

The following are RECOMMENDATIONS made by Danny M. Wells the administrator of my own Estate, based upon the following e-mails sent

252

SEE DOJ Office of Inspector General mail sent  6/3/2011 ,,, EG972743020 Regarding additional
continuations to the origional complaint sent to the O.I.G. regarding the FEDERAL TORT CLAIMS ACT
merged with the CIVIL litigation of my ESTATE, and all e-mails sent to the OIG, Further the
EG972743020  DOCUMENT was sent due to the FACT that transmission of said referanced documents
sent from a State of California EDD Office , the BUILDING of which I own is suspected of being delayed
because I were the person who sent it, and I suspect that the delay is due to my ESTATE process were
COMPROMISED by parties in VIOLATION OF THE FALSTAFF ACT, and identified in the vary
FEDERAL TORT CLAIMS ACT allegations, transmitted from said location to the OIG,

FURTHER that the FTCA  is making a claim in excess of 100's of TRILLONS of DOLLARS due the IRS,
and TRILLONS  DUE I Danny M. Wells as the  RELATOR,,


BECAUSE OF THIS ADDITIONAL ALLEGATION OF FTCA,, I the Administrator  RECOMMEND that

1) a list of person known to be in violation of ESTATE LAWS,
2) a list of person known to be in violation of COURT ORDERS
3) a list of person known to be in a Flagerant Violation of a COURT ORDER
4) a list of persons known to be committing a crime by unauthorized control of the property on the Estate
5) a list of persons Known to be



The remedy is
1) the Royal Embassy of Saudi Arabia Washington D.C is to compose a list
2) the Office of the Inspector General is to compose a list
3) the United States Federal Bureau is to compose a list
4) the the Supreme Court of the Republic of Turkey is to compose a list
5) the Government of the City of Carthage in Tunis ( NORTH AFRICA ) is to compose a list
6) the California Department of Corporations is to compose a list

OF parties they know of whom are perpetual violators of the laws of Estate of the State of California
and of the Estate laws of the United States of America,  IN REGARD TO THE ESTATE OF DANNY M.
WELLS 353563547

That said list is to be used by Law Enforcement in America to locate and remove said parties whom
compose said lists

To Impound any and all vehicles said parties use on the Estate
To arrest said parties for being upon the Estate
To prohibit the purchasing anything on the Estae
To prohibit carring any CURRENCY on the Estate
To prohibit the carring of any means to transfer money
To prohibit the carrying of any FIREARM on the Estate
To prohibit contracting upon the Estate
To prohibit traveling across the Estate
To prohibit the use of any PUBLIC facilities upon the Estate
To offer a BOUNTY FOR SAID PERSONS ARREST FOR TRESPASS on to the ESTAE, paid by the
COURT, and ASSINGED TO THE United States Marshal service for CITIZEN , or CIVILIAN
preformance,

To prohibit licensure of any kind from the State of California
To prohibit earning a living upon the Estate

753

To prohibit operation of a vehicle upon the Estate

The list and the prohibtions are to be a PUBLIC document, and a COURT ORDER, that the USDC contact said parties that are to compose the lists and update the list weekly, that the list be known by all City County State Federal and international Agencys , Department , etc in the State of California, and all state agencys, departments, etc of all the states in the United States.

Danny M. Wells
6/3/2011
****************************************************************************************
***********

copies

To the SSA,
TO the California Fair Employment and Housing
To the Chief Justice of the United States District Court Central District of California
To the United States Department of Justice antitrust unit

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

1) This building that I am in is part of my Estate, since I have arrived here I have had nothing but trouble for this alleged Accountant to the BUILDING, I am tired of hearing from the MANAGER in 201 about payment of the rent, when I have told him that I have a problem with my SSA payee, and that I have obtained 6 personnal CHECKS from the payee,, that the manager is just holding as security against the 5 months I have been here in the building,,

I also were assaulted and MY photo ID card was stolen, The card was mailed out of the DMV 50 daus ago and the USPO said they did not have it, SO I do not have a ID card to get Cash from my Fidelity investment account which is $6,000.00 Dollars.

SEE the difficulty I am having with my PAYEE, and the Illinois National Bank which was to mail me a form for a new check book, some 14 days ago,

The conclusion is that person are in violation of the Falstaff Act to the point where I have to do all these things just to live in a building I own,

and I do own the building and I established that with the California Department of Fair Employment and

254

Housing  at least 3 times in the past 20 years after I came out here to California, and it was that I decided I would have to live here while I got other affairs settled, and based upon my experience of the last 6 months I have determined that the dam people are so dam hostile that I just resolved to pay money to just get them off of my dam back.

That is why I paid CASH,  and it turned out that they wanted to prevent me from even getting my SSA benefits, to force me to go through some GOD DAM 40 years of litigation again , because they think that the OPINION of The US DISTRICT COURT, in the face of a GOD DAM  WRIT of CERT from the United States Supreme COURT no less is going to change. The US DC Opinnoin is not going to change,

ANd I just resent having my PROGRAM interfered with, I decided how I wanted to do things, I do not do things like YOU want I do things the way I want, and I like solw and I like to pay until I decide the I want to SUE someone for some dam reason, and I resent  people trying to FORCE me over here over there , do this to that,
Andd that is what the god dam ID card business is about, it is about controling me who has $6,000.00 Dollars in Fidelity Investment, VERIFIED in current REAL time, not Cash in accounts where control was extorted from me 30 years ago where I have to just jump through hoops to take away from you, but cash right here and now.

NOW look at the situation I have to listen to the Manager of this building that I hired , and who testified at the hearing that I was the owner of the building, CONTINUINLY ASK ME FOR CASH TO PAY MY RENT,  and he has to do that because one party wants me to claim all my buildings so they can just teas the hell out of others and try to exploit me as I am just one person,, and then I have all the people who do not belive I own the building , that I did not litigate for som 40 years in fact about my property, and if I did own it they want to say well the ownership is such that the GOD DAM building is some kind of Quazi public ownership of some GOD DAM theiveing English Royal Family and that is exactly what they are , some thieves,  They USERPTED THE AUTHORITY AND THE JURISDICTION OF THE UNITED STATES SUPREME COURT, THEY CONTINUED IN A VIOLATION OF THE FALSTAFF ACT, they are Terrorist in fact in their condoning policys and philosophies regarding property.

And that is what I have had to put up with , they are not welcome, and I just resent having to have the above agency get this accountant off of my back , as the property and many more are not public and they are not the property of England, or of any of my children or wife. The building is mine and has been for so many years people think they can do what ever they want to me.

And it is the fact that I do  not want the manager in 201 upset, I like him and I understood some 20 years ago that his vary LIFE was in jeapardy because I was here and it was the good dam BOSINANS terrorist that Mel Gibson sent, so I left,,

Mel Gibson a Actor ran a gang of Para Military types, and when it was not Mel it was the God Dam Windsor who had to say they owned this or that and it was always my buildings, and I were just one person litigating and knowing and having to COURT orders in my dam hand and because  I did not want to pay Mels , or Windsors Bills I had to put their dam ass out two or three times,

I am a quiet person ,a nd the fact is people want me to show everbody want I have so they can use SPIN FACTOR,,and I always pay the price, so what kind of conversation are I and the manger going to have when the AUTORITIES talk with these god dam account who is either their Sandra Elizabeth Bullock , Mel gibson , or the black haired girl on NURSE JACKIE that every one backed to be the Queen of England , when I the KING OF ENGLAND in fact REJECTED her and all her following, so what is really going on here, when is it that every one at the same time is time is to be told back off, and when is it that ENGALND is going to quit trying to out the case back up to get some other opinnion that doesnot result in my intent to throw them off of my Estate California, and yes the whole State of califonrina is my Estates,and you can be assured that I am not the Fist KING of England to want the ENGLISH off of my property, and I want them off becasuse I am not going to be marring no English people for the purpose of having my whole property consumed by their dam debt,

255

That is the whole purpose behind marring a dam english girl , to pay all he dam family debt, the English never loved me at all they wanted my wealth from my intellect, There was no dating or romance or anything just KILL people for England, fuck have a baby and give all you money to their father, so the whole family can drive by with the girl in the car to tease the hell out of you, so now I am driving right by there house and watch them strave to death , and tease them with food.

I just require my Cash or be left alone ,

*************************************************************

To Jayne,

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501

I am making a COMPLAINT OUT ON YOU Jayne,
I have been told that I will not be able to stay in my room after some time within the next 7 days, Now I want the cash sent to me, and if you do not respond I will also file with the state, the SSA is now notified that you after being told of the problems with you that you just do not get it at all.

I require the Cash , no long drawn out verification of my idenitiy, is their some dam problem with my account now that I want my Cash, You sent check which the manager took as security against having been here for over 5 months, now does it sound like I can wait for you, I am not waiting for you, and I am not going to kiss your ass is what you want just, send the dam cash, until the account is in someone elses hands.( YOU THINK I GET TIRED OF THE MANAGER TALKING ABOUT THE ACCOUNTANT WANTING CASH AND NO CHECKS, WHO OWNS THIS BUILDING IF IT HAS THE EEMBASSY OF ITALY IN IT THAT I PAID FOR IN 1978, and why is it that every one has to know every dam thing about some one , to the point they concocet a goddam crisis to make peole tell their whole dam life story, as if that is the cost to be able to live. There are many dam things people who know don not want to tell you , perhaps that is why they never say anything at all to you, so just do you job and do wahy you said you would do, until someone else come along and says you are through.

SSA in this circumstance I need this person to be contacted as I have a few days to put cash in this managers hand, and it is the fact that he knows their has to be some kind of problem with jayne if I can get some dam checks  6 of them to be exact but no CASH .

NOW I have to do all of this notifing this person and that person , and apparently begg someone for my benefits. I am not going to beg anybody.. JAYNE NEEDS TO BE CONTACTED BY SSA TO FIND OUT WHY THE CASH HAS NOT BEEN SENT, AND TO CALL THE manager in  ROOM 201 and tell him that JAYNE is the problem 1-310-618-9003, I have e-maild JAYNE and did all the bullshit identification verification, and told  SSA that JAYNE IS A PROBLEM, THE BANK IS BEING TOLD SSA is being told, and what more am I truly obligated to do nothing more, I have a residence, I have benefits, I have told Jayne what to do, for 10 or more days now, so what is it?

I have about 7 days until I have to leave where I live and for what , because I do not get along with someone, what concern is that to any one but me,,

Danny M. Wells
353563547

256

Addendum ,

Jayne,

When you send the Fed Ex MAIL, put on the form Valuable, and find out what the insurance is on it. Send $3,000.00 Dollars cash on this first cash Fed Ex Mail. If there is a problem with Fed Ex Mail send it by REGISTERED MAIL and pay the insurance on the mail.

The Manger wants Cash, when the cash gets here he will give me back the checks, DO NOT contact the BANK about the CHECKS the Manager has in his possession, I will either send them back to you , for accounting purposes or I will cash them when I get my Identification Card . As that is the problem I do not have ID and if I took them to a bank nearby I could not get cash for them,,

So send $3,000.00 Dollars in cash, by Fed Ex Mail or by Registered Mail..


Dan
5/29/2011

*****************************************


From Danny M. Wells
       1646 Cabrillo Ave # 17
       Torrance California 90501



Jayne,


The Manager of the building has said that he did not usually accept CHECKS, and He has informed me that He wants Cash,

So send me a Federal Express Mail with CASH in it, send me all the money that is in the accounts, all of it in CASH and it has to be CASH sent because I do not have MY ID Card and I cannot cash the check you have already sent..send the CASH in 2 DAY mail,,the last two letters were not two day mail, I want to sign for the mail at the above address. And I will be waiting for the mail. It is 5:35 PM and I do not know when you will get this e-mail, but I will expect the mail in 2 days.

Dan


***********************************************************************************************
**********************
To the United States Social Security Administration

I am contacting you from california after hours, please review this e-mail sent to my SSA PAYEE, I am in the process of changing PAYEES and I need this old PAYEE to send money from my Bank account, and this is the second time she has played games with me, and I am tired of it, I am not sure if she has been contacted by the NEW PAYEE or not, and I do not want the MONEY to be sent back to the SSA as that would take to long,

NOW the situation is that I do not have a PHOTO ID CARD and the Landlord will take a check, SO I require Laura Jayne Wells Morrison to simply follow the instruction,it is possible for the INB bank to follow the instructions and just go around Jayne , but that would be to simple for any one involved, everything has to be just run into the ground, and it is always that parties know each other and it is revenge, SSA recipients get bounced around like a ball, to be put in every bodys face because some one some where wants to make trouble for someone else,

NOW let use get it right this time, and pretend like the OWNER and financier of the whole SSA doesn't know what is going on because he has schizophrenia, which doenot mean they are stupid!

Jayne,

, I have to have a check in addition to the below checks in my e-mail message below sent. So send a check for $ 700.00 Dollars,,,, As I am behind that additional amount ; I was informed of this by my land lord TODAY jayne I did not know it until he told me at about 5:00 PM today and I sent this e-mail about an hour after I was told, so send another  Fed Ex MAIL with a  $700.00 DOLLAR CHECK in it.

FURTHER it is 5/24/2011 and I was sure you were going to sent the second mailing of CHECKS by FED Ex as I asked for in the message below.  UNDERSTAND JAYNE THAT THE LAND LORD WANTS TO BE PAID, AND WHEN I TELL HIM YOU ARE GOING TO SEND THE MONEY HE EXPECTS IT BECAUSE I TOLD HIM THAT I TOLD YOU TO SEND IT FED EX, FED Ex only takes 2 days, and that is the reason I send you e-mail so I will have the CHECKS with in two days,,...

dan

*******************************************

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
California Drivers License A6712910

353565347

Jayne

the Landlord knows me, and they have a way to process the checks, I talked with INB bank on the phone, and I have INB sending me paperwork incase their is any money left in the account after dealing with the new PAYEE, so the INB bank is aware that I live at 1646 Cabrillo Ave # 17 Torrance California, If you put a name on the Check it will confuse the accountant, and delay processing time,

Now remember I need to have one check for $375.00 Dollars,  and the rest of the checks for  $670.00 Dollars,
Sent the checks FED Ex so they get here fast , today is the 22 May 2011 and I owe the $375.00 Dollars for the last rental period.

258

My cell phone is off now, because i did not have any cash to pay the bill Jayne,

As a child Jayne
You knew Mike Morrison prior to 1977
Betty is afraid of Cats
we Knew Julian Pujuan, and Pasely Basdale, Prior to 1977
They both ended up working at Gateways Hospital with me 1993

And you know what Marry Ann Convertino is to me, she also worked at Gateways Hospital with me 1993
and Ann works for the Los Angeles County Court system Probation Department, and Her Hip is fine now,
after her accident caused by , the MOSELY girl, that ended up as Prostitute in Springfield Illinois, for that
guy who is an Actor now.

And you know about the Whiskey that Arnold and Dickey left in the ice box that turned white in color,

and the popsicle you threw at me and hit me in the temple,

And when you me and the Actor Will Smith was in the Car and talked about race, and will smith told you
who I was married to according the the Records in Springfield Illinois, and who owned te house at 1714
East miller street ,, and were in that house to see me.

That Al Pacino
Robert Redford
Ben Aflect
Adam Sandler
Jerry Lewis
Michael Madsen
Paul Michael Glazer
Brad Pitt
Jan Michael Vincent  (And I were known as Jan Michael Vincent)
Joe Pesci
John Clease
Michael Caine
Sally Field
Sophia Loren
Kenneth Brannagh
William Shatner
And the CAST of Star Trek all drank whiskey with Arnold
Danny Trejeo
Mayor Villaregossa ( City of Los Angeles)
Diane Keaton
Michael Keaton
Stacey Keach
George Perpard
George Segal
Momar Kaddaffy
EG Marshall
Orson Wells
Peter Lawford
Kevin Costner
Alec Baldwin
Kim Bassinger
Tom Barrenger
Prince Charles Prince of Wales

Richard Milhouse Nixion
General Douglas MacArthur
Johnny Carson
Ed Mcaman
Doc Severerson
The Hells Angeles
Hulk Hogan
Andre the Giant
Danny DeVito
Joseph Piscapo
Elizabeth Montgomery
Linda Carter
MONK
Steve Mac Queen
Paul Newman

Wes Studi ( Geronimo)
Brian Dennehy
Diane Lane
John Travolta
Tom Cruise
Steve Martin
Tom Hanks
Bruce Willis
Demi Moore
Greg Kenner
George Clooney

and they know my life in that house, and they tell me things about Betty , and other people in those years..

so just send the checks jayne, send the checks

FROM  dan

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: wellsdannyw <wellsdannyw@aol.com>
Sent: Sun, May 22, 2011 1:59 pm
Subject: Re: More checks are needed

Dan,
Don't you recall, when you came to Illinois, we went to Social Security office, and we just had to fill out
paperwork and show Identification and that was it. I just wish I could put your name or landlord in the "pay

260

to the order line"....

ok, well, I will send the check for $375.00, then send a couple at $670.00. Then let me know you got those. But could you answer a childhood question that only you and I know, then I will know this is all ok. Or, you can call me at 217-971-2446 (my cell). I learned alot from you Dan, about being cautious. I just want to be sure this is you. ok?

Jayne

----- Original Message -----
From: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Sent: Sunday, May 22, 2011 9:59:25 AM
Subject: Re: More checks are needed

Jayne,

just keep sending the checks until SSA stops sending the to you. The change over will begin at that time, the new payee is processing the paperwork now. I told them that the check would go to you until they began receiving them, I do not want the checks sent back to SSA,

One of the first checks you send should be for $375.00 dollars, and all the others for $670.00 Dollars,

I need the $375.00 Dollar check is to catch up on my rent, the other checks are to be for $670.00 Dollars.

dan

-----Original Message-----
From: ljaceon9 <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net>
To: Danny Wells <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com>
Sent: Thu, May 19, 2011 7:27 pm
Subject: Re: More checks are needed

Dan, ok, no problem, when will I get the letter from SSA, that I'm no longer your payee? Will the next
check on June 3rd, go to your new payee?
Also, Who is the CC: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-
4d0b-aab1-323cb72bc187}mid:" claiming to be info@saudiembassy.net?

Jayne


----- Original Message -----
From: "Danny Wells" <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-
4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com>
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-
323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Cc: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-
323cb72bc187}mid:" claiming to be info@saudiembassy.net
Sent: Wednesday, May 18, 2011 9:43:29 PM
Subject: More checks are needed


jayne,

813 N. 12th st
Springfield Illinois 62702



I have received the three checks you sent, now



Send more checks to :

1646 Cabrillo Ave # 17
Torrance California 90501

make the checks  for   $670.00 Dollars

Until the account is down to a  ZERO Balance



dan


DANNY M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501

To Elisabeth Foutidou
Consul General

262

Embassy of the Hellenistic Republic of Greece

compressed air to form a sub straight,

To conduct electrical ions from the atmosphere

The air is compressed in graduated sections

to the compression to compare to ferrite of some type,

then the ferrite is connected to some type of engine,

Negative , charges are formed by insulated ferrite into a ferrite container to create a negative charge, then connected to the engine.

The purpose is to reduce electrical ions from the atmosphere

I may have this documented already, Can you find out if it is patented or not?

Danny M. Wells

TO THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California  90501

I require all parties to this communication to NOTE that the Building at 1646 is PART of an Estate, the Estate of Danny M. Wells 353565347. I Danny M. Wells am the Administrator of my own Estate,

The problem is that for some reason the Accountant that is in contact with the Manager of the BUILDING Room 201 insists that I the owner of the BUILDING and the Administrator of my owne ESTAE have to pay to the accountant RENT..

I have been here almost 6 months and I made about 1 1/2 payments toward rent ,

I had my PHOTO IDentification stolen, and I use Y163915, which is a Los Angeles County Sheriff Notice to Appear. The NTA has fingerprints associated with it.  And that number is the CODE for the Fair Employment and Housing that I Danny M. Wells are in fact in the 1646 BUILDING.

I require the California Fair Employment and Housing to notify the Chief Justice of the United States District COURT Los Angeles California, and the United States Department of Justice, Office of the Inspector General antitrust unit

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.

ROOM 4706
WASHINGTON D.C. 20530

That my idenity as the owner is verified, As I note for all parties that I have filed several Complaints about this building and others in Los Angeles COUNTY with the Department of Fair Housing and Employment

ADDITIONAL CODE MY ROOM # 17 is the Embassy of Italy,,,,

ISSUE
I do not have any CASH,

I do not have the money to pay my rent.

As the Owner of the building I do not want to pay rent.

The accountant and the Manager are to be told by the Department, the Chief Justice, and the Office of the Inspector General that I own the BUILDING, that I do not have to pay anyone to live in my own building, that the acountant is causing trouble asking me for CASH when the accountant KNOWS I own the BUILDING,

in order to prevent me from managing my business affairs, that managing ones business affairs from a car is an insult to the maximum to an owner of so much REAL PROPERTY in Southern California that the only INTENT is that the accountant is involved in a continued Violation of the Falstaff Act,

They are to be told that I have the COMPLAINT filed with the Office of the Inspector General, and I have filed the complaint with the USDC as a report and request for remedy under the USDC COURT ORDER in regard to the USDC being the permanent SUPERVISOR of the ESTAE of Danny M. Wells 353565347,

FURTHER that all parties of any legal recognition as far as the Accountant, or manager be included in this PHONE CALL,and that said partes assend , defer, legally recognize that they are in VIOLATION of California law, and the furtherance of a Violation of the Falstaff Act,  A USDC COURT COURT ORDER, or a BURGARLY as I the owner will insist that the Office of the Inspector General REMOVE everyone from the building, and prosecute all the person who continue to interfer with my use of my building.

FURTHER THIS OUTLINE OF HOW I FEEL ABOUT THE SITUATION IS WHAT some party some where apparently want for their own political purposes,, and I note that an owner who is willing to just pay the rent, and has his ID stolen, his mail cant be delivered propertly cant cash a check, can get money he deposited because of the ID card situation has to be because of some other reason.

And I think that it is that various parties are hostile to the fact I own the building and many others, hostile to the fact I said I owned the building, hostiel to the fact they know they are not wanted in or around my property,  hostile to the fact I sued them before and they are just trying to cause trouble and EXTORT me again.

The manager was interviewed by me in 1978 when I was a student at Capitol area Vocational Center Springfield Illinois,  and I hired him, the money from any rental of room through the years was to  go into my Personal Bank account, now that I have said that O.I.G. where is that money,

Where did the accountant deposit it really,  I paid the purchase price of this Building, I paid the taxes in advance witnessed by none other that the MAYOR of the City of Los Angeles California, and I paid in advance some 30 years, after that the taxes were to be paid by the Embassy of Saudi Arabia Washington D.C.

Now is it possible that the parties to this phone call I require could they all contact the Embassy and the

264

Mayor to get to the bottom of this,

As I know The money was expended, and as usual the income from my property always ends up in some dam condition wherein I cannot get to it, there is always this CONSTANT NEED TO VERIFIY MY DAM IDENITY,

Could their be some issue with Buckingham Palace involved with accounting , and I being in the Embassy of Italy , is there possibly some Just hate for England if I the KING OF ENGLAND chose to pay in advance in 1978 the cost to have this room # 17 designated as the EMBASSY of Italy,

Now do you think that an English accountant is going to be honestly responsive to the OWNERSHIP of the BUILDING or is he going to hem and haw about who owns the BUILDING because he has been sendin all the dam income to some one I just hate,,

So where is the money or do they have some broke down bull shit explainaiton,, I my self with all the dam wealth I have , mad at best 40 K a year for about 2 years, and 37 K a year fo about 4 year before that  and 32 k  a year for about 7 years before that , the remaning years were less that that, or no income at all.

NOW, ! tell me some dam other party , any party involved in all this bull shit needed the KING OF ENGLANDs money from this building and you think I would have mercy on you! I don't care if you eat!


Danny M. Wells
6/4/2011
and documents in the possession of any party to said phone call may incorporate them,, and of course the IRS can veriy my income , which is all any one wants to know that they had phsyical possession of more dollars that I have,


(NOTE TO THE SSA HEADQUARTERS YOU MAY DISCLOSE TO THE ACCOUNTANT AND THE MANAGER REFERED TO IN THIS DOCUMENT THAT I AM THE OWENR OF THIS BUILDING AT 1646, I SHOULD HAVE VERIRIFCATION OF THAT FACT IN MY OFFICE AT THE SSA HEADQUARTERS BALTIMORE MARYLAND, OR IN MY EMERGENCY NOTIFICATION SSA OFFICE IN FLORIDA,,,I THINK IT IS SARASOTA,, AND THE CONTACT PERSON IS IN FACT DON JOHNSON,

The Sarasota OFFICE is to be notified that I Have a REAL problem with Laura Jayne Wells Morrison, that Don Johnson is to take action ,,,, The SSA is to get me Cash MONEY now to the 1646 address,, By taking the cash from Laura Jayne Wells Morrison and sending the Cash as much as possible to me...

PROBLEMS
1) 6 checks have been written against my account at INB and the 6 checks have been received by the MANAGER, those checks are not to be interefered with as I may some day just cash them for CURRENCY..The manager is holding on to them as a security NOW, why he just does not cash them is unknow, it probabaly has something to do with recognizing that the account belongs in fact TO THE KING OF ENGLAND and when the party has to accept them and cash them they have to recognize I am the KING OF ENGLAND and in turn they have to do something they do not want to do,, So their objective is to avoid cashing the CHECKS as that is evidence that they have been lying to people for 40 years now, and they are in financial debt.


2) Jayne is a problem sa I am debriefing as to my past, and the fact is Jayne turned out to be a tratior to me in many respects, and people came to like jayne not knowing what jayne had done to me over the last 40

265

years, Because what jayne is,,, is not know by every one people favor jayne over me and people do not do my will, they listen to jayne and the position that there is some misunderstanding by me , There is no misunderstanding,,, THE SSA has several documented attempts by jayne and Betty Evelyn Campbell Wells intending to murder me that Johnson is surprised I am still alive,,

THERFORE jayne thinking  I forgot my past will not recognize that when I say you can do the job you promise to do or just quit that the SIGNAL IS you are through..

3) The next concern is all these e-mail I sent to Jayne place of employment and jayne has not responded at all, there are some three e-mails and no response, the e-mail are also sent to the INB bank, which apparently did not even have the courtesy to tell jayne anything, or to even send the personal check renewal order form I asked for on the telephone about 3 weeks ago.

So these parties just do not work for me ,, so I have to complain to the SSA to contact all these people to get cash,

4) I have to have cash because I donot have my ID card due to a assault it was stolen, The New Photo ID was not at the USPO after 3 weeks of it being mailed out, my mail is apparently finally being sent to the USPO in Torrance General delivery and I received one pice of mail that had the old 13770 Sayre Street address on it,,So the mail is being held up somewhere between the DMV and the USPO, without the ID CARD I cannot cash a Check at the BANK, and I cannot get MONEY from Fidelity Investments, I have $6,000.00 dollars in the account there and I cannot get any of it out, I was able to deposit it without an ID card, and had one check issued for my rent , which was returned after Fidelity sent the check and would not pay the check after the mgr sent it in holding it for two or more months, the Account was frozen until I show Fidelity a dam ID card, so the who thing is a set up,

5) So I require the SSA to pay directly to this Manager in 1646 Cabrilllo Ave # 17 Torrance California 90501 CASH to pay my rent every month,

The problem is after having the checks the accountant does not want to cash them, so the bill you see is 670.00 dollars for some 6 months, so what is happening is what ever I am not able to do is what these people want, and they want that to push everyone around so everyone has to to do the extra ordinary , because these people cannot stand the fact I control, so they want to see CONTROL and I authorize conplete control of every person involved in this,, NOTE FOR (The Office of the Inspector General ) From the President of the United States of America For Life,

6) After I get the 6) checks from Jayne.I am  then asked to get Cash from jayne who does not cooperate after three  e-mails, then I am told I have 6 days to get the cash some how because the accountant will not accept CHECKS but hey will take them after I was in the building for 5 months without paying and I am told dam near every day that I have not paid my bill, Can you appreciate the condicention here,

So now the SSA has to send Cash to me so all the other god dam SSA cheats can have emergency cash disbursal, I know what this is,,

Cash dispersal is always to do crime, very few people need that unless they want to do something under handed like impersonate some one at the SSA OFFICE get the Cash and gone,,( NOTE) so the next step is these dam people who want a retna scan people, then it is the cancer in the eye LAW SUITS,, I know what this is, to create the situation where the SSA recipienct lost their ID so SSA becomes a BANK, and then gets sued...

7) SO WHAT THE DIRECTOR SAYS IS THAT THE DIRECTOR , WHICH IS ME, CAN HAVE CASH DISPERSMENT, ALL OTHERS CANNOT.

266

8) So I need the SSA to send the balance in the INB account by Federal Ex Mail, or Registered Mail in CASH dollars so this dam accountant who is probably my enemy is happy,  and send all the cash from the INB account,,

9) The last issue is my change of PAYEE, they have not responded after I signed the authorization Mr. Wells,

Ms. Edwina Donaldson will contact you within 24 to 48 hours to schedule an appointment to meet with you.
 SEE the following
Gratias Tibi Ago,
Paul D. Lovette
Executive Manager
D & L Representative Payee Services
a 501(c)(3) Non-Profit
P:  951.254.3032
F:  951.324.9660
MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be www.dlrps.org


SO I HAVE SIGNED THE AUTHORIZATION AND I MAILED IT, AND I HAVE NOT HEARD FOR THEM SINCE,  So I do not want the deposit at INB to be sent back to the SSA as that would prevent me from obtaining enough cash to pay my rent up to date.

I have to have 6 months of Cash  670.00  x  6 monhts plus late fees...about $ 4,000.00 Dollars cash I need just to catch up,, and the fact is the manager said for me to get 3,000.00 dollars which by the time I got the 3,000.00 I would be behind by 1000.00 dollars to just keep on with the nonsense,,

Danny M. Wells

on 6/4/2011 I sent the three e-mails refered to herein by AOL e-mail,, not windows live e-mail,, and the point is that jayne will say to the SSA investigators that she did not check windows live e-mail,,, and the fact is that junk e-mail will go to windows live mail, and and some e-mail will not transfer, all the important e-mail will not transfer, and if you do  not have the internet , which I do  not you cannot check you dam Aol e-mail all the time and you cannot send Aol e-mail all the time, only Windows e-mail and the point of it is this that without cash money a person has to just walk all over creating to get your dam affairs together, to eat you walk 8 miles, to use public facilityes you walk 6 miles.

And it is all a set up because all these people know I came here to transfer my Curency and to move my gold and that is the point of it all,,,


Danny M. Wells

So I have 6 days to pay these people to stay in my own building,and I tell you it ant going to be good for many after I get done with being harrassed,,,

To Jayne,

From Danny M. Wells
1646 Cabrillo Ave # 17

Torrance California 90501

I am making a COMPLAINT OUT ON YOU Jayne,
I have been told that I will not be able to stay in my room after some time within the next 7 days, Now I want the cash sent to me, and if you do not respond I will also file with the state, the SSA is now notified that you after being told of the problems with you that you just do not get it at all.

I require the Cash , no long drawn out verification of my idenitiy, is their some dam problem with my account now that I want my Cash, You sent check which the manager took as security against having been here for over 5 months, now does it sound like I can wait for you, I am not waiting for you, and I am not going to to kiss your ass is what you want just, send the dam cash, until the account is in someone elses hands.( YOU THINK I GET TIRED OF THE MANAGER TALKING ABOUT THE ACCOUNTANT WANTING CASH AND NO CHECKS, WHO OWNS THIS BUILDING IF IT HAS THE EEMBASSY OF ITALY IN IT THAT I PAID FOR IN 1978, and why is it that every one has to know every dam thing about some one , to the point they concocet a goddam crisis to make peole tell their whole dam life story, as if that is the cost to be able to live. There are many dam things people who know don not want to tell you , perhaps that is why they never say anything at all to you, so just do you job and do wahy you said you would do, until someone else come along and says you are through.

SSA in this circumstance I need this person to be contacted as I have a few days to put cash in this managers hand, and it is the fact that he knows their has to be some kind of problem with jayne if I can get some dam checks  6 of them to be exact but no CASH .

NOW I have to do all of this notifing this person and that person , and apparently begg someone for my benefits. I am not going to beg anybody.. JAYNE NEEDS TO BE CONTACTED BY SSA TO FIND OUT WHY THE CASH HAS NOT BEEN SENT, AND TO CALL THE manager in  ROOM 201 and tell him that JAYNE is the problem  1-310-618-9003,  I have e-maild JAYNE and did all the bullshit identification verification, and told  SSA that JAYNE IS A PROBLEM, THE BANK IS BEING TOLD SSA is being told, and what more am I truly obligated to do nothing more, I have a residence, I have benefits, I have told Jayne what to do, for 10 or more days now, so what is it?

I have about 7 days until I have to leave where I live and for what , because I do not get along with someone, what concern is that to any one but me,,

Danny M. Wells
353563547

268

Addendum ,

Jayne,

When you send the Fed Ex MAIL, put on the form Valuable, and find out what the insurance is on it. Send $3,000.00 Dollars cash on this first cash Fed Ex Mail. If there is a problem with Fed Ex Mail send it by REGISTERED MAIL and pay the insurance on the mail.

The Manger wants Cash, when the cash gets here he will give me back the checks,  DO NOT contact the BANK about the CHECKS the Manager has in his possession,  I will either send them back to you , for accounting purposes or I will cash them when I get my Identification Card . As that is the problem I  do not have ID and if I took them to a bank nearby I could not get cash for them,,

So send $3,000.00 Dollars in cash, by Fed Ex Mail or by Registered Mail..


Dan
5/29/2011

★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★


From Danny M. Wells
       1646 Cabrillo Ave # 17
       Torrance California 90501



Jayne,


The Manager of the building has said that he did not usually accept CHECKS, and He has informed me that He wants Cash,

So send me a Federal Express Mail with CASH in it, send me all the money that is in the accounts, all of it in CASH and it has to be CASH sent because I do not have MY ID Card and I cannot cash the check you have already sent..send the CASH in 2 DAY mail,,the last two letters were not two day mail, I want to sign for the mail at the above address. And I will be waiting for the mail. It is 5:35 PM and I do not know when you will get this e-mail, but I will expect the mail in 2 days.

Dan


★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★
★★★★★★★★★★★★★★★★★★★★★★★★
To the United States Social Security Administration


I am contacting you from california after hours, please review this e-mail sent to my SSA PAYEE, I am in the process of changing PAYEES and I need this old PAYEE to send money from my Bank account, and this is the second time she has played games with me, and I am tired of it, I am not sure if she has been

2 69

contacted by the NEW PAYEE or not, and I do not want the MONEY to be sent back to the SSA as that would take to long,

NOW the situation is that I do not have a PHOTO ID CARD and the Landlord will take a check, SO I require Laura Jayne Wells Morrison to simply follow the instruction,it is possible for the INB bank to follow the instructions and just go around Jayne , but that would be to simple for any one involved, everything has to be just run into the ground, and it is always that parties know each other and it is revenge, SSA recipients get bounced around like a ball, to be put in every bodys face because some one some where wants to make trouble for someone else,

NOW let use get it right this time, and pretend like the OWNER and financier of the whole SSA doesn't know what is going on because he has schizophrenia, which doenot mean they are stupid!


Jayne,

, I have to have a check in addition to the below checks in my e-mail message below sent. So send  a check for  $ 700.00 Dollars,,,, As I am behind that additional amount ; I was informed of this by my land lord TODAY jayne  I did not know it until he told me at about 5:00 PM today and I sent this e-mail about an hour after I was told, so send another  Fed Ex MAIL with a  $700.00 DOLLAR CHECK in it.

FURTHER it is 5/24/2011 and I was sure you were going to sent the second mailing of CHECKS by FED Ex as I asked for in the message below.  UNDERSTAND JAYNE THAT THE LAND LORD WANTS TO BE PAID, AND WHEN I TELL HIM YOU ARE GOING TO SEND THE MONEY HE EXPECTS IT BECAUSE I TOLD HIM THAT I TOLD YOU TO SEND IT FED EX, FED Ex only takes 2 days, and that is the reason I send you e-mail so I will have the CHECKS with in two days,,...

dan

*****************************************

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
California Drivers License A6712910


353565347

Jayne


the Landlord knows me, and they have a way to process the checks, I talked with INB bank on the phone, and I have INB sending me paperwork incase their is any money left in the account after dealing with the new PAYEE, so the INB bank is aware that I live at 1646 Cabrillo Ave # 17 Torrance California, If you put a name on the Check it will confuse the accountant, and delay processing time,

Now remember I need to have one check for $375.00 Dollars,  and the rest of the checks for  $670.00 Dollars,
Sent the checks FED Ex so they get here fast , today is the 22 May 2011 and I owe the $375.00 Dollars for the last rental period.

My cell phone is off now, because i did not have any cash to pay the bill Jayne,

270

As a child Jayne
You knew Mike Morrison prior to 1977
Betty is afraid of Cats
we Knew Julian Pujuan, and Pasely Basdale,  Prior to 1977
They both ended up working at Gateways Hospital with me 1993

And you know what Marry Ann Convertino is to me, she also worked at Gateways Hospital with me 1993
and Ann works for the Los Angeles County Court system Probation Department, and Her Hip is fine now,
after her accident caused by , the MOSELY girl, that ended up as Prostitute in Springfield Illinois, for that
guy who is an Actor now.

And you know about the Whiskey that Arnold and Dickey left in the ice box that turned white in color,

and the popsicle you threw at me and hit me in the temple,

And when you me and the Actor Will Smith was in the Car and talked about race, and will smith told you
who I was married to according the the Records in Springfield Illinois, and who owned te house at 1714
East miller street ,, and were in that house to see me.

That Al Pacino
Robert Redford
Ben Aflect
Adam Sandler
Jerry Lewis
Michael Madsen
Paul Michael Glazer
Brad Pitt
Jan Michael Vincent  (And I were known as Jan Michael Vincent)
Joe Pesci
John Clease
Michael Caine
Sally Field
Sophia Loren
Kenneth Brannagh
William Shatner
And the CAST of Star Trek all drank whiskey with Arnold
Danny Trejeo
Mayor Villaregossa ( City of Los Angeles)
Diane Keaton
Michael Keaton
Stacey Keach
George Perpard
George Segal
Momar Kaddaffy
EG Marshall
Orson Wells
Peter Lawford
Kevin Costner
Alec Baldwin
Kim Bassinger
Tom Barrenger
Prince Charles Prince of Wales
Richard Milhouse Nixion
General Douglas MacArthur
Johnny Carson

271

Ed Mcaman
Doc Severerson
The Hells Angeles
Hulk Hogan
Andre the Giant
Danny DeVito
Joseph Piscapo
Elizabeth Montgomery
Linda Carter
MONK
Steve Mac Queen
Paul Newman

Wes Studi ( Geronimo)
Brian Dennehy
Diane Lane
John Travolta
Tom Cruise
Steve Martin
Tom Hanks
Bruce Willis
Demi Moore
Greg Kenner
George Clooney

and they know my life in that house, and they tell me things about Betty , and other people in those years..

so just send the checks jayne, send the checks

FROM  dan

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: wellsdannyw <wellsdannyw@aol.com>
Sent: Sun, May 22, 2011 1:59 pm
Subject: Re: More checks are needed

Dan,
Don't you recall, when you came to Illinois, we went to Social Security office, and we just had to fill out
paperwork and show Identification and that was it. I just wish I could put your name or landlord in the "pay
to the order line"....

ok, well, I will send the check for $375.00, then send a couple at $670.00. Then let me know you got those.

272

But could you answer a childhood question that only you and I know, then I will know this is all ok. Or, you can call me at 217-971-2446 (my cell). I learned alot from you Dan, about being cautious. I just want to be sure this is you. ok?

Jayne

----- Original Message -----
From: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Sent: Sunday, May 22, 2011 9:59:25 AM
Subject: Re: More checks are needed


Jayne,

just keep sending the checks until SSA stops sending the to you. The change over will begin at that time, the new payee is processing the paperwork now. I told them that the check would go to you until they began receiving them, I do not want the checks sent back to SSA,

One of the first checks you send should be for  $375.00 dollars, and all the others  for $670.00 Dollars,

I need the $ 375.00 Dollar check  is to catch up on my rent, the other checks are to be for  $670.00 Dollars.


dan

-----Original Message-----
From: ljaceon9 <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net>
To: Danny Wells <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com>
Sent: Thu, May 19, 2011 7:27 pm
Subject: Re: More checks are needed


Dan, ok, no problem, when will I get the letter from SSA, that I'm no longer your payee? Will the next

273

check on June 3rd, go to your new payee?
Also, Who is the CC: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@saudiembassy.net?

Jayne


----- Original Message -----
From: "Danny Wells" <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com>
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Cc: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@saudiembassy.net
Sent: Wednesday, May 18, 2011 9:43:29 PM
Subject: More checks are needed


jayne,

813 N. 12th st
Springfield Illinois 62702



I have received the three checks you sent, now



Send more checks to :

1646 Cabrillo Ave # 17
Torrance California 90501

make the checks  for   $670.00 Dollars

Until the account is down to a  ZERO Balance



dan

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States District Court Central District of California
    Chief Justice of the USDC


274

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

All natural disasters are due to activity by HOL using the United States Air Force,  The USAF did not have a real mission in 1977 . The USAF was used to employ the RICH So HOL invited USAF service members to their homes and bribed them. Then the USAF just did all type of DEBATURY to the people of America, USAF interfered with cash machines, cars, people genitals, Bones , blood organs,  sight, heart, and hair, to EITHER transfer the vary genetic code of a Anglo women to a nigger,, so some member of HOL or his children could fuck a nigger and Fantasy's that the nigger was the real thing...

I knew about that and I were threatened by (Smalls) a sgt I worked with in Seoul south Korea as a Customs Inspector,, Smalls was sent by the Illinois National Guard because the nigger girls were being paid to fuck,, and that was why people did not think anything wrong with Anglos dating and marrying these niggers as they felt like Anglos,

And when the effects began to wear off the nigger had to pay for more treatments, which meant CONTRACT MURDERS, and prostitution, and infecting Others with HIV, or HERPES which was preferred as you could destroy the RIGHT to ASCEND to a MANTEL, and you cold BLACKMAIL them....That was what I learned about the USAF,,

When I was a student at Capitol Area Vocational Center Springfield Illinois I was intimidated while completing my drawings, The construction was to be paid for out of my pocket, and all I got was Mel Gibson, the Windsors, Sandra Elizabeth Bullock, Keith Cooper, Ellen DeGeneres, Copenbarger, Dick Chaney,  the Queen of England, Brian Denneghy, Lance Ospery and the other two niggers of OPCC, just harassing me every dam day about paying for this or that, and the fact were that I was not going to have anything to do with any of them , They all had financial destruction in their history, and they came over to me to steal,, They wanted me to [pay for buildings L would never see or use.

HOL continually told them that I did not own the CURRENCY,  and after I proved it to them with the US Supreme COURT decision they took the position that they could steal the wealth from me by AN INTENT TO act in a manor that was to AMELIORATE THE ESTATE, every dam thing they did was to shysters me,,1978

At night my drawings were taken to the god dam MASON meetings and discussed by Copenbarger, Mel Gibson, Sandra Elizabeth Bullock,

Changes were made in my instructions in other peoples hand writing, my hand writing is distinguished, and some times those changes were not caught or were followed as I did not have cooperation. And I did not want to even Build a god dam thing I hated these people so much,

what these people wanted to do was to make the property PUBLIC PROPERTY, or to give the property to a foundation so some god dam member of HOL could wheel his bastard children into the whole area rent free, that was what they wanted to do, and then it would be a lock out , Many of these properties I own have the dam name of a penniless HOL member that just stole the property, and if I showed up they all pretended they do not know me from ADAM, if I stay to LONG these smart asses go to call the police who are children of HOL members,,

Volunteers of America is owed by me VOA ended up scamming people as Bullock would contract people

275

for their Organs, or their brain etc,

England hated Moroccans because Moroccans would not FUCK Englishmen for nothing in the world,, the English hated the Moroccans so bad that HOL used the USAF to give all the Moroccans Cancer in Springfield Illinois,, That was how Dickey lane died he died of Cancer.

The Windsor Family has control of the Military Intelligence equip in Springfield Illinois that was from England, The BSS has M.I. equipment, and Camp Lincoln had M.I. equip, as well as every other country represented in Springfield Illinois,

WINDSOR , Mel Gibson, Sandra Elizabeth Bullock, the Bosnians, The Bush family, The Chaney Family,The US Congress members, MENSA

( hate Mensa so much that I just frothered at them, because all they did for about 4 years was harass me in Springfield Illinois, and Bob Ochs of Gateways Hospital lead the charge and he did that because I got Ochs arrested for Child molestation in 1973 or so

AND Bernette Ancrum for Child Molestation 1971 ( he molested the girl who became the prom Queen of South East High school that was Raped by Denzel Washington in an alley 1972( After the GIRL was raped by Denzel Washington Paul Te Crete , a person who became my building supervisor for the building to be builit in Los Angels COUNTY, TOOK the GIRL in TO JUST FUCK HER, because she is a TURK and a rpaed TURK is spoiled GOODS, BUT Paul could not protect GIRL as Denzel Washington was facing several years in Illinois State prison if GIRL testified, so Washington JUST BEAT Paul up, to get control of the Crinimal testimony by Girl, Then Paul had to GO into the MASONS to stop Washington form BEATING his ASS every day,,, Then I had Washington ARRESTED AND CONVICTED OF TAMPERING WITH A WITNEESS to a crime, and Denzel Washington went to Federal PRISON under an Assumed name, HURRICAN and that was why everyone though The HURRICAN was innocent as it was Denzel Washington in that cell ...

THEN Paul was shoved into my Capitol Area Vocational Center activities by the Masons and just fucked every dam thing up,,to pay for Washington being stopped,,( Washington and Paul were friends and Washington was know to RAPE and Debatch women for money so whit men could fuck be able to fuck them as they had been spoiled by a rape, that tactic was used to get women who were valuable by genetics.,

, and when I got out here to California here comes Keith Cooper, Ochs and Griner, and Ancrum as well as Winton ( Laura Jayne Wells Morrisons BROTHER in Fact) with there MENSA Bull Shit.

For 15 years I was harassed by MENSA, all because of Ochs from 1973 and DAVE NUNEZ of 1970 also a child molester I caught,

as well as KEITH COOPER another CHILD MOLESTER I CAUGHT 1971 )

, Kenneth Brannagh, Emma Thompson were ALL in the Illinois National Guard and could go on to post and they ABUSED the M.I. equipment,,with illegal transmissions,,, ( THE EQUIPMENT IS FOR LISTENING , AND THESE PARTIES WERE MAKING STATEMENTS IN TO THE EQUIPMENT AND THE RULES ARE THAT YOU ARE JUST TO LISTEN, IF YOU MAKE STATEMENTS YOU EFFECT BEHAVIOR, AND THAT IS A VIOLATION OF INTERNATIONAL, AND FEDERAL LAW.

All the actors in America were involved in this, as well as ALL THE PEOPLE OF SPRINGFIELD ILLINOIS,,,,When the Civil litigation was completed they were so ashamed that they would not come out of their houses, and they wanted to murder me,, And betty just operated to get me out of the house to be shot by anyone, the British Military were just assigning about this,

AS THE POINT WAS THAT ENGLAND WAS TRYING TO STEAL MY WEALTH AND WOULD NOT recognize that I have obligations all over the world in fact, They just could not get it around there

276

DAM head that England is not that important,, they could not accept it, not the fact that I were corrinated KING in three or four different areas of the WORLD, the English would not accept that I was KING in three location other than England before England came along, And they never used M.I. TO DO ANY THING TO ME England used M.I. to get me to give them money against my will,,,

And the point of it is this IF THE COURTS AHD DECIDED IN ENGLAND'S FAVOR THAT THE CURRENCY WAS THEIRS AS A PUBLIC PROPERTY , AND I WAS NOT THE KING OF ENGLAND , WHY DID ENGLAND USE M.I ON ME FOR ANY REASON AT ALL,,

THE CIVIL LITIGATION BY SYRIA IS SO MUCH EVIDENCE TO THE POINTS HERE IN ESTABLISHED THAT THERE IS NO ARGUMENTS AT ALL AS TO OWNERSHIP OF THE CURRENCY OR THE INVENTIONS,,,

The Syrian Military that watched me for years in Springfield Illinois as Syria does with any child that is not in Syria FILED COMPLAINTS with the State and the Federal COURT systems ,, DISTRICT APPELLATE AND the SUPREME COURTS. They obtained a JUDGMENT AGAINST  ALL THESE PERSONS AND PARTIES AND THESE PERSONS AND PARTIES NEVER PAID A DIME,,,

The only person who was exempted was  SIGOURNEY WEAVER, and that was because this Sigourney Weaver was the real one, not the Actress who was the Sigourney Weaver that we wanted,, the Actress purchased the name Sigourney Weaver,, the real one decided not to go to Hollywood and she sold her name ,  as there are only so many slots to be filled.

The Bullock name has been sold 4 times now, all four Bullocks have been involved in the Falstaff Act Violation,, and the real Bullock is also involved in the Violation, ands All 5 were sued,

Under various names.

I require that the Embassy of Syria be contacted to obtain the civil court litigation records REGARDING THE MISUSE OF MILITARY INTELLIGENCE EQUIPMENT, and that said records be incorporated for a PAROLE OF THE EVIDENCE IN SUPPORT OF THE finding of FACT in the allegation of a CONTINUING  Falstaff Act Violation and THE RECOMMENDATIONS MY ME THE ADMINISTRATOR AND OWNER OF THE ESTATE, SENT EARLIER ,,,, herein incorporated in this part of my  CONTINUING COMPLAINT
MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@syrembassy.net

Danny M. Wells
6/4/2011

###################################################################################
###################
INCORPORATED portion of THIS Part 16 CONTINUED COMPLAINT

Note to the Royal Embassy of Saudi  Arabia Washington D.C. this is a public Document for distribution

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

To the United States District Court Central District of California
    Chief Justice of the USDC

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

ADDENDUM

The administrator of the Estate recommends that the COURT ORDERS from the US DISTRICT COURT of the Northern District of Illinois be enforced. The ORDER was obtained in about (1976)
The Administrator of the Estate recommend that the COURT ORDERS from the WORLD COURT of ( 1969) be enforced, the WORLD COURT of (1969) was in Istanbul Turkey, that COURT is not identified as the Supreme Court of the Republic of Turkey. The Administrator notes for the Chief Justice of the USDC that the Administrator of the Estate was FIRST a WARD of the WORLD COURT of (1969) to the age of 50 years, because the VIOLATORS of the FALSTAFF Act which the WORLD COURT cited were so virulent.

The Administrator Recommends the COURT ORDERS from the US appellate COURT 7th Cir, 9th Cir, and US Appealate COURT of the States of New York (1970 to 1977) be enforced
The Administrator Recommends the COURT ORDERS from the United States Supreme COURT ( 1971 to 1975) be enforced.
The Administrator Recommends that ORDERS and other actions by the United Nations be enforced ( 1970 to Present)

FURTHER England being a defendant in the WORLD COURT of (1969), created different world COURT in London England ( without authority) that committed a VIOLATION of international LAW, by violating the JURISDICTION of the Istanbul Turkey WORLD COURT. THE DIFFERENT WORLD COURT OF ENGLAND simply began to litigate the WORLD COURT of Istanbul Turkey case in ENGLAND (1971), and issued an ORDER that the USDC, the US appellate Court 7th, 9th and the Cir of the State of New York , as well as the United States Supreme Court ( 1971) RULED against,, all THREE Levels of the Judiciary RULED against this English World COURT in as early as 1971.

THEN the ENGLISH just refused to to obey, after the the technology that verified I was the person who invented the products that produced the MONEY, and ENGLAND would not transfer the CURRENCY in (1971) So the CURRENCY BILLS the dollars themselves had to be obtained from Saudi Arabia, and the currency held by England had to be BURNED, the President at the time PRINTED MORE MONEY and

278

sent it to ENGLAND, and destroyed the American economy, Because the President of the United State of America wanted to be the KING OF ENGLAND, and the President of the United States of America wanted to be a KNIGHT.

His Brother Bobby Kennedy and I argued and you know how we communicated,,, That was the origin of the film Jimmy HOFFA, the Kennedys sided with the THEN QUEEN OF ENGLAND to STARVE AMERICANS. THE Currency had to be taken from ENGLAND because ENGLAND was using the Currency to pay for grown CROPS in AFRICA at 5000% increase of cost. A potato cost ENGLAND 1000.00 Dollars to grow because of what WINDSOR had gotten himself into. ( reference Gabriel Byrne) So I the KING of ENGLAND would not let ENGLAND KEEP MY CURRENCY,, and I were hated for about 14 years after that , 14 years of slander, liable, assault , murder attempts, malicious prosecution, attempted rape, white slavery, crimes against humanity FOUND BY THE UNITED NATIONS ( 1975)

I was made a ward by the United Nations , until England went all around the dam world to find others to become wards of the United Nations, that is how niggardly England is.

Danny M. Wells
6/4/2011

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is the Policy regarding the Real Estate in the Continental United States of America that I Danny M. Wells 353565347 , California Drivers License A6712910 Own. To the United States Office of the Inspector General  and To the Royal Embassy of Saudi Arabia Washington D.C. REFERANCE the Supreme Court of the Republic of Turkey ( WORLD COURT OF 1969)

The following are RECOMMENDATIONS made by Danny M. Wells the administrator of my own Estate, based upon the following e-mails sent

SEE DOJ Office of Inspector General mail sent  6/3/2011 ,,, EG972743020 Regarding additional continuations to the origional complaint sent to the O.I.G. regarding the FEDERAL TORT CLAIMS ACT merged with the CIVIL litigation of my ESTATE, and all e-mails sent to the OIG, Further the EG972743020 DOCUMENT was sent due to the FACT that transmission of said referanced documents sent from a State of California EDD Office , the BUILDING of which I own is suspected of being delayed because I were the person who sent it, and I suspect that the delay is due to my ESTATE process were COMPROMISED by parties in VIOLATION OF THE FALSTAFF ACT, and identified in the vary FEDERAL TORT CLAIMS ACT allegations, transmitted from said location to the OIG,

FURTHER that the FTCA  is making a claim in excess of 100's of TRILLONS of DOLLARS due the IRS, and TRILLONS  DUE I Danny M. Wells as the  RELATOR,,

BECAUSE OF THIS ADDITIONAL ALLEGATION OF FTCA,, I the Administrator  RECOMMEND that

1) a list of person known to be in violation of ESTATE LAWS,
2) a list of person known to be in violation of COURT ORDERS
3) a list of person known to be in a Flagerant Violation of a COURT ORDER
4) a list of persons known to be committing a crime by unauthorized control of the property on the Estate
5) a list of persons Known to be

279

The remedy is
1) the Royal Embassy of Saudi Arabia Washington D.C is to compose a list
2) the Office of the Inspector General is to compose a list
3) the United States Federal Bureau is to compose a list
4) the the Supreme Court of the Republic of Turkey is to compose a list
5) the Government of the City of Carthage in Tunis ( NORTH AFRICA ) is to compose a list
6) the California Department of Corporations is to compose a list

OF parties they know of whom are perpetual violators of the laws of Estate of the State of California
and of the Estate laws of the United States of America,  IN REGARD TO THE ESTATE OF DANNY M.
WELLS 353563547

That said list is to be used by Law Enforcement in America to locate and remove said parties whom
compose said lists

To Impound any and all vehicles said parties use on the Estate
To arrest said parties for being upon the Estate
To prohibit the purchasing anything on the Estae
To prohibit carring any CURRENCY on the Estate
To prohibit the carring of any means to transfer money
To prohibit the carrying of any FIREARM on the Estate
To prohibit contracting upon the Estate
To prohibit traveling across the Estate
To prohibit the use of any PUBLIC facilities upon the Estate
To offer a BOUNTY FOR SAID PERSONS ARREST FOR TRESPASS on to the ESTAE, paid by the
COURT, and ASSINGED TO THE United States Marshal service for CITIZEN , or CIVILIAN
preformance,

To prohibit licensure of any kind from the State of California
To prohibit earning a living upon the Estate
To prohibit operation of a vehicle upon the Estate


The list and the prohibtions are to be a PUBLIC document, and a COURT ORDER, that the USDC contact
said parties that are to compose the lists and update the list weekly, that the list be known by all City County
State Federal and international Agencys , Department , etc in the State of California, and all state agencys,
departments, etc of all the states in the United States.


Danny M. Wells
6/3/2011
**************************************************************************
**********

copies

To the SSA,
TO the California Fair Employment and Housing
To the Chief Justice of the United States District Court Central District of California
To the United States Department of Justice antitrust unit

280

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530


FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)


1) This building that I am in is part of my Estate, since I have arrived here I have had nothing but trouble for this alleged Accountant to the BUILDING, I am tired of hearing from the MANAGER in 201 about payment of the rent, when I have told him that I have a problem with my SSA payee, and that I have obtained 6 personnal CHECKS from the payee,, that the manager is just holding as security against the 5 months I have been here in the building,,

I also were assaulted and MY photo ID card was stolen, The card was mailed out of the DMV 50 daus ago and the USPO said they did not have it, SO I do not have a ID card to get Cash from my Fidelity investment account which is $6,000.00 Dollars.

SEE the difficulty I am having with my PAYEE, and the Illinois National Bank which was to mail me a form for a new check book, some 14 days ago,

The conclusion is that person are in violation of the Falstaff Act to the point where I have to do all these things just to live in a building I own,

and I do own the building and I established that with the California Department of Fair Employment and Housing at least 3 times in the past 20 years after I came out here to California, and it was that I decided I would have to live here while I got other affairs settled, and based upon my experience of the last 6 months I have determined that the dam people are so dam hostile that I just resolved to pay money to just get them off of my dam back.

That is why I paid CASH, and it turned out that they wanted to prevent me from even getting my SSA benefits, to force me to go through some GOD DAM 40 years of litigation again , because they think that the OPINION of The US DISTRICT COURT, in the face of a GOD DAM WRIT of CERT from the United States Supreme COURT no less is going to change. The US DC Opinnoin is not going to change,

ANd I just resent having my PROGRAM interfered with, I decided how I wanted to do things, I do not do things like YOU want I do things the way I want, and I like solw and I like to pay until I decide the I want to SUE someone for some dam reason, and I resent people trying to FORCE me over here over there , do this to that,
Andd that is what the god dam ID card business is about, it is about controling me who has $6,000.00 Dollars in Fidelity Investment, VERIFIED in current REAL time, not Cash in accounts where control was extorted from me 30 years ago where I have to just jump through hoops to take away from you, but cash right here and now.

NOW look at the situation I have to listen to the Manager of this building that I hired , and who testified at the hearing that I was the owner of the building, CONTINUINLY ASK ME FOR CASH TO PAY MY

281

RENT, and he has to do that because one party wants me to claim all my buildings so they can just teas the hell out of others and try to exploit me as I am just one person,, and then I have all the people who do not belive I own the building , that I did not litigate for som 40 years in fact about my property, and if I did own it they want to say well the ownership is such that the GOD DAM building is some kind of Quazi public ownership of some GOD DAM theieving English Royal Family and that is exactly what they are , some thieves,  They USERPTED THE AUTHORITY AND THE JURISDICTION OF THE UNITED STATES SUPREME COURT, THEY CONTINUED IN A VIOLATION OF THE FALSTAFF ACT, they are Terrorist in fact in their condoning policys and philosophies regarding property.

And that is what I have had to put up with , they are not welcome, and I just resent having to have the above agency get this accountant off of my back , as the property and many more are not public and they are not the property of England, or of any of my children or wife. The building is mine and has been for so many years people think they can do what ever they want to me.

And it is the fact that I do  not want the manager in 201 upset, I like him and I understood some 20 years ago that his vary LIFE was in jeaprady because I was here and it was the good dam BOSINANS terrorist that Mel Gibson sent, so I left,,

Mel Gibson a Actor ran a gang of Para Military types, and when it was not Mel it was the God Dam Windsor who had to say they owned this or that and it was always my buildings, and I were just one person litigating and knowing and having to COURT orders in my dam hand and because  I did not want to pay Mels , or Windsors Bills I had to put their dam ass out two or three times,

I am a quiet person ,a nd the fact is people want me to show everbody want I have so they can use SPIN FACTOR,,and I always pay the price, so what kind of conversation are I and the manger going to have when the AUTORITIES talk with these god dam account who is either their Sandra Elizabeth Bullock , Mel gibson , or the black haired girl on NURSE JACKIE that every one backed to be the Queen of England , when I the KING OF ENGLAND in fact REJECTED her and all her following, so what is really going on here, when is it that every one at the same time is time is to be told back off, and when is it that ENGALND is going to quit trying to out the case back up to get some other opinnion that doesnot result in my intent to throw them off of my Estate California, and yes the whole State of califonrina is my Estates,and you can be assured that I am not the Fist KING of England to want the ENGLISH off of my property, and I want them off becasuse I am not going to be marring no English people for the purpose of having my whole property consumed by their dam debt,

That is the whole purpose behind marring a dam english girl , to pay all he dam family debt, the English never loved me at all they wanted my wealth from my intellect, There was no dating or romance or anything just KILL people for England, fuck have a baby and give all you money to their father, so the whole family can drive by with the girl in the car to tease the hell out of you, so now I am driving right by there house and watch them strave to death , and tease them with food.

I just require my Cash or be left alone ,

**************************************************

To Jayne,

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501

I am making a COMPLAINT OUT ON YOU Jayne,
I have been told that I will not be able to stay in my room after some time within the next 7 days, Now I want the cash sent to me, and if you do not respond I will also file with the state, the SSA is now notified

282

that you after being told of the problems with you that you just do not get it at all.

I require the Cash , no long drawn out verification of my idenitiy, is their some dam problem with my account now that I want my Cash, You sent check which the manager took as security against having been here for over 5 months, now does it sound like I can wait for you, I am not waiting for you, and I am not going to to kiss your ass is what you want just, send the dam cash, until the account is in someone elses hands.( YOU THINK I GET TIRED OF THE MANAGER TALKING ABOUT THE ACCOUNTANT WANTING CASH AND NO CHECKS, WHO OWNS THIS BUILDING IF IT HAS THE EEMBASSY OF ITALY IN IT THAT I PAID FOR IN 1978, and why is it that every one has to know every dam thing about some one , to the point they concocet a goddam crisis to make peole tell their whole dam life story, as if that is the cost to be able to live. There are many dam things people who know don not want to tell you , perhaps that is why they never say anything at all to you, so just do you job and do wahy you said you would do, until someone else come along and says you are through.

SSA in this circumstance I need this person to be contacted as I have a few days to put cash in this managers hand, and it is the fact that he knows their has to be some kind of problem with jayne if I can get some dam checks 6 of them to be exact but no CASH .

NOW I have to do all of this notifing this person and that person , and apparently begg someone for my benefits. I am not going to beg anybody.. JAYNE NEEDS TO BE CONTACTED BY SSA TO FIND OUT WHY THE CASH HAS NOT BEEN SENT, AND TO CALL THE manager in ROOM 201 and tell him that JAYNE is the problem 1-310-618-9003, I have e-maild JAYNE and did all the bullshit identification verification, and told SSA that JAYNE IS A PROBLEM, THE BANK IS BEING TOLD SSA is being told, and what more am I truly obligated to do nothing more, I have a residence, I have benefits, I have told Jayne what to do, for 10 or more days now, so what is it?

I have about 7 days until I have to leave where I live and for what , because I do not get along with someone, what concern is that to any one but me,,


Danny M. Wells
353563547




Addendum ,

Jayne,

When you send the Fed Ex MAIL, put on the form Valuable, and find out what the insurance is on it. Send $3,000.00 Dollars cash on this first cash Fed Ex Mail. If there is a problem with Fed Ex Mail send it by REGISTERED MAIL and pay the insurance on the mail.

The Manger wants Cash, when the cash gets here he will give me back the checks,  DO NOT contact the BANK about the CHECKS the Manager has in his possession,  I will either send them back to you , for accounting purposes or I will cash them when I get my Identification Card . As that is the problem I  do not have ID and if I took them to a bank nearby I could not get cash for them,,

So send $3,000.00 Dollars in cash, by Fed Ex Mail or by Registered Mail..

283

Dan
5/29/2011

*****************************************

From Danny M. Wells
    1646 Cabrillo Ave # 17
    Torrance California 90501


Jayne,

The Manager of the building has said that he did not usually accept CHECKS, and He has informed me that He wants Cash,

So send me a Federal Express Mail with CASH in it, send me all the money that is in the accounts, all of it in CASH and it has to be CASH sent because I do not have MY ID Card and I cannot cash the check you have already sent..send the CASH in 2 DAY mail,,the last two letters were not two day mail, I want to sign for the mail at the above address. And I will be waiting for the mail. It is 5:35 PM and I do not know when you will get this e-mail, but I will expect the mail in 2 days.

Dan

*********************************************************************************
***********************
To the United States Social Security Administration


I am contacting you from california after hours, please review this e-mail sent to my SSA PAYEE, I am in the process of changing PAYEES and I need this old PAYEE to send money from my Bank account, and this is the second time she has played games with me, and I am tired of it, I am not sure if she has been contacted by the NEW PAYEE or not, and I do not want the MONEY to be sent back to the SSA as that would take to long,

NOW the situation is that I do not have a PHOTO ID CARD and the Landlord will take a check, SO I require Laura Jayne Wells Morrison to simply follow the instruction,it is possible for the INB bank to follow the instructions and just go around Jayne , but that would be to simple for any one involved, everything has to be just run into the ground, and it is always that parties know each other and it is revenge, SSA recipients get bounced around like a ball, to be put in every bodys face because some one some where wants to make trouble for someone else,

NOW let use get it right this time, and pretend like the OWNER and financier of the whole SSA doesn't know what is going on because he has schizophrenia, which doenot mean they are stupid!


Jayne,

, I have to have a check in addition to the below checks in my e-mail message below sent. So send  a check

284

for $ 700.00 Dollars,,,, As I am behind that additional amount ; I was informed of this by my land lord TODAY jayne  I did not know it until he told me at about 5:00 PM today and I sent this e-mail about an hour after I was told, so send another  Fed Ex MAIL with a  $700.00 DOLLAR CHECK in it.

FURTHER it is 5/24/2011 and I was sure you were going to sent the second mailing of CHECKS by FED Ex as I asked for in the message below.  UNDERSTAND JAYNE THAT THE LAND LORD WANTS TO BE PAID, AND WHEN I TELL HIM YOU ARE GOING TO SEND THE MONEY HE EXPECTS IT BECAUSE I TOLD HIM THAT I TOLD YOU TO SEND IT FED EX, FED Ex only takes 2 days, and that is the reason I send you e-mail so I will have the CHECKS with in two days,....

dan

********************************************

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
California Drivers License A6712910

353565347

Jayne

the Landlord knows me, and they have a way to process the checks, I talked with INB bank on the phone, and I have INB sending me paperwork incase their is any money left in the account after dealing with the new PAYEE, so the INB bank is aware that I live at 1646 Cabrillo Ave # 17 Torrance California, If you put a name on the Check it will confuse the accountant, and delay processing time,

Now remember I need to have one check for $375.00 Dollars,  and the rest of the checks for  $670.00 Dollars,
Sent the checks FED Ex so they get here fast , today is the 22 May 2011 and I owe the $375.00 Dollars for the last rental period.

My cell phone is off now, because i did not have any cash to pay the bill Jayne,

As a child Jayne
You knew Mike Morrison prior to 1977
Betty is afraid of Cats
we Knew Julian Pujuan, and Pasely Basdale,  Prior to 1977
They both ended up working at Gateways Hospital with me 1993

And you know what Marry Ann Convertino is to me, she also worked at Gateways Hospital with me 1993 and Ann works for the Los Angeles County Court system Probation Department, and Her Hip is fine now, after her accident caused by , the MOSELY girl, that ended up as Prostitute in Springfield Illinois, for that guy who is an Actor now.

And you know about the Whiskey that Arnold and Dickey left in the ice box that turned white in color,

and the popsicle you threw at me and hit me in the temple,

And when you me and the Actor Will Smith was in the Car and talked about race, and will smith told you who I was married to according the the Records in Springfield Illinois, and who owned te house at 1714 East miller street ,, and were in that house to see me.

285

That Al Pacino
Robert Redford
Ben Aflect
Adam Sandler
Jerry Lewis
Michael Madsen
Paul Michael Glazer
Brad Pitt
Jan Michael Vincent  (And I were known as Jan Michael Vincent)
Joe Pesci
John Clease
Michael Caine
Sally Field
Sophia Loren
Kenneth Brannagh
William Shatner
And the CAST of Star Trek all drank whiskey with Arnold
Danny Trejeo
Mayor Villaregossa ( City of Los Angeles)
Diane Keaton
Michael Keaton
Stacey Keach
George Perpard
George Segal
Momar Kaddaffy
EG Marshall
Orson Wells
Peter Lawford
Kevin Costner
Alec Baldwin
Kim Bassinger
Tom Barrenger
Prince Charles Prince of Wales
Richard Milhouse Nixion
General Douglas MacArthur
Johnny Carson
Ed Mcaman
Doc Severerson
The Hells Angeles
Hulk Hogan
Andre the Giant
Danny DeVito
Joseph Piscapo
Elizabeth Montgomery
Linda Carter
MONK
Steve Mac Queen
Paul Newman

Wes Studi ( Geronimo)
Brian Dennehy
Diane Lane
John Travolta
Tom Cruise

286

Steve Martin
Tom Hanks
Bruce Willis
Demi Moore
Greg Kenner
George Clooney

and they know my life in that house, and they tell me things about Betty , and other people in those years..

so just send the checks jayne, send the checks

FROM  dan

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: wellsdannyw <wellsdannyw@aol.com>
Sent: Sun, May 22, 2011 1:59 pm
Subject: Re: More checks are needed

Dan,
Don't you recall, when you came to Illinois, we went to Social Security office, and we just had to fill out paperwork and show Identification and that was it. I just wish I could put your name or landlord in the "pay to the order line"....

ok, well, I will send the check for $375.00, then send a couple at $670.00. Then let me know you got those. But could you answer a childhood question that only you and I know, then I will know this is all ok. Or, you can call me at 217-971-2446 (my cell). I learned alot from you Dan, about being cautious. I just want to be sure this is you. ok?

Jayne

----- Original Message -----
From: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Sent: Sunday, May 22, 2011 9:59:25 AM
Subject: Re: More checks are needed

Jayne,

just keep sending the checks until SSA stops sending the to you. The change over will begin at that time, the new payee is processing the paperwork now. I told them that the check would go to you until they began receiving them, I do not want the checks sent back to SSA,

One of the first checks you send should be for $375.00 dollars, and all the others  for $670.00 Dollars,

I need the $ 375.00 Dollar check  is to catch up on my rent, the other checks are to be for $670.00 Dollars.

dan

-----Original Message-----
From: ljaceon9 <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net>
To: Danny Wells <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com>
Sent: Thu, May 19, 2011 7:27 pm
Subject: Re: More checks are needed

Dan, ok, no problem, when will I get the letter from SSA, that I'm no longer your payee? Will the next check on June 3rd, go to your new payee?
Also, Who is the CC: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@saudiembassy.net?

Jayne

----- Original Message -----
From: "Danny Wells" <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com>
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Cc: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@saudiembassy.net
Sent: Wednesday, May 18, 2011 9:43:29 PM
Subject: More checks are needed

288

jayne,

813 N. 12th st
Springfield Illinois 62702


I have received the three checks you sent, now


Send more checks to :

1646 Cabrillo Ave # 17
Torrance California 90501

make the checks  for   $670.00 Dollars

Until the account is down to a  ZERO Balance



dan


To the SSA,
TO the California Fair Employment and Housing
To the Chief Justice of the United States District Court Central District of California
To the United States Department of Justice antitrust unit

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530



FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)


1) This building that I am in is part of my Estate, since I have arrived here I have had nothing but trouble
for this alleged Accountant to the BUILDING, I am tired of hearing from the MANAGER in 201 about
payment of the rent, when I have told him that I have a problem with my SSA payee, and that I have
obtained 6 personnal CHECKS from the payee,, that the manager is just holding as security against the 5
months I have been here in the building,,

I also were assaulted and MY photo ID card was stolen, The card was mailed out of the DMV 50 daus ago and the USPO said they did not have it, SO I do not have a ID card to get Cash from my Fidelity investment account which is $6,000.00 Dollars.

SEE the difficulty I am having with my PAYEE, and the Illinois National Bank which was to mail me a form for a new check book, some 14 days ago,

The conclusion is that person are in violation of the Falstaff Act to the point where I have to do all these things just to live in a building I own,

and I do own the building and I established that with the California Department of Fair Employment and Housing at least 3 times in the past 20 years after I came out here to California, and it was that I decided I would have to live here while I got other affairs settled, and based upon my experience of the last 6 months I have determined that the dam people are so dam hostile that I just resolved to pay money to just get them off of my dam back.

That is why I paid CASH, and it turned out that they wanted to prevent me from even getting my SSA benefits, to force me to go through some GOD DAM 40 years of litigation again , because they think that the OPINION of The US DISTRICT COURT, in the face of a GOD DAM WRIT of CERT from the United States Supreme COURT no less is going to change. The US DC Opinnoin is not going to change,

ANd I just resent having my PROGRAM interfered with, I decided how I wanted to do things, I do not do things like YOU want I do things the way I want, and I like solw and I like to pay until I decide the I want to SUE someone for some dam reason, and I resent people trying to FORCE me over here over there , do this to that,

Andd that is what the god dam ID card business is about, it is about controling me who has $6,000.00 Dollars in Fidelity Investment, VERIFIED in current REAL time, not Cash in accounts where control was extorted from me 30 years ago where I have to just jump through hoops to take away from you, but cash right here and now.

NOW look at the situation I have to listen to the Manager of this building that I hired , and who testified at the hearing that I was the owner of the building, CONTINUINLY ASK ME FOR CASH TO PAY MY RENT, and he has to do that because one party wants me to claim all my buildings so they can just teas the hell out of others and try to exploit me as I am just one person,, and then I have all the people who do not belive I own the building , that I did not litigate for som 40 years in fact about my property, and if I did own it they want to say well the ownership is such that the GOD DAM building is some kind of Quazi public ownership of some GOD DAM theieving English Royal Family and that is exactly what they are , some thieves, They USERPTED THE AUTHORITY AND THE JURISDICTION OF THE UNITED STATES SUPREME COURT, THEY CONTINUED IN A VIOLATION OF THE FALSTAFF ACT, they are Terrorist in fact in their condoning policys and philosophies regarding property.

And that is what I have had to put up with , they are not welcome, and I just resent having to have the above agency get this accountant off of my back , as the property and many more are not public and they are not the property of England, or of any of my children or wife. The building is mine and has been for so many years people think they can do what ever they want to me.

And it is the fact that I do not want the manager in 201 upset, I like him and I understood some 20 years ago that his vary LIFE was in jeaparby because I was here and it was the good dam BOSINANS terrorist that Mel Gibson sent, so I left,,

Mel Gibson a Actor ran a gang of Para Military types, and when it was not Mel it was the God Dam Windsor who had to say they owned this or that and it was always my buildings, and I were just one person litigating and knowing and having to COURT orders in my dam hand and because I did not want to pay Mels , or Windsors Bills I had to put their dam ass out two or three times,

290

I am a quiet person ,a nd the fact is people want me to show everbody want I have so they can use SPIN FACTOR,,and I always pay the price, so what kind of conversation are I and the manger going to have when the AUTORITIES talk with these god dam account who is either their Sandra Elizabeth Bullock , Mel gibson , or the black haired girl on NURSE JACKIE that every one backed to be the Queen of England , when I the KING OF ENGLAND in fact REJECTED her and all her following, so what is really going on here, when is it that every one at the same time is time is to be told back off, and when is it that ENGALND is going to quit trying to out the case back up to get some other opinnion that doesnot result in my intent to throw them off of my Estate California, and yes the whole State of califonrina is my Estates,and you can be assured that I am not the Fist KING of England to want the ENGLISH off of my property, and I want them off becasuse I am not going to be marring no English people for the purpose of having my whole property consumed by their dam debt,

That is the whole purpose behind marring a dam english girl , to pay all he dam family debt, the English never loved me at all they wanted my wealth from my intellect, There was no dating or romance or anything just KILL people for England, fuck have a baby and give all you money to their father, so the whole family can drive by with the girl in the car to tease the hell out of you, so now I am driving right by there house and watch them strave to death , and tease them with food.

I just require my Cash or be left alone ,

*************************************************************

To Jayne,

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501

I am making a COMPLAINT OUT ON YOU Jayne,
I have been told that I will not be able to stay in my room after some time within the next 7 days, Now I want the cash sent to me, and if you do not respond I will also file with the state, the SSA is now notified that you after being told of the problems with you that you just do not get it at all.

I require the Cash , no long drawn out verification of my idenitiy, is their some dam problem with my account now that I want my Cash, You sent check which the manager took as security against having been here for over 5 months, now does it sound like I can wait for you, I am not waiting for you, and I am not going to to kiss your ass is what you want just, send the dam cash, until the account is in someone elses hands.( YOU THINK I GET TIRED OF THE MANAGER TALKING ABOUT THE ACCOUNTANT WANTING CASH AND NO CHECKS, WHO OWNS THIS BUILDING IF IT HAS THE EEMBASSY OF ITALY IN IT THAT I PAID FOR IN 1978, and why is it that every one has to know every dam thing about some one , to the point they concocet a goddam crisis to make peole tell their whole dam life story, as if that is the cost to be able to live. There are many dam things people who know don not want to tell you , perhaps that is why they never say anything at all to you, so just do you job and do wahy you said you would do, until someone else come along and says you are through.

SSA in this circumstance I need this person to be contacted as I have a few days to put cash in this managers hand, and it is the fact that he knows their has to be some kind of problem with jayne if I can get some dam checks  6 of them to be exact but no CASH .

NOW I have to do all of this notifing this person and that person , and apparently begg someone for my benefits. I am not going to beg anybody.. JAYNE NEEDS TO BE CONTACTED BY SSA TO FIND OUT WHY THE CASH HAS NOT BEEN SENT, AND TO CALL THE manager in  ROOM 201 and tell him that JAYNE is the problem  1-310-618-9003,  I have e-maild JAYNE and did all the bullshit identification

291

verification, and told  SSA that JAYNE IS A PROBLEM, THE BANK IS BEING TOLD SSA is being
told, and what more am I truly obligated to do nothing more, I have a residence, I have benefits, I have told
Jayne what to do, for 10 or more days now, so what is it?

I have about 7 days until I have to leave where I live and for what , because I do not get along with
someone, what concern is that to any one but me,,


Danny M. Wells
353563547




Addendum ,

Jayne,

When you send the Fed Ex MAIL, put on the form Valuable, and find out what the insurance is on it. Send
$3,000.00 Dollars cash on this first cash Fed Ex Mail.  If there is a problem with Fed Ex Mail send it by
REGISTERED MAIL and pay the insurance on the mail.

The Manger wants Cash, when the cash gets here he will give me back the checks,  DO NOT contact the
BANK about the CHECKS the Manager has in his possession,  I will either send them back to you , for
accounting purposes or I will cash them when I get my Identification Card . As that is the problem I  do not
have ID and if I took them to a bank nearby I could not get cash for them,,

So send $3,000.00 Dollars in cash, by Fed Ex Mail or by Registered Mail..


Dan
5/29/2011

*****************************************


From Danny M. Wells
      1646 Cabrillo Ave # 17
      Torrance California 90501



Jayne,


The Manager of the building has said that he did not usually accept CHECKS, and He has informed me that
He wants Cash,

So send me a Federal Express Mail with CASH in it, send me all the money that is in the accounts, all of it
in CASH and it has to be CASH sent because I do not have MY ID Card and I cannot cash the check you

292

have already sent..send the CASH in 2 DAY mail,,the last two letters were not two day mail, I want to sign for the mail at the above address. And I will be waiting for the mail. It is 5:35 PM and I do not know when you will get this e-mail, but I will expect the mail in 2 days.

Dan

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

To the United States Social Security Administration

I am contacting you from california after hours, please review this e-mail sent to my SSA PAYEE, I am in the process of changing PAYEES and I need this old PAYEE to send money from my Bank account, and this is the second time she has played games with me, and I am tired of it, I am not sure if she has been contacted by the NEW PAYEE or not, and I do not want the MONEY to be sent back to the SSA as that would take to long,

NOW the situation is that I do not have a PHOTO ID CARD and the Landlord will take a check, SO I require Laura Jayne Wells Morrison to simply follow the instruction,it is possible for the INB bank to follow the instructions and just go around Jayne , but that would be to simple for any one involved, everything has to be just run into the ground, and it is always that parties know each other and it is revenge, SSA recipients get bounced around like a ball, to be put in every bodys face because some one some where wants to make trouble for someone else,

NOW let use get it right this time, and pretend like the OWNER and financier of the whole SSA doesn't know what is going on because he has schizophrenia, which doenot mean they are stupid!

Jayne,

, I have to have a check in addition to the below checks in my e-mail message below sent. So send  a check for  $ 700.00 Dollars,,,, As I am behind that additional amount ; I was informed of this by my land lord TODAY jayne  I did not know it until he told me at about 5:00 PM today and I sent this e-mail about an hour after I was told, so send another  Fed Ex MAIL with a  $700.00 DOLLAR CHECK in it.

FURTHER it is 5/24/2011 and I was sure you were going to sent the second mailing of CHECKS by FED Ex as I asked for in the message below. UNDERSTAND JAYNE THAT THE LAND LORD WANTS TO BE PAID, AND WHEN I TELL HIM YOU ARE GOING TO SEND THE MONEY HE EXPECTS IT BECAUSE I TOLD HIM THAT I TOLD YOU TO SEND IT FED EX, FED Ex only takes 2 days, and that is the reason I send you e-mail so I will have the CHECKS with in two days,,...

dan

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance California 90501
California Drivers License A6712910

353565347

293

Jayne

the Landlord knows me, and they have a way to process the checks, I talked with INB bank on the phone, and I have INB sending me paperwork incase their is any money left in the account after dealing with the new PAYEE, so the INB bank is aware that I live at 1646 Cabrillo Ave # 17 Torrance California, If you put a name on the Check it will confuse the accountant, and delay processing time,

Now remember I need to have one check for $375.00 Dollars,  and the rest of the checks for  $670.00 Dollars,
Sent the checks FED Ex so they get here fast , today is the 22 May 2011 and I owe the $375.00 Dollars for the last rental period.

My cell phone is off now, because i did not have any cash to pay the bill Jayne,

As a child Jayne
You knew Mike Morrison prior to 1977
Betty is afraid of Cats
we Knew Julian Pujuan, and Pasely Basdale,  Prior to 1977
They both ended up working at Gateways Hospital with me 1993

And you know what Marry Ann Convertino is to me, she also worked at Gateways Hospital with me 1993 and Ann works for the Los Angeles County Court system Probation Department, and Her Hip is fine now, after her accident caused by , the MOSELY girl, that ended up as Prostitute in Springfield Illinois, for that guy who is an Actor now.

And you know about the Whiskey that Arnold and Dickey left in the ice box that turned white in color,

and the popsicle you threw at me and hit me in the temple,

And when you me and the Actor Will Smith was in the Car and talked about race, and will smith told you who I was married to according the the Records in Springfield Illinois, and who owned te house at 1714 East miller street ,, and were in that house to see me.

That Al Pacino
Robert Redford
Ben Aflect
Adam Sandler
Jerry Lewis
Michael Madsen
Paul Michael Glazer
Brad Pitt
Jan Michael Vincent  (And I were known as Jan Michael Vincent)
Joe Pesci
John Clease
Michael Caine
Sally Field
Sophia Loren
Kenneth Brannagh
William Shatner
And the CAST of Star Trek all drank whiskey with Arnold
Danny Trejeo
Mayor Villaregossa ( City of Los Angeles)
Diane Keaton
Michael Keaton

294

Stacey Keach
George Perpard
George Segal
Momar Kaddaffy
EG Marshall
Orson Wells
Peter Lawford
Kevin Costner
Alec Baldwin
Kim Bassinger
Tom Barrenger
Prince Charles Prince of Wales
Richard Milhouse Nixion
General Douglas MacArthur
Johnny Carson
Ed Mcaman
Doc Severerson
The Hells Angeles
Hulk Hogan
Andre the Giant
Danny DeVito
Joseph Piscapo
Elizabeth Montgomery
Linda Carter
MONK
Steve Mac Queen
Paul Newman

Wes Studi ( Geronimo)
Brian Dennehy
Diane Lane
John Travolta
Tom Cruise
Steve Martin
Tom Hanks
Bruce Willis
Demi Moore
Greg Kenner
George Clooney


and they know my life in that house, and they tell me things about Betty , and other people in those years..

so just send the checks jayne, send the checks




FROM  dan




295

-----Original Message-----
From: ljaceon9 <ljaceon9@comcast.net>
To: wellsdannyw <wellsdannyw@aol.com>
Sent: Sun, May 22, 2011 1:59 pm
Subject: Re: More checks are needed


Dan,
Don't you recall, when you came to Illinois, we went to Social Security office, and we just had to fill out
paperwork and show Identification and that was it. I just wish I could put your name or landlord in the "pay
to the order line"....

ok, well, I will send the check for $375.00, then send a couple at $670.00. Then let me know you got those.
But could you answer a childhood question that only you and I know, then I will know this is all ok. Or, you
can call me at 217-971-2446 (my cell). I learned alot from you Dan, about being cautious. I just want to be
sure this is you. ok?

Jayne


----- Original Message -----
From: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-
323cb72bc187}mid:" claiming to be wellsdannyw@aol.com
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-
323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Sent: Sunday, May 22, 2011 9:59:25 AM
Subject: Re: More checks are needed


Jayne,

just keep sending the checks until SSA stops sending the to you. The change over will begin at that time, the
new payee is processing the paperwork now. I told them that the check would go to you until they began
receiving them, I do not want the checks sent back to SSA,

One of the first checks you send should be for $375.00 dollars, and all the others for $670.00 Dollars,

I need the $ 375.00 Dollar check is to catch up on my rent, the other checks are to be for $670.00 Dollars.

dan

296

-----Original Message-----
From: ljaceon9 <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net>
To: Danny Wells <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com>
Sent: Thu, May 19, 2011 7:27 pm
Subject: Re: More checks are needed

Dan, ok, no problem, when will I get the letter from SSA, that I'm no longer your payee? Will the next check on June 3rd, go to your new payee?
Also, Who is the CC: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@saudiembassy.net?

Jayne

----- Original Message -----
From: "Danny Wells" <MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be wellsdannyw@aol.com>
To: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be ljaceon9@comcast.net
Cc: MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be info@saudiembassy.net
Sent: Wednesday, May 18, 2011 9:43:29 PM
Subject: More checks are needed

jayne,

813 N. 12th st
Springfield Illinois 62702

I have received the three checks you sent, now

Send more checks to :

1646 Cabrillo Ave # 17
Torrance California 90501

make the checks  for  $670.00 Dollars

Until the account is down to a  ZERO Balance

297

dan

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
295295ROOM 4706
WASHINGTON D.C. 20530

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

  This is the Policy regarding the Real Estate in the Continental United States of America that I Danny M. Wells 353565347 , California Drivers License A6712910 Own.
To the United States Office of the Inspector General  and To the Royal Embassy of Saudi Arabia Washington D.C.

1) Identify Real Estate Companies that are involved with any Real Estate I own, verify licenses Issued by my authority as the KING OF ENGLAND. Business that do not have such issued license are to be considered not qualified to sell said REAL ESTATE.

2) Identify the history of the sales of said Real Estate.

3) Identify where the money for each sale when to,a and the persons or businesses or Banks where the money went.

4) That money is to be deposited into the United States Treasury as my private property.

5) Sales contracts that are not the fair market value at the date of the sale is a voided Real Estate Contract. All the Rent from Real Estate from the time it was allegedly sold is DUE.

RENTAL AGREEMENTS

1) Identify Real Estate Companies that are involved with any Real property I own , verify license issued by my authority as the KING OF ENGLAND . Business that do not have such issued license are to be considered not qualified to RENT said REAL ESTATE.

2) Identify the history of the RENTAL of said Real Estate.

3) Identify where the money for each RENTAL when to and the persons or businesses or Banks where the money went.

4) That money is to be deposited into the United States Treasury as my private property.

5) Rental Agreements that are not fair market value at the date of the RENTAL is a voided Real Estate Contract. All the RENT from Real Estate from the time it was allegedly RENTED is DUE.

298

This has been the policy since 1977

The accounting of this is extensive, The use of STATE CONTRACTOR LICENSING informastion is recommended to locate where the actual real estate is as many BUILDINGS AND HOUSES where removed from the TAX records,

Thoses Real Estate units are simple to locate, but I suspect that real estate has been removed from conventional records,,, The United States Federal Bureau should be used to locate the Real Estate not listed in Tax Records.

Fair market Value is to be determined by the Royal Embassy of Saudi Arabia Washington D.C.

any Property conveyed illegally, or conveyance Containing a statement of ownership not by Danny M. Wells 353563547 California Drivers License A6712910 is to be considered and attempt to steal the Real Estate, and parties are to be CRIMINALLY PROSECUTED and are to get out of the property. ( no acceptions as the purpose of the FALSTAFF Act is to remove parties with that specific intent)

Persons who Improved the property are to receive what ever proceeds remain after all the income from the Fair Market Value are received ( without the improvement) from the date I took possession.

The history of the property determins what is due to date, and the fact is parties that lived in the property OWE, all are jointly and severably liable for the FAIR MARKET VALUE to date, as all are considered to be comnspirators to conceal an illegal real estate transaction, and the fact is the objective of these persons is to rely on time to assist them in escape, and a FAlStaff act VIOLATION is not even RIPE until some 35 years after the first verified complaint. So the tactic of relying on time to escape is not a reliable one for a defense against a Falstaff Act Violation.

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

The country of Italy, he Hellenistic Republic of Greece, the Country of Sicily, the Country of Mongolia and the Country of The Republic of Turkey are to be incorporated in to the United States of America as the several individual states of the United States of America ( THIS IS AN EXECUTIVE ORDER FROM THE HONORABLE MR. DANNY M. WELLS PRESIDENT OF THE UNITED STATES OF AMERICA FOR LIFE ( Inaugurated) and President of the United States of America ( By Congressional Act 2011)

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

299

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)


I not frot he OIG that movies are in fact depictions of things that really happenend, and I not for the OIG that I was an inventor, and that because I havs so many inventions filed the Memebers of the House of Lords London England intended tosteal the inventions,and the profits from me,

In the Film BEING THERE with Peter Sellers is a film about my medical condition after HOL introduced so much electricity into my brain that I could not remember anything for  4 YEARS,

The funeral was a burial of the person I had become a MUSLIM and my name was Ben Amien ibn Islam,,,,
HOL could not stand the fact that I am a MUSLIM and HOL shocked my brain  and then FEGINED the burial of Ben,

I was put in a house I owned because the memebr of HOL that lived there had died,,, as soon as I got to the house I was called on the phone and I ad to leave the house,,,

Hol after shocking my brain tried to file for the ownership of my inventions,,


THE FILM CATRLITOS WAY

  I was hidden from the public and allowed to work in a club that was closing, I was depicted by Al Pacino Pacino was the manager of the club and he went to the Bahamas to prepair to close the club.

The purpose of me managing the club was to actually set me up and get me divorced from my wife,,

by catching me having sex with a negro girl,  and every where I turned people was putting the negro girls on me,,

After I was gone for a few days everyone was looking for me, and Betty took money from a guy who wanted to kill me,
Betty took the money and told this man where I was,

The man is or was an International Monetary fund member,,,,

And he was in the membership catagoy where he had to pay every year some   1 BILLION DOLLARS to be in the IMF,,
He niooted that I had not paid my 1 BILLION DOLLARS,,, and he and other became angy at that ,,,

I did not pay the 1 BILLION DOLLARS because I was not in his category of membership,

I paid a LOAF of money and I did not have to pay every year,

So when this member decided to shoot me he was wrong,,, and Many people let him shoot me because they were SURE that I had to pay and did not,, that is how god dammeded they are,,and if you do not pay your memebership fees you are not to me shot as a penalty,, the other memebers have to pay out more of their cash,,,, that is all, and you who do not pay are just out of the membership of the IMF,,,,

300

Betty was just happy as hell to tell where I was,, Betty is an animal all the actors of that fil know I was shot, and I stayed with the blonde for a few days,,,

From Danny M. Wells
1646 Cabrillo Ave # 17
Torrance Ca 90501

Jayne I have asked you to send me CASH money , Send it by Fed Ex, and entitle it Valuables, or send it Registered mail , find out how much they will insure and send at least $ 3,000.00 Dollars

to the above address.

dan

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

I require my KEY to the Sea Castle Apartments to be changed.

I Would like the KEY to be my Ace Cash Express Card # 4046546107167215  and my Wells Fargo Check Book   Routing number 122000247 and my account number 5510653743,,
the checks will have the 13770 Sayre street Sylmar California address 91342 printed on the Checks. ( these items are only identification items.

I require the Embassy and the OIG to notify me when I may move in and I need the keys to my office in the Sea Castle Apartments, as well as the door KEY to My Apartments 123. 124,  and 125.

I am not to be charged rent or any other cost to live in the Sea Castle Apartments. The situation is that parties do not want me to enjoy my property as I should be able to, and the fact that I the owner live there means no need for other staff, and that means people will be leaving employment.

The office that is to the SOUTH is the office where the Embassy is to send persons to rent out Apartments. At this time I do not want any long term leases as I want to get to know who is in my building, and if I like

301

them I may offer a long term lease, as the fact is the building is paid OFF, and that is attractive to so many people that I was locked out of my own BUILDING.

My office is the Office on the NORTH Side of the Hall,

I would like theOIG to simply obtain my Keys to the FRONT DOOR, my apartments and my OFFICE, If anyone doesnot know me , which they should , I will show them my Check book and the ACE CASH EXPRESS CARD and I should not be disturbed, as their has already been to much violence for the OWNER of such a BUILDING, that building is 800 feet from the OCEAN , and the OWNER myself get arrested some three times due to Falstaff Violations, I think that is enough,

As far as other persons I thing that I should get myself in the Building FIRST others always have family , and I already  bought them a house so why don't they live there, Any arraingements they make with the Embassy is usually acceptable , If I do not lie something I will let the OIG know,

Danny M. Wells

I can be contacted by e-mail

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

This is an ongoing VIOLATION OF THE FALSTAFF ACT, since 1978
See the copys of entries , and the referance to other entries

2) to the Los Angeles County Superior Court of the State of California Compton California 1CP02186,,
Carlin Yuen Public Defender  1-310-603-7587,,

SEE the
Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530
 Complaint filed

and all contuniations

302

3) To the DOJ Office of the Inspector General SEE the following,,, NOTE THAT THE NYPD HAS A
NOTATION IN THEIR RECORDS AT THE KINGSBRIDGE PRECINCT, WHICH I WROTE WHILE
WORKING CASES IN THE PRECINCT, I WAS ASSINGED THE DUTY OF EVALUATION OF
PERSONS JAILED THERE, AND I HAD A SUPERVISOR NAMED HAL LYNDEN,, THE SAME
PERSON ON THE TV SERIES, I WORKED WITH THEM ,, THEY WERE CHILD PSYCHOLOGIST
THAT SUPERVISED ME WHILE I WAS IN THIS NY POLICE PROGRAM,, THIS IS REAL , I WAS
TRAINIG TO BE A PSYCHOLOGIST AND I WAS RECOGNIZED AT A CRIMINAL
PSYCHOLOGIST IN 1977..

I profiled TED BUNDY, and BUNDY was in law school and well liked, and he was picked up and I
profiled him and told the police he would eventually kill women,,exanime the precinct records, and speak
with the CAST of the TV Series as they may recall where I exactly were, as I were kept confuseded as to
my work location to protect the identity of patients, and I also worked in Springfield Illinois,, These persons
I examined were in the English Royal family and I suspect a part of the Fallstaff violation, used to
EXTORT me and intimidate me,, NOTE my current Criminal CASE, and notify my staff at the White
House Washington D.C. of my complaint.


Message Type:   Request for Information
Topic:   Other
Contact Info:   Yes
M/M:   Mr.
First Name:   Danny
Middle Name:   M
Last Name:   Wells
Company:   Wells Investigative services
Street Address:   1646 Cabrillo Ave
Address Number:   17
City:   Torrance
State:   CA
Postal Code:   90501
Country:   United States
Email Address:   wellsdannyw@aol.com
Message:   BRONX Precinct KINGSBRIDGE RE: Child POLICE program 1976 to 77 ( NAPP
COMMISSION TESTIMONY verify idenity Christian Amedus Pendragon FINGERPRINTS LA County
Sheriff Notice to appear Y163915) Birth Certificate from MOTHER Michelle phifer, info to Torrance , LA
PD, and LAC Sheriff REAL Birth certificate needed
Use the link to return to the Form


NYC.gov Home Page | Contact NYC.gov | FAQs | Privacy Statement | Site Map


Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

303

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)


This is an ongoing VIOLATION OF THE FALSTAFF ACT, since 1978
See the copys of entries , and the referance to other entries


    To the embassy of Switzerland Washington D.C.
    by you
    --------------------------------------------------------------------------
    To the Embassy of Switzerland

    From Danny M. Wells 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

    For delivery of this document to the Embassy of Morrocco, Iraq, and Iran

    I note for the above Goverments that I have received my signal. That signal being that the President of egypt Hosni Mubarak has resigned. That signal at this time confirmes that the President of the United states of America( Obama)
    was in colusion with Mubarak to overrun the United states of America with negros.

    This was an agreemnt between the two as Obama is a Egyptian.

    I also confirm that I have received the signal that Gadaffy was sick from induction of electricity, and is better now, because I saw him wearing the black hat.

    I say to the goverments that it takes some 40 years to prepair a person to be a president, and billions of dollars. People who do not agree with your selection are required to pay the costs of supporting a presidential candidadte for some 40 or more years.

    We do psychological testing, physical testing, check ancestory, and we push them.

    Obama was not selected by me , as his own father , a Muslim didnot endorse him.
    I were the person selecting potential presidential candidadtes. I did some 40 years or more ago. I had to because it is part of the selection process.

    Obama was selected by the British Empire. The British Empire were that type of british person that was debotched by Italy, they are Italians and they were throw out of Italy, usually due to mental illness, or a preversion of some kind. They alinged with England as a British citizen and they usually have money, then act as a club, and donot know or understand what war is for.

    The purpose of the unrest in Lybia is to attack the stability of anglican life in the world, by attacking Lybia Obama is able to retaliate for Mubarak being removed.

    This is to destabalize North Africa. the British Empire intended to take over America for themselves by the use of negros, and they were to live in security controlled areas. Leaving the common citizen to battle with negros.

    That were the plan. I discovered that Obama was a presidential candidate back in 1969, that were not to

304

be denied the office. Other candidates had to struggle to even be considered, and we sent some of them back. Bush for example was rejected by me three times , before I consented for him to be a presidential candidate, and I were in Lanphier High school at the time I finally consented, and I spoke to his mother, who explained to me that he distinguished himself in combat.

So I decided that Bush could be a presidential candidate, and the reason I did not consent in the first place was I didnot want Bush to get assasinated.

So I made him a candidate so he would not get killed in war. I had to do something to keep him from getting shot.

It is the point that we as a people have to protect our selves and our people, that statue from France is out dated and it is a trap, the trap is for France to prove we are Hypocrits, and the Hypocaciy is once we accepted the statue it were as though our laws changed. Meaning we had to now accept just any one, on any amount, but I am not paying foe that, and the French can take their statue back.

Because we are an intelligent people. And we are not going to kill oursleves with the stupidity of the world.

Danny M. Wells
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
King of England
Christian Amedus Pendragon!
    To the embassy of Switzerland Washington D.C.
    by you
--------------------------------------------------------------

    To the Embassy of Switzerland

    From Danny M. Wells 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

    For delivery of this document to the Embassy of Morrocco, Iraq, and Iran

        I note for the above Goverments that I have received my signal. That signal being that the President of egypt Hosni Mubarak has resigned. That signal at this time confirmes that the President of the United states of America( Obama)
        was in colusion with Mubarak to overrun the United states of America with negros.

        This was an agreemnt between the two as Obama is a Egyptian.

        I also confirm that I have received the signal that Gadaffy was sick from induction of electricity, and is better now, because I saw him wearing the black hat.

        I say to the goverments that it takes some 40 years to prepair a person to be a president, and billions of dollars. People who do not agree with your selection are required to pay the costs of supporting a presidential candidadte for some 40 or more years.

        We do psychological testing, physical testing, check ancestory, and we push them.

        Obama was not selected by me , as his own father , a Muslim didnot endorse him.
        I were the person selecting potential presidential candidadtes. I did some 40 years or more ago. I had to because it is part of the selection process.

        Obama was selected by the British Empire. The British Empire were that type of british person that was debotched by Italy, they are Italians and they were throw out of Italy, usually due to mental illness, or a preversion of some kind. They alinged with England as a British citizen and they usually have money, then

305

act as a club, and donot know or understand what war is for.

The purpose of the unrest in Lybia is to attack the stability of anglican life in the world, by attacking Lybia Obama is able to retaliate for Mubarak being removed.

This is to destabalize North Africa. the British Empire intended to take over America for themselves by the use of negros, and they were to live in security controlled areas. Leaving the common citizen to battle with negros.

That were the plan. I discovered that Obama was a presidential candidate back in 1969, that were not to be denied the office. Other candidates had to struggle to even be considered, and we sent some of them back. Bush for example was rejected by me three times , before I consented for him to be a presidential candidate, and I were in Lanphier High school at the time I finally consented, and I spoke to his mother, who explained to me that he distinguished himself in combat.

So I decided that Bush could be a presidential candidate, and the reason I did not consent in the first place was I didnot want Bush to get assasinated.

So I made him a candidate so he would not get killed in war. I had to do something to keep him from getting shot.

It is the point that we as a people have to protect our selves and our people, that statue from France is out dated and it is a trap, the trap is for France to prove we are Hypocrits, and the Hypocaciy is once we accepted the statue it were as though our laws changed. Meaning we had to now accept just any one, on any amount, but I am not paying foe that, and the French can take their statue back.

Because we are an intelligent people. And we are not going to kill oursleves with the stupidity of the world.

Danny M. Wells
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
King of England
Christian Amedus Pendragon!


IMDb

Search  All Titles TV Episodes Names Companies Keywords Characters Videos Quotes Bios PlotsAdvanced Search» Go
Danny Wells's Account | Logout | Help
  a.. Movies
   a.. Now Playing
   b.. Top Movies
   c.. Showtimes & Tickets
   d.. Trailers
   e.. My Movies
   f.. DVD & Blu-Ray
   g.. Independent Film
   h.. Top 250
   i.. Site Index

306

j.. Genres
k.. Horror
l.. Road to the Oscars
m.. Road to Sundance
n.. Year in Review
b.. TV
  a.. TV Home
  b.. TV Listings
  c.. TV Episodes & Clips
c.. News
  a.. Top News
  b.. Movie News
  c.. TV News
  d.. Celebrity News
  e.. Featured News
  f.. IMDb Snapshot
  g.. Year in Review
d.. Videos
  a.. Videos Home
  b.. HD Trailer Gallery
  c.. Trailers
  d.. TV Episodes & Clips
  e.. Browse Videos
e.. Community
  a.. Message Boards
  b.. Contributor Zone
  c.. Lists
  d.. Rate Movies
  e.. Rate TV Shows
f.. IMDbPro
  a.. IMDbPro
  b.. IMDb Resume
  c.. Content Licensing
    Board: Shop Talk Directors   View:  thread | flat | inline | nest  My Profile | Main Boards | Friends |
Favorites | Private Messages | Help

--------------------------------------------------------------------------

123

Subject Posted by Date
Re: To the Embassy of the Republic of Ireland  myosis-1    (Tue Feb 22 2011 08:55:16)
  To the embasst of the Republic of Ireland  wellsdannyw   (Tue Feb 22 2011 11:16:16)
  To The Embassy of the Republic of Ireland  wellsdannyw    (Tue Feb 22 2011 16:28:45)
  To the embassy of the Republic of Ireland  wellsdannyw    (Tue Feb 22 2011 17:39:07)
  To the Emassy of Ireland  wellsdannyw    (Tue Feb 22 2011 20:21:11)
  To the embassy of the Republic of Ireland  wellsdannyw    (Tue Feb 22 2011 20:32:30)
  To the embassy of the Republic of Ireland  wellsdannyw    (Wed Feb 23 2011 22:21:05)
  [Post deleted]  Deleted
  To the Embassy of the Republic of Ireland  wellsdannyw    (Thu Feb 24 2011 17:35:37)
  To the Embassy of the Republic of Ireland  wellsdannyw    (Thu Feb 24 2011 18:17:22)

307

To the Embassy of the Republic of Ireland  wellsdannyw   (Sat Feb 26 2011 02:19:41)
To the embassy of the Republic of Ireland  wellsdannyw   (Sat Feb 26 2011 14:47:16)
To the Embassy of Mongolia  wellsdannyw   (Sat Feb 26 2011 15:36:28)
To the Embassy of Mongolia  wellsdannyw   (Sat Feb 26 2011 16:05:07)
To the Embassy of Mongolia, China, France, and Switzerland  wellsdannyw   (Sat Feb 26 2011 16:55:13)
To the embassy of france, and sandra Elizabeth Bullock  wellsdannyw   (Sat Feb 26 2011 17:10:22)
To the British Embassy  wellsdannyw   (Sun Feb 27 2011 16:57:01)
To the Embassy of Mongolia, Los Angeles California  wellsdannyw   (Mon Feb 28 2011 09:11:39)
To the Embassy of the Hellinistic republic of Greece, Los Angeles  wellsdannyw   1 day ago
To the embassy of Italy  wellsdannyw   1 day ago
To the embassy of Switzerland Washington D.C.  wellsdannyw   1 day ago
To the Embassy of Ireland
                by wellsdannyw 4 minutes ago (Mon Mar 7 2011 14:29:38)


---------------------------------------------------------

To the Embassy of Ireland
Los Angeles California

From Danny M. Wells
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

This a document to be delivered to Timmothy Jay Wills, Willis is a Attorney in the State of Illinois, and a graduate of the University of Illinois, at Champagine

Willis is to be told that our projections of the California budget are being skewed by the practice of padding the projected cost of finding the given job position.

As we suspected the positions are allocated to much money for the amount of personnel hired for that given position.

The reasons are not accidental, they are intentional, due to the the inclusion of community social groups, and social clubs.

I Mr Willis require you the A.I.C. to intensley review these jobs, and to reallocate the funding for every job that pays more than 60,000.00 per years.

All jobs that pay 60,000.00 or mare are examined for responsibility, work load, competency necessary to accomplish it, objectives, and conversion ratio given a 40 hour work week.

Objectives that are broad are to be assinged additional staff at a much lower rate of pay.

The methodology is to take an objective and assinge enough persons to complete it under the allocated funding for that job, relative to all the money availiable.

Meaning the total availiable money is to be divided up into job catagories, that are allocated money based specificically on priority to the goals of the society to prosper, then the catagory is broken up in to allocated funds for jobs based upon priority.

A job that requires X amount of man hours determines the rate of pay when the X amount of

$308$

man hours are divided into the availiable allocation.

       That number is the rate of pay, not what some one will work for, but what monies we have. If the work product is insufficient then , we will contract out the work to the bidder that accepts the rate of pay, if their are none in the top 10 of an industry , then the public will provide for them selves. It is that simple, as we cannot pay any more, or better put I am not paying any more,


     Danny M. Wells

     This is the policy of Christian Amedus Pendragon,

       Any goverment entity that receives funding foorm my tresury is to take this schem to heart. As I am almost 50 years old now, and I donot make the kind of money I did,

       It can in fact be know that I have some 14 Trillon dollars in accounts and banks everwhere, and it is a responsiblity I have to give advice to goverment officials that things have to change in your budgeting.

       I will not refuse to fund, but I myself have to insist that you recognize that responsibilty and recognition to the above schem is a policy.


     Public Document 1214


---------------------------------------------------------------------


123


---------------------------------------------------------------------

   ad feedback


Back to the top

----------------------------------------------------------------------------

Home | Search | Site Index | NowPlaying | Top Movies | MyMovies | Top 250 | TV | News | Video | Terms & Conditions | IMDb Pro Message Boards | Press Room
Account | RSS | Advertising | Content Licensing | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox | Follow us on Twitter | Mobile

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France | IMDb Portugal


309

Copyright © 1990-2011 MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be IMDb.com, Inc.
Terms and Privacy Policy under which this service is provided to you.
An  company.

Amazon Affiliates:
AmazonWireless
Cellphones &
Wireless Plans  Askville
Community
Answers  Audible
Download
Audio Books  DPReview
Digital
Photography  Endless
Shoes &
Handbags  Fabric
Sewing, Quilting
& Knitting  Shopbop
Designer
Fashion Brands  Small Parts
Tools,
Parts & Materials  Warehouse Deals
Open-Box
Discounts  Zappos
Shoes
Clothing

To the Embassy of the Hellinistic republic of Greece, Los Angeles
by you
-----------------------------------------------------------------

To Cousl General
Elisabeth Fotiadou

From Danny M. Wells
Janius King of the Byzantine Empire
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
217-544-4547

This is a document I would like delivered to all parties mentioned.

This document involves the film Eye See You with Sylvester Stallone, Tom Berringer, Robert Patrick
(Shy)
And the objective of this document Charles S. Dutton

Dutton was identified as a spy for The U.S.S.R and dutton was so identified because he offered to drive
Sylvester to this therapy instalation.

This occured back in 1970 or so, and Sylvester Stallone is actually portraying his father by blood.

The actor in the film is the son, I knew of the actor father,,,

It has to be understood that there are , I think and pretty sure their are two Sylvester stallone, at least
that is my understanding.

310

After Dutton drove the Stallone to the intillation he came to believe that he was to stay, but that was not
the intent of Mr Kristoferson , who operated the installation.

The intent was to get Dutton to leave, but Dutton acted like a spy and stayed, he went to a cabin, and he
broke into the cabin. The police in the area found a dead man in the area. We locked the door to the cabin
and Dutton was out in the cold after he was dupped into going ice fishing.

Dutton knows Betty Evelynn Campbell Wells, and Dutton knows that in Springfield Illinois that their
was and is an Air Port, and that Air port was used by the United States Army, and that Betty was involved
in buying dead army soldiers, and that she sold the bodies of dead service men , killed in Vietnam and the
Masons in Springfield Illinois ate them.

Now, you think I am lying or I made this up, Go and interview a negros that was working for the
California Department of Corrections in the Board of Prison terms in 2007, and the parole department in
Los Angeles California, his name is Washington, he lived in or near Springfield Illinois in 1969 1972, He
knows Betty Evelyn Campbell Wells, and Arnold Sebatian Wells, as well as Jerry Lewis, they hate each
other, because Washington was some kind of african executioner, that is sent from the caribean or soem
where in africa, and when he shows up at your house he was to kill some one. In about 1972 He was told by
me that because he had made a business in 1959 that he could stay in america, as I could not remove all the
negros, only their children to restore america to the standard. Then Washington left Illinois and went on to
California.

Washington knew I was a North Africa, a real Zulu, not the negro Zulu but the anglo Zulu used by the
middle east to remove negros that leve out of the congo.

Dutton need to know that I and many other remeber what we told him. We told him to get out of the
United States of America by 2010. because he was a spy, Stallones wife was in fact killed as I learned, and
we discovered that he was in love with her, that was why we sent Stallone to Kristofferson.

dutton knows me, and washington knows me as Kaiser Sosa, Kaiser Soas is the name I used with negro
spys, Betty and Dutton spyied for U.S.S.R. in Springfield, I belive that Dutton attempted to kill Brian
Dennehy, James Woods, Al Pachino, Robert deniro, Robert Redford, a few song writers . because they
discovered him, or they would not work for the Masons.

In springfield Illinois I hires alot of actors way before I hired Burt Renyolds, or Ann Margaret.

they know me, once you jog their memory, it was a long time ago and I were about 8 years old when I
hired them,

They were the second generation of actor, Margaret was my nanny, she live at the house on Miller street
1714 East Miller street springfield Illinois until the Mason tried to rape her, when that happened,and it was
because of Betty Evelyn Campbell Wells she told the Mason to try and rape Ann Margaret. That was when
Burt Renyolds beat the hell out of a bunch of Mason *beep* and they bout had to get out of town.

So I had no chocie I had to send Ann Margert to Hollywood with Burt Renyold
That was in about 1969. I then sent Dennis Farrina, Ray Leotta, and Al PAchino to guard her.

The mason were trying to force entertainers to sign contracts , and I was just asking peole to perform
and I would pay them for their work, If I need an entertainer I would hire them and they were free as a bird
after the performance,a nd we always paid on time.

Some times their would be a fight with the Masons to get the money out of the Box Office, because the
MAsons would fabricate any thing to get money form the entertainemnt industry, it was tough being an
entertainer in those days,, so respect those older entertasiners 70 plus, they went through hell.

All ways a *beep* ath their door talking about the old days when they ate a watermellon at a park bench , and ready to blackmail you at any time.

they always wanted to come around when you were with white people, to put a taint on you.

Danny M. Wells
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
Janius King of the Byzantine Empire

To the embassy of Switzerland Washington D.C.
by you
---------------------------------------------------------------
To the Embassy of Switzerland

From Danny M. Wells 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

For delivery of this document to the Embassy of Morrocco, Iraq, and Iran

I note for the above Goverments that I have received my signal. That signal being that the President of egypt Hosni Mubarak has resigned. That signal at this time confirmes that the President of the United states of America( Obama)
was in colusion with Mubarak to overrun the United states of America with negros.

This was an agreemnt between the two as Obama is a Egyptian.

I also confirm that I have received the signal that Gadaffy was sick from induction of electricity, and is better now, because I saw him wearing the black hat.

I say to the goverments that it takes some 40 years to prepair a person to be a president, and billions of dollars. People who do not agree with your selection are required to pay the costs of supporting a presidential candidadte for some 40 or more years.

We do psychological testing, physical testing, check ancestry, and we push them.

Obama was not selected by me , as his own father , a Muslim didnot endorse him.
I were the person selecting potential presidential candidadtes. I did some 40 years or more ago. I had to because it is part of the selection process.

Obama was selected by the British Empire. The British Empire were that type of british person that was debotched by Italy, they are Italians and they were throw out of Italy, usually due to mental illness, or a preversion of some kind. They alinged with England as a British citizen and they usually have money, then act as a club, and donot know or understand what war is for.

The purpose of the unrest in Lybia is to attack the stability of anglican life in the world, by attacking Lybia Obama is able to retaliate for Mubarak being removed.

This is to destabalize North Africa. the British Empire intended to take over America for themselves by the use of negros, and they were to live in security controlled areas. Leaving the common citizen to battle with negros.

That were the plan. I discovered that Obama was a presidential candidate back in 1969, that were not to be denied the office. Other candidates had to struggle to even be considered, and we sent some of them

312

back. Bush for example was rejected by me three times , before I consented for him to be a presidential candidate, and I were in Lanphier High school at the time I finally consented, and I spoke to his mother, who explained to me that he distinguished himself in combat.

So I decided that Bush could be a presidential candidate, and the reason I did not consent in the first place was I didnot want Bush to get assasinated.

So I made him a candidate so he would not get killed in war. I had to do something to keep him from getting shot.

It is the point that we as a people have to protect our selves and our people, that statue from France is out dated and it is a trap, the trap is for France to prove we are Hypocrits, and the Hypocaciy is once we accepted the statue it were as though our laws changed. Meaning we had to now accept just any one, on any amount, but I am not paying foe that, and the French can take their statue back.

Because we are an intelligent people. And we are not going to kill oursleves with the stupidity of the world.

    Danny M. Wells
    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
    King of England
    Christian Amedus Pendragon!
        To the embassy of Switzerland Washington D.C.
        by you
-------------------------------------------------------------------

To the Embassy of Switzerland

From Danny M. Wells 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

For delivery of this document to the Embassy of Morrocco, Iraq, and Iran

I note for the above Goverments that I have received my signal. That signal being that the President of egypt Hosni Mubarak has resigned. That signal at this time confirmes that the President of the United states of America( Obama)
    was in colusion with Mubarak to overrun the United states of America with negros.

This was an agreemnt between the two as Obama is a Egyptian.

I also confirm that I have received the signal that Gadaffy was sick from induction of electricity, and is better now, because I saw him wearing the black hat.

I say to the goverments that it takes some 40 years to prepair a person to be a president, and billions of dollars. People who do not agree with your selection are required to pay the costs of supporting a presidential candidadte for some 40 or more years.

We do psychological testing, physical testing, check ancestory, and we push them.

Obama was not selected by me , as his own father , a Muslim didnot endorse him.
I were the person selecting potential presidential candidadtes. I did some 40 years or more ago. I had to because it is part of the selection process.

Obama was selected by the British Empire. The British Empire were that type of british person that was debotched by Italy, they are Italians and they were throw out of Italy, usually due to mental illness, or a preversion of some kind. They alinged with England as a British citizen and they usually have money, then act as a club, and donot know or understand what war is for.

313

The purpose of the unrest in Lybia is to attack the stability of anglican life in the world, by attacking Lybia Obama is able to retaliate for Mubarak being removed.

This is to destabalize North Africa. the British Empire intended to take over America for themselves by the use of negros, and they were to live in security controlled areas. Leaving the common citizen to battle with negros.

That were the plan. I discovered that Obama was a presidential candidate back in 1969, that were not to be denied the office. Other candidates had to struggle to even be considered, and we sent some of them back. Bush for example was rejected by me three times , before I consented for him to be a presidential candidate, and I were in Lanphier High school at the time I finally consented, and I spoke to his mother, who explained to me that he distinguished himself in combat.

So I decided that Bush could be a presidential candidate, and the reason I did not consent in the first place was I didnot want Bush to get assasinated.

So I made him a candidate so he would not get killed in war. I had to do something to keep him from getting shot.

It is the point that we as a people have to protect our selves and our people, that statue from France is out dated and it is a trap, the trap is for France to prove we are Hypocrits, and the Hypocaciy is once we accepted the statue it were as though our laws changed. Meaning we had to now accept just any one, on any amount, but I am not paying foe that, and the French can take their statue back.

Because we are an intelligent people. And we are not going to kill oursleves with the stupidity of the world.

Danny M. Wells
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
King of England
Christian Amedus Pendragon!


To the Embassy of Mongolia
   by you
-----------------------------------------------------------------
To the Embassy of Mongolia, and the people of Mongolia that
Named me Genghis Khan
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

I have a dispatch for you. Contact Mr Kenneth Abarahams, known as Suluman. He is to be notified that he is my music consultant as when I were the King of Norway,
   that we do have an agreement, which consists of utilization of his business contacts in the republic of turkey and Constatanople.

I require a accounting of the business activity from 2001. My accountants of the Republic of Mongolia will meet with you and discuss your sucesses and document markets you have identified as needing supply.

I do expect to develope markets in Both ends of North Africa. As well as the medditeranan Sea. I have not forgot Suluman Sultan.

This is your means of communication, and payment of outstanding debts are authorized from my tresury located in Mongolia.

314

Posting quota is in place. You are limited from posting again for

To the embassy of france, and sandra Elizabeth Bullock
by you
-------------------------------------------------------------------------

from Dan

did you know that the Embassy of Belguim in France is Brussels France?

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

To the embassy of the Republic of Ireland
by you
-------------------------------------------------------------------------

To the Embassy of the Republic of Ireland

From Danny M Wells
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

Deliver this document to the actor Mr Danny Trejo.

Mr Danny Trejo I am Danny M. Wells, you are one of the actor in hollywood which I do not think every
visited Springfield Illinois. I have seen a few of your films, and you are a very good actor. I seen the film
Machette , and I did like it. I wish I had wrote some of the script.

I require assistance as I have business concerns with a recovery center you and I have lived in.

I am known as Geronimo in various military settings, and I need a favor.

We both know Mr Ken Holm, the program director at Maclay Center 13770 Sayer street Sylmar
California. Mr Holm and I had a agreement, that he may have forgot about. The agreement were made in
Springfield Illinois at capitol Area Vocational Center.

I chose Holm to manage the Maclay Center. I believe I own that building through a purchase which I
should be able to substantiate through documents held at Buckingham Palace.

· At any rate as you know Holm. I would like you to approach him in the mannor that is effective and an
ice breaker, as I have position and I have had it for many years.

Our agreement was long standing and it took me 40 years to get here. Now that I am here it takes while
for everyone to recognize it and adjust.

Specifically, I owe Holm money. I probally owe him alot of money, which I am in the position to pay. I
intend to pay him directly from my Trust fund of Deutsche bank Trust Company Americas, as I do not want
him to deal with England, i know his mind on England and I want to avoid negativity as I like Ken Holm
and I like Merry Reager.

315

Now, it is rather simple, I authorize Holm to receive a Salary and cost for operating the Maclay Center from the years of 1978 to presant. I also authorize the payment of all his outstanding bills,

This is to be deposited for him into an account with the docuemnttation and access, as I suspect that their would be security issues, I also appoint accountants from my staff from Mongolia, as they are studious and they protect.

Said accountants are to contact Holm once the moneys are deposited by my staff of Deutsche Bank Trust Company Americas.

Their are other staff that are to also receive. This is to be determined by my advisors and staff of Mongolia, as I have trust in them and they are very helpful in approaching people and explaing things.

Merry Reager, their appears to be some issue of a dowery! Dowerys are important. I have determined that I am going to get involved in that issue and my wife, who wants to meet Holm will correct that situation. The correction shall not exceed 1 Million 500 Thousand Dollars.

That money is due to some injury of some kind and I have to declare that I did not have any thing to do with that!

This is to effectively assure that the person mentioned here in are remebered, and it is considered that their be aconversion of Maclay Center.

That being said all parties have to be in clear financially and the conversioon has to be to something I like, not something someone else likes , but what I like, as I intent to enjoy my money ow, and all the building I own!

So , I know that the contract business with the state is questionable, especially at this time. my proposal is a Royal pantry simmular to Ocean Park Community Center. another operation I own.

These buildings I used and own are not to enjur to the House of Lords, or the people that happened to have been working in them, and I am not interested in the ideals of the last generation Pardon Mr Holm.

As I am not a whipping boy who is to fight and argue with every one while a class of people inherate my buildings, these people are going to move obver,a nd the nonsens is to stop, as when I cannot watche what your are all doing my wife will, and them all my children will, then I will roll out the barrell..

So you older fokes out there just move on to some other mark,, because Christian Amedus Pendragon is not having it..I got men in the field, and I want them to eat my food , what I supply.

I say that aristocrate who are on foot traveling around Los Angels county should be able to come into the property of the King of England and eat British food, with out being harrassed by the problems of the French.

Any questions contact the embassy of Mongolia in the Los Angeles area.

Danny M. Wells
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

316

To the Embassy of Mongolia, Los Angeles California
by you
----------------------------------------------------------------------
To the Embassy of Mongolia , Los Angeles California

For service upon the following parties

From Danny M. Wells
353565347


My attorneys in Mongolia are to review the contract between the King of Belgium and the King of France.

The King of Belgium has requested financial assistance from me the King of England Christian Amedus Pendragon.

A proposal of consignment of equipt to my companies in the middle eastern areas (BUMC)

message to Embassy of Belgium. Financing is to be from my tresury in Mongolia., financing is approved.

In the event the Belgium and French contract is determined to have flaws financing is approved. Flaws are to be identified to the King of Belgium, and recommendations from the King of England is to notify the King of France that the King of England, as a european, feels that activities in Angola present a disturbance to my activities in America

From the hand of
Christian Amedus Pendragon
King of England
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




To the Embassy of Mongolia
by you
----------------------------------------------------------------------
To the embassy of Mongolia, In Los Angeles California

This is Danny M. Wells
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
Also Known by the people of Mongolia as Genghis Khan

I am informing the Goverment of the Republic of Mongolia that I purchased one 1/2 of the country of China, in 2001 or so. The purchase were completed by means not to be disclosed herein.

Witnesses to this purchase are my staff of Deutsche Bank Trust Company America.

This transaction came from my TRUST FUND. I now understand that their has been a failure to render over food stuffs, and or a failure to pay over the payments agreed to.

317

Therefore I authorize the people of Mongolia to inhabit the outer ring of the Peoples republic of China. I farm and to reside there. This is done as an additional payment to the Republic of Mongolia for servicse they have rendered to me.

I noted that the items sought b the Republic of Mongolia indicate an intent to create individual single family housing, and I feel that the Outter ring of the Peoples Republic of China will satisfy this intent.

The boundaries are documented by the Swiss, as they were the arbetor of this sale. and the terms were that the Chineese were to pay in food stuffs to Great Britian, as I did not need to purchase so much land.

In short That area can be used by the Mongolian people. the accounting of the shortfall is to be supplied by the accountancy at Buckingham Palace as they were the third party benficiary to the purchase, and their is no reason to believe that theri figures are in accurate.

The debt remains and the chinees will be required to move over.

Ge To the Embassy of Mongolia
   by you
-----------------------------------------------------------------

To the embassy of Mongolia, In Los Angeles California

This is Danny M. Wells
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
Also Known by the people of Mongolia as Genghis Khan

I am informing the Goverment of the Republic of Mongolia that I purchased one 1/2 of the country of China, in 2001 or so. The purchase were completed by means not to be disclosed herein.

Witnesses to this purchase are my staff of Deutsche Bank Trust Company America.

This transaction came from my TRUST FUND. I now understand that their has been a failure to render over food stuffs, and or a failure to pay over the payments agreed to.

Therefore I authorize the people of Mongolia to inhabit the outer ring of the Peoples republic of China. I farm and to reside there. This is done as an additional payment to the Republic of Mongolia for servicse they have rendered to me.

I noted that the items sought b the Republic of Mongolia indicate an intent to create individual single family housing, and I feel that the Outter ring of the Peoples Republic of China will satisfy this intent.

The boundaries are documented by the Swiss, as they were the arbetor of this sale. and the terms were that the Chineese were to pay in food stuffs to Great Britian, as I did not need to purchase so much land.

In short That area can be used by the Mongolian people. the accounting of the shortfall is to be supplied by the accountancy at Buckingham Palace as they were the third party benficiary to the purchase, and their is no reason to believe that theri figures are in accurate.

The debt remains and the chinees will be required to move over.

Genghis Khan
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
nghis Khan
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

318

IMDb

Search  All Titles TV Episodes Names Companies Keywords Characters Videos Quotes Bios
PlotsAdvanced Search» Go
Danny Wells's Account | Logout | Help
 a.. Movies
　a.. Now Playing
　b.. Top Movies
　c.. Showtimes & Tickets
　d.. Trailers
　e.. My Movies
　f.. DVD & Blu-Ray
　g.. Independent Film
　h.. Top 250
　i.. Site Index
　j.. Genres
　k.. Horror
　l.. Road to the Oscars
　m.. Road to Sundance
　n.. Year in Review
 b.. TV
　a.. TV Home
　b.. TV Listings
　c.. TV Episodes & Clips
 c.. News
　a.. Top News
　b.. Movie News
　c.. TV News
　d.. Celebrity News
　e.. Featured News
　f.. IMDb Snapshot
　g.. Year in Review
 d.. Videos
　a.. Videos Home
　b.. HD Trailer Gallery
　c.. Trailers
　d.. TV Episodes & Clips
　e.. Browse Videos
 e.. Community
　a.. Message Boards
　b.. Contributor Zone
　c.. Lists
　d.. Rate Movies
　e.. Rate TV Shows
 f.. IMDbPro
　a.. IMDbPro
　b.. IMDb Resume
　c.. Content Licensing
　　Board: Shop Talk Directors　View: thread | flat | inline | nest　My Profile | Main Boards | Friends |
Favorites | Private Messages | Help

319

-------------------------------------------------------------------------------

123

Subject Posted by Date
Re: To the Embassy of the Republic of Ireland  myosis-1    (Tue Feb 22 2011 08:55:16)
  To the embasst of the Republic of Ireland  wellsdannyw    (Tue Feb 22 2011 11:16:16)
  To The Embassy of the Republic of Ireland  wellsdannyw   (Tue Feb 22 2011 16:28:45)
  To the embassy of the Republic of Ireland  wellsdannyw    (Tue Feb 22 2011 17:39:07)
  To the Emassy of Ireland  wellsdannyw   (Tue Feb 22 2011 20:21:11)
  To the embassy of the Republic of Ireland  wellsdannyw    (Tue Feb 22 2011 20:32:30)
  To the Embassy of the Republic of Ireland  wellsdannyw    (Wed Feb 23 2011 22:21:05)
[Post deleted]  Deleted
  To the Embassy of the Republic of Ireland  wellsdannyw    (Thu Feb 24 2011 17:35:37)
  To the Embassy of the Republic of Ireland  wellsdannyw    (Thu Feb 24 2011 18:17:22)
  To the Embassy of the Republic of Ireland  wellsdannyw    (Sat Feb 26 2011 02:19:41)
  To the embassy of the Republic of Ireland  wellsdannyw    (Sat Feb 26 2011 14:47:16)
  To the Embassy of Mongolia  wellsdannyw    (Sat Feb 26 2011 15:36:28)
  To the Embassy of Mongolia  wellsdannyw    (Sat Feb 26 2011 16:05:07)
  To the Embassy of Mongolia, China, France, and Switzerland  wellsdannyw    (Sat Feb 26 2011 16:55:13)
  To the embassy of france, and sandra Elizabeth Bullock  wellsdannyw    (Sat Feb 26 2011 17:10:22)
  To the British Embassy  wellsdannyw    (Sun Feb 27 2011 16:57:01)
  To the Embassy of Mongolia, Los Angeles California  wellsdannyw    (Mon Feb 28 2011 09:11:39)
  To the Embassy of the Hellinistic republic of Greece, Los Angeles  wellsdannyw    1 day ago
  To the Embassy of Italy  wellsdannyw    1 day ago
  To the embassy of Switzerland Washington D.C.  wellsdannyw    1 day ago
  To the Embassy of Ireland
        by wellsdannyw 2 minutes ago (Mon Mar 7 2011 14:29:38)

-----------------------------------------------------------

To the Embassy of Ireland
Los Angeles California

From Danny M. Wells
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

This a document to be delivered to Timmothy Jay Wills, Willis is a Attorney in the State of Illinois, and a graduate of the University of Illinois, at Champagine

Willis is to be told that our projections of the California budget are being skewed by the practice of padding the projected cost of finding the given job position.

As we suspected the positions are allocated to much money for the amount of personnel hired for that given position.

The reasons are not accidental, they are intentional, due to the the inclusion of community social groups, and social clubs.

320

I Mr Willis require you the A.I.C. to intensley review these jobs, and to reallocate the funding for every job that pays more than 60,000.00 per years.

All jobs that pay 60,000.00 or mare are to be examined for responsibility, work load, competency necessary to accomplish it, objectives, and conversion ratio given a 40 hour work week.

Objectives that are broad are to be assinged additional staff at a much lower rate of pay.

The methodology is to take an objective and assinge enough persons to complete it under the allocated funding for that job, relative to all the money availiable.

Meaning the total availiable money is to be divided up into job catagories, that are allocated money based specificically on priority to the goals of the society to prosper, then the catagory is broken up in to allocated funds for jobs based upon priority.

A job that requires X amount of man hours determines the rate of pay when the X amount of man hours are divided into the availiable allocation.

That number is the rate of pay, not what some one will work for, but what monies we have. If the work product is insufficient then , we will contract out the work to the bidder that accepts the rate of pay, if their are none in the top 10 of an industry , then the public will provide for them selves. It is that simple, as we cannot pay any more, or better put I am not paying any more,


Danny M. Wells

This is the policy of Christian Amedus Pendragon,

Any goverment entity that receives funding foorm my tresury is to take this schem to heart. As I am almost 50 years old now, and I donot make the kind of money I did,

It can in fact be know that I have some 14 Trillon dollars in accounts and banks everwhere, and it is a responsiblity I have to give advice to goverment officials that things have to change in your budgeting.

I will not refuse to fund, but I myself have to insist that you recognize that responsibilty and recogntion to the above schem is a policy.


Public Document 1214


------------------------------------------------------------------------

123

321

--------------------------------------------------------------------

ad feedback

Back to the top

--------------------------------------------------------------------

Home | Search | Site Index | NowPlaying | Top Movies | MyMovies | Top 250 | TV | News | Video | Terms & Conditions | IMDb Pro Message Boards | Press Room
Account | RSS | Advertising | Content Licensing | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox | Follow us on Twitter | Mobile

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France | IMDb Portugal

Copyright © 1990-2011 MailScanner has detected a possible fraud attempt from "wlmailhtml:{994c8fb8-4fe0-4d0b-aab1-323cb72bc187}mid:" claiming to be IMDb.com, Inc.
Terms and Privacy Policy under which this service is provided to you.
An  company.
    Amazon Affiliates:
    AmazonWireless
    Cellphones &
    Wireless Plans  Askville
    Community
    Answers  Audible
    Download
    Audio Books  DPReview
    Digital
    Photography  Endless
    Shoes &
    Handbags  Fabric
    Sewing, Quilting
    & Knitting  Shopbop
    Designer
    Fashion Brands  Small Parts
    Tools,
    Parts & Materials  Warehouse Deals
    Open-Box
    Discounts  Zappos
    Shoes
    Clothing

    To the embassy of Italy
    by you
--------------------------------------------------------------------

    To the Embassy of Italy
    Austria

    From Danny M. Wells

322

Saint Bernard
353565347

This is a message to the vatican, I wanted to include the Vatican in sharing information I developed in about 1968. at that time I were vary young. I lived in Springfield Illinois at 1714 East Miller street. The Vatican has a record on me, because the Pope at that time wanted to know what I was, as well as my wife, Ann Convertino.

We were married by the Greek Orthodox Church.

Understand that at that time and location the enviroment was pure Evil. I mean E ville, as in a place of evil.

This document is to be used as my personal philosophy on world events. As I lived it and I came to understand it, as it effected my life.

In areas of europe I came to learn that their were people living in europe, in the mountains that had no explaination. Their blood was not compatiable with the location.

It were not that the people were a generation, but they were many generation removed from the Hybird generation, and they looked anglo.

The significance of that is that they were of the Kabalistic Jew religin, to be distinguished from the Jews.

This Kabalistic Jew people were isdetified as a negro blood line, and have the proclivity to confuse reson and cause trouble everywhere they go.

They are a type of people that cannot be easely identified, becasue they are white people, and are negros.

I have not looked in to Kabala, as I believe it is evil. It is an Evil with the intent to debaturise man. I cannot even say that you can call these people a Jew.

You have to call them Kabalist, as in Devil worshiper specific.

These Kabalist are every where, and you can tell who they are because they cause trouble. nothing is good enough for them and they complain, unless they are in charge.

It took me several years to realise that the Kabalist is actually a preversion of these sacred books of the Jews. These Kabalist are the people in the middle east causing trouble, and have for years, as it is the fact, if you think about that the Hebrews and Jews lived in the middle east for years prior to 1947.

Their was no isssues, the issues began when the European Jew, some secret Kabalist got into the middle east. Them no one knew who any one was at any time, and that is what the Kabalist want, confusion to get control.

So that is why I do not advocate any expantion of Isreal, Isreal has cause trouble for many people because it was used to get oil out of the middle east.

Now The fact that these Kabalist have to be identified by the Italians in fact, because they come from North of you, and you know these types of people, identifed to preseve and explain to middle easterners what these kabalist are, devil worshippers.

As far as I can disearn, the negros were traveling deep into europe for many years, and what they did

323

was have children, many years ago. The result was that when the Hebrews traveled into the mountains in europe the people adopted a Hebrew religion, which evolved in to Jewdisum, and of course the word Jew only refers to the practices of the Kabalistic Jew as people only remeber being cheated, people rarely remeber good.

These white negro peole adopted the hebrew religion as a means to decieve religious people.

I have a problem with refering to a religious person as a Jew, as the word imports a deception or intent to cheat someone, and that could not be further from the truth.

The name Judaisum is a little better.

Danny M. Wells
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

Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

This is an ongoing VIOLATION OF THE FALSTAFF ACT, since 1978

By the House of Lords,
The Windsor Family
The Royal Family of England
The Bosnians
The Pan African Congress
The Masons
The Tunisians that spy on America
The Los Angeles County Employees
Negro Law Enforcement in Los Angeles County
To include the Federal Level
Negros from other countries in Los Angeles County
The children of the memebers of the House of Lords
and all persons in the areas of Pasadena, Costa Mesa, San Bernadino, and Santa Monica without the

324

permission of Danny M. Wells the Owner and Admnistrator of my Estate and or Trust, or the Permission of the Royal embassy of Saudi Arabia Washington D.C.

And all the Vicsasious litigants, over the years, persons who file and have hearings in absentia, or file in inferior COURTS to include the Bench and Jurriors as well as Defense attorneys, and psychiatirc staff involved, witnesses to COURT staff, and expert testimony offered by witnesses. some 40 years of eventually hearing from Law Enforcement that some one filed a petiton regarding my Estate or my property to obtain rights to manage my legal affairs and to be so condecending in their detreminiation of my level of skill to handle my business matters in light of the volumes of type written litigation, wherein they themselves were present and were hostile parties , that it is no surprise THEY are the SUBJECTS of the FALSATFF VIOLATION.


Danny M. Wells


Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530


FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)


I want to file an addition concern and complaint regarding the Federal Fire arm prohibition imposed upon me DUE TO the FACT I served more than one year in State Prison for a PAROLE VIOLATION pursuant to a sentence of some 18 months.

I have established in my CIVIL COURT documents based upon a PAROLE OF THE EVIDENCE pertaining to DOCUMENTS created at Capitol area Vocational Center Springfield Illinois, and the declarations herein referred to that MY ARREST WERE SCHEDULED TO HAPPEN BY THE BRITISH SECRET SERVICE OF 1978.

That the purpose of the ARREST planned by the United Kingdom in 1978 was to perform medical examinations, collect sperm, study my behavior, revenge for having children of the House of Lords arrested, to fight Negros in close quarters, to get me sodomized, and to intimidate person HOL was afraid of living in California.

The documents referred to do establish this, and I dare say the the Federal Fire Arms Restrictions, as well as the State restrictions were passed to insure I would not be able to bear Arms, as that would make it easier to sexually assault me. ( see Los Angeles County Sheriffs Records regarding documented statements ) ( see California Department of Corrections and Rehabilitation Records regarding statements )

I have asserted that the Conviction was not for the commission of a Crime but a conviction due to the intent of other parties, my actions were due to the BSS controlling my behavior, and Edwards Air Force Base have the records of the activities of HOL , Buckingham Palace, BSS, the Bosnians, the Russians, Bene Brith, and

325

person from Holly wood in possession of such equipment, as well as the State of California. technology was used to manipulate my behavior and that was an illegal act by said parties.

The fact was as soon as I could not carry a fire arm any longer parties contacted me and were assaultive, the whole behavior was about sodomy and Extortion as well as making me homeless,
I own that house in Lake Los Angeles, the US Federal Bureau of Investigation actually paid the house off, despite the fact I had purchased it in 1978 as part of this plan.

Buckingham Palace was involved in making me homeless as well as Chun II Sun Wells, these people did not give a dam about me, only what they could get out of me, as the OWNER of Deutsche Bank,

They put me out to make me have sex, and or to lead them to my Money, Gene Hackman was involved in this as well as Sandra Elizabeth Bullock, and Mel Gibson, So many actor tried to buy the house or pay the taxes on it, for what to sexually obligate me, and to get a house they thought was owned by a prophet of the lord god, that was what it was about, after I WOULD NOT bend,

BSS compelled me to dig holes in my back yard, and to cut down a whole stand of trees, I weighed about 120 lbs. when I was arrested from about 200 lbs. 4 months prior, they use worry to compel people to do things,

Now I the OWNER of the State of California which is my Estate, and the State of Illinois, and the State of New York cannot carry a Fire Arm at all. I have to plead with the Government to use government power to be able to exercise the rights of a property owner, and look at how I was treated when I did have the right to bear arms, and the Government was notified what these people were doing.

So I require my right to carry a Fire Arm restored, as it is apparent that I may have to arrest persons who think they are Santa Monica Police Officers, Pasadena Police Officers, San Bernardino Police Officers, or Costa Mesa Police Officer as I assure you they are not. And I am prepared to with GUN FIRE PROVE IT, as I am the owner of the property, and I said no POLICE, and meant that as the record shoed they ARRESTED the owner for the sake of someone I sued and effectively REMOVED from the Sea Castle Apartments PROPERTY by using the CIVIL LAW,,, now when YOU use the CIVIL LAW the person is not to be able to have anyone put their hands on you on your own property,, and that is why you should kill some one,,,

It is these types of people, the BSS, HOLLYWOOD types, HOL and others that want to run schemes on people at my expensed because they like this person or they like that person but to the OWNER who paid his money for the dam ESTATE,, They want to fuck you! what it is.

MY Deutshe Bank,,,

The whole bank is mine,,,, See the signal in the Film Schindlers List,,, that bank in the back ground it the bank I purchased from Prince Charles PRINCE OF WALES, the person who did the paper work was MY BURSAR of A plus Foreign Currency Exchange  Santa Monica California,,,,

He recorded all, what BSS did was they tried to connect the English Royal family with the purchase, but the purchase was make with earrings from inventions, and there is no signature on the paper work but my own and my right thumb print ( SEE Los Angeles County Sheriff Department Notice to Appear Y163915) the record of my arrest and right thumb print.

The MONEY from the BANK was to be deposited in a Bank in another country,,,

I then had the TRUST FUND identified as being in  Damascus SYRIA  ,,,file and or account number (B599949081) Deutsche Bank Trust Company Americas in favor of Danny M. Wells United States Social Security Number 353565347 California Drivers License A6712910,  CHAM BANK Damascus Syria

326

NOW that Syrian Bank has not notified me of any deposits by e-mail message, that Syrian BANK is to receive the value of the transfer of currency ( FROM THE BANK OF ENGLAND) not designated for use in the economy, as I notified the WORLD BANK THAT I want MY CURRENCY from the BANK OF ENGLAND due to the fact ENGLAND would not authenticate the origin of the CURRENCY in my TRUST FUND, and it is the Bank OF ENGLAND that refused to pay the bills of my Estate as a PRIVATE PROPERTY, and so I assigned the Royal Embassy of Saudi Arabia Washington D.C. to pay my Bills, and the Bank of England tried to pay to cause me trouble,

NOW The Bank of England which wholly composed of my Currency will not authenticate the deposits of my Trust Fund, and the Bank of England has a fiduciary responsibility to know that they are to ask why have parties residing in my CASTLES have not paid anything into the BANK of ENGLAND into my account regardless of the EMBASSY paying the bills,

After not collecting any money the Bank of England is refusing to be audited in effect by giving over deposit that should have been made into the Bank of England from the income of the ESTATE over the last 40 years to the NEW depository for the ESTATE the Damascus Syria Bank,

In effect The Bank of England is avoiding their Fiduciary responsibility to me by reporting to CHAM BANK, NOTICED by my public communication to the United States Congress, The International Monetary Fund, the World Bank, and Embassy's.

And in effect not cooperating with Lord Enforcement, as any transaction of this magnitude has auditors come and check all the accounts of the OWNER for any impropriety, the question that I asked is why is it that the BANK of England has no CASH IN consistent with an Estate, and if no CASH in where is the CASH in from the Estate, and Auditor with any responsibility or notice of any degree is legally obligated to NOTIFY the Authorities when any facts do not match up, because their license is in jeopardy as a matter of CRIMINAL LAW. It is a Affirmative obligation to report that there is no INCOME from the Estate, as the REPORT is to alert the administrator that the Estate could be lost to bills, which is a PUBLIC POLICY standard, and the auditor has to report in a manor that is to identify where the Cash is when to in Lieu of the location it should have went, as the auditor is considered a license professional.

Danny M. Wells
Continued EXPRESS MAIL EG264757102US
DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVE N.W.
ROOM 4706
WASHINGTON D.C. 20530

FROM DANNY M. WELLS
353565347
California Drivers License A6712910
1646 Cabrillo Ave # 17
Torrance California 90501
Embassy of Italy ( Honorary)

For years now persons have presented to the public that they are a Mayor, or city council person, and when I the OWNER show up or contact them by e-mail they do not respond and they ignore.

327

They have over the years made me so angry that they just do not want to interface with me at all,
They take the instructions and advice from parties that want to ameliorate my Estate by Gangster Dom, and
These persons were to report to me, not to Betty , HOL, Los Angeles County, The City of Los Angeles, or
some actor, or the Queen of England, the OIG, the White House staff, Buckingham Palace,

All of these Castle employees REPORTED to who ever told them what they wanted to hear, and they never
called me, they avoided me, to see them or hear from them had to sue some one,
Them reporting to others was intent on stealing the materials , and the currency. All this alleged support
from these persons resulted in my arrest so many times and interference by Mel Gibson, and Sandra
Elizabeth Bullock that I just was beside myself with insult. It were as if these people could not read the
CIVIL RECORD and figure out that certain people had to get out of the castle, what was the value to me ,
having to sue and sue again, with paying out a salary to these persons?

Am I stupid ! Their was no point in pay them a salary for them to just let the English into the areas, none at
all, and they traveling to England, being in the LOOP for 40 years now, knowing the niggers, just let the
god dam MASON, and HOL in the god dam AREAS.
And laughed when Mel Gibson or BSS got me arrested by police related to HOL.

THESE BOARDS OR WHAT EVER THEY CALL THEMSELVES NOW, AS THE AREAS ARE NOT
CITIES THEY ARE CASTLES , ARE DISSOLVED. THE PERSONS ARE DISMISSED.

The Administrator of public services in the area of San Bernardino is Cheyenne Heat Nim Wells , The
Board is Dismissed, The new Castle staff is Appointed by Kevin Costner and the Royal Embassy of Saudi
Arabia Washington D.C. and Cheyenne.
Conflicts between the Embassy, Costner, and Cheyenne shall result in the person being PUT OUT.

Rosario Dawson is the Administrator of Public Services in the Costa Mesa area.
The Board is dismissed
The new Castle staff is Approved by the Embassy of TUNIS in Peru that is instructed by the
GOVERNMENT OF CARTHAGE.
Conflicts between Dawson, Carthage, and the Royal Embassy of Saudi Arabia in Washington D.C. results
in the person being PUT OUT.

Julia Roberts is the Administrator of Public Services in the Area of Pasadena
The Board is DISMISSED
The new Castle staff is approved by the Embassy of Norway Los Angeles, Conflicts between the  U.S.
Office of the Inspector General, The Embassy, Roberts, The Embassy of Saudi Arabia Washington D.C
result in the person being PUT OUT.

The Administrator  of Public Services to Santa MONICA CALIFORNIA ( CODE NAME  Catherine
Pendragon Quinoa) A TURKISH WOMAN, and Prom Queen of South East High school Springfield
Illinois.. Pendragon is to be contacted through me The OWNER and Administrator of the Estate Danny M.
Wells, PENDRAGON office HRS are from 8 AM to 10 AM Wednesday , at Saint Margaret Mary
Alacoque Eshelman Ave  Lomita California ( no Office or phone available)
The Board is DISMISSED
The New Castle staff is approved by Miguel Ferrer, The Royal Embassy of Saudi Arabia Washington D.C. ,
and Pendragon

Danny M. Wells

-----Original Message-----
From: no-reply <no-reply@consumersentinel.gov>
To: wellsdannyw <wellsdannyw@aol.com>

328

Sent: Thu, Jun 16, 2011 6:16 am
Subject: Complaint has been submitted


Complaint Submitted
    Thank you for contacting the FTC. Your complaint has been entered into Consumer Sentinel, a secure
online database available to thousands of civil and criminal law enforcement agencies worldwide. Your
reference number is:31096785


Here are links to the publications you may find useful:

Real People, Real Stories - VIDEO
Foreclosure Rescue Scams - VIDEO


If you want to update your information or have any questions, please call our Consumer Response
Center, 1-877-FTC-HELP. Keep your reference number handy


45. The Administraitor of the Estate of Danny M. Wells 353565347 California Drivers license A6712910
and also the OWNER of said Estate SWEARS AND AFFIRS THAT THE ABOVE IS TRUE UNDER
PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA

Danny M. Wells
6/17/2011

THIS DOCIUMENT WAS CREATED IN VIOLATION OF THE STANDING COURT ORDER WHICH
REQUIRES THAT I ONLY SUBMIT A REPORT TO THE CHIEF JUSTICE, FURTHER THE
FORMAT OF THE REPORT DID NOT HAVE TO B E IN ANY RECOGNIZABLE LOCAL RULES,
THE ESTATE IS OBVIOUSLY IN JEPARDY AS THE FACT IS THE SUPERVISION OF THE
ESTATE REQUIRES THAT THE COURT ACT TO REMOVE THE ELEMENT WHICH PROHIBIT I
THE OWNER OF SO MUCH PROPERTY THAT TO ENJOY IT THESE PARTIES IDENTIFED HAVE
TO BE REMOVED FROM THE ESTATE,

IT IS NOT A MATTER OF COURT ORDERS BEING ISSUED IT IS A MATTER OF THE INSURE OF
THE VAULE OF THE ESTATE TO THE PURCHASE OF THE ESTATE I DANNY M. WELLS TO
DELIVER A PRODUCT, THAT PRODUCT IN THIS INSANCE IS THE ENJOYMENT OF
PROEPRTY, WHICH TO DATE I HAVE NOT BEEN ABLE TO BECAUSE THE COURT ITSELF HAS
NOT DELIVERED TO ME THE MEANS BU WHICH TO ENTER THESE PROPERTIES,
I HAVE TO RELY ON SOCIAL SECURITY TO FUNCTION, BECAUSE I DO NT WANT TO BE
DISTRACTED FROM HUSBANDRY OF MY ESTATE, WHICH IS THE TATIC OF MY ENEMY,, 40
YEARS OF BEING DISTRACTED ,

AND I HAVE BEEN ROBBED BLIND, ASSUALTED WITH MILITARY INTELLIGENCE TACTICS,
SO HEANUS I COLD HAVE ENDED UP IN PRISON FOR LIFE, WHICH WAS THEIR PLAN,

THE UNITED STATES GOVERNMENT INSURED IN 1971 THAT I WOULD HAVE MY ESTATE,
THAT IS THE OBNLIGATION TO THE GOVERNMENT IT SELF TO ME,
THERE IS NO ADVANTAGE TO ME TO FIGHT ALL THESE CIVIL SUTES, TO ESTABLISH WHAT
A WRIT OF CERT FROM THE UNITED STATES SUPREME COURT ESTABLISHED TWO TIMES,
TO FIGHT THESE PARTIES PHYSICALLY IN THE STREETS WHEN THESE PARTIES ARE

329

HELPED BY THE POLICE, AND TO THEN AFTER 40 HYEARTS OF THE GOVEMENT IN EFFECT DOING NOTHING TLO REMOVE THE FACT I WAS EFFECTIVLY LOCKED OUT OF MY BUILDINGS BYU A CANDESTINE POLICY OF MALFESANCE ON THE PART OF EVERYONE ACCEPT

THE WORLD COURT OF ISTANBUL TURKEY 1971 , THAT IN EFFECT WAS SO INSULTED TURKISH PEOPLE DO NOT EVEN WANT TO COME TO THE UNITED STATES, AS THIS EXPERINCES ESTABLISHES THAT THE  UNITED STATES OF AMERICA CARED MORE FOR A WHORE, THAN AN HONEST MAN,

MORE FOR THE LIES AND DECETE OF A COWARDLY PEOPLE CALLED THE ENGLISH THAT THEIR KING,

Danny M Wells
6/17/2011

Business

Danny McDuells
1846 Rebella Ave #17
Torrance California
90501

Error of Dangerfield
Essentially by Elimination of
The State

Pro Jr

To The United States District Court
Central District of California
Clerk of the Court
312 North Spring Street
Los Angeles California
90012

UNITED STATES POSTAL SERVICE

PRIORITY
MAIL

USPS TRACKING NUMBER

JUL 27 2011

U.S. POSTAGE
$13.00

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Mariana P. Pfaelzer and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV11- 6279 MRP (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

Danny M. Wells 353565347
AG712910
The King of England -En/Mortvm

**DEFENDANTS**

ICC/IWO/S NATIONAL GUARD,
County of Los Angeles, Royal Family of England,
House of Cords England, The Windsor Family ETs

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

1646 Gabrillo Pre#17
Torrance California 90501
818 578-0368

Attorneys (If Known)

Parliment United Kingdom

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☒ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No   ☒ MONEY DEMANDED IN COMPLAINT: $ 59,000,000.00 Dollars/D

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☒ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: **CV11-06279-MRP (JCGx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☐ Yes
If yes, list case number(s) *Unknown # US APP 7 Cir 1980 US Supreme Court Cert Denied 1981 and 1975 Ojibwa Indians of Wells*

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or

☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☑ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All States in the United States | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_ Date 2/16/2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)        CIVIL COVER SHEET        Page 2 of 2