FILED

UNITED STATES COURT OF APPEALS

FEB 14 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: DANNY M. WELLS. | No. 11-73993 |
| DANNY M. WELLS, | D.C. No. 2:11-cv-06279-VBF<br>Central District of California,<br>Los Angeles |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, | |
| Respondent, | |
| ILLINOIS NATIONAL GUARD; et al., | |
| Real Parties in Interest. | |



Before: SCHROEDER, LEAVY, and CLIFTON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

All pending motions are denied as moot.

AS/MOATT

No further filings shall be accepted in this closed case.

**DENIED.**